**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** December 13, 2019    **Time:** 9:02 – 9:58    **Judge:** MAXINE M. CHESNEY
                                                    10:12 – 10:22
                                                    = 1 hour 6 minutes

**Case No.**: 19-md-02918-MMC    **Case Name:**   In re: Hard Disk Drive Suspension Assemblies

Attorney for Plaintiff (Apex): Betsy Manifold, Bethany Caracuzzo
Attorney for Plaintiff (Barry): No Appearance
Attorney for Plaintiff (Brock): Kalpana Srinivasan
Attorney for Plaintiff (Burke): No Appearance
Attorney for Plaintiff (Challipalli): No Appearance
Attorney for Plaintiff (A. Cimino et al): No Appearance
Attorney for Plaintiff (Vinny Cimino): No Appearance
Attorney for Plaintiff (CMP Consulting/Trujillo): Eric Fastiff, Jeremy Pilaar, Lin Chan,
                                                    Linda Nussbaum
Attorney for Plaintiff (Elmazi): Aaron Sheanin
Attorney for Plaintiff (Fahey et al): William Caldes
Attorney for Plaintiff (Glover): Eli Greenstein
Attorney for Plaintiff (Ingber): No Appearance
Attorney for Plaintiff (Integrity Financial/Cowden): Gregory Asciolla, Karin Garvey
Attorney for Plaintiff (IT Worx): David Cialkowski, Mindee Reuben
Attorney for Plaintiff (Katcher et al): Aaron Sheanin
Attorney for Plaintiff (Kawahara): No Appearance
Attorney for Plaintiff (Kehilat Romemu Corp): Nyran Rasche
Attorney for Plaintiff (Kluessendorf): Garrett Blanchfield Jr.
Attorney for Plaintiff (La Barbera): No Appearance
Attorney for Plaintiff (Leff and Salinger): Peggy Wedgworth
Attorney for Plaintiff (Now Micro): Victoria Sims, John Kakinuki, Shawn Raiter
Attorney for Plaintiff (Oda): Catherine Smith, Daniel Hedlund
Attorney for Plaintiff (Rinehart et al): No Appearance
Attorney for Plaintiff (Smotkin): No Appearance
Attorney for Plaintiff (Stanley et al): Lauren Capurro
Attorney for Plaintiff (St. Cyr): Richard Hagstrom
Attorney for Plaintiff (Voyager): Kathryn Eisenstein
Attorney for Plaintiff (Walnum et al): Christopher Micheletti, Qianwei Fu
Attorney for Plaintiff (Zimmerman): No Appearance
Attorney for Defendant (Headway): C. Cecilia Wang
Attorney for Defendant (NHK Spring et al): Mark Hamer, Mark Weiss

**Deputy Clerk:** Tracy Geiger                              **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS

Hearing on Motions for Appointment of Interim Class Counsel – held.

1. Application of William Caldes & Law Firm of Spector Roseman & Kodroff for Appointment to Plaintiffs' Steering Committee (Dkt. 83) – Denied.
2. CMP Consulting and Amable Trujillo's Motion for Appointment of Linda Nussbaum to Plaintiffs' Steering Committee (Dkt. 84) – Denied.
3. Application of Reinhardt Wendorf & Blanchfield for Appointment to Plaintiffs' Steering Committee (Dkt. 85) – Denied.
4. Kehilat Romemu Corp's Motion for Appointment of Cafferty Clobes Meriwether & Sprengel to Steering Committee (Dkt. 86) – Denied.
5. Plaintiff Glover's Application ofr Appointment of Kessler Topaz Meltzer & Check to Plaintiffs' Steering Committee (Dkt. 87) – Denied.
6. Application for Appointment of Gustafson Gluek ans Member of Plaintiffs' Steering Committee (Dkt. 88) – Denied.
7. Plaintiffs Leff and Salengers' Motion for Appointment of Peggy Wedgworth & Milberg Phillips Grossman to Plaintiffs' Steering Committee (Dkt. 89) – Denied.
8. Plaintiff Integrity Financial Services of Tampa Bay and Cowden Associates' to Appoint Labaton Sucharwo as Interim Class Counsel for Indirect Purchaser Class (Dkt. 90) – Withdrawn
9. Application of Richard Hagstrom for Appointment of Interim Lead Counsel or as Plaintiffs' Sterring Committee Member (Dkt. 91) – Denied.
10. Apex Computers' Motion for Appointment of Interim Class Counsel (Dkt. 93) – Denied.
11. Robins Kaplan's Application for Appointment of Co-Lead Interim Class Counsel for Indirect Purchaser End User Plaintiffs with Zelle (Dkt. 94) – Granted.
12. Zelle's Application for Appointment of Co-Lead Interim Class Counsel for Indirct Purchaser End-User Plaintiffs' with Robins Kaplan (Dkt. 95) – Granted.
13. Motion of Plaintiff Brian Barry for Appointment of Laurence Rosen to Plaintiffs' Steering Committee (Dkt. 96) – Denied.
14. Plaintiff CMP Consulting Services and Ari Brock's Motion for Appointment of Lieff Cabraser Heimann & Bernstein & Susman Godfrey as Interim Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs (Dkt. 97) – Denied.
15. Application for Appointment of Interim Lead Counsel for Retailer Plaintiffs' (Dkt. 98) – Granted.

Proposed orders due to Court by December 20, 2019.

**Case continued to**: February 7, 2020 at 10:30 AM for Further Case Management Conference

Joint Case Management Conference Statement due: January 31, 2020