Gregory S. Asciolla (*admitted pro hac vice*)
Jay L. Himes (*pro hac vice* to be submitted)
Karin E. Garvey (*admitted pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com

*Counsel for Plaintiffs Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION* | Case No.: 3:19-md-02918-MMC<br>MDL No. 2918 |
| **This Document Relates To:**<br><br>*Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc. v. NHK Spring Co. Ltd., et al.*, No. 2:19-cv-07046 | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc., by and through their undersigned counsel, hereby give notice that they voluntarily dismiss their claims against all Defendants in the action entitled *Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc. v. NHK Spring Co. Ltd., et al.*, No. 2:19-cv-07046-MMC, without prejudice and without costs to any party. None of the adverse parties has served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: February 7, 2020 | Respectfully submitted, |
| | /s/ Jay L. Himes |
| | Gregory S. Asciolla (admitted *pro hac vice*) |
| | Jay L. Himes (*pro hac vice* to be submitted) |
| | Karin E. Garvey (admitted *pro hac vice*) |
| | **LABATON SUCHAROW LLP** |
| | 140 Broadway |
| | New York, NY 10005 |
| | Tel.: (212) 907-0700 |
| | gasciolla@labaton.com |
| | jhimes@labaton.com |
| | kgarvey@labaton.com |
| | |
| | *Counsel for Plaintiffs Integrity Financial Services of Tampa Bay Inc. d/b/a Integrity Financial Services and Cowden Associates, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I caused the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jay L. Himes
　　　　　　　　　　　　　　　　　　　　　　　Jay L. Himes