Elizabeth J. Cabraser (SBN 083151)
Lin Y. Chan (SBN 255027)
Eric B. Fastiff (SBN 182260)
Jeremy J. Pilaar (SBN 325201)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
lchan@lchb.com
efastiff@lchb.com
jpilaar@lchb.com

*Attorneys for Plaintiff Amable Trujillo*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Trujillo v. NHK Spring Co. Ltd. et al.*, 3:19-cv-07191-MMC | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Amable Trujillo, by and through his undersigned counsel, hereby gives notice that he voluntarily dismisses his claims against all Defendants in the action entitled *Trujillo v. NHK Spring Co. Ltd. et al.*, 3:19-cv-07191-MMC, without prejudice and without costs to any party. None of the adverse parties has served an answer or a motion for summary judgment.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | By:   /s/ *Lin Y. Chan* |
| 2 | |          Lin Y. Chan |

Elizabeth J. Cabraser (SBN 083151)
Lin Y. Chan (SBN 255027)
Eric B. Fastiff (SBN 182260)
Jeremy J. Pilaar (SBN 325201)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
lchan@lchb.com
efastiff@lchb.com
jpilaar@lchb.com

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

*Attorneys for Plaintiff Amable Trujillo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I caused the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

      /s/ *Lin Y. Chan*
           Lin Y. Chan