1  Elizabeth J. Cabraser (SBN 083151)
   Lin Y. Chan (SBN 255027)
2  Eric B. Fastiff (SBN 182260)
   Jeremy J. Pilaar (SBN 325201)
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008
   ecabraser@lchb.com
6  lchan@lchb.com
   efastiff@lchb.com
7  jpilaar@lchb.com

8  *Attorneys for Plaintiff CMP Consulting Services, Inc.*

9  [Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*CMP Consulting Services, Inc. v. NHK Spring Co. Ltd. et al.*, 3:19-cv-07047-MMC | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CMP Consulting Services, Inc., by and through its undersigned counsel, hereby gives notice that it voluntarily dismisses its claims against all Defendants in the action entitled *CMP Consulting Services, Inc. v. NHK Spring Co. Ltd. et al.*, 3:19-cv-07047-MMC, without prejudice and without costs to any party. None of the adverse parties has served an answer or a motion for summary judgment. The undersigned attorneys no longer represent any parties and can be removed from the Court's ECF system for this case.

Case 3:19-md-02918-MMC   Document 144   Filed 02/10/20   Page 2 of 3

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | By:   /s/ *Lin Y. Chan* |
| 2 | | Lin Y. Chan |

Elizabeth J. Cabraser (SBN 083151)
Lin Y. Chan (SBN 255027)
Eric B. Fastiff (SBN 182260)
Jeremy J. Pilaar (SBN 325201)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
lchan@lchb.com
efastiff@lchb.com
jpilaar@lchb.com

Linda P. Nussbaum (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

David H. Fink
Darryl Bressack
Nathan J. Fink
FINK BRESSACK
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com

*Attorneys for Plaintiff CMP Consulting Services, Inc.*

1924923.1

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 19-MD-02918-MMC
MDL NO. 2918

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, I caused the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

          /s/  *Lin Y. Chan*
               Lin Y. Chan