# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** February 21, 2020          **Time:** 10:30 - 11:04          **Judge:** MAXINE M. CHESNEY
                                        = 34 minutes

**Case No.**: 19-md-02918-MMC     **Case Name:**   In re: Hard Disk Drive Suspension Assemblies

**Attorney for Plaintiff:** Aaron Sheanin, Christopher Micheletti, Victoria Sims, Shawn Raiter, Qianwei Fu
**Attorney for Plaintiff (Seagate):** Kenneth O'Rourke, Jeff VanHooreweghe
**Attorney for Defendant (NHK):** Mark Hamer, Mark Weiss
**Attorney for Defendant (Headway):** C. Cecilia Wang, J. Clayton Everett Jr.

**Deputy Clerk:** Tracy Geiger                              **Not Reported or Recorded**

### PROCEEDINGS

**Further Case Management Conference - held.**

**Parties working out a briefing schedule re: motion(s) to dismiss – will submit stipulation and proposed order to the Court.**

**Parties reached an agreement as to production of documents already submitted to regulators – unable to reach an agreement as to the deadline to produce said documents.**

**Court clarified that plaintiff Seagate should participate in the briefing schedule discussions**

**Case continued to: May 29, 2020 at 10:30 am for Further Case Management Conference**

**Joint case management conference statement due on or before May 22, 2020.**