COLLEEN BAL, SBN 167637
JOHN P. FLYNN, SBN 141094
JEFF VANHOOREWEGHE, SBN 313371
WILSON SONSINI GOODRICH
  & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: cbal@wsgr.com
       jflynn@wsgr.com
       jvanhooreweghe@wsgr.com

KENNETH R. O'ROURKE, SBN 120144
WILSON SONSINI GOODRICH
  & ROSATI
Professional Corporation
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: korourke@wsgr.com

*Attorneys for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC |
| | MDL No. 2918 |
| This Document Relates to: | Hon. Maxine M. Chesney |
| ALL CASES | **SEAGATE PLAINTIFFS AGREEMENT TO BE BOUND BY THE PROTECTIVE ORDER** |

[Caption continued on next page.]

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, SEAGATE TECHNOLOGY (THAILAND) LTD., SEAGATE SINGAPORE INTERNATIONAL HEADQUARTERS PTE. LTD., and SEAGATE TECHNOLOGY INTERNATIONAL, <br><br> Plaintiffs, <br> v. <br><br> HEADWAY TECHNOLOGIES, INC., HUTCHINSON TECHNOLOGY INC., MAGNECOMP PRECISION TECHNOLOGY PUBLIC CO. LTD., NAT PERIPHERAL (DONG GUAN) CO., LTD., NAT PERIPHERAL (H.K.) CO., LTD., NHK SPRING CO. LTD., NHK INTERNATIONAL CORPORATION, NHK SPRING (THAILAND) CO., LTD., NHK SPRING PRECISION (GUANGZHOU) CO., LTD, SAE MAGNETICS (H.K.) LTD., and TDK CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  3:20-cv-01217-MMC |

Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International agree to be bound by the Stipulated Protective Order entered in this action on January 30, 2020 [ECF No. 136].

Dated:  March 26, 2020

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Jeff Vanhooreweghe*
      Jeff Vanhooreweghe

*Attorneys for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*