| | |
|---|---|
| 1 | Mark. H. Hamer (State Bar No. 156997) |
| | mark.hamer@bakermckenzie.com |
| 2 | Mark G. Weiss (*Pro Hac Vice*) |
| | mark.weiss@bakermckenzie.com |
| 3 | **BAKER & McKENZIE LLP** |
| | 815 Connecticut Avenue, NW |
| 4 | Washington, D.C. 20006 |
| | Tel: (202) 452-7000 |
| 5 | Fax: (202) 416-7177 |
| 6 | |
| 7 | Catherine Y. Stillman (State Bar No. 252440) |
| | catherine.stillman@bakermckenzie.com |
| | **BAKER & McKENZIE LLP** |
| 8 | 452 Fifth Avenue |
| | New York, New York 10018 |
| 9 | Telephone: (212) 626-4100 |
| | Facsimile: (212) 310-1600 |
| 10 | |
| 11 | Christina M. Wong (State Bar No. 288171) |
| | christina.wong@bakermckenzie.com |
| | **BAKER & McKENZIE LLP** |
| 12 | Two Embarcadero Center, Suite 1100 |
| | San Francisco, California 94111 |
| 13 | Telephone: (415) 576-3000 |
| | Fax: (415) 576-3099 |
| 14 | |
| 15 | Attorneys for Defendants |
| | *NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC |
| | MDL No. 2918 |
| THIS DOCUMENT RELATES TO RESELLER AND END-USER ACTIONS | **SUPPLEMENTAL NOTICE OF APPEARANCE OF MARK H. HAMER AS ADDITIONAL COUNSEL FOR DEFENDANTS NHK SPRING CO., LTD.; NHK SPRING (THAILAND) CO., LTD.; NAT PERIPHERAL (DONG GUAN) CO., LTD.; AND NAT PERIPHERAL (H.K.) CO., LTD.** |
| | Before: The Hon. Maxine M. Chesney Courtroom 7, 19th Floor |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:119-md-0218-MMC
SUPPLEMENTAL NOTICE OF APPEARANCE OF MARK H. HAMER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that I, Mark. H. Hamer, enter my supplemental appearance in this matter for Defendants NHK Spring Co., Ltd.; NHK Spring (Thailand) Co., Ltd.; NAT Peripheral (Dong Guan) Co., Ltd.; and NAT Peripheral (H.K.) Co., Ltd. and am authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone number are as follows:

>Mark. H. Hamer
>**BAKER & McKENZIE LLP**
>815 Connecticut Avenue, NW
>Washington, D.C.  20006
>Tel: (202) 452-7000
>Fax: (202) 416-7177
>mark.hamer@bakermckenzie.com

Please serve said counsel with all pleadings and papers in this action.

Dated: April 15, 2020

Respectfully submitted,

**BAKER & McKENZIE LLP**
Mark H. Hamer
Mark G. Weiss
Catherine Y. Stillman
Christina M. Wong

By: /s/ Mark H. Hamer
*Attorneys for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000