1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re Hard Disk Drives Suspension Assemblies Antitrust Litigation* | No. 3:19-md-2918-MMC  **[PROPOSED] ORDER GRANTING END-USER AND RESELLER CLASS PLAINTIFFS' MOTION TO LIFT THE DISCOVERY STAY** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Date: May 29, 2020  Time: 9:00 a.m.  Location: Courtroom 7, 19th Floor  The Honorable Maxine M. Chesney |

    After careful consideration of Plaintiffs' Motion to Lift the Discovery Stay, the Court hereby GRANTS the Plaintiffs' motion and lifts the discovery stay as to all written and document discovery.

    For good cause shown, **IT IS SO ORDERED**

DATED: _____, 2020

                                                Honorable Maxine M. Chesney
                                                United States District Judge