| | |
|---|---|
| Christopher T. Micheletti<br>**ZELLE LLP**<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94104<br>Telephone:  (415) 693-0700<br>Facsimile:   (415) 693-0770<br>cmicheletti@zelle.com | Victoria Sims<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Telephone:  (202) 789-3960<br>Facsimile:   (202) 789-1813<br>vicky@cuneolaw.com |
| Aaron M. Sheanin<br>**ROBINS KAPLAN LLP**<br>2440 West El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone:  (650) 784-4040<br>Facsimile:   (650) 784-4041<br>asheanin@robinskaplan.com | Shawn M. Raiter<br>**LARSON • KING, LLP**<br>30 East Seventh Street, Suite 2800<br>Saint Paul, MN 55101<br>Telephone:  (651) 312-6518<br>Facsimile:   (651) 789-4818<br>sraiter@larsonking.com |
| *Interim Co-Lead Class Counsel for the End-User Plaintiffs* | *Interim Co-Lead Class Counsel for the Reseller Plaintiffs* |
| | Kenneth R. O'Rourke<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone:  (415) 947-2160<br>Facsimile:   (415) 947-2099<br>korourke@wsgr.com |
| | *Counsel for Seagate Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 19-md-02918-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING FOR DEFENDANT SAE MAGNETICS (H.K.) LTD.'S MOTIONS TO DISMISS COMPLAINTS FOR LACK OF PERSONAL JURISDICTION**<br><br>Judge:       Hon. Maxine M. Chesney<br>Date:         July 17, 2020<br>Time:        9:00 a.m.<br>Courtroom: 7, 19th Floor |

Pursuant to Civil Local Rule 7-3, End-User Plaintiffs, Reseller Plaintiffs and Seagate Plaintiffs (collectively, "Plaintiffs") and Defendant SAE Magnetics (H.K.) Ltd. ("SAE" and all collectively, the "Parties"), through their respective counsel of record, file this Stipulation and [Proposed] Order Regarding Page Limits On Briefing For Defendant SAE Magnetics (H.K.) Ltd.'s Motions To Dismiss Complaints For Lack Of Personal Jurisdiction.

WHEREAS, the Parties previously stipulated to a briefing schedule on motions to dismiss for all three actions before the Court ("Briefing Schedule Stipulation"), which the Court entered on March 10, 2020 (ECF No. 169);

WHEREAS, the Briefing Schedule Stipulation provides that:

(a) the TDK Defendants (including SAE) reserved the right to file two Motions to Dismiss for lack of personal jurisdiction—(1) as to the End-User and Reseller Complaints, and (2) as to the Seagate Complaint—not to exceed 15 pages in length each,

(b) the End-User and Reseller Plaintiffs and Seagate would file separate briefs in opposition to the two Motions to Dismiss for lack of personal jurisdiction not to exceed 15 pages in length each, and

(c) the TDK Defendants (including SAE) would file separate reply briefs not to exceed 7 pages each;

WHEREAS, on April 17, 2020, SAE filed Defendant SAE Magnetics (H.K.) Ltd.'s Motions To Dismiss Complaints For Lack Of Personal Jurisdiction (ECF No. 191), a single motion challenging personal jurisdiction in all three actions before the Court;

WHEREAS, the Parties submit that the interests of judicial economy will be served by having Plaintiffs file a consolidated opposition brief not to exceed 20 pages, rather than separate opposition briefs totaling 30 pages, and SAE file a consolidated reply brief not to exceed 10 pages, rather than separate reply briefs totaling 14 pages; and

WHEREAS, this stipulation does not affect the briefing schedule;

1

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING FOR DEFENDANT SAE MAGNETICS (H.K.) LTD.'S MOTIONS TO DISMISS COMPLAINTS FOR LACK OF PERSONAL JURISDICTION

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties that:

1. Plaintiffs shall file a consolidated brief in opposition to Defendant SAE Magnetics (H.K.) Ltd.'s Motions To Dismiss Complaints For Lack Of Personal Jurisdiction (ECF No. 191) not to exceed 20 pages.

2. SAE shall file a consolidated reply brief not to exceed 10 pages.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/   Victoria Sims<br>Victoria Sims<br>**CUNEO GILBERT & LADUCA, LLP**<br>4725 Wisconsin Avenue, NW, Suite 200<br>Washington, DC 20016<br>Telephone:  (202) 789-3960<br>Facsimile:   (202) 789-1813<br>vicky@cuneolaw.com | /s/   Christopher T. Micheletti<br>Christopher T. Micheletti<br>**ZELLE LLP**<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94104<br>Telephone:  (415) 693-0700<br>Facsimile:   (415) 693-0770<br>cmicheletti@zelle.com |
| /s/   Shawn M. Raiter<br>Shawn M. Raiter<br>**LARSON • KING, LLP**<br>30 East Seventh Street, Suite 2800<br>Saint Paul, MN 55101<br>Telephone:  (651) 312-6518<br>Facsimile:   (651) 789-4818<br>sraiter@larsonking.com | /s/   Aaron M. Sheanin<br>Aaron M. Sheanin<br>**ROBINS KAPLAN LLP**<br>2440 West El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone:  (650) 784-4040<br>Facsimile:   (650) 784-4041<br>asheanin@robinskaplan.com |
| *Interim Co-Lead Class Counsel for the Reseller Plaintiffs* | *Interim Co-Lead Class Counsel for the End-User Plaintiffs* |
| /s/  Kenneth R. O'Rourke<br>Kenneth R. O'Rourke<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Jeff VanHooreweghe, SBN 313371<br>One Market Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>korourke@wsgr.com | /s/ J. Clayton Everett, Jr.<br><br>J. Clayton Everett, Jr.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 739-5860<br>Clay.everett@morganlewis.com<br><br>*Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd.* |

2

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING FOR DEFENDANT SAE MAGNETICS (H.K.) LTD.'S MOTIONS TO DISMISS COMPLAINTS FOR LACK OF PERSONAL JURISDICTION

Mikaela E. Evans-Aziz (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7710
Facsimile: (212) 999-5899
mevansaziz@wsgr.com

***Counsel for Seagate Plaintiffs***

Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 28, 2020                              By: */s/ Aaron M. Sheanin*

**ORDER**

For good cause and pursuant to stipulation, **IT IS SO ORDERED**.

Dated:                                                      By: _____
                                                                United States District Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING FOR DEFENDANT SAE MAGNETICS (H.K.) LTD.'S MOTIONS TO DISMISS COMPLAINTS FOR LACK OF PERSONAL JURISDICTION