# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 29, 2020  **Time:** 10:30 - 11:08  **Judge:** MAXINE M. CHESNEY
= 38 minutes

**Case No.**: 19-md-02918-MMC   **Case Name:**   v. In re: Hard Disk Drive Suspension Assemblies

| Aaron M. Sheanin | Robins Kaplan LLP | End-User Plaintiffs |
|---|---|---|
| Adam C. Mendel | Robins Kaplan LLP | End-User Plaintiffs |
| Chris Micheletti | Zelle LLP | End-User Plaintiffs |
| Lauren Capurro | Trump Alioto Trump Prescott | |
| Brent LaPointe | Rosen Law | |
| Jennie Anderson | Andrus Anderson | |
| Victoria Sims | Cuneo Gilbert & LaDuca LLP | Reseller Plaintiffs |
| Shawn Raiter | Larson King LLP | Reseller Plaintiffs |
| John C. Kakinuki | Kakinuki Law Office, PC | Reseller Plaintiffs |
| Kenneth R. O'Rourke | Wilson Sonsini Goodrich & Rosati | Seagate Plaintiffs |
| Jeffrey J. VanHooreweghe | Wilson Sonsini Goodrich & Rosati | Seagate Plaintiffs |
| Mikaela E. Evans-Aziz | Wilson Sonsini Goodrich & Rosati | Seagate Plaintiffs |
| J. Clayton Everett C. Cecilia Wang | Morgan Lewis & Bockius | TDK Defendants |
| Mark Hamer Mark Weiss | Baker & McKenzie | NHK Spring Defendants |
| Craig Lee Carter Simpson Emily Bolles | Hunton Andrews Kurth LLP | NHK |

**Deputy Clerk:** Tracy Geiger                                    **Not Reported or Recorded**

## PROCEEDINGS

Further Case Management Conference – held telephonically.

Previously Set Briefing Schedule for Motion(s) to Dismiss:

Opposition(s): due: June 1, 2020

Reply(s) due: June 22, 2020

Hearing on Motion(s) to Dismiss: July 17, 2020 at 9:00 AM

**Case continued to:** September 11, 2020 at 10:30 AM for Further Case Management Conference

Joint Case Management Conference statement due: September 4, 2020