1   Christopher T. Micheletti                Victoria Sims
    **ZELLE LLP**                            **CUNEO GILBERT & LADUCA, LLP**
2   44 Montgomery St., Suite 3400            4725 Wisconsin Avenue, NW, Suite 200
    San Francisco, CA 94104                  Washington, DC 20016
3   Telephone: (415) 693-0700                Telephone: (202) 789-3960
    Facsimile:  (415) 693-0770               Facsimile: (202) 789-1813
4   cmicheletti@zelle.com                    vicky@cuneolaw.com

5   Aaron M. Sheanin                         Shawn M. Raiter
    **ROBINS KAPLAN LLP**                    **LARSON • KING, LLP**
6   2440 West El Camino Real, Suite 100      30 East Seventh Street, Suite 2800
    Mountain View, CA 94040                  Saint Paul, MN 55101
7   Telephone: (650) 784-4040                Telephone: (651) 312-6518
    Facsimile:  (650) 784-4041               Facsimile: (651) 789-4818
8   asheanin@robinskaplan.com                sraiter@larsonking.com

9   ***Interim Co-Lead Class Counsel for the***   ***Interim Co-Lead Class Counsel for the***
    ***End-User Plaintiffs***                     ***Reseller Plaintiffs***
10
                                             Kenneth R. O'Rourke
11                                           **WILSON SONSINI GOODRICH & ROSATI**
                                             **Professional Corporation**
12                                           One Market Plaza
                                             Spear Tower, Suite 3300
13                                           San Francisco, CA 94105
                                             Telephone: (415) 947-2000
14                                           Facsimile:  (415) 947-2099
                                             korourke@wsgr.com
15
16                                           ***Counsel for Seagate Plaintiffs***

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19
20   IN RE: HARD DISK DRIVE SUSPENSION       Case Nos. 3:19-md-02918-MMC
     ASSEMBLIES ANTITRUST LITIGATION                   3:20-cv-01217-MMC
21
                                             MDL No. 2918
22   THIS DOCUMENT RELATES TO:
                                             **DECLARATION OF AARON M.**
23   ALL ACTIONS                             **SHEANIN IN OPPOSITION TO**
                                             **DEFENDANT SAE MAGNETICS**
24                                           **(H.K.) LTD.'S MOTION TO DISMISS**
                                             **COMPLAINTS FOR LACK OF**
25                                           **PERSONAL JURISDICTION**

26                                           Judge:     Hon. Maxine M. Chesney
                                             Date:      July 17, 2020
27                                           Time:      9:00 a.m.
                                             Courtroom: 7, 19th Floor

28   | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Aaron M. Sheanin, declare as follows:

1.     I am partner of the firm Robins Kaplan LLP and serve as Interim Co-Lead Class Counsel for End-User Plaintiffs.   I make this declaration in opposition to Defendant SAE Magnetics (H.K.) Ltd.'s Motion to Dismiss Complaints for Lack of Personal Jurisdiction.  I have personal knowledge of the facts stated herein and, if called upon to do so, I could and would testify competently thereto.

**JFTC's Investigation of the Suspension Assembly Conspiracy**

2.     Attached hereto as Exhibit A is a true and correct copy of the Cease and Desist Order issued by the Japan Fair Trade Commission ("JFTC") against NHK Spring Co., Ltd. and Nat Peripheral (HK) Co., Ltd. on February 9, 2018, and a certified English translation thereof.

**Document Produced by the TDK Defendants in this Litigation**

3.     Attached hereto as Exhibit B is a true and correct copy of ████████████ ████████████████████████████████████████ produced by TDK in this litigation as TDKHDD000041479. ████████████████████████ ████████████████████████████████████████████████ ██████████████████████

**LinkedIn Profiles of SAE Employees in California**

4.     Attached hereto as Exhibit C is a true and correct copy of the LinkedIn profile of Yun Teng, a Sr. Account Manager at SAE Magnetics in Milpitas, California from February 1999 to the present.  This document was downloaded from LinkedIn at my direction on May 24, 2020.

5.     Attached hereto as Exhibit D is a true and correct copy of the LinkedIn profile of Phong Vu, a Senior Product Engineer at SAE Magnetics in Milpitas, California from June 2019 to the present.  This document was downloaded from LinkedIn at my direction on May 24, 2020.

6.     Attached hereto as Exhibit E is a true and correct copy of the LinkedIn profile of Ellis Cha, a Vice President of SAE Magnetics in the San Francisco Bay Area from August 1995 to the present.  This document was downloaded from LinkedIn at my direction on May 24, 2020.

7.     Attached hereto as Exhibit F is a true and correct copy of the LinkedIn profile of

1

1  Quinghua Zeng, a Director, HDI Dynamics at SAE Magnetics in the San Francisco Bay Area from
2  July 2005 to the present.  This document was downloaded from LinkedIn at my direction on May
3  24, 2020.

4      8.      Attached hereto as Exhibit G is a true and correct copy of the LinkedIn profile of Chao-
5  Hui Yang, a Senior Staff Engineer at SAE Magnetics in the San Francisco Bay Area from February
6  1997 to the present.  This document was downloaded from LinkedIn at my direction on May 24,
7  2020.

8      9.      Attached hereto as Exhibit H is a true and correct copy of the LinkedIn profile of Jeff
9  Li, an Engineering Manager, HDD System Integration at SAE Magnetics in the San Francisco Bay
10  Area from July 2008 to the present.  This document was downloaded from LinkedIn at my
11  direction on May 24, 2020.

12      10.     Attached hereto as Exhibit I is a true and correct copy of the LinkedIn profile of
13  Darwin San Juan, a Program Manager for SAE Magnetics (H.K.) Ltd. in Milpitas, California from
14  September 2013 to the present.  This document was downloaded from LinkedIn at my direction
15  on May 24, 2020.

16  **Documents Produced by the TDK Defendants in this Litigation**

17      11.     Attached hereto as Exhibit J is a true and correct copy of ███████████████
18  ████████████████████████████████████████████████████
19  ████████████████████████████ produced by TDK in this litigation as
20  TDKHDD000021458.

21      12.     Attached hereto as Exhibit K is a true and correct copy of █████████████
22  ████████████████████████████████████████████████████
23  ████████████████████████████ produced by TDK in this
24  litigation as TDKHDD000023896.

25  **CADE's Investigation of the Suspension Assembly Conspiracy**

26      13.     Attached hereto as Exhibit L is a true and correct copy of Technical Report No. 4/2018
27  (SEI No. 0459666), and attachment thereto, issued by the General Superintendent's Office of

28

Brazil's Administrative Council for Economic Defense ("CADE") for Administrative Proceedings No. 08700.006006/2017-61, and a certified English translation thereof.

**Correspondence Exchanged in this Litigation**

14.    Attached hereto as Exhibit M is a true and correct copy of a letter dated March 18, 2020 from J. Clayton Everett, Jr., counsel for the TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd. to Christopher T. Micheletti, Aaron M. Sheanin, Victoria Sims, and Shawn Raiter.

**Documents Produced by the TDK Defendants in this Litigation**

15.    Attached hereto as Exhibit N is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ █████████ produced by TDK in this litigation as an unofficial English translation as TDKHDD000003971. ██████████████████████████████ █████████

16.    Attached hereto as Exhibit O is a true and correct copy of ███████ ██████████████████████████████████████████ produced by TDK in this litigation as TDKHDD000024412.

17.    Attached hereto as Exhibit P is a true and correct copy of ███████ ████████████████████████████████████ ████████████████████████ produced by TDK in this litigation as TDKHDD000041291.

18.    Attached hereto as Exhibit Q is true and correct copy of ████████ ██████████████████████████████████ produced by TDK in this litigation as an unofficial English translation as TDKHDD000003883. ██████ ████████████████████████████████████████████████████████████ ██████

19.    Attached hereto as Exhibit R is a true and correct copy of ██████ ████████████████████████████████████████████████████████████

3

1  ██████████████ █ ██████████ produced by TDK in this litigation as an unofficial English

2  translation as TDKHDD000002159. ████████████████████████████████████

3  ██████████████████████████████

4      20.    Attached hereto as Exhibit S is a true and correct copy of ████████████████

5  ████████████████████████████████████████████████████

6  produced by TDK in this litigation as TDKHDD000000798.

7      21.    Attached hereto as Exhibit T is a true and correct copy of ████████████████

8  ████████████████████████████████████ produced by TDK in this litigation

9  as TDKHDD000004775. ██████████████████████████████

10  ██████████████████████████████████████████████████████

11  ████████████████████████

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

4

1       I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct.

3

4 Executed this 1st day of June, 2020 at Oakland, California.

5

6                           By: _____

7                                    Aaron M. Sheanin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28