Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
ASheanin@RobinsKaplan.com

Christopher T. Micheletti (SBN 126446)
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
cmicheletti@zelle.com

*Interim Co-Lead Class Counsel*
*for End-User Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE; HARD DRIVE SUSPENSION ASSEMBLIES ANTIRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br>ALL END-USER ACTIONS | **END-USER PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Hon. Maxine M. Chesney |

End-User Plaintiffs respectfully submit this response to Seagate Plaintiffs' administrative motion pursuant to Civil Local Rules 7-11 and 79-5(d) to seal portions of Plaintiffs' Opposition to Defendant SAE Magnetics (H.K.) Ltd.'s Motion to Dismiss Complaints for Lack of Personal Jurisdiction and the accompanying declarations of Aaron M. Sheanin and Daniel Floeder and exhibits thereto (collectively, the "SAE Opposition") (ECF No. 227) in accordance the Stipulated Protective Order (ECF No. 136).  The SAE Opposition contains materials designated pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential" by (1) Defendants TDK Corporation and/or SAE Magnetics (H.K.) Ltd. and (2) Seagate Plaintiffs.  End-User Plaintiffs take no position on whether the materials so-designated by the Seagate Plaintiffs should remain under seal.  End-User Plaintiffs submit that the material so-designated by Defendants should be made public.

The designating party bears the burden to show good cause for sealing the designated portions by submitting a declaration within four days of the lodging of the designated document.  *See* Civil Local Rule 79-5(e).  To satisfy the standard for confidential treatment, the designated materials must be "(a) trade secrets, (b) proprietary business information the disclosure of which could adversely affect a party's or non-party's commercial interests, or (c) information subject to privacy protection under federal, state, local, or any applicable foreign law."  Stipulated Protective Order, § 2.2.  To satisfy the standard for highly confidential treatment, the designated materials must be "so highly sensitive that [their] disclosure to a competitor and/or a Party to the action could result in competitive or commercial disadvantage to the designating party."  *Id.*, § 2.7.

The materials that End-User Plaintiffs submit should be made public include:  (1) ten documents produced by TDK in this litigation; (2) the Declaration of Aaron M. Sheanin describing those documents; and (3) portions of Plaintiffs' Opposition brief that make references to those documents.  As described below, none of the documents or information derived from those documents contains any trade secrets, proprietary business information the disclosure of which could adversely affect Defendants' commercial interests, or information subject to privacy protection:

END-USER PLAINTIFFS' RESPONSE TO
ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL

**Exhibit B** contains information concerning SAE's customer sales channels for the historic period of 2008 – 2016.  It does not contain any current sales channel information.

**Exhibits J – K** are two business expense reports with associated receipts for October 2015 and August 2011.

**Exhibit M** is a March 18, 2020 letter from TDK's counsel to Interim Co-Lead Class Counsel for End-User and Reseller Plaintiffs identifying:  (1) proposed custodians, their employers, titles and dates held during 2003 – 2016, and types of documents in their possession, custody, or control; (2) information pertaining to Defendants TDK Corporation's and Magnecomp Precision Technology Public Co., Ltd.'s email systems, database servers, and document management systems; and (3) the bates ranges for certain document retention policies and organizational charts.

**Exhibits N – R & T** are emails sent during 2007 – 2014 pertaining to the alleged conspiratorial conduct at issue in this litigation.

**Exhibit S** is a January 28, 2004 Joint Venture Agreement ("JVA") between NHK Spring Co., Ltd. and SAE Magnetics (H.K.) Ltd. which was terminated pursuant to a March 31, 2015 Agreement Regarding Termination of Joint Venture and Share Transfer, attached thereto.  Article 23 of the JVA, the confidentiality provision, governs the disclosure of technical information shared between the parties pursuant to the JVA, but does not apply to the JVA itself.

**The Declaration of Aaron M. Sheanin** contains brief descriptions of each of those exhibits at 1:12–16, 2:17–19, 2:21–23, and 3:10–4:11.

**Plaintiffs' Opposition** contains quotations from, citations to, and arguments based on those exhibits at 2:15–17, 3:6–8, 4:2–28 (including footnotes 6, 7, and 9), 8:5–9, 8:21–22, 9:1–3, and 12:5–12.

Because the materials identified above do not identify any trade secrets, proprietary business information the disclosure of which could adversely affect Defendants' commercial interests, or information subject to privacy protection, they do not satisfy the standards for confidentiality under the Stipulated Protective Order.  The Court should order the parties to file these material on the public docket.

1   DATED:  June 3, 2020                    */s/ Aaron M. Sheanin*
                                            Aaron M. Sheanin (SBN 214472)
2                                           **ROBINS KAPLAN LLP**
                                            2440 W. El Camino Real, Suite 100
3                                           Mountain View, California 94040
                                            Telephone: (650) 784-4040
4                                           Facsimile: (650) 784-4041
                                            ASheanin@RobinsKaplan.com
5
                                            */s/ Christopher T. Micheletti*
6                                           Christopher T. Micheletti (SBN 136446)
                                            **ZELLE LLP**
7                                           44 Montgomery Street, Suite 3400
                                            San Francisco, CA 94104
8                                           Telephone: (415) 693-0700
                                            Facsimile: (415) 693-0770
9                                           cmicheletti@zelle.com

10                                          *Interim Co-Lead Class Counsel*
                                            *for End-User Plaintiffs*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

END-USER PLAINTIFFS' RESPONSE TO
ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTORNEY ATTESTATION**

I, Aaron M. Sheanin, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                */s/ Aaron M. Sheanin*
                Aaron M. Sheanin

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed the foregoing document entitled **END-USER PLAINTIFFS' RESPONSE TO ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

   */s/ Aaron M. Sheanin*
Aaron M. Sheanin