IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>———————————————————<br>This Document Relates to:<br>ALL ACTIONS | Case No.  19-md-02918-MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE JOINT LETTER BRIEF RE: DEPOSITION PROTOCOL DISPUTES** |

  Pursuant to Civil Local Rule 72-1, the parties' Joint Letter Brief Regarding Deposition Protocol Disputes, filed August 12, 2020, as well as all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

  The Magistrate Judge to whom the matter is assigned will advise the parties as to the manner in which that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

  **IT IS SO ORDERED.**

Dated: August 13, 2020

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge