IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br>   ALL ACTIONS | Case No.  19-md-02918-MMC<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of defendants' pending "Motion to Dismiss (1) End-Users' Consolidated Class Action Complaint, and (2) Reseller Plaintiffs' Consolidated Amended Complaint," and the Court's order of August 26, 2020, by which order the Court dismissed with leave to amend certain claims in Seagate Plaintiff's complaint, the telephonic Further Case Management Conference currently scheduled for September 11, 2020, is hereby CONTINUED to November 6, 2020, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than October 30, 2020.

**IT IS SO ORDERED.**

Dated: August 31, 2020

MAXINE M. CHESNEY
United States District Judge