Craig Y. Lee (pro hac vice)
craiglee@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Counsel for Defendants NHK Spring Co., Ltd., NAT
Peripheral (Dong Guan) Co., Ltd., NAT Peripheral
(H.K.) Co., Ltd., NHK Spring (Thailand) Co., Ltd.,
NHK International Corp.

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | CASE NO.: 3:19-MD-02918-MMC |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SEAGATE'S AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO: | |
| *Seagate Technology LLC, et al. v. Headway Technologies, Inc., et al.* | Judge:     Hon Maxine M. Chesney |

3:19-MD-02918-MMC

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SEAGATE'S AMENDED COMPLAINT

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate") and NHK Spring Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., NAT Peripheral (H.K.) Co., Ltd., NHK Spring (Thailand) Co., Ltd., and NHK International Corp., TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd. ("Defendants") (collectively, the "Parties"), through their respective counsel of record, file this Stipulation and [Proposed] Order Regarding Schedule for Briefing on Defendants' Motion to Dismiss Seagate's Amended Complaint;

WHEREAS, Seagate filed its Amended Complaint on September 18, 2020;

WHEREAS, Defendants' response to Seagate's Amended Complaint is currently due on October 2, 2020 pursuant to Fed. R. Civ. P. 15;

WHEREAS, Defendants intend to file a Motion to Dismiss Seagate's Amended Complaint;

WHEREAS, in accordance with the Court's expressed interest in efficiency, the Parties have met and conferred regarding a briefing schedule for Defendants' motion to dismiss Seagate's Amended Complaint, and the contemplated scope of Defendants' motion.

THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. On or before October 21, 2020, Defendants shall file a joint Motion to Dismiss Seagate's Amended Complaint.

2. On or before November 11, 2020, Seagate shall file a Response in Opposition to Defendants' Motion to Dismiss.

3. On or before November 24, 2020, Defendants shall file a joint Reply in Support of Defendants' Motion to Dismiss.

4. The parties will meet and confer to determine if the briefing schedule should be modified if the scope of Defendants' motion to dismiss is more expansive than discussed during the Parties' meet and confer.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS SEAGATE'S AMENDED COMPLAINT

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1   Dated:  September 29, 2020

2

3                                                          **HUNTON ANDREWS KURTH LLP**

4                                                          By:    /s/ Craig Y. Lee
                                                                  Craig Y. Lee
5                                                                 Ann Marie Mortimer
                                                          Counsel for Defendants NHK Spring Co.,
6                                                         Ltd., NAT Peripheral (Dong Guan) Co.,
                                                          Ltd., NAT Peripheral (H.K.) Co., Ltd.,
7                                                         NHK Spring (Thailand) Co., Ltd., NHK
                                                          International Corp.

8   Dated:  September 29, 2020

9                                                          **MORGAN, LEWIS & BOCKIUS LLP**

10

11                                                         By:    /s/ J. Clayton Everett, Jr.
                                                                  J. Clayton Everett, Jr.
12                                                        Counsel for Defendants TDK Corporation,
                                                          Hutchinson Technology Inc., Headway
13                                                        Technologies, Inc., Magnecomp Precision
                                                          Technology Public Co., Ltd., and SAE
14                                                        Magnetics (H.K.) Ltd.

15  Dated:  September 29, 2020

16                                                         **WILSON SONSINI GOODRICH & ROSATI**

17

18                                                         By:    /s/ Kenneth R. O'Rourke
                                                                  Kenneth R. O'Rourke
19                                                        Counsel for Plaintiffs Seagate
                                                          Technologies, LLC, Seagate Technology
20                                                        (Thailand) LTD., Seagate Singapore
                                                          International Headquarters PTE, LTD, and
21                                                        Seagate Technology International

22

23

24

25

26

27

28

3:19-MD-02918-MMC

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS SEAGATE'S AMENDED COMPLAINT

1  Pursuant to Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the

2  filing is submitted, concur in the filing's content and have authorized the filing.

3

4  Dated: September 29, 2020                      By:  _____/s/ Craig Y. Lee_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS SEAGATE'S AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 30, 2020

By: _Marine M. Chesney_

United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION
TO DISMISS SEAGATE'S AMENDED COMPLAINT