Aaron M. Sheanin
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
ASheanin@RobinsKaplan.com

Christopher T. Micheletti
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
cmicheletti@zelle.com

*Interim Co-Lead Class Counsel for*
*End-User Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hon. Maxine M. Chesney |

Interim Co-Lead Class Counsel for the End-User Plaintiffs hereby give notice and respectfully request leave of Court to withdraw Hollis Salzman of the law firm Robins Kaplan LLP as a counsel of record for the End-User Plaintiffs in light of her recent passing. Interim Co-Lead Class Counsel for the End-User Plaintiffs further request that Ms. Salzman's name and email address be removed from all case dockets.

Pursuant to Local Civil Rule 11.5(a), attached hereto is a proposed Order Granting Withdrawal of Counsel for entry by the Court.

Dated:  October 21, 2020

Respectfully submitted,

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
ASheanin@RobinsKaplan.com

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
cmicheletti@zelle.com

***Interim Co-Lead Class Counsel for
End-User Plaintiffs***

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTORNEY ATTESTATION**

I, Aaron M. Sheanin, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin

NOTICE OF WITHDRAWAL OF COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 21, 2020, I electronically filed the foregoing document entitled **Notice of Withdrawal of Counsel** and accompanying proposed order with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

 */s/ Aaron M. Sheanin*
Aaron M. Sheanin