| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>J. Clayton Everett, Jr. (*pro hac vice*)<br>clay.everett@morganlewis.com<br>Scott A. Stempel (*pro hac vice*)<br>scott.stempel@morganlewis.com<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Tel.: (202) 739-3000<br>Fax: (202) 739-3001 | MORGAN, LEWIS & BOCKIUS LLP<br>Alexander J. Scolnik (*pro hac vice*)<br>alexander.scolnik@morganlewis.com<br>101 Park Avenue<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001 |

MORGAN, LEWIS & BOCKIUS LLP
C. Cecilia Wang, SBN 314125
cecilia.wang@morganlewis.com
Jordan Mundell, SBN 324110
jordan.mundell@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Attorneys for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Headway Technologies, Inc., Magnecomp Corporation, SAE Magnetics (H.K.) Ltd., and Hutchinson Technology Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No.   19 MD 2918 (MMC)<br><br>**DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' MOTION FOR A SCHEDULING ORDER**<br><br>Date:    December 4, 2020<br>Time:    9:00 a.m.<br>Crtrm:   7, 19th Floor<br>Before:  The Hon. Maxine M. Chesney |

I, J. Clayton Everett, Jr., state and declare as follows:

1. I am an attorney admitted to the District of Columbia Bar and admitted *pro hac vice* in the above-captioned actions. I am a partner in the law firm of Morgan, Lewis & Bockius LLP, and I am one of the attorneys responsible for the representation of Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Headway Technologies, Inc., Magnecomp Corporation, SAE Magnetics (H.K.) Ltd., and Hutchinson Technology Inc. (collectively, "TDK") in these actions. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. I submit this declaration in support of Defendants' Motion for a Scheduling Order in *In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation*, Case No. 19-md-02918 (N.D. California) and *Seagate Technology LLC, et al. v. Headway Technologies, Inc., et al.*, Case No. 3:20-cv-01217 (N.D. California).

3. On August 3, 2020, Seagate Plaintiffs, End-User Plaintiffs, and Reseller Plaintiffs (collectively, "Plaintiffs") served the following discovery requests on Defendants:

   a. Plaintiffs' First Joint Set of Requests for Production of Documents to Defendants dated August 3, 2020, a true and correct copy of which is attached as Exhibit 1;

   b. Reseller Plaintiffs' First Set of Interrogatories to Defendants dated August 3, 2020, a true and correct copy of which is attached as Exhibit 2;

   c. End-User Plaintiffs' First Set of Interrogatories to Defendants dated August 3, 2020, a true and correct copy of which is attached as Exhibit 3; and

   d. Seagate's First Set of Interrogatories to Defendants dated August 3, 2020, a true and correct copy of which is attached as Exhibit 4.

   (collectively, "Discovery Requests").

4. On August 28, 2020, counsel for TDK sought Plaintiffs' consent to phase discovery to focus first on issues necessary to determine whether Plaintiffs' claims are barred by the FTAIA.

5. On September 2, 2020, Defendants served their responses and objections to

Plaintiffs' Discovery Requests.  Defendants objected, in part, that responses to certain discovery requests were premature and should be provided only after the extraterritoriality issue is resolved.

6. On September 29, 2020, each of the Plaintiffs advised that they do not consent to any phasing of discovery.

7. On October 1, 2020, Plaintiffs served the following requests for admission on Defendants:

    a. Plaintiffs' First Joint Set of Requests for Admission to TDK dated October 1, 2020, a true and correct copy of which is attached as Exhibit 5; and

    b. Plaintiffs' First Joint Set of Requests for Admission to NHK dated October 1, 2020, a true and correct copy of which is attached as Exhibit 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that this declaration was executed by me in Washington, D.C. on October 21, 2020.

                                                                                   /s/ J. Clayton Everett, Jr.
                                                                                       J. Clayton Everett, Jr.