IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br>ALL CASES | Case No. 19-md-02918-MMC<br>MDL No. 2918<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SCHEDULING ORDER; VACATING HEARING; DIRECTIONS TO PARTIES** |

Before the Court is defendants' "Motion for a Scheduling Order," filed October 21, 2020. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, VACATES the hearing scheduled for December 4, 2020, and rules as follows:

1. To the extent defendants seek permission to file an early motion for partial summary judgment on "the issue of whether the Foreign Trade Antitrust Improvements . . . and other laws limiting the extraterritorial reach of U.S. antitrust laws foreclose[ ] [p]laintiffs' claims based on sales of HDD Suspensions outside the United States" (see Defs.' Mot. at 1:9-12), the motion, for the reasons stated by defendants (see id. at 5:27-6:13; Defs.' Reply at 1:15-17), is hereby GRANTED, and defendants will not be precluded from bringing a later motion for summary judgment.

2. To the extent defendants seek an order "phas[ing] discovery" (see Def.'s Mot. at 1:13), the motion, for the reasons stated by plaintiffs (see Pls.' Opp. at 9:16-10:19, 12:1-9), is hereby DENIED.

3.  The parties are hereby DIRECTED to meet and confer and to thereafter file, no later than January 8, 2021, a joint statement setting forth a jointly proposed briefing schedule on defendants' motion for partial summary judgment or, if the parties are unable to reach an agreement, their separate proposals.

**IT IS SO ORDERED.**

Dated: November 25, 2020

MAXINE M. CHESNEY
United States District Judge