IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All End-User Plaintiff Actions | Case No. 19-md-02918-MMC<br><br>**ORDER DENYING END-USER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL; DIRECTIONS TO END-USER PLAINTIFFS** |

Before the Court is End-User Plaintiffs' "Administrative Motion Re Filing Document Under Seal," filed December 3, 2020, whereby End-User Plaintiffs seek leave to file under seal the unredacted version of the Second Amended Consolidated Class Action Complaint ("SACCAC"), on the ground that said pleading contains information designated as confidential by defendants. Defendants have filed a response, to which End-User Plaintiffs have replied.[1] Having read and considered the parties' respective written submissions, the Court rules as follows.

The only material in the SACCAC defendants assert should be filed under seal

---

[1] End-User Plaintiffs' unopposed administrative motion for leave to file a reply is hereby GRANTED.

consists of the names of board members, officers, and employees of one or more defendants, which individuals are alleged to be participants in the antitrust conspiracy asserted in the SACCAC and who have not been indicted.  As End-User Plaintiffs point out, however, the names of the majority of such individuals, as well as an allegation that each such individual is a member of the asserted conspiracy, are already filed in the public record.  Moreover, to the extent the names of any of the listed individuals are not already in the public record, the instant case is distinguishable from the cases on which defendants rely, see, e.g., United States v. Smith, 776 F.2d 1104, 1113-14 (3rd Cir. 1985) (holding names of unindicted possible co-conspirators properly filed under seal, where, inter alia, said individuals would "not have an opportunity to prove their innocence at trial"), in that defendants here have every incentive to demonstrate the innocence of the subject board members, officers, and employees, as it is the conduct of such individuals on which defendants' liability is based.

    Accordingly, the administrative motion is hereby DENIED, and End-User Plaintiffs are DIRECTED to file in the public record, no later than seven days from the date of this order, the unredacted version of the SACCAC.

    **IT IS SO ORDERED.**

Dated:  January 5, 2021

MAXINE M. CHESNEY
United States District Judge