[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR FTAIA MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|---|---|

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR FTAIA MOTION FOR PARTIAL SUMMARY JUDGMENT

WHEREAS Defendants filed a Motion for a Scheduling Order requesting to file an early motion for partial summary judgment based on the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a ("FTAIA") and other laws limiting the extraterritorial reach of U.S. antitrust laws. See ECF No. 280.

WHEREAS the Court has granted that Motion in part and ordered the Parties to "meet and confer and to thereafter file, no later than January 8, 2021, a joint statement setting forth a jointly proposed briefing schedule on defendants' motion for partial summary judgment or, if the parties are unable to reach an agreement, their separate proposals." ECF No. 296.

WHEREAS the ongoing COVID-19 public health crisis has impacted discovery in this matter and may continue to impact discovery going forward, particularly in connection with taking depositions, the schedule agreed to below may require adjustment at a later time for good cause. The parties will update the Court at the March 5, 2020, Status Conference.

WHEREAS the Parties have met and conferred and jointly agreed on the mutual briefing schedule provided below.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendants will file their opening Motion for Summary Judgment 65 days after the following events occur: (1) all Complaints have been answered and (2) Defendants and the Seagate Plaintiffs certify they have substantially completed document productions in response to all requests for production that have been propounded as of the date of this filing.
2. Plaintiffs will file any Opposition to Defendants' Motion for Summary Judgment 75 days after Defendants' Motion is filed.
3. Defendants will file any Reply in further support of the Motion for Summary Judgment 45 days after the Plaintiffs' Opposition is filed.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

Case No. 3:19-md-02918-MMC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR FTAIA MOTION FOR PARTIAL SUMMARY JUDGMENT

Dated: January 8, 2021

  */s/ Mark H. Hamer*
Mark H. Hamer
**BAKER MCKENZIE LLP**
815 Connecticut Ave., NW
Washington, DC 20006
Telephone: (202) 452-7077
Facsimile: (202) 416-7177
mark.hamer@bakermckenzie.com

  */s/ Craig Y. Lee*
Craig Y. Lee
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Ave., NW
Washington, DC 20005
Telephone: (202) 419-2114
Facsimile: (202) 778-2201
craiglee@huntonak.com

***Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.***

  */s/ Aaron M. Sheanin*
Aaron M. Sheanin
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
asheanin@robinskaplan.com

  */s/ Christopher T. Micheletti*
Christopher T. Micheletti
**ZELLE LLP**
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
cmicheletti@zelle.com

***Interim Co-Lead Class Counsel for the End-User Plaintiffs***

  */s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-5860
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

***Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd.***

  */s/ Victoria Sims*
Victoria Sims
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
vicky@cuneolaw.com

  */s/ Shawn M. Raiter*
Shawn M. Raiter
**LARSON • KING, LLP**
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Telephone: (651) 312-6518
Facsimile: (651) 789-4818
sraiter@larsonking.com

***Interim Co-Lead Class Counsel for the Reseller Plaintiffs***

  */s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke
**WILSON SONSINI GOODRICH & ROSATI**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
korourke@wsgr.com

***Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International***

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3

Case No. 3:19-md-02918-MMC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR FTAIA MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: January 8, 2021

By: __/s/ *Mark H. Hamer*_____

**IT IS SO ORDERED**.

Dated: January 11, 2021

The Hon. Maxine M. Chesney
United States District Court Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

4

Case No. 3:19-md-02918-MMC
STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR FTAIA MOTION FOR PARTIAL SUMMARY JUDGMENT