IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>　　ALL ACTIONS | Case No.  19-md-02918-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINTS** |

　　Before the Court is defendants' Motion, filed January 29, 2021, "to Dismiss (1) End-Users' Second Amended Consolidated Class Action Complaint and (2) Reseller Plaintiffs' Second Amended Consolidated Class Action Complaint."  The End-User Plaintiffs and the Reseller Plaintiffs have filed separate opposition, to which defendants have replied.

　　Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearings scheduled for May 7, 2021.

　　**IT IS SO ORDERED.**

Dated: May 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge