# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 24, 2021   **Time:** 10:35 - 11:05 = 30 minutes   **Judge:** MAXINE M. CHESNEY

**Case No.:** 19-md-02918-MMC & 20-cv-01217-MMC   **Case Name:** In re: Hard Disk Drive Suspension Assemblies
Seagate Technology et al v. Headway Technologies

| | | |
|---|---|---|
| Aaron Sheanin<br>Adam Mendel | Robins Kaplan LLP | End-User Plaintiffs |
| Chris Micheletti<br>Qianwei Fu | Zelle LLP | End-User Plaintiffs |
| Victoria Sims | Cuneo Gilbert & LaDuca LLP | Reseller Plaintiffs |
| Kenneth O'Rourke<br>Jeffrey Van Hooreweghe<br>Mikaela Evans-Aziz | Wilson Sonsini Goodrich & Rosati | Seagate Plaintiffs |
| J. Clayton Everett | Morgan Lewis & Bockius | TDK Defendants |
| Mark Hamer<br>Mark Weiss | Baker & McKenzie | NHK Spring Defendants |
| Craig Lee<br>Carter Simpson | Hunton Andrews Kurth LLP | NHK |

**Deputy Clerk:** Tracy Geiger                                **Not Reported**

## PROCEEDINGS

Further Case Management Conference held by Zoom Webinar.

The Court extended the deadline for Defendants' production to December 10, 2021, with intermediate deadlines October 15, 2021 and November 12, 2021.

Defendants to endeavor to deliver a third of the estimated production by the first intermediate date.

**Case continued to: January 21, 2022 at 10:30 a.m. for Further Case Management Conference – to be held by Zoom**
**Joint Case Management Conference statement due on or before January 14, 2022.**