UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC (KAW)<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 422 |

On January 6, 2022, End-User Plaintiffs filed a motion to compel IBM Corporation's ("IBM") compliance with a subpoena. (Dkt. No. 422.) Pursuant to Civil Local Rule 7-3(a), IBM's opposition was due 14 days after the motion was filed, which was January 20, 2022.

To date, IBM has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, IBM is ordered, on or before February 4, 2022, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, End-User Plaintiffs may file a reply on or before February 11, 2022.

End-User Plaintiffs shall immediately serve this order on IBM, and file a proof of service within three days of the date of this order.

IT IS SO ORDERED.

Dated: January 27, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge