UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: HARD DISK DRIVE
SUSPENSION ASSEMBLIES
ANTITRUST LITIGATION

Case No. 19-md-02918-MMC   (KAW)

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 423

On January 12, 2022, End-User Plaintiffs filed an administrative motion to consider whether another party's materials should be sealed. (Dkt. No. 423.) End-User Plaintiffs sought to file under seal exhibits that were identified by Third-Party Microsoft Corporation ("Microsoft") as being "Highly Confidential" pursuant to a stipulated protective order. (*Id.* at 1.) Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Thus, Microsoft's statement and/or declaration was due by January 19, 2022.

To date, Microsoft has not filed its statement and/or declaration. Accordingly, the Court ORDERS Microsoft to show cause, by **February 18, 2022**, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Microsoft did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad requests to seal may result in the denial of the motion.").)

1   End-User Plaintiffs shall immediately serve this order on Microsoft, and file a proof of
2   service within three days of the date of this order.
3   IT IS SO ORDERED.
4   Dated: February 8, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2