UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: HARD DISK DRIVE
SUSPENSION ASSEMBLIES
ANTITRUST LITIGATION

Case No. 19-md-02918-MMC (KAW)

**ORDER RULING ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Re: Dkt. Nos. 423, 452, 456, 458

The parties have filed several motions to file under seal in connection with End-User Plaintiffs' ("EUPs") motions to compel third-party compliance with a subpoena. The Court rules as follows:

**A.     Docket No. 423**

EUPs seek to seal documents concerning data designated by Microsoft Corporation ("Microsoft") as "highly confidential" pursuant to the stipulated protective order. (Dkt. No. 423.) Microsoft has filed a statement that these documents need not remain sealed. (Dkt. No. 462.) Accordingly, the Court DENIES EUPs' motion to file under seal. The Court also DISCHARGES the order to show cause as to Microsoft. (Dkt. No. 446.)

**B.     Docket No. 452**

Microsoft seeks to seal certain documents on the grounds that they contain proprietary information, including pricing strategy, sales metrics, and negotiated agreements with vendors. (Dkt. No. 452.) Having reviewed the documents, the Court GRANTS Microsoft's motion to file under seal.

**C.     Docket No. 456**

EUPs seek to seal certain documents designated by Western Digital Corporation ("Western

Digital") as highly confidential. (Dkt. No. 456.) Western Digital has filed a declaration in support, explaining that the documents include confidential revenue and quantity figures from sales of hard disk drives to IBM Corporation. (Dkt. No. 461.) Having reviewed the documents, the Court GRANTS EUPs' motion to file under seal.

**D.  Dkt. No. 458**

EUPs seek to seal a document containing information designated by Microsoft as highly confidential. (Dkt. No. 458.) Microsoft has filed a declaration in support, explaining that the document contains sensitive sales data. (Dkt. No. 465.) Having reviewed the document, the Court GRANTS EUPs' motion to file under seal.

IT IS SO ORDERED.

Dated: February 25, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2