KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099
Email: korourke@wsgr.com
            jvanhooreweghe@wsgr.com
            mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| THIS DOCUMENT RELATES TO:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BY SEAGATE PLAINTIFFS AND TDK DEFENDANTS**<br><br>Hon. Maxine M. Chesney |

Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International (collectively, "Seagate") and Defendants TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd. (collectively, "TDK"), by and through undersigned counsel, stipulate and agree that Seagate hereby dismisses with prejudice all claims being asserted against TDK in the above-captioned actions pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2). In support of this stipulation of dismissal, the parties state as follows:

1. Seagate and TDK seek the dismissal of this action against TDK with prejudice.
2. This stipulation does not affect the rights or claims Seagate has or may have against any other defendant or alleged co-conspirator in this litigation.
3. Each party shall bear its own costs, expenses, and attorneys' fees.

WHEREFORE, the parties respectfully request that the Court issue the [Proposed] Order of Dismissal.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 5, 2022 | Respectfully submitted, |
| | |
| | */s/ Kenneth R. O'Rourke* |
| | Kenneth R. O'Rourke |
| | Jeff VanHooreweghe |
| | Mikaela E. Evans-Aziz |
| | **WILSON SONSINI GOODRICH & ROSATI** |
| | Professional Corporation |
| | One Market Plaza |
| | Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 947-2000 |
| | Facsimile:   (415) 947-2099 |
| | Email: korourke@wsgr.com |
| |            jvanhooreweghe@wsgr.com |
| |            mevansaziz@wsgr.com |
| | |
| | *Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International* |
| | |
| | */s/ J. Clayton Everett, Jr.* |
| | J. Clayton Everett, Jr. (*pro hac vice*) |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1111 Pennsylvania Ave., NW |
| | Washington, DC 20004 |
| | Telephone:   (202) 739-5860 |
| | Facsimile:   (202) 739-3001 |
| | clay.everett@morganlewis.com |
| | |
| | Michelle Park Chiu |
| | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| | Telephone:   (415) 442-1000 |
| | Facsimile:   (415) 442-1001 |
| | michelle.chiu@morganlewis.com |
| | |
| | *Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd.* |

# ATTORNEY ATTESTATION

I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 5, 2022

/s/ Kenneth R. O'Rourke
Kenneth R. O'Rourke

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

# [PROPOSED] ORDER

Pursuant to stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), all claims asserted in the above-captioned actions by Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International (collectively, "Seagate") against Defendants TDK Corporation, Hutchinson Technology Inc., Headway Technologies, Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd. (collectively, "TDK") are DISMISSED WITH PREJUDICE. This dismissal does not affect the rights or claims Seagate has or may have against any other defendant or alleged co-conspirator in this litigation. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 8, 2022

_____
Hon. Maxine M. Chesney
United States District Judge