# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 20, 2022　　　　**Time:** 11:13 – 12:00　　　**Judge:** MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　= 47 minutes

**Case No.:** 19-md-02918-MMC　　**Case Name:** In re: Hard Disk Drive Suspension Assemblies
& 20-cv-01217-MMC　　　　　　　　　　　　　　　Seagate Technology et al v. Headway Technologies

| | | |
|---|---|---|
| Aaron Sheanin<br>William Reiss | Robins Kaplan LLP | End-User Plaintiffs |
| Qianwei Fu | Zelle LLP | End-User Plaintiffs |
| Victoria Sims | Cuneo Gilbert & LaDuca LLP | Reseller Plaintiffs |
| Kenneth O'Rourke<br>Jeffrey Van Hooreweghe<br>Mikaela Evans-Aziz | Wilson Sonsini Goodrich & Rosati | Seagate Plaintiffs |
| J. Clayton Everett<br>Michelle Park Chiu | Morgan Lewis & Bockius | TDK Defendants |
| Mark Hamer<br>Mark Weiss | Baker & McKenzie | NHK Spring Defendants |
| Craig Lee<br>Carter Simpson | Hunton Andrews Kurth LLP | NHK |

**Deputy Clerk:** Tracy Geiger　　　　　　　　　　**Zoom Recording**

## PROCEEDINGS

Further Case Management Conference - hearing held by Zoom Webinar.

The Court approved the dates proposed by End User Plaintiffs in the joint case management conference statement filed May 13, 2022.  The December 9, 2022 Further Case Management Conference is vacated.

Defendants' FTAIA Summary Judgment due August 2, 2022.
Class Cert Motions and Expert Reports in Support of Class Cert due September 27, 2022
Plaintiffs' FTAIA Response to Defendants' Summary Judgment Brief due October 14, 2022
Close of Fact Discovery: October 21, 2022
Class Cert Opposition and Expert Reports in Opposition to Class Cert due November 22, 2022
Defendants' FTAIA Reply due December 7, 2022
Class Cert Replies & Expert Rebuttal Reports in Reply to Opposition to Class Cert: January 31, 2023

**Case continued to: March 31, 2023 at 10:30 a.m. for Further Case Management**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Conference**
**Joint Case Management Conference statement due on or before March 24, 2023.**