**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL END-USER PLAINTIFFS ACTIONS | Case No. 3:19-md-2918-MMC<br><br>[PROPOSED] ORDER SUBSTITUTING WILLIAM V. REISS FOR AARON M. SHEANIN AS ONE OF INTERIM CO-LEAD CLASS COUNSEL FOR END-USER PLAINTIFFS |

After careful consideration of End-User Plaintiffs' ("EUPs") motion to substitute William V. Reiss for Aaron M. Sheanin as One of Interim Co-Lead Counsel for EUPs, the Court has determined that Mr. Reiss meets all of the standards set forth in Rule 23(g)(1). EUPs have demonstrated that Mr. Reiss is experienced in handling complex antitrust class actions, including cases concerning many of the same factual, legal, procedural, and organizational issues that have and/or likely will be at issue in this case. Additionally, Robins Kaplan LLP has the appropriate resources to represent

1 | the best interests of the proposed class along with Christopher T. Micheletti and his firm, Zelle LLP.

The Court hereby ORDERS that:

1. Pursuant to Rule 23(g)(1), the Court substitutes William V. Reiss for Aaron M. Sheanin as a member of Interim Co-Lead Class Counsel for End User Plaintiffs, and affirms its prior appointment of Mr. Reiss's firm, Robins Kaplan LLP, as well as Christopher T. Micheletti and his firm, Zelle LLP.

2. Interim Co-Lead Class Counsel shall continue to have all the responsibilities identified in this Court's Order Granting Application for Appointment as Interim Co-Lead Counsel and Establishing Protocol for Common Benefit Work and Expenses, ECF No. 127.

**IT IS SO ORDERED**.

DATED: __June 7, 2022__, 2022

_Maxine M. Chesney_
Honorable Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER SUBSTITUTING WILLIAM V. REISS FOR AARON M. SHEANIN AS ONE OF INTERIM CO-LEAD CLASS COUNSEL FOR END USER PLAINTIFFS - Case No. 3:19-md-2918

- 2 -