**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC |
| | MDL No. 2918 |
| This Document Relates to: ALL ACTIONS | [PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL OF AARON M. SHEANIN |
| | Judge:      Hon. Maxine M. Chesney |

Upon consideration of the Notice of Withdrawal filed by Interim Co-Lead Class Counsel for the End-User Plaintiffs, it is **HEREBY ORDERED** that Aaron M. Sheanin is withdrawn as a counsel of record for the End-User Plaintiffs.

The Clerk of Court is directed to remove Aaron M. Sheanin from the record and from the Court's ECF system for this case.

For good cause shown, **IT IS SO ORDERED.**

Dated: June _7_, 2022

Honorable Maxine M. Chesney
**United States District Judge**