IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Flextronics Int'l USA, Inc. v. TDK Corporation, Case No. 22-cv-2798 | Case No.  19-md-02918-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS; VACATING HEARING** |

Before the Court is defendants' Motion, filed July 15, 2022, "to Dismiss the Flextronics Complaint."  On August 5, 2022, plaintiff Flextronics International USA, Inc. filed an Amended Complaint ("AC").

A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  See Fed. R. Civ. P. 15(a)(1).  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957); see also Falck Northern California Corp. v. Scott Griffith Collaborative Solutions, LLC, 25 F.4th 763, 765 (9th Cir. 2022) (holding filing of amended complaint "renders [initial complaint] without legal effect") (internal citation and quotation omitted)).

In the instant case, plaintiff filed its AC within 21 days after service of defendants' motion to dismiss the initial complaint, and, consequently, it was entitled to amend as of right.  See Fed. R. Civ. P. 15(a)(1).

//

Accordingly, the Court hereby DENIES as moot defendants' motion to dismiss the initial complaint and VACATES the hearing scheduled for September 9, 2022.

**IT IS SO ORDERED.**

Dated: August 8, 2022

MAXINE M. CHESNEY
United States District Judge