IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br>ALL CLASS ACTIONS | Case No. 19-md-02918-MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On August 2, 2022, defendants electronically filed the following documents: (1) "Notice of Motion and Motion for Partial Summary Judgment Regarding Foreign Commerce," as well as three declarations in support thereof; and (2) "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed," as well as an attachment thereto and a declaration in support thereof.  To date, defendants have not submitted courtesy copies of the above-referenced documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Accordingly, defendants are hereby ORDERED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: August 16, 2022


MAXINE M. CHESNEY
United States District Judge