**BAKER McKENZIE LLP**
Mark. H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*Pro Hac Vice*)
mark.weiss@bakermckenzie.com
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

*Counsel for Defendants NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**ORDER RE NHK DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Kandis A. Westmore |
| THIS DOCUMENT RELATES TO:<br><br>All Reseller Plaintiffs Class Actions | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
ORDER RE DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

The Court, have considered NHK Defendants' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed Pursuant to Local Rule 79-5(f), together with the supporting materials and argument of the parties, determines that:

<u>X</u> Good cause exists to seal the gray highlighted portions of (1) the Joint Discovery Letter Requesting Resolution of Dispute Regarding Production of Invoices of Reseller Class Plaintiff and (2) Exhibit 2, both containing materials designated by Reseller Plaintiff as "Confidential" under the Protective Order in this Case. The Administrative Motion is therefore GRANTED.

—OR—

_____ No good cause exists to seal the gray highlighted portions of (1) the Joint Discovery Letter Requesting Resolution of Dispute Regarding Production of Invoices of Reseller Class Plaintiff and (2) Exhibit 2, both containing materials designated by Reseller Plaintiff as "Confidential" under the Protective Order in this Case. The Administrative Motion is therefore DENIED.

**IT IS SO ORDERED.**

Dated: <u>September 2, 2022</u>

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

Case No. 3:19-md-02918-MMC
ORDER RE DEFENDANTS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED