# Exhibit A

SHEARMAN & STERLING LLP

535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
+1.415.616.1100

probbins@shearman.com
415.616.1210

**DRAFT**

**Via Email**

August 30, 2022

| | |
|---|---|
| Christopher T. Micheletti<br>Zelle LLP<br>555 12th Street - Suite 1230<br>Oakland, CA 94607 | William V. Reiss<br>Robins Kaplan LLP<br>1325 Avenue of the Americas - Suite 2601<br>New York, NY 20019 |
| Victoria Sims<br>Cuneo Gilbert & LaDuca LLP<br>4725 Wisconsin Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20016 | Shawn Raiter<br>Larson King LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, MN 55101 |

Kenneth O'Rourke
Wilson Sonsini Goodrich & Rosati P.C.
One Market Plaza
Spear Street Tower, Suite 3300
San Francisco, CA 94105

*In re Hard Disk Drive Suspension Assemblies Antitrust Litigation*
No. 19-md-02918-MMC

Dear counsel:

Thank you again for arranging last week's meet and confer video conference. I mentioned on the call that I would write to set out Mr. Tamura's response to your letter of August 17 (I also received your supplemental letter of August 29 and am reviewing it).

Again and as you know, Mr. Tamura is not a party to the Hard Drive Suspension Assemblies Antitrust Litigation pending before Judge Chesney. He played no role in drafting the Deposition Protocol in that case. Solely as a courtesy, I want to make clear why the countries you proposed in your August 17 letter present an unacceptable risk of arrest and/or extradition to Mr. Tamura.

While you are litigating a civil case involving damages, my client is facing a criminal prosecution. For Mr. Tamura, the consequence of an error made in permitting him to enter the

SHEARMAN.COM

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.

AMERICAS/2023291876.1

August 30, 2022

jurisdiction of another country (or of the United States) for a civil deposition would likely be a lengthy period of incarceration pending extradition proceedings. You have repeatedly cited countries that do not have an extradition treaty with the United States. As I explained earlier, no country needs an extradition treaty to arrest my client. All 64 of the countries you listed in a prior letter are INTERPOL member states (https://www.interpol.int/en/Who-we-are/Member-countries ). "One of the main tools for tracking fugitives is the INTERPOL Red Notice, which is an alert to all countries to request to locate and provisionally arrest an individual pending extradition." https://www.interpol.int/en/How-we-work/Fugitive-investigative-support.

Your August 17 letter suggests that Cambodia, Indonesia, Taiwan and the UAE are countries where Mr. Tamura would not be subject to arrest. I respectfully disagree.

Cambodia recently passed an antitrust law that includes criminal penalties. https://www.loc.gov/item/global-legal-monitor/2021-10-28/cambodia-countrys-first-antitrust-law-enacted/ . Cambodia follows the dual-criminality principle for extradition and allows extradition "if the prosecuted facts against the wanted person constitute an offense under the laws of both the requesting State and the Kingdom of Cambodia." See https://sherloc.unodc.org/cld/en/legislation/khm/code_of_criminal_procedure_of_the_kingdom_of_cambodia/book_nine_-_chapter_2/article_566-594/chapter_2.html? . Cambodia has extradited to the US in the past, despite any lack of an extradition treaty. *See, e.g.,* https://www.phnompenhpost.com/national/us-protect-act-sees-sex-crime-accused-extradited .

In Indonesia, the Anti-Monopoly Law provides for criminal investigation and prosecution. https://www.globalcompliancenews.com/antitrust-and-competition/antitrust-and-competition-in-indonesia/#:~:text=The%20Anti%2DMonopoly%20Law%20prohibits%20price%2Dfixing%20agreements%20between%20competing,agreement%20may%20cause%20unfair%20competition . Even in the absence of an extradition treaty, "extradition may be granted on the basis of good relationship and if the interest of the State of the Republic of Indonesia so requires." https://asean.org/wp-content/uploads/2021/01/SummaryofIndonesianExtraditionAct.pdf . Indonesia is prepared to extradite to the US, including for financial crimes. *See* https://apnews.com/article/business-arrests-bali-28737ea75b8da023c7e857bf80e08d8a .

Taiwan is a close friend of the United States and relies on the US for military support. The State Department website explains that Taiwan is "a key U.S. partner . . . [and the two countries] have a robust unofficial relationship." https://www.state.gov/u-s-relations-with-taiwan/ . Taiwan recognizes antitrust law as a criminal violation. https://www.globalcompliancenews.com/antitrust-and-competition/antitrust-and-competition-in-taiwan/ . Taiwan has also extradited foreign nationals to the US before. https://www.taiwannews.com.tw/en/news/4559903 ("Taiwan does not have a formal extradition treaty with the U.S. but typically acts quickly and extradites criminal suspects.").

Finally, the United Arab Emirates recognizes criminal penalties for its antitrust laws. https://www.tamimi.com/law-update-articles/new-competition-law-in-the-uae/#:~:text=Article%206%20of%20the%20Law,prejudice%2C%20limit%20or%20prevent%20competition . Despite the lack of an extradition treaty, "it is well documented that the UAE may

detain witnesses when requested by notice from Interpol, such as for Red Notices," See Top 5 Requirements When Requesting Extradition in the UAE, https://www.hg.org/legal-articles/top-5-requirements-when-requesting-extradition-in-the-uae-32660 . A recent extradition to South Africa highlights that the UAE has specifically granted extradition for cases involving financial crimes. https://www.thenationalnews.com/uae/courts/2022/06/13/after-gupta-brothers-arrest-how-does-the-uaes-extradition-process-work/ ("The ministry said the arrests "sent a clear statement" of the UAE's efforts to combat financial crime.").

Unfortunately, we have been unable to identify a country where Mr. Tamura could travel without being subject to arrest.

Sincerely,

*s/ Patrick D. Robbins*

**Patrick D. Robbins**

PDR


cc:     Mark Hamer, Baker & McKenzie LLP
        Craig Y. Lee, Hunton Andrews Kurth LLP
        Greg Deis, Mayer Brown LLP