## Exhibit 3: NHK Log: First four pages

| PrivLog ID Start | PrivLog ID End | PrivLog Family Start | PrivLog Family End | Bates Start | Bates End | Bates Family Start | Bates Family End | Redaction Status | Parent Doc | Custodian | OtherCustodians | Author | Recipients | From | To | CC | BCC | Parent Date | Doc Type | Privilege Basis | Description | Privilege Topic | Priv Log Attorney Names (Last, First) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NHKS-PRIV-000001 | NHKS-PRIV-000001 | | | | | | | Withhold in Full | Standalone | Yusuke_Inami | Yusuke_Inami | 040554 | | | | | | 1/13/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding FTC's investigation of HTI acquisition® | Investigation re HTI Acquisition | |
| | | | | NHKS-M-02839673 | NHKS-M-02839673 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | 700317 | | | | | | 4/25/2016 | A spreadsheet | Attorney-Client Privilege | between or among non-attorneys memorializing the legal advice of counsel regarding potential patent infringement | Patent/IP | |
| | | | | NHKS-M-02839674 | NHKS-M-02839674 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | 700317 | | | | | | 5/18/2016 | A spreadsheet | Attorney-Client Privilege | between or among non-attorneys memorializing the legal advice of counsel regarding potential patent infringement | Patent/IP | |
| | | | | NHKS-M-02839675 | NHKS-M-02839675 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | 700317 | | | | | | 5/24/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent dispute | Patent/IP | |
| | | | | NHKS-M-02839676 | NHKS-M-02839676 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | 700317 | | | | | | 7/19/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent strategy | Patent/IP | |
| | | | | NHKS-M-02839679 | NHKS-M-02839679 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | t.saito | | | | | | 5/7/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding early retirement, labor law, retirement allowance, dispatched worker and letter to be sent to employment agency | Labor; Employment | |
| | | | | NHKS-M-02839680 | NHKS-M-02839680 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | t.saito | | | | | | 6/25/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding capital system, dismissal procedure, layoff, labor union issues and labor proceedings | Labor | |
| | | | | NHKS-M-02839681 | NHKS-M-02839681 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | t.saito | | | | | | 6/11/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding authorized capital, unfair layoff, early retirement, labor union, labor law, retirement allowance and letter to be sent to employment agency | Labor; Employment | |
| | | | | NHKS-M-02839682 | NHKS-M-02839682 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | t.saito | | | | | | 7/23/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding land sales, labor dispute, early retirement, labor union, labor law, retirement allowance and letter to be sent to employment agency | Labor; Employment | |
| | | | | NHKS-M-02839683 | NHKS-M-02839683 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | t.saito | | | | | | 8/5/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding capital system, dismissal procedure, layoff, labor regulations, labor union issues and labor proceedings | Labor | |
| | | | | NHKS-M-02839684 | NHKS-M-02839684 | | | Redacted for Privilege | Standalone | Masashi_Chiba | Masashi_Chiba | 700317 | | | | | | 6/23/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent agreement and non-disclosure agreement | Patent/IP | |
| NHKS-PRIV-000002 | NHKS-PRIV-000002 | | | | | | | Withhold in Full | Standalone | Toshiyuki_Aoyagi | Toshiyuki_Aoyagi | B21 経企 北岡 英輔 | | | | | | 7/28/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding internal investigation of hard disk drive industry | Antitrust | |
| NHKS-PRIV-000003 | NHKS-PRIV-000003 | | | | | | | Withhold in Full | Standalone | Hironori_Kajii | Hironori_Kajii | 740511 | | | | | | 8/6/2009 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding potential patent infringement | Patent/IP | ▮▮▮ |
| | | | | NHKS-M-02759011 | NHKS-M-02759011 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 2/21/2011 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding trademark and patent application | Patent/IP | |
| | | | | NHKS-M-02759012 | NHKS-M-02759012 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 2/20/2012 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759013 | NHKS-M-02759013 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 6/11/2012 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and non-disclosure agreement | Patent/IP | |
| | | | | NHKS-M-02759014 | NHKS-M-02759014 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 5/23/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent law in Thailand | Patent/IP | |
| | | | | NHKS-M-02759015 | NHKS-M-02759015 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;HQ_File_Server | 700317 | | | | | | 5/27/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application in Thailand | Patent/IP | |
| | | | | NHKS-M-02759016 | NHKS-M-02759016 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;HQ_File_Server | 700317 | | | | | | 6/3/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license application | Licensing | |
| | | | | NHKS-M-02759017 | NHKS-M-02759017 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 6/14/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding business license | Licensing | |
| | | | | NHKS-M-02759018 | NHKS-M-02759018 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 6/24/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding business license | Licensing | |
| | | | | NHKS-M-02759019 | NHKS-M-02759019 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 8/4/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license negotiation and patent application | Patent/IP | |
| | | | | NHKS-M-02759020 | NHKS-M-02759020 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 8/26/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | |
| | | | | NHKS-M-02759021 | NHKS-M-02759021 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 9/29/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |
| | | | | NHKS-M-02759032 | NHKS-M-02759032 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 12/2/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |
| | | | | NHKS-M-02759033 | NHKS-M-02759033 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | 700317 | | | | | | 12/8/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |

| PrivLog ID Start | PrivLog ID End | PrivLog Family Start | PrivLog Family End | Bates Start | Bates End | Bates Family Start | Bates Family End | Redaction Status | Parent Doc | Custodian | OtherCustodians | Author | Recipients | From | To | CC | BCC | Parent Date | Doc Type | Privilege Basis | Description | Privilege Topic | Priv Log Attorney Names (Last, First) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NHKS-M-02759034 | NHKS-M-02759034 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 12/15/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |
| | | | | NHKS-M-02759035 | NHKS-M-02759035 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 12/22/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license negotiation | Licensing | |
| | | | | NHKS-M-02077526 | NHKS-M-02077526 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 3/9/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and cross license agreement | Patent/IP | |
| | | | | NHKS-M-02077527 | NHKS-M-02077527 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 3/16/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759037 | NHKS-M-02759037 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 4/13/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759038 | NHKS-M-02759038 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 4/21/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and license negotiation | Patent/IP | |
| | | | | NHKS-M-02759039 | NHKS-M-02759039 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 4/28/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759040 | NHKS-M-02759040 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 5/19/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | [redacted] |
| | | | | NHKS-M-02759041 | NHKS-M-02759041 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/1/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | [redacted] |
| | | | | NHKS-M-02759042 | NHKS-M-02759042 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/9/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | |
| | | | | NHKS-M-02759043 | NHKS-M-02759043 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/15/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | [redacted] |
| | | | | NHKS-M-02759044 | NHKS-M-02759044 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/22/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and license negotiation | Patent/IP | [redacted] |
| | | | | NHKS-M-02759045 | NHKS-M-02759045 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/30/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | |
| | | | | NHKS-M-02759046 | NHKS-M-02759046 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 7/6/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | |
| | | | | NHKS-M-02759047 | NHKS-M-02759047 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 7/14/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and patent application | Patent/IP | [redacted] |
| | | | | NHKS-M-02759048 | NHKS-M-02759048 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 7/22/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and license negotiation | Patent/IP | [redacted] |
| | | | | NHKS-M-02759049 | NHKS-M-02759049 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 7/27/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application and license negotiation | Patent/IP | [redacted] |
| | | | | NHKS-M-02759050 | NHKS-M-02759050 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 10/13/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759051 | NHKS-M-02759051 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 11/9/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759052 | NHKS-M-02759052 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 11/16/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent application | Patent/IP | |
| | | | | NHKS-M-02759053 | NHKS-M-02759053 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 700317 | | | | | | 6/6/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding non-disclosure agreement | Transactional Counselling re NDA | |
| | | | | NHKS-M-02759054 | NHKS-M-02759054 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 6/13/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent rights and non-disclosure agreement | Patent/IP | |
| | | | | NHKS-M-02759055 | NHKS-M-02759055 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 6/22/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement and non-disclosure agreement | Licensing | |
| | | | | NHKS-M-02759056 | NHKS-M-02759056 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 6/27/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research and related patent dispute | Patent/IP | |
| | | | | NHKS-M-02759057 | NHKS-M-02759057 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 7/4/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research, related patent dispute and non-disclosure agreement | Patent/IP | |
| | | | | NHKS-M-02759058 | NHKS-M-02759058 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 7/12/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |
| | | | | NHKS-M-02759059 | NHKS-M-02759059 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii;Masashi_Chiba | 700317 | | | | | | 7/26/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02856293 | NHKS-M-02856293 | | | Redacted for Privilege | Standalone | Hironori_Ka jii | Hironori_Ka jii | 740511 | | | | | | 12/18/2008 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent infringement | Patent/IP | [redacted] |
| NHKS-PRIV-000004 | NHKS-PRIV-000004 | | | | | | | Withhold in Full | Standalone | Hironori_Ka jii | Hironori_Ka jii | 740511 | | | | | | 11/25/2009 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding potential patent infringement | Patent/IP | [redacted] |

| PrivLog ID Start | PrivLog ID End | PrivLog Family Start | PrivLog Family End | Bates Start | Bates End | Bates Family Start | Bates Family End | Redaction Status | Parent Doc | Custodian | OtherCustodians | Author | Recipients | From | To | CC | BCC | Parent Date | Doc Type | Privilege Basis | Description | Privilege Topic | Priv Log Attorney Names (Last, First) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NHKS-PRIV-000008 | NHKS-PRIV-000008 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | SEAGATE | | | | | | 8/2/2007 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding letter of intent | Transactional Counselling re Letter of Intent | |
| NHKS-PRIV-000009 | NHKS-PRIV-000009 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | 861210 | | | | | | 9/24/2003 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license agreement | Licensing | |
| NHKS-PRIV-000010 | NHKS-PRIV-000010 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Faegre & Benson | | | | | | 9/7/2004 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding sublicense agreement | Licensing | |
| NHKS-PRIV-000011 | NHKS-PRIV-000011 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Faegre & Benson | | | | | | 9/8/2004 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding sublicense agreement | Licensing | |
| NHKS-PRIV-000012 | NHKS-PRIV-000012 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Faegre & Benson | | | | | | 9/21/2004 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding sublicense agreement | Licensing | |
| NHKS-PRIV-000013 | NHKS-PRIV-000013 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Faegre & Benson | | | | | | 9/30/2004 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding sublicense agreement | Licensing | |
| NHKS-PRIV-000014 | NHKS-PRIV-000014 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | 861210 | | | | | | 2/17/2004 | A document | Attorney-Client Privilege | prepared by non-attorney providing information to enable the rendering of legal advice regarding technical support agreement | Corporate Counselling | |
| NHKS-PRIV-000015 | NHKS-PRIV-000015 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Hiroyuki Tamura | | | | | | 9/1/2004 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding sublicense agreement | Licensing | |
| | | | | NHKS-M-02777442 | NHKS-M-02777442 | | | Redacted for Privilege | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | NHKニッパツ | | | | | | 1/7/2008 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding product supply agreement | Transactional Counselling re Product Supply Agreement | |
| NHKS-PRIV-000016 | NHKS-PRIV-000016 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | NHKニッパツ | | | | | | 12/17/2007 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding product supply agreement | Transactional Counselling re Product Supply Agreement | |
| | | | | NHKS-M-02856318 | NHKS-M-02856336 | | | Redacted for Privilege | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Kaz Matsushima | | | | | | 6/4/2008 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding product supply agreement | Transactional Counselling re Product Supply Agreement | |
| NHKS-PRIV-000017 | NHKS-PRIV-000017 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura;HQ_File_Server | Kaz Matsushima | | | | | | 5/29/2008 | A document | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding product supply agreement | Transactional Counselling re Product Supply Agreement | |
| | | | | NHKS-M-02116587 | NHKS-M-02116601 | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | 040860 | | | | | | 2/11/2014 | A document | Attorney-Client Privilege | prepared by attorney representative reflecting legal advice regarding antitrust compliance | Antitrust Compliance | |
| NHKS-PRIV-000019 | NHKS-PRIV-000019 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | 日本発条株式会社 | | | | | | 7/27/2015 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding risk management | Compliance | |
| NHKS-PRIV-000020 | NHKS-PRIV-000020 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | 日本発条株式会社 | | | | | | 7/28/2015 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding risk management | Compliance | |
| NHKS-PRIV-000021 | NHKS-PRIV-000021 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | 日本発条株式会社 | | | | | | 7/30/2015 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding risk management | Compliance | |
| NHKS-PRIV-000022 | NHKS-PRIV-000022 | | | | | | | Withhold in Full | Standalone | Hiroyuki_Tamura | Hiroyuki_Tamura | Faegre & Benson | | | | | | 4/19/2013 | A document | Attorney-Client Privilege | prepared by attorney providing legal advice regarding license agreement | Licensing | |
| | | | | NHKS-M-02803813 | NHKS-M-02803813 | | | Redacted for Privilege | Standalone | HQ_File_Server | HQ_File_Server | 700317 | | | | | | 5/20/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license application | Licensing | |
| | | | | NHKS-M-02803815 | NHKS-M-02803815 | | | Redacted for Privilege | Standalone | HQ_File_Server | HQ_File_Server | 700317 | | | | | | 6/17/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding license application | Licensing | |
| | | | | NHKS-M-02840634 | NHKS-M-02840634 | | | Redacted for Privilege | Standalone | Takao_Kiriya | Takao_Kiriya | t.saito | | | | | | 10/24/2015 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding labor union, early retirement, retirement allowance and letter to be sent to employment agency | Labor; Employment | |
| | | | | NHKS-M-02840635 | NHKS-M-02840635 | | | Redacted for Privilege | Standalone | Takao_Kiriya | Takao_Kiriya | t.saito | | | | | | 2/6/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding labor union, early retirement plan, retirement procedure and letter to be sent to employment agency | Labor; Employment | |
| | | | | NHKS-M-02839979 | NHKS-M-02839979 | | | Redacted for Privilege | Standalone | Susumu_Senkawa | Susumu_Senkawa | 700317 | | | | | | 9/29/2008 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent agreement and contract review | Patent/IP | |
| | | | | NHKS-M-02840316 | NHKS-M-02840316 | | | Redacted for Privilege | Standalone | Susumu_Senkawa | Susumu_Senkawa | t.saito | | | | | | 6/30/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding mortgage repayment, liquidation of holding company, pension plan, labor law, mortgage removal, recovery of account receivable, employee's layoff, tax payment, tax deduction and asset processing | Labor; Tax; Employment | |
| | | | | NHKS-M-02840317 | NHKS-M-02840317 | | | Redacted for Privilege | Standalone | Susumu_Senkawa | Susumu_Senkawa | t.saito | | | | | | 9/28/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding loan repayment, liquidation process of holding company, retirement pension system, employment transfer, potential acquisition | Employment | |
| | | | | NHKS-M-02840318 | NHKS-M-02840318 | | | Redacted for Privilege | Standalone | Susumu_Senkawa | Susumu_Senkawa | t.saito | | | | | | 3/8/2014 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding liquidation of holding company, corporate law in the Philippines, tax procedure, corporate records, labor law, employee's dismissal, mortgage repayment, pension plan, contract review, recovery of accounts receivable and mortgage removal | Labor; Tax; Employment | |
| | | | | NHKS-M-02840320 | NHKS-M-02840320 | | | Redacted for Privilege | Standalone | Susumu_Senkawa | Susumu_Senkawa | 700317 | | | | | | 5/27/2013 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent law in Thailand | Patent/IP | |

| PrivLog ID Start | PrivLog ID End | PrivLog Family Start | PrivLog Family End | Bates Start | Bates End | Bates Family Start | Bates Family End | Redaction Status | Parent Doc | Custodian | OtherCustodians | Author | Recipients | From | To | CC | BCC | Parent Date | Doc Type | Privilege Basis | Description | Privilege Topic | Priv Log Attorney Names (Last, First) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NHKS-M-02774863 | NHKS-M-02774863 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 8/13/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding employment status, capital system, labor proceedings, layoff, labor union issues and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774864 | NHKS-M-02774864 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 8/29/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774865 | NHKS-M-02774865 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 9/5/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774866 | NHKS-M-02774866 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 9/12/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774867 | NHKS-M-02774867 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 9/20/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent appraisal | Patent/IP | |
| | | | | NHKS-M-02774868 | NHKS-M-02774868 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 9/27/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent appraisal | Patent/IP | |
| | | | | NHKS-M-02774869 | NHKS-M-02774869 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 10/3/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774870 | NHKS-M-02774870 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 10/11/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent appraisal | Patent/IP | |
| | | | | NHKS-M-02774871 | NHKS-M-02774871 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 10/17/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent appraisal | Patent/IP | |
| | | | | NHKS-M-02774872 | NHKS-M-02774872 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 10/24/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774873 | NHKS-M-02774873 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii;Masashi_Chiba | 700317 | | | | | | 10/31/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding patent research | Patent/IP | |
| | | | | NHKS-M-02774875 | NHKS-M-02774875 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 10/8/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding employment contract, capital system, labor proceedings, layoff, labor union issues, labor management and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774876 | NHKS-M-02774876 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 1/14/2017 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding labor issues, employment contract, capital system, labor proceedings, labor union issues, labor management and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774877 | NHKS-M-02774877 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 7/2/2017 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding procedure for appointing directors | Corporate Counselling | |
| | | | | NHKS-M-02774902 | NHKS-M-02774902 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 10/15/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding general meeting of shareholders, capital system, dismissal proceedings, layoff, labor regulations, retirement procedure and labor issues | Labor | |
| | | | | NHKS-M-02774903 | NHKS-M-02774903 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 10/21/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding employment contract, capital system, employment proceedings, layoff, labor regulations, labor union, labor management and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774904 | NHKS-M-02774904 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 10/29/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding dispatched labor system, retirement pension system, employment proceedings, layoff, capital system, dismissal procedure and labor regulations | Labor; Employment | |
| | | | | NHKS-M-02774905 | NHKS-M-02774905 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 11/19/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding labor issues, employment contract, capital system, labor proceedings, layoff, labor regulations, labor union issues, labor management and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774906 | NHKS-M-02774906 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 11/25/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding labor issues, employment contract, capital system, labor proceedings, layoff, labor regulations, labor union issues, labor management and dismissal procedure | Labor; Employment | |
| | | | | NHKS-M-02774907 | NHKS-M-02774907 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 12/3/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding temporary employee management, general meeting of shareholders, capital system, dismissal proceedings, layoff, labor regulations, retirement procedure and labor issues | Labor; Employment | |
| | | | | NHKS-M-02774908 | NHKS-M-02774908 | | | Redacted for Privilege | Standalone | Hironori_Kajii | Hironori_Kajii | t.saito | | | | | | 11/4/2016 | A spreadsheet | Attorney-Client Privilege | prepared by non-attorney memorializing the legal advice of counsel regarding temporary employee management, general meeting of shareholders, capital system, dismissal proceedings, layoff, labor regulations, retirement procedure and labor issues | Labor; Employment | |