| Exhibit 4: NHK Privilege Log--Sum of Entries by Privileged Topic | | |
|---|---|---|
| **Subject Matter** | **No. of Entries** | **Percentage of Log** |
| Patent/IP | 1076 | 28% |
| Licensing | 570 | 15% |
| Labor; Employment | 312 | 8% |
| Transactional Counselling re Product Supply | 267 | 7% |
| Labor | 261 | 7% |
| Employment | 257 | 7% |
| Labor; Tax; Employment | 256 | 7% |
| Corporate Counselling | 181 | 5% |
| Antitrust | 168 | 4% |
| Labor; Tax | 151 | 4% |
| Investigation re HTI Acquisition | 88 | 2% |
| Transactional Counselling re NDA | 56 | 1% |
| Transactional Counselling re Letter of Intent | 29 | 1% |
| Transactional Corporate Counselling | 21 | 1% |
| Compliance | 18 | 0% |
| Tax; Employment | 15 | 0% |
| Tax | 13 | 0% |
| Transactional/Financial Legal Counselling | 13 | 0% |
| Antitrust Compliance | 7 | 0% |
| Contract | 7 | 0% |
| Employment/Bankruptcy | 4 | 0% |
| Product Liability | 2 | 0% |
| Patent/IP; Labor | 2 | 0% |
| Indian Law | 2 | 0% |
| Regulatory | 1 | 0% |
| Environmental | 1 | 0% |
| **Total Entries** | **3778** | **100%** |