**EXHIBIT 1**

| LogID | Parent Log ID | Begin Bates | End Bates | Begin Family | End Family | Redacted/Withheld | File Type | Document Type | Custodian | Duplicate Custodian | Author | From | To | CC | BCC | Document Date | Privilege Claim | Privilege Description | Additional Attorney Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 27 | TDKHDD001673142 | TDKHDD001673146 | TDKHDD001673146 | TDKHDD001673146 | Redacted | Email | Standalone | MCHONE_Rick | MCHONE_Rick | "rick mchone usn" | "rick mchone usn" | richard_han@sae.com.hk, frankielo@sae.com.hk | | | 7/16/2008 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with customers. | In-House Counsel |
| 28 | 28 | TDKHDD001673179 | TDKHDD001673179 | TDKHDD001673179 | TDKHDD001673179 | Redacted | Email | Standalone | MCHONE_Rick | MCHONE_Rick | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | Albert Ong USN <aong@magnecomp.com> | | | 8/20/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 1654 | 1654 | TDKHDD006370602 | TDKHDD006370606 | TDKHDD006370602 | TDKHDD006370608 | Redacted | Email | Has Attachments | LO_Clarence | LO_Clarence | Clarence Lo TLNW <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=clarence"> | Clarence Lo TLNW <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=clarence"> | Albert Ong USN <aong@magnecomp.com> | Yew Ah Ming TLNW <amyew@magnecomp.com> | | 7/5/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel |
| 1654.001 | 1654 | TDKHDD006370607 | TDKHDD006370607 | TDKHDD006370602 | TDKHDD006370608 | Released | Spreadsheet | Attachment | LO_Clarence | LO_Clarence; AH-MING_Yew; Clarence Lo; ONG_Albert | clarence | | | | 7/5/2014 | | | |
| 1654.002 | 1654 | TDKHDD006370608 | TDKHDD006370608 | TDKHDD006370608 | TDKHDD006370608 | Released | Spreadsheet | Attachment | LO_Clarence | Clarence Lo; ONG_Albert; AH-MING_Yew; LO_Clarence | clarence | | | | 7/5/2014 | | | |
| 1656 | 1656 | TDKHDD006366882 | TDKHDD006366885 | TDKHDD006366888 | TDKHDD006366888 | Redacted | Email | Has Attachment | LO_Clarence | LO_Clarence | Clarence Lo TLNW <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=clarence"> | Clarence Lo TLNW <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=clarence"> | Albert Ong USN <aong@magnecomp.com>, gnagata@jp.tdk.com | Yew Ah Ming TLNW <amyew@magnecomp.com>, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, ishiguro@jp.tdk.com | | 7/4/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 1656.001 | 1656 | TDKHDD006366886 | TDKHDD006366888 | TDKHDD006366882 | TDKHDD006366888 | Released | PowerPoint Presentation | Attachment | LO_Clarence | AH-MING_Yew; Clarence Lo; ONG_Albert; LO_Clarence; ISHIGURO_Shigenao; NISHI_Hideto | clarence | | | | 7/4/2014 | | | |
| 2457 | 2457 | | | | | Withheld in Full | Email | Has Attachments | NISHI_Hideto | NISHI_Hideto | mkoda@jp.tdk.com | mkoda@jp.tdk.com | stsuichi@jp.tdk.com, keiigara@jp.tdk.com, mikist@jp.tdk.com | gnagata@jp.tdk.com, keiigara@jp.tdk.com, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | | 12/4/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | In-House Counsel |
| 2457.001 | 2457 | | | | | Withheld in Full | Spreadsheet | Attachment | NISHI_Hideto | NISHI_Hideto; IGARASHI Keisuke; NAGATA_Giichi; DHAWAN_Arun; ONG_Albert | Hidetomo Nishi TLNW | | | | 12/4/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 2457.002 | 2457 | | | | | Withheld in Full | Spreadsheet | Attachment | NISHI_Hideto | IGARASHI Keisuke; NISHI_Hideto; NAGATA_Giichi; DHAWAN_Arun; ONG_Albert | MarK Lazatin | | | | 12/4/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 2457.003 | 2457 | | | | | Withheld in Full | Spreadsheet | Attachment | NISHI_Hideto | DHAWAN_Arun; Albert Ong; MISUTA_Steve; IGARASHI Keisuke; NISHI_Hideto; ONG_Albert; NAGATA_Giichi | Peter Hahn | | | | 12/4/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 3138 | 3138 | | | | | Withheld in Full | Email | Has Attachment | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | gnagata@jp.tdk.com | | | 9/9/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Squire Patton Boggs |
| 3138.001 | 3138 | | | | | Withheld in Full | PDF | Attachment | ONG_Albert | AH-MING_Yew; Steve Misuta; MISUTA_Steve; Arun Dhawan; LO_Clarence; ONG_Albert; NAGATA_Giichi | | | | | 8/20/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 3351 | 3351 | | | | | Withheld in Full | Email | Standalone | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Steve Misuta USN <smisuta@magnecomp.com> | | | 7/18/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Nixon Peabody LLP |
| 3541 | 3541 | TDKHDD006369634 | TDKHDD006369636 | TDKHDD006369634 | TDKHDD006369636 | Redacted | Email | Standalone | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | gnagata@jp.tdk.com, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | Yew Ah Ming TLNW <amyew@magnecomp.com>, fsashida@jp.tdk.com, Clarence Lo TLNW <clarence@magnecomp.com>, keiigara@jp.tdk.com, mkoda@jp.tdk.com, ishiguro@jp.tdk.com | | 8/2/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 4436 | 4436 | | | | | Withheld in Full | Email | Standalone | DHAWAN_Arun | DHAWAN_Arun | Steve Misuta USN <smisuta@magnecomp.com> | Steve Misuta USN <smisuta@magnecomp.com> | Arun Dhawan HKN MPT <arun@magnecomp.com> | Anthony Joseph TLNW <anthony@magnecomp.com> | | 10/25/2010 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with suppliers. | In-House Counsel |

| Begin | End | Withheld | Type | Attachment | Author | From | To | CC | BCC/Other | Date | Privilege | Description | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4565 | 4565 | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | fkimura@jp.tdk.com | fkimura@jp.tdk.com | karimura@jp.tdk.com | | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | In-House Counsel |
| 4565.001 | 4565 | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro; UEDA_Tetsuya | sae magnetics (h.k.) ltd. | | | | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 4565.002 | 4565 | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | UEDA_Tetsuya; ARIMURA_Kenichiro | sae magnetics (h.k.) ltd. | | | | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 4690 | 4690 | Withheld in Full | Email | Standalone | ARIMURA_Kenichiro | ARIMURA_Kenichiro | smiura@jp.tdk.com | smiura@jp.tdk.com | kyanagi@jp.tdk.com | Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">, Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">, Koichi Terunuma <"cn=koichi terunuma/o=tdk-jp@tdk-jp">, Shinichi Sato <"cn=shinichi sato/o=tdk-jp@tdk-jp">, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">, Takasi Namioka <"cn=takasi namioka/o=tdk-jp@tdk-jp"> | 3/9/2009 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding IP licensing agreements. | Outside Counsel |
| 5291 | 5291 | Withheld in Full | Email | Standalone | ARIMURA_Kenichiro | ARIMURA_Kenichiro | makohno@jp.tdk.com | makohno@jp.tdk.com | karimura@jp.tdk.com | himorita@jp.tdk.com, utsunos@jp.tdk.com, yhojo@jp.tdk.com | 7/29/2010 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding IP licensing agreements. | Outside Counsel |
| 5510 | 5510 | Withheld in Full | Email | Standalone | ARIMURA_Kenichiro | IGARASHI Keisuke or KIMURA Shigeki or NEGISHI Akihiko or SAWABE Hajime (PBH); ARIMURA_Kenichiro | johnson_fong@saeus.com | johnson_fong@saeus.com | stanley_chan@saeus.com | anegishi@jp.tdk.com, iyohsuke@jp.tdk.com, karimura@jp.tdk.com | 6/2/2011 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with customers. | In-House Counsel |
| 5860 | 5860 | Withheld in Full | PowerPoint Presentation | Standalone | KOBAYASHI_Atsuo | KOBAYASHI_Atsuo | 記録デバイス事業本部 | | | | 12/28/2005 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding modifications to business agreements with customers. | Morrison & Foerster LLP |
| 5862 | 5862 | Withheld in Full | Email | Standalone | NAGATA_Giichi | NAGATA_Giichi | gnagata@jp.tdk.com | gnagata@jp.tdk.com | Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | "ishigurs@jp.tdk.com" <ishigurs@jp.tdk.com> "mkoda@jp.tdk.com" <mkoda@jp.tdk.com> | 8/6/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel |
| 5908 | 5908 | Withheld in Full | Email | Standalone | NAGATA_Giichi | NAGATA_Giichi | gnagata@jp.tdk.com | gnagata@jp.tdk.com | fujiw@jp.tdk.com | | 8/20/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel |
| 6682 | 6682 | Withheld in Full | Email | Has Attachments | UEDA_Tetsuya | UEDA_Tetsuya | karimura@jp.tdk.com | karimura@jp.tdk.com | k_iijima@sae.com.hk | tueda@jp.tdk.com, fkimura@jp.tdk.com | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | In-House Counsel |
| 6682.001 | 6682 | Withheld in Full | Word Document | Attachment | UEDA_Tetsuya | ARIMURA_Kenichiro; UEDA_Tetsuya | Josh | | | | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 6682.002 | 6682 | Withheld in Full | Word Document | Attachment | UEDA_Tetsuya | UEDA_Tetsuya; ARIMURA_Kenichiro | sae magnetics (h.k.) ltd. | | | | 11/17/2008 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 7207 | 7207 | Withheld in Full | PowerPoint Presentation | Standalone | NEGISHI Akihiko | NEGISHI Akihiko | Administrator | | | | 6/16/2011 | Attorney-Client Privilege; Attorney Work Product | Document prepared by company personnel regarding patent infringement litigation. | In-House Counsel |
| 7431 | 7431 | Withheld in Full | Email | Has Attachment | NASS Rick | NASS Rick; PENN Rick | CN=Ahmad Shalabi/OU=SMKT/OU=HUT/O=HTI | CN=Ahmad Shalabi/OU=SMKT/OU=HUT/O=HTI | Charles S Ives <"cn=charles s ives/ou=fnce/ou=hut/o=hti@htch">; Connie Pautz <"cn=connie pautz/ou=exad/ou=hut/o=hti@htch">; Dale M Ruzicka <"cn=dale m ruzicka/ou=hut/o=hti@htch">; David Radloff <"cn=david radloff/ou=cbs/ou=hut/o=hti@htch">; Duane Mark Jelkin <"cn=duane mark jelkin/ou=exad/ou=hut/o=hti@htch">; Richard J Penn <"cn=richard j penn/ou=smkt/ou=hut/o=hti@htch">; Rick A Nass <"cn=rick a nass/ou=smkt/ou=hut/o=hti@htch">; Todd Bradley <"cn=todd bradley/ou=exad/ou=hut/o=hti@htch"> | 1/25/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Faegre Drinker Biddle & Reath LLP |
| 7432 | 7431 | Withheld in Full | PowerPoint Presentation | Attachment | NASS Rick | NASS Rick; Nass, Rick; PENN Rick | ams9021 | | | | 1/25/2016 | Attorney-Client Privilege; Attorney Work Product | Document prepared at the request of company counsel regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Faegre Drinker Biddle & Reath LLP |

| Bates | Bates | | | | | Withheld | Doc Type | Type | Custodian | Author | From | To | CC | Recipients | Date | Privilege | Description | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8961 | 8961 | | | | | Withheld in Full | PowerPoint Presentation | Standalone | ISHIGURO_Shigenao | IGARASHI Keisuke or KIMURA Shigeki or NEGISHI Akihiko or SAWABE Hajime (PBH); NAGATA_Giichi; IGARASHI Keisuke; ISHIGURO_Shigenao | H74960 | | | | 5/17/2016 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding patent infringement litigation. | Morrison & Foerster LLP |
| 12029 | 12029 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Kenichiro Arimura/O=TDK-JP | CN=Kenichiro Arimura/O=TDK-JP | akobayas@jp.tdk.com | | 8/20/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding Board or Committee meeting materials. | Outside Counsel |
| 12030 | 12029 | | | | | Withheld in Full | PowerPoint Presentation | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | 1458790 | | | | 8/20/2009 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding patent infringement litigation. | Outside Counsel |
| 12031 | 12029 | | | | | Withheld in Full | PowerPoint Presentation | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | 1458790 | | | | 8/20/2009 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding patent infringement litigation. | Outside Counsel |
| 12388 | 12388 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Tsuyoshi Shimura/OU=CMT/O=TDK-PHIL | CN=Tsuyoshi Shimura/OU=CMT/O=TDK-PHIL | utsunos@jp.tdk.com | Akihiro Oda <"cn=akihiro oda/o=tdk-jp@tdk-jp">; Akinori Koyama <"cn=akinori koyama/o=tdk-jp@tdk-jp">; Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">; Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">; Masahide Kohno <"cn=masahide kohno/o=tdk-jp@tdk-jp">; Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">; Takasi Namioka <"cn=takasi namioka/o=tdk-jp@tdk-jp"> | 11/12/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | Outside Counsel |
| 12388.001 | 12388 | | | | | Withheld in Full | PDF | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | | | | | 11/12/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 12388.002 | 12388 | | | | | Withheld in Full | PDF | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | | | | | 10/21/2004 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 12503 | 12503 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Yuho Ko/OU=DN2/O=SAE | CN=Yuho Ko/OU=DN2/O=SAE | makohno@jp.tdk.com | Akinori Koyama<"cn=akinori koyama/o=tdk-jp@tdk-jp">; Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">; Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">; Kunihiro Ueda <"cn=kunihiro ueda/o=tdk-jp@tdk-jp">; Satoru Utsuno <"cn=satoru utsuno/o=tdk-jp@tdk-jp">; Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">; Takeshi Nakada <"cn=takeshi nakada/o=tdk-jp@tdk-jp"> | 3/18/2010 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with customers. | Outside Counsel |
| 12503.001 | 12503 | | | | | Withheld in Full | Spreadsheet | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | IT DIVISION | | | | 3/18/2010 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with customers. | |
| 12503.002 | 12503 | | | | | Withheld in Full | Spreadsheet | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | IT DIVISION | | | | 3/18/2010 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with customers. | |
| 13094 | 13094 | | | | | Withheld in Full | Email | Standalone | ARIMURA_Kenichiro | ARIMURA_Kenichiro | johnson_fong@saeus.com | johnson_fong@saeus.com | stanley_chan@saeus.com | anegishi@jp.tdk.com; iyohsuke@jp.tdk.com; karimura@jp.tdk.com | 6/2/2011 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with customers. | In-House Counsel |
| 13483 | 13483 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | NAGATA_Giichi; ARIMURA_Kenichiro | CN=Giichi Nagata/O=TDK-JP | CN=Giichi Nagata/O=TDK-JP | akobayas@jp.tdk.com; ishiguris@jp.tdk.com | karimura@jp.tdk.com; stsuichi@jp.tdk.com; kterunm@jp.tdk.com; tnamioka@jp.tdk.com; mkoda@jp.tdk.com; fkimura@jp.tdk.com | 10/9/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | In-House Counsel |
| 13483.001 | 13483 | | | | | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | UEDA_Tetsuya; ARIMURA_Kenichiro; ISHIGURO_Shigenao; NAGATA_Giichi | tdk | | | | 10/9/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 13483.002 | 13483 | | | | | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | NAGATA_Giichi; ISHIGURO_Shigenao; UEDA_Tetsuya; ARIMURA_Kenichiro | H71310 | | | | 10/9/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |

| | | | | | | Status | Type | Attachment | Author | From | To | CC | BCC | Date | Privilege | Description | Outside/In-House |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13483.003 | 13483 | | | | | Withheld in Full | Spreadsheet | Attachment | ARIMURA_Kenichiro | | ISHIGURO_Shigenao; NAGATA_Giichi; ARIMURA_Kenichiro; UEDA_Tetsuya | H71850 | | | 10/9/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 13567 | 13567 | | | | | Withheld in Full | Email | Has Attachments | ISHIGURO_Shigenao | | ISHIGURO_Shigenao; NAGATA_Giichi; ISHIGURO_Shigenao; UEDA_Tetsuya | gnagata@jp.tdk.com | gnagata@jp.tdk.com | stsugu@jp.tdk.com | Fujimi Kimura <cn=fujimi kimura/o=tdk-jp@tdk-jp">, Hitoshi Takahashi <cn=hitoshi takahashi/o=rdn2/o=sae@sae">, Kaoru Matsuoka <cn=kaoru matsuoka/o=tdk-jp@tdk-jp">, Kenichiro Arimura <cn=kenichiro arimura/o=tdk-jp@tdk-jp">, Koichi Shinohara <cn=koichi shinohara/o=tdk-jp@tdk-jp">, Masahide Kohno <cn=masahide kohno/o=tdk-jp@tdk-jp">, Masaru Koda <cn=masaru koda/o=tdk-jp@tdk-jp">, Naoko Kamiura <cn=naoko kamiura/o=tdk-jp@tdk-jp">, Shigekazu Sumita <cn=shigekazu sumita/o=tdk-jp@tdk-jp">, Shigenao Ishiguro <cn=shigenao ishiguro/o=tdk-jp@tdk-jp">, Shinichi Sato <cn=shinichi sato/o=tdk-jp@tdk-jp">, Tadayuki Miyazawa <cn=tadayuki miyazawa/o=tdk-jp">, Takasi Namioka <cn=takasi namioka/o=tdk-jp@tdk-jp">, Tetsuo Muramatsu <cn=tetsuo muramatsu/o=tdk-jp@tdk-jp">, | 11/7/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | Kuroda Law Offices |
| 13567.001 | 13567 | | | | | Withheld in Full | Word Document | Attachment | ISHIGURO_Shigenao | | NAGATA_Giichi; ARIMURA_Kenichiro; UEDA_Tetsuya; ISHIGURO_Shigenao | tdk | | | 11/5/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 13567.002 | 13567 | | | | | Withheld in Full | PowerPoint Presentation | Attachment | ISHIGURO_Shigenao | | ARIMURA_Kenichiro; ISHIGURO_Shigenao; NAGATA_Giichi; UEDA_Tetsuya; ISHIGURO_Shigenao | tdk | | | 11/5/2013 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 13851 | 13851 | TDKHDD006272520 | TDKHDD006272520 | TDKHDD006272520 | TDKHDD006272521 | Redacted | Email | Has Attachments | AH-MING_Yew | AH-MING_Yew | Yew Ah Ming TLNW <"yew ah ming tlnw"> | Yew Ah Ming TLNW <"yew ah ming tlnw"> | Arun Dhawan MPT <arun@magnecomp.com>, Clarence Lo TLNW <clarence@magnecomp.com> | Albert Ong USN <aong@magnecomp.com> | 8/4/2011 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding transfer pricing policies. | Outside Counsel |
| 13906 | 13906 | TDKHDD006298458 | TDKHDD006298461 | TDKHDD006298458 | TDKHDD006298461 | Redacted | Email | Standalone | LO_Clarence | LO_Clarence | Alan Kwan APT <akwan@acrathon.com> | Alan Kwan APT <akwan@acrathon.com> | Clarence Lo USN <clarence@magnecomp.com> | | 7/26/2011 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding transfer pricing policies. | Outside Counsel |
| 13940 | | TDKHDD006302634 | TDKHDD006302634 | TDKHDD006302613 | TDKHDD006302647 | Withheld in Full | Word Document | Standalone | LO_Clarence | LO_Clarence | Jack Tey | | | | 12/18/2007 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding TDK subsidiary's acquisition of Magnecomp Precision Technology. | Squire Sanders & Dempsey LLP |
| 14358 | 14358 | TDKHDD006328792 | TDKHDD006328794 | TDKHDD006328792 | TDKHDD006328795 | Redacted | Email | Has Attachment | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Rick McHone USN <rmchone@magnecomp.com> | | 8/6/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel |
| 14359 | 14358 | TDKHDD006328795 | TDKHDD006328795 | TDKHDD006328792 | TDKHDD006328795 | Withheld in Full | Spreadsheet | Attachment | ONG_Albert | ONG_Albert | NISHI_Hideto; ONG_Albert; LO_Clarence; AH-MING_Yew; MCHONE_Rick; NAGATA_Giichi | Hidetomo Nishi TLNW | | | 8/6/2014 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Yusuke Nakano; Dan Yoshimasa; Kenichiro Fujisaki |
| 14364 | 14364 | | | | | Withheld in Full | Email | Standalone | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | keiigara@jp.tdk.com, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, Yew Ah Ming TLNW <amyew@magnecomp.com>, Clarence Lo TLNW <clarence@magnecomp.com>, gnagata@jp.tdk.com, mkist@jp.tdk.com, mkoda@jp.tdk.com, stsuichi@jp.tdk.com | | 12/12/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 14370 | | TDKHDD006328877 | TDKHDD006328877 | TDKHDD006328876 | TDKHDD006328881 | Withheld in Full | PowerPoint Presentation | Has Attachments | ONG_Albert | Albert Ong; NAGATA_Giichi; ISHIGURO_Shigenao; Clarence Lo; AH-MING_Yew; ONG_Albert | SET Audio | | | | 6/8/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 14386 | 14386 | TDKHDD006369630 | TDKHDD006369633 | TDKHDD006369630 | TDKHDD006369633 | Redacted | Email | Standalone | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | gnagata@jp.tdk.com | | 8/2/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | In-House Counsel |
| 14426 | 14426 | TDKHDD006329362 | TDKHDD006329362 | TDKHDD006329362 | TDKHDD006329423 | Redacted | Email | Has Attachments | ONG_Albert | ONG_Albert; DHAWAN_Arun | Steve Misuta USN <smisuta@magnecomp.com> | Steve Misuta USN <smisuta@magnecomp.com> | Arun Dhawan HKN MPT <arun@magnecomp.com> | Albert Ong USN <aong@magnecomp.com> | 6/20/2011 | Attorney-Client Privilege | Communication with counsel seeking legal advice regarding patent infringement litigation. | In-House Counsel |

| # | # | Doc ID 1 | Doc ID 2 | Doc ID 3 | Doc ID 4 | Withheld | Type | Attachments | Custodian | Author | From | To | CC | BCC | Date | Privilege | Description | Counsel Type | Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14427 | 14426 | TDKHDD006329363 | TDKHDD006329362 | TDKHDD006329362 | TDKHDD006329423 | Withheld in Full | PowerPoint Presentation | Has Attachments | ONG_Albert | DHAWAN_Arun; ONG_Albert | bholaway | | | | | 6/16/2011 | Attorney-Client Privilege; Attorney Work Product | Document prepared by company personnel containing legal advice regarding patent infringement litigation. | In-House Counsel | |
| 14428 | 14426 | TDKHDD006329423 | TDKHDD006329362 | TDKHDD006329423 | TDKHDD006329423 | Withheld in Full | PDF | Attachment | ONG_Albert | DHAWAN_Arun; ONG_Albert | | | | | | 6/16/2011 | Attorney-Client Privilege; Attorney Work Product | Document prepared by counsel containing legal advice regarding patent infringement litigation. | Joel Voelzke | |
| 14456 | 14456 | TDKHDD006289514 | TDKHDD006289514 | TDKHDD006289514 | TDKHDD006289514 | Redacted | Email | Standalone | DHAWAN_Arun | DHAWAN_Arun | Arun Dhawan HKN MPT <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=arun"> | Arun Dhawan HKN MPT <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=arun"> | Yew Ah Ming TLNW <amyew@magnecomp.com>, Clarence Lo TLNW <clarence@magnecomp.com> | Albert Ong USN <aong@magnecomp.com> | | 8/5/2011 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding transfer pricing policies. | In-House Counsel | |
| 14457 | 14457 | TDKHDD006289543 | TDKHDD006289544 | TDKHDD006289543 | TDKHDD006289546 | Redacted | Email | Has Attachments | DHAWAN_Arun | DHAWAN_Arun | Arun Dhawan HKN MPT <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=arun"> | Arun Dhawan HKN MPT <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=arun"> | Steve Misuta USN <smisuta@magnecomp.com> | Albert Ong USN <aong@magnecomp.com> | | 11/30/2010 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding IP licensing agreements. | In-House Counsel | |
| 14458 | 14457 | TDKHDD006289545 | TDKHDD006289545 | TDKHDD006289543 | TDKHDD006289546 | Withheld in Full | Word Document | | DHAWAN_Arun | DHAWAN_Arun | MSuarez | | | | | 11/30/2010 | Attorney-Client Privilege | Draft agreement reflecting legal advice regarding IP licensing agreements. | In-House Counsel | |
| 14524 | 14524 | TDKHDD006290762 | TDKHDD006290765 | TDKHDD006290762 | TDKHDD006290765 | Redacted | Email | Standalone | DHAWAN_Arun | DHAWAN_Arun | Albert Ong USN-Skype <aong@magnecomp.com> | Albert Ong USN-Skype <aong@magnecomp.com> | Arun Dhawan HKN MPT <arun@magnecomp.com>, Steve Misuta USN-Skype <smisuta@magnecomp.com>, Thiti Makarabhirom TLNW <thiti@magnecomp.com>, Rick McHone USN-Skype <rmchone@magnecomp.com> | | | 4/27/2006 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with suppliers. | In-House Counsel | |
| 15432 | 15432 | | | | | Withheld in Full | Email | Standalone | TSUTSUI_Takao | TSUTSUI_Takao | | | | | | 12/22/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | Nixon Peabody LLP | |
| 15912 | 15912 | TDKHDD006314918 | TDKHDD006314920 | TDKHDD006314918 | TDKHDD006314921 | Redacted | Email | Has Attachment | NAGATA_Giichi | NAGATA_Giichi | Toshihiro Kosugi <kosugit@jp.tdk.com> | Toshihiro Kosugi <kosugit@jp.tdk.com> | Giichi Nagata <gnagata@jp.tdk.com>; "Akihiko Negishi/TDK-JP@TDK-JP" <anegishi@jp.tdk.com> | | "akihiko negishi/tdk-jp@tdk.jp" | 7/27/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | Outside Counsel | |
| 16049 | 16049 | TDKHDD006296547 | TDKHDD006296569 | TDKHDD006296547 | TDKHDD006296569 | Redacted | PowerPoint Presentation | Standalone | ISHIGURO_Shigenao | ISHIGURO_Shigenao; NISHI_Hideto; UEDA_Tetsuya; NAGATA_Giichi | Shigenao Ishiguro | | | | | 8/20/2015 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology incorporated. | Nixon Peabody LLP | |
| 16093 | 16093 | TDKHDD006317326 | TDKHDD006317328 | TDKHDD006317326 | TDKHDD006317328 | Redacted | PowerPoint Presentation | Standalone | NAGATA_Giichi | NAGATA_Giichi; NISHI_Hideto | H71850 | | | | | 3/13/2016 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel | |
| 16204 | 16204 | TDKHDD006318587 | TDKHDD006318590 | TDKHDD006318587 | TDKHDD006318590 | Redacted | Email | Standalone | NAGATA_Giichi | NAGATA_Giichi | Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | "mkoda@jp.tdk.com" <mkoda@jp.tdk.com> | "gnagata@jp.tdk.com" <gnagata@jp.tdk.com>; "ishiguro@jp.tdk.com" <ishiguro@jp.tdk.com> | | 8/6/2014 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel | |
| 16499 | 16499 | TDKHDD006320603 | TDKHDD006320606 | TDKHDD006320603 | TDKHDD006320606 | Redacted | Email | Standalone | NAGATA_Giichi | NAGATA_Giichi | Albert Ong USN <aong@magnecomp.com> | Albert Ong USN <aong@magnecomp.com> | "gnagata@jp.tdk.com" <gnagata@jp.tdk.com>; Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | "ishiguro@jp.tdk.com" <ishiguro@jp.tdk.com> | | 2/12/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel | |
| 16569 | 16569 | TDKHDD006321202 | TDKHDD006321205 | TDKHDD006321202 | TDKHDD006321205 | Redacted | Email | Standalone | NAGATA_Giichi | NAGATA_Giichi | CN=Toshihiro Kosugi/O=TDK-JP | CN=Toshihiro Kosugi/O=TDK-JP | gnagata@jp.tdk.com; anegishi@jp.tdk.com | | | 7/27/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | In-House Counsel | |
| 17137 | | TDKHDD006285415 | TDKHDD006285413 | TDKHDD006285413 | TDKHDD006285443 | Withheld in Full | PowerPoint Presentation | Standalone | ARIMURA_Kenichiro | ARIMURA_Kenichiro | 1458790 | | | | | 1/31/2011 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding IP licensing agreements. | Outside Counsel | |
| 17729 | 17729 | TDKHDD002333951 | TDKHDD002333951 | TDKHDD002333951 | TDKHDD002333962 | Withheld in Full | Email | Has Attachment | NASS Rick | NASS Rick | CN=Rick A Nass/OU=SMKT/OU=HUT/O=HTI | CN=Rick A Nass/OU=SMKT/OU=HUT/O=HTI | david.radloff@hti.htch.com | charles.ives@hti.htch.com; ahmad.shalabi@hti.htch.com | | 8/2/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel | |
| 17730 | 17729 | TDKHDD002333952 | TDKHDD002333962 | TDKHDD002333951 | TDKHDD002333962 | Withheld in Full | PowerPoint Presentation | Attachment | NASS Rick | NASS Rick; HTI | Rick Nass | | | | | 8/2/2016 | Attorney Work Product | Document prepared by company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Outside Counsel | |