**EXHIBIT 2**

| LogID | Parent Log ID | Begin Bates | End Bates | Begin Family | End Family | Redacted/Withheld | File Type | Document Type | Custodian | Duplicate Custodian | Author | From | To | CC | BCC | Document Date | Privilege Claim | Privilege Description | Additional Attorney Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 70 | | | | | Withheld in Full | Email | Has Attachments | MCHONE_Rick | MCHONE_Rick | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | gnagata@jp.tdk.com, yosuga@jp.tdk.com, marukawa@jp.tdk.com | "Floro, Allan" <afloro@nixonpeabody.com>, Yew Ah Ming TLNW <amyew@magnecomp.com>, Albert Ong USN <aong@magnecomp.com>, Arun Dhawan HKN MPT <arun@magnecomp.com>, "Ziarno, Alycia" <aziarno@nixonpeabody.com>, Clarence Lo TLNW <clarence@magnecomp.com>, "Bouxsein, Dennis" <dgbouxsein@nixonpeabody.com>, frank.sweeney@us.tdk.com, "Lang, Gordon" <glang@nixonpeabody.com>, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, jason.mizell@us.tdk.com, Jeffrey Williams <jeffrey.williams@us.tdk.com>, kazuyoshi.onishi@us.tdk.com, Steve Misuta USN <smisuta@magnecomp.com> | | 10/3/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 70.001 | 70 | | | | | Withheld in Full | Spreadsheet | Attachment | MCHONE_Rick | ONG_Albert; AH-MING_Yew; MISUTA_Steve; NISHI_Hideto; DHAWAN_Arun; NAGATA_Giichi; Steve Misuta; LO_Clarence; MCHONE_Rick | Rick McHone | | | | | 10/3/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 71 | 70 | | | | | Withheld in Full | Word Document | Attachment | MCHONE_Rick | Rick McHone; LO_Clarence; MCHONE_Rick; NISHI_Hideto; Steve Misuta; MISUTA_Steve; AH-MING_Yew; DHAWAN_Arun; NAGATA_Giichi; ONG_Albert | Rick McHone | | | | | 10/3/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 96 | 96 | | | | | Withheld in Full | Email | Standalone | MCHONE_Rick | MCHONE_Rick; MISUTA_Steve | Jason Kimball <jkimball@janescapital.com> | Jason Kimball <jkimball@janescapital.com> | Albert Ong USN <aong@magnecomp.com>, Rick McHone USN <rmchone@magnecomp.com> | djanes@janescapital.com, tgaynor@nixonpeabody.com | | 5/23/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 457 | 457 | | | | | Withheld in Full | Email | Has Attachment | ISHIGURO_Shigenao | ISHIGURO_Shigenao; NAGATA_Giichi | gnagata@jp.tdk.com | gnagata@jp.tdk.com | k_lim@sae.com.hk | kfujisaki@jp.tdk.com, mkoda@jp.tdk.com, ishigurs@jp.tdk.com, h_takahashi@sae.com.hk | | 10/10/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with customers. | |
| 457.001 | 457 | | | | | Withheld in Full | Word Document | Attachment | ISHIGURO_Shigenao | NAGATA_Giichi; ISHIGURO_Shigenao | H71850 | | | | | 10/10/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with customers. | |
| 520 | 520 | | | | | Withheld in Full | Email | Standalone | ISHIGURO_Shigenao | ISHIGURO_Shigenao; NAGATA_Giichi | Frank Sweeney <frank.sweeney@us.tdk.com> | Frank Sweeney <frank.sweeney@us.tdk.com> | gnagata@jp.tdk.com | "\"ishigurs@jp.tdk.com'\" <'ishigurs@jp.tdk.com'>", Albert Ong USN <aong@magnecomp.com>, fsashida@jp.tdk.com, ismasato@jp.tdk.com, Rick McHone USN <rmchone@magnecomp.com>, jeffrey.williams@us.tdk.com, tom.kossmann@us.tdk.com, robert.carmody@us.tdk.com | | 6/12/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 561 | 561 | | | | | Withheld in Full | Email | Standalone | ISHIGURO_Shigenao | ISHIGURO_Shigenao | ishigurs@jp.tdk.com | ishigurs@jp.tdk.com | fkimura@jp.tdk.com | Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">, yoshida <k_yoshida@nakapat.gr.jp>, Masahide Kohno <"cn=masahide kohno/o=tdk-jp@tdk-jp">, Shigenao Ishiguro <"cn=shigenao ishiguro/ou=dn2/o=sae@sae">, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">, Yuho Ko <"cn=yuho ko/ou=dn2/o=sae@sae"> | | 3/22/2013 | Attorney-Client Privilege;Attorney Work Product | Communication among company personnel containing legal advice regarding patent infringement litigation. | |
| 2352 | 2352 | | | | | Withheld in Full | Email | Has Attachments | NISHI_Hideto | NISHI_Hideto | gnagata@jp.tdk.com | gnagata@jp.tdk.com | Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com> | kfujisaki@jp.tdk.com | | 3/13/2016 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |

| ID | Family ID | Withheld | File Type | Attach Type | Custodian | Author | From | To | CC | Recipients | Date | Privilege | Description | Attorneys |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2353 | 2352 | Withheld in Full | PDF | Attachment | NISHI_Hideto | MCHONE_Rick; NAGATA_Giichi; MISUTA_Steve; AH-MING_Yew; LO_Clarence; ONG_Albert; NISHI_Hideto | | | | | 3/13/2016 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Gordon L. Lang; Thomas E. Gaynor; Alycia A. Ziarno; Brian J. Whittaker; Kenichiro Fujisaki |
| 2353.001 | 2352 | Withheld in Full | PowerPoint Presentation | Attachment | NISHI_Hideto | NAGATA_Giichi; NISHI_Hideto | H71850 | | | | 3/13/2016 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 3140 | 3140 | Withheld in Full | Email | Has Attachment | ONG_Albert | ONG_Albert | gnagata@jp.tdk.com | gnagata@jp.tdk.com | k_lim@sae.com.hk | Albert Ong USN <aong@magnecomp.com>, frankielo@sae.com.hk, fsashida@jp.tdk.com, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, kfujisaki@jp.tdk.com, mkoda@jp.tdk.com, ishigurs@jp.tdk.com | 10/21/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 3140.001 | 3140 | Withheld in Full | Word Document | Attachment | ONG_Albert | ISHIGURO_Shigenao; NISHI_Hideto; ONG_Albert; NAGATA_Giichi | Lim, Katherine Fung | | | | 10/21/2014 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 3874 | 3874 | Withheld in Full | Email | Standalone | ONG_Albert | ONG_Albert | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | Albert Ong USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=aong"> | ishigurs@jp.tdk.com | Yew Ah Ming TLNW <amyew@magnecomp.com>, Arun Dhawan HKN MPT <arun@magnecomp.com>, Clarence Lo TLNW <clarence@magnecomp.com>, "Giichi Nagata (gnagata@jp.tdk.com)" <gnagata@jp.tdk.com>, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, Jason Kimball <jkimball@janescapital.com>, Rick McHone USN <rmchone@magnecomp.com>, Steve Misuta USN <smisuta@magnecomp.com>, tgaynor@nixonpeabody.com, yosuga@jp.tdk.com | 10/26/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 4093 | 4093 | Withheld in Full | Email | Standalone | ONG_Albert | ONG_Albert | stevegasp@aol.com | stevegasp@aol.com | Albert Ong USN <aong@magnecomp.com> | dsherak@vrslaw.net | 9/18/2013 | Attorney-Client Privilege | (Common Interest) Communication among company personnel containing legal advice regarding TDK subsidiary's acquisition of EntroComponentSolutions LLC. | |
| 4916 | 4916 | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | yuho_ko@sae.com.hk | yuho_ko@sae.com.hk | mkobashi@sae.com.hk | HIROKI OSUGI <"cn=hiroki osugi/ou=hk/o=sae@sae">, Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp">, Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp">, "Lowry, Curt W." <clowry@mofo.com>, Katherine Fung Lim <"cn=katherine fung lim/ou=dn2/o=sae@sae"> | 6/30/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 4916.001 | 4916 | Withheld in Full | Spreadsheet | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | IT DIVISION | | | | 6/30/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 5191 | 5191 | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | noseface@jp.tdk.com | noseface@jp.tdk.com | fkimura@jp.tdk.com, stsuichi@jp.tdk.com, tnamioka@jp.tdk.com | Katsuaki Yanagiuchi <"cn=katsuaki yanagiuchi/o=tdk-jp@tdk-jp">, Kenji Kuroda <kekuroda@kuroda-law.gr.jp>, Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">, Koichi Terunuma <"cn=koichi terunuma/o=tdk-jp@tdk-jp">, Satoshi Miura <"cn=satoshi miura/o=tdk-jp@tdk-jp">, 'Takashi Matsumoto' <tmatsumoto@kuroda-law.gr.jp>, Yoichi Ishida <"cn=yoichi ishida/o=tdk-jp@tdk-jp"> | 4/12/2010 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding IP licensing agreements. | |
| 5192 | 5191 | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | | | | | 4/12/2010 | Attorney-Client Privilege | Communication with counsel seeking legal advice regarding IP licensing agreements. | Kenji Kuroda; Takashi Matsumoto |
| 5440 | 5440 | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | fkimura@jp.tdk.com | fkimura@jp.tdk.com | Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp"> | yoshida <k_yoshida@nakapat.gr.jp>, Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp">, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">, Shinichi Sato <"cn=shinichi sato/o=tdk-jp@tdk-jp">, Hideo Chihama <"cn=hideo chihama/o=tdk-jp@tdk-jp"> | 4/18/2011 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |

| DocID | FamilyID | | | | | Withheld | FileType | Attachment | Custodian | Author/Recipients | From | To | CC | Recipients (names) | Date | Privilege | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5440.001 | 5440 | | | | | Withheld in Full | PDF | Attachment | ARIMURA_Kenichiro | HAN Richard; ARIMURA_Kenichiro | | | | | 4/18/2011 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 5440.002 | 5440 | | | | | Withheld in Full | PDF | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro; HAN Richard | | | | | 4/18/2011 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 5877 | 5877 | | | | | Withheld in Full | Email | Has Attachments | NAGATA_Giichi | NAGATA_Giichi | gnagata@jp.tdk.com | gnagata@jp.tdk.com | noseface@jp.tdk.com | Keisuke Igarashi <"cn=keisuke igarashi/o=tdk-jp@tdk-jp">, Kiyoshi Noguchi <"cn=kiyoshi noguchi/o=tdk-jp@tdk-jp">, Koichi Terunuma <"cn=koichi terunuma/o=tdk-jp@tdk-jp">, "'k_yoshida@nakapat.gr.jp'" <k_yoshida@nakapat.gr.jp>, Masahide Kohno <"cn=masahide kohno/o=tdk-jp@tdk-jp">, Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp"> | 6/11/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.001 | 5877 | | | | | Withheld in Full | Spreadsheet | Attachment | NAGATA_Giichi | NAGATA_Giichi; IGARASHI Keisuke | H71850 | | | | 6/11/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.002 | 5877 | | | | | Withheld in Full | Spreadsheet | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | H71850 | | | | 6/11/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.003 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | KOBAYASHI_Atsuo; NAGATA_Giichi; IGARASHI Keisuke | | | | | 9/29/2005 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.004 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | | | | | 10/5/2005 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.005 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | NAGATA_Giichi; IGARASHI Keisuke | | | | | 10/5/2005 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.006 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | | | | | 10/9/2005 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.007 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | | | | | 10/9/2005 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.008 | 5877 | | | | | Withheld in Full | PDF | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | | | | | 11/9/2006 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.009 | 5877 | | | | | Withheld in Full | PowerPoint Presentation | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | H71850 | | | | 6/11/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5877.01 | 5877 | | | | | Withheld in Full | Spreadsheet | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi | H71850 | | | | 6/11/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5895 | 5895 | | | | | Withheld in Full | Email | Has Attachment | NAGATA_Giichi | NAGATA_Giichi | gnagata@jp.tdk.com | gnagata@jp.tdk.com | makohno@jp.tdk.com | Keisuke Igarashi <"cn=keisuke igarashi/o=tdk-jp@tdk-jp">, "Yoshida, Kazuhiko (k_yoshida@nakapat.gr.jp)" <k_yoshida@nakapat.gr.jp>, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp"> | 7/23/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |
| 5895.001 | 5895 | | | | | Withheld in Full | Spreadsheet | Attachment | NAGATA_Giichi | IGARASHI Keisuke; NAGATA_Giichi; IGARASHI Keisuke or KIMURA Shigeki or NEGISHI Akihiko or SAWABE Hajime (PBH) | H71850 | | | | 6/17/2015 | Attorney-Client Privilege;Attorney Work Product | Communication and attachment(s) among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. | |

| Doc ID | Family ID | Withheld | Doc Type | Attachment | Custodian | Author | From | To | CC | Recipients | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6108 | 6108 | Withheld in Full | Email | Has Attachment | NAGATA_Giichi | NAGATA_Giichi | makohno@jp.tdk.com | makohno@jp.tdk.com | gnagata@jp.tdk.com | Keisuke Igarashi <"cn=keisuke igarashi/o=tdk-jp@tdk-jp">, Kiyoshi Noguchi <"cn=kiyoshi noguchi/o=tdk-jp@tdk-jp">, Koichi Terunuma <"cn=koichi terunuma/o=tdk-jp@tdk-jp">, "Yoshida, Kazuhiko (k_yoshida@nakapat.gr.jp)" <k_yoshida@nakapat.gr.jp>, Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp">, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp"> | 7/30/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. |
| 6108.001 | 6108 | Withheld in Full | PDF | Attachment | NAGATA_Giichi | NAGATA_Giichi; IGARASHI Keisuke; IGARASHI Keisuke or KIMURA Shigeki or NEGISHI Akihiko or SAWABE Hajime (PBH) | | | | | 7/30/2015 | Attorney-Client Privilege;Attorney Work Product | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. |
| 6677 | 6677 | Withheld in Full | Email | Standalone | UEDA_Tetsuya | UEDA_Tetsuya | ismasato@mb1.tdk.co.jp | ismasato@mb1.tdk.co.jp | frankielo@sae.com.hk, k_lim@sae.com.hk | tueda@mb1.tdk.co.jp, ifukuchi@mb1.tdk.co.jp | 6/20/2007 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding modifications to business agreements with customers. |
| 6913 | 6913 | Withheld in Full | Email | Has Attachments | IGARASHI Keisuke | IGARASHI Keisuke; NAGATA_Giichi | CN=Masahide Kohno/O=TDK-JP | CN=Masahide Kohno/O=TDK-JP | Shigenao Ishiguro <"cn=shigenao ishiguro/o=tdk-jp@tdk-jp"> | k_yoshida@nakapat.gr.jp; Giichi Nagata <"cn=giichi nagata/o=tdk-jp@tdk-jp">; Keisuke Igarashi <"cn=keisuke igarashi/o=tdk-jp@tdk-jp">; Kiyoshi Noguchi <"cn=kiyoshi noguchi/o=tdk-jp@tdk-jp">; Koichi Terunuma <"cn=koichi terunuma/o=tdk-jp@tdk-jp">; Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp">; Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp"> | 9/11/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. |
| 6914 | 6913 | Withheld in Full | PDF | Attachment | IGARASHI Keisuke | IGARASHI Keisuke; ISHIGURO_Shigenao; NAGATA_Giichi | | | | | 9/10/2015 | Attorney-Client Privilege; Attorney Work Product | Document provided to counsel for review and analysis regarding government investigation of TDK subsidiaries relating to HDD suspensions. |
| 6915 | 6913 | Withheld in Full | Word Document | Attachment | IGARASHI Keisuke | IGARASHI Keisuke; ISHIGURO_Shigenao; NAGATA_Giichi | N00938928 | | | | 9/11/2015 | Attorney-Client Privilege | Document provided to counsel for review and analysis regarding government investigation of TDK subsidiaries relating to HDD suspensions. |
| 7130 | 7130 | Withheld in Full | Email | Standalone | IGARASHI Keisuke | NAGATA_Giichi; IGARASHI Keisuke | CN=Tadayuki Miyazawa/O=TDK-JP | CN=Tadayuki Miyazawa/O=TDK-JP | gnagata@jp.tdk.com; stsuichi@jp.tdk.com | Keisuke Igarashi <"cn=keisuke igarashi/o=tdk-jp@tdk-jp">; Kiyoshi Noguchi <"cn=kiyoshi noguchi/o=tdk-jp@tdk-jp">; yoshida <k_yoshida@nakapat.gr.jp>; Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp"> | 1/9/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding patent infringement litigation. |
| 8189 | 8189 | Withheld in Full | Email | Has Attachment | PENN Rick | PENN Rick | CN=Charles S Ives/OU=FNCE/OU=HUT/O=HTI | CN=Charles S Ives/OU=FNCE/OU=HUT/O=HTI | richard.penn@hti.htch.com | peggy.abram@faegrebd.com | 8/5/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. |
| 8190 | 8189 | Withheld in Full | PDF | Attachment | PENN Rick | PENN Rick | | | | | 8/5/2016 | Attorney-Client Privilege | Document provided to counsel for review and analysis regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. |
| 9130 | 9130 | Withheld in Full | Email | Has Attachment | NAGATA_Giichi | NAGATA_Giichi | Masahide Kohno <makohno@jp.tdk.com> | Masahide Kohno <makohno@jp.tdk.com> | Giichi Nagata <gnagata@jp.tdk.com>; Tadayuki Miyazawa <noseface@jp.tdk.com> | "Yoshida, Kazuhiko (k_yoshida@nakapat.gr.jp)" <k_yoshida@nakapat.gr.jp>; Miki Sato <mikist@jp.tdk.com> | 7/14/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding government investigation of TDK subsidiaries relating to HDD suspensions. |
| 9131 | 9130 | Withheld in Full | PowerPoint Presentation | Attachment | NAGATA_Giichi | NAGATA_Giichi | H74960 | | | | 7/14/2016 | Attorney-Client Privilege | Document prepared by company personnel containing legal advice regarding patent infringement litigation. |
| 12042 | 12042 | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Kenichiro Arimura/O=TDK-JP | CN=Kenichiro Arimura/O=TDK-JP | richard_han@sae.com.hk; frankielo@sae.com.hk | therine Fung Lim <"cn=therine fung lim/ou=dn2/o=sae@sae">; "Olson, A. Max" <aolson@mofo.com>; "Yoshida, Kazuhiko" <k_yoshida@nakapat.gr.jp>; "Beraha, Stuart S." <sberaha@mofo.com>; Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">; Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp"> | 11/20/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. |
| 12042.001 | 12042 | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | amo1 | | | | 11/18/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. |
| 12042.002 | 12042 | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | amo1 | | | | 11/18/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. |

| ID | Parent | BatesBegin | BatesEnd | AttachBegin | AttachEnd | Withhold | DocType | Attachment | Custodian | Author | From | To | CC | BCC | Date | Privilege | Description | Attorneys |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12162 | 12162 | | | | | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Eric Cheuk Wing Leung/OU=HK/O=SAE | CN=Eric Cheuk Wing Leung/OU=HK/O=SAE | karimura@jp.tdk.com; juren_ding@sae.com.hk | CHRIS CHIU MING LUENG <"cn=chris chiu ming lueng/ou=hk/o=sae@sae">; "Lowry, Curt W." <clowry@mofo.com>; Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">; Katherine Fung Lim <"cn=katherine fung lim/ou=dn2/o=sae@sae">; Kazumasa Fukuda <"cn=kazumasa fukuda/o=tdk-jp@tdk-jp">; Man Tse <"cn=man tse/ou=hk/o=sae@sae">; Pak Kin Wong <"cn=pak kin wong/ou=hk/o=sae@sae">; Ron Ni <"cn=ron ni/ou=hk/o=sae@sae">; Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">; Yuho Ko <"cn=yuho ko/ou=dn2/o=sae@sae"> | | 4/20/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 12162.001 | 12162 | | | | | Withheld in Full | PowerPoint Presentation | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | M816193 | | | | 4/20/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 12162.002 | 12162 | | | | | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro; KOBAYASHI_Atsuo | MIS Dept | | | | | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 12162.003 | 12162 | | | | | Withheld in Full | Word Document | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro; KOBAYASHI_Atsuo | MIS Dept | | | | | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 12240 | 12240 | | | | | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Yuho Ko/OU=DN2/O=SAE | CN=Yuho Ko/OU=DN2/O=SAE | karimura@jp.tdk.com; fkimura@jp.tdk.com | "Lowry, Curt W." <clowry@mofo.com> | | 7/2/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 12240.001 | 12240 | | | | | Withheld in Full | Spreadsheet | Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | IT DIVISION | | | | 7/2/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding modifications to business agreements with suppliers. | |
| 13713 | 13713 | TDKHDD006296119 | TDKHDD006296122 | TDKHDD006296119 | TDKHDD006296123 | Redacted | Email | Has Attachment | ISHIGURO_Shigenao | ISHIGURO_Shigenao | ishigurs@jp.tdk.com | ishigurs@jp.tdk.com | gnagata@jp.tdk.com | Fumio Sashida <"cn=fumio sashida/o=tdk-jp@tdk-jp">, hidetomo_nishi@magnecomp.com, Masaru Koda <"cn=masaru koda/o=tdk-jp@tdk-jp">, Noboru Saito <"cn=noboru saito/o=tdk-jp@tdk-jp">, Tetsuya Ueda <"cn=tetsuya ueda/o=tdk-jp@tdk-jp">, Yoshikazu Fujiwara <"cn=yoshikazu fujiwara/o=tdk-jp@tdk-jp"> | | 8/20/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 13714 | 13713 | TDKHDD006296123 | TDKHDD006296123 | TDKHDD006296119 | TDKHDD006296123 | Withheld in Full | PowerPoint Presentation | Attachment | ISHIGURO_Shigenao | ISHIGURO_Shigenao; NISHI_Hideto; UEDA_Tetsuya; NAGATA_Giichi | Shigenao Ishiguro | | | | 8/20/2015 | Attorney-Client Privilege | Document provided to counsel for review and analysis regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | Jeffrey Williams; Thomas E. Gaynor |
| 15492 | 15492 | | | | | Withheld in Full | Email | Standalone | IGARASHI Keisuke | IGARASHI Keisuke; NAGATA_Giichi | CN=Tadayuki Miyazawa/O=TDK-JP | CN=Tadayuki Miyazawa/O=TDK-JP | gnagata@jp.tdk.com; keiigara@jp.tdk.com | "'k_yoshida@nakapat.gr.jp'" <k_yoshida@nakapat.gr.jp>; Masahide Kohno <"cn=masahide kohno/o=tdk-jp@tdk-jp">; Miki Sato <"cn=miki sato/o=tdk-jp@tdk-jp">; Yukari Hishimura <"cn=yukari hishimura/o=tdk-jp@tdk-jp"> | | 3/19/2015 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding patent infringement litigation. | |