Exhibit 3 - Exemplar Entries from TDK's Privilege Log

| LogID | Parent Log ID | Begin Bates | End Bates | Begin Family | End Family | Redacted/ Withheld | File Type | Document Type | Custodian | Duplicate Custodian | Author | From | To | CC | BCC | Document Date | Privilege Claim | Privilege Description | Additional Attorney Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2127 | 2127 | | | | | Withheld in Full | Email | Has Attachments | MISUTA_Steve | MISUTA_Steve | Diane Frank USN <dfrank@magnecomp.com> | Diane Frank USN <dfrank@magnecomp.com> | Steve Misuta USN <smisuta@magnecomp.com> | Frank P Cote <fcote@jonesday.com> | | 10/4/2012 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding IP licensing agreements. | |
| 8189 | 8189 | | | | | Withheld in Full | Email | Has Attachment | PENN Rick | PENN Rick | CN=Charles S Ives/OU=FNCE/OU=HUT/O=HTI | CN=Charles S Ives/OU=FNCE/OU=HUT/O=HTI | richard.penn@hti.htch.com | peggy.abram@faegrebd.com | | 8/5/2016 | Attorney-Client Privilege | Communication among company personnel containing legal advice regarding regulatory inquiry of TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 12147 | 12147 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | CN=Fujimi Kimura/O=TDK-JP | CN=Fujimi Kimura/O=TDK-JP | a_iijima@sae.com.hk; d_iitsuka@sae.com.hk; h_kamimura@sae.com.hk | Masahide Kohno <"cn=masahide kohno/o=tdk-jp@tdk-jp">; Yuho Ko <"cn=yuho ko/ou=dn2/o=sae@sae">; kfukuda@jp.tdk.com; noseface@jp.tdk.com; "Olson, A. Max" <aolson@mofo.com>; "Jones, Kevin (TK)" <kevinjones@mofo.com>; "Lowry, Curt W." <clowry@mofo.com>; Wei Xiong <"cn=wei xiong/ou=ca/o=sae@sae">; Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">; k_yoshida@nakapat.gr.jp; "Isshiki, Taro" <tisshiki@mofo.com> | | 4/16/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 10343 | 10343 | | | | | Withheld in Full | Email | Has Attachments | NAGATA_Giichi | NAGATA_Giichi | Jeffrey Williams <jeffrey.williams@us.tdk.com> | Jeffrey Williams <jeffrey.williams@us.tdk.com> | gnagata@jp.tdk.com | afloro@nixonpeabody.com; amyew@magnecomp.com; aong@magnecomp.com; aziarno@nixonpeabody.com; clarence@magnecomp.com; dgbouxsein@nixonpeabody.com; frank.sweeney@us.tdk.com; Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>; jason.mizell@us.tdk.com; kazuyoshi.onishi@us.tdk.com; tgaynor@nixonpeabody.com | | 10/1/2015 | Attorney-Client Privilege | Communication with counsel seeking legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 70 | 70 | | | | | Withheld in Full | Email | Has Attachments | MCHONE_Rick | MCHONE_Rick | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | Rick McHone USN <"/o=magnecomp/ou=first administrative group/cn=recipients/cn=rmchone"> | gnagata@jp.tdk.com, yosuga@jp.tdk.com, marukawa@jp.tdk.com | "Floro, Allan" <afloro@nixonpeabody.com>, Yew Ah Ming TLNW <amyew@magnecomp.com>, Albert Ong USN <aong@magnecomp.com>, Arun Dhawan HKN MPT <arun@magnecomp.com>, "Ziarno, Alycia" <aziarno@nixonpeabody.com>, Clarence Lo TLNW <clarence@magnecomp.com>, "Bouxsein, Dennis" <dgbouxsein@nixonpeabody.com>, frank.sweeney@us.tdk.com, "Lang, Gordon" <glang@nixonpeabody.com>, Hidetomo Nishi TLNW <hidetomo_nishi@magnecomp.com>, jason.mizell@us.tdk.com, Jeffrey Williams <jeffrey.williams@us.tdk.com>, kazuyoshi.onishi@us.tdk.com, Steve Misuta USN <smisuta@magnecomp.com> | | 10/3/2015 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding corporate legal questions relating to TDK subsidiary's acquisition of Hutchinson Technology Incorporated. | |
| 340 | 340 | | | | | Withheld in Full | Email | Has Attachment | KOBAYASHI_Atsuo | ARIMURA_Kenichiro; KOBAYASHI_Atsuo | | k_lim@sae.com.hk | k_lim@sae.com.hk | ifukuchi@jp.tdk.com | Atsuo Kobayashi <"cn=atsuo kobayashi/o=tdk-jp@tdk-jp">, FRANKIE LO <"cn=frankie lo/ou=hk/o=sae@sae">, Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp"> | | 8/1/2011 | Attorney-Client Privilege | Communication and attachment(s) providing information requested by counsel regarding inquiry from regulators regarding planned merger activity of various HDD manufacturers. | |

Exhibit 3 - Exemplar Entries from TDK's Privilege Log

| LogID | Parent Log ID | Begin Bates | End Bates | Begin Family | End Family | Redacted/ Withheld | File Type | Document Type | Custodian | Duplicate Custodian | Author | From | To | CC | BCC | Document Date | Privilege Claim | Privilege Description | Additional Attorney Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 345 | 345 | | | | | Withheld in Full | Email | Has Attachments | KOBAYASHI_Atsuo | KOBAYASHI_Atsuo | karimura@jp.tdk.com | karimura@jp.tdk.com | karimura@jp.tdk.com | Atsuo Kobayashi <"cn=atsuo kobayashi/o=tdk-jp@tdk-jp">, FRANKIE LO <"cn=frankie lo/ou=hk/o=sae@sae">, Ikuo Fukuchi <"cn=ikuo fukuchi/o=tdk-jp@tdk-jp">, jeffrey.williams@tuc.tdk.com, Katherine Fung Lim <"cn=katherine fung lim/ou=dn2/o=sae@sae">, Hiroaki Sakai <"cn=hiroaki sakai/o=tdk-jp@tdk-jp"> | | 8/2/2011 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding inquiry from regulators regarding planned merger activity of various HDD manufacturers. | |
| 4589 | 4589 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | karimura@jp.tdk.com | karimura@jp.tdk.com | "Olson, A. Max" <aolson@mofo.com> | "Isshiki, Taro" <tisshiki@mofo.com>, "Lee, Jinyung" <jinyunglee@mofo.com>, "Beverage, Cynthia Lopez" <cbeverage@mofo.com>, "Bretschneider, Barry E." <bbretschneider@mofo.com>, fkimura@jp.tdk.com, jkutsu@jp.tdk.com, "Johnston, Alan Cope" <acjohnston@mofo.com>, "Jones, Kevin (TK)" <kevinjones@mofo.com>, k_yoshida@nakapat.gr.jp, kfukuda@jp.tdk.com, karimura@jp.tdk.com, kterunm@jp.tdk.com, "Lowry, Curt W." <clowry@mofo.com>, makohno@jp.tdk.com, mmomoi@jp.tdk.com, n_kondo@nakapat.gr.jp, noseface@jp.tdk.com | | 1/20/2009 | Attorney-Client Privilege | Communication and attachment(s) with counsel seeking legal advice regarding patent infringement litigation. | |
| 4555 | 4555 | | | | | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | karimura@jp.tdk.com | karimura@jp.tdk.com | FRANKIE LO <"cn=frankie lo/ou=hk/o=sae@sae">, Katherine Fung Lim <"cn=katherine fung lim/ou=dn2/o=sae@sae"> | "Olson, A. Max" <aolson@mofo.com>, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">, Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp"> | | 2/16/2009 | Attorney-Client Privilege;Attorney Work Product | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |
| 4806 | 4806 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | "Lowry, Curt W." <clowry@mofo.com> | "Lowry, Curt W." <clowry@mofo.com> | fkimura@jp.tdk.com, kfukuda@jp.tdk.com, karimura@jp.tdk.com | "Olson, A. Max" <aolson@mofo.com>, "Jones, Kevin (TK)" <kevinjones@mofo.com> | | 4/6/2009 | Attorney-Client Privilege | Communication with counsel seeking legal advice regarding patent infringement litigation. | |
| 12092 | 12092 | | | | | Withheld in Full | Email | Has Attachments | ARIMURA_Kenichiro | ARIMURA_Kenichiro | "Lowry, Curt W." <CLowry@mofo.com> | "Lowry, Curt W." <CLowry@mofo.com> | fkimura@jp.tdk.com; kfukuda@jp.tdk.com; karimura@jp.tdk.com | "Olson, A. Max" <aolson@mofo.com>; "Jones, Kevin (TK)" <kevinjones@mofo.com> | | 4/6/2009 | Attorney-Client Privilege | Communication with counsel seeking legal advice regarding patent infringement litigation. | |
| 4861 | 4861 | | | | | Withheld in Full | Email | Has Attachment | ARIMURA_Kenichiro | ARIMURA_Kenichiro | chrisleung@sae.com.hk | chrisleung@sae.com.hk | man_tse@sae.com.hk | "Lowry, Curt W." <clowry@mofo.com>, Eric Cheuk Wing Leung <"cn=eric cheuk wing leung/ou=hk/o=sae@sae">, Fujimi Kimura <"cn=fujimi kimura/o=tdk-jp@tdk-jp">, Juren Ding <"cn=juren ding/ou=hk/o=sae@sae">, Katherine Fung Lim <"cn=katherine fung lim/ou=dn2/o=sae@sae">, Kazumasa Fukuda <"cn=kazumasa fukuda/o=tdk-jp@tdk-jp">, Kenichiro Arimura <"cn=kenichiro arimura/o=tdk-jp@tdk-jp">, Pak Kin Wong <"cn=pak kin wong/ou=hk/o=sae@sae">, Ron Ni <"cn=ron ni/ou=hk/o=sae@sae">, Tadayuki Miyazawa <"cn=tadayuki miyazawa/o=tdk-jp@tdk-jp">, Yuho Ko <"cn=yuho ko/ou=dn2/o=sae@sae"> | | 4/30/2009 | Attorney-Client Privilege | Communication and attachment(s) among company personnel containing legal advice regarding patent infringement litigation. | |