Victoria Sims
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
vicky@cuneolaw.com

Shawn M. Raiter
**LARSON • KING, LLP**
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Telephone: (651) 312-6518
Facsimile: (651) 789-4818
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for Reseller Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>RESELLER ACTIONS | Case No. 19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Maxine M. Chesney |

I, Victoria Sims, declare:

1. I am an attorney admitted to the District of Columbia Bar and admitted *pro hac vice* with regard to the above-captioned action. I am a partner with Cuneo Gilbert & LaDuca, LLP, Interim Co-Lead Counsel for the Reseller Plaintiffs in this action ("Reseller Plaintiffs").

2. I make this declaration in support of Reseller Plaintiffs' Motion for Class Certification.

3. Attached as Ex. 1 is a true and correct copy of the Report of Dr. Michael A. Williams, designated Highly Confidential and Filed under seal.

4. Attached as Ex. 2 is a true and correct copy of Mohammad R. Kazemi, *Encyclopedia of Tribology: Suspension Assembly for Hard Disk Drive*, 3514 (Q.J. Wang, Y.W. Chung, eds., 2013).

5. Attached as Ex. 3 is a true and correct copy of Hutchinson Technology, Form 10-K (for the fiscal year ending September 28, 2003).

6. Attached as Ex. 4 is a true and correct copy of MPT Form 56-1, located at: http://capital.sec.or.th/webapp/corp_fin/datafile/56/20050520E06.DOC.

7. Attached as Ex. 5 is a true and correct copy of excerpts from the transcript of the deposition of Eric Isom, designated Confidential and Filed under seal.

8. Attached as Ex. 6 is a true and correct copy of Exhibit 246 introduced in the deposition of Eric Isom, designated Confidential and Filed under seal.

9. Attached as Ex. 7 is a true and correct copy of NHKI-M-00000220, produced by NHK Defendants, designated Confidential and Filed under seal.

10. Attached as Ex. 8 is a true and correct copy of NHKI-M-00021238, produced by NHK Defendants, designated Confidential and Filed under seal.

11. Attached as Ex. 9 is a true and correct copy of Hutchinson Technology Form 10-K (for the Fiscal Year 2000).

12. Attached as Ex. 10 is a true and correct copy of excerpts from the transcript of the deposition of Ken Martini designated Confidential and Filed under seal.

13. Attached as Ex. 11 is a true and correct copy of the DOJ Press "Japanese Manufacturer Agrees to Plead Guilty to Fixing Prices for Suspension Assemblies Used in Hard Disk Drives" dated July 29, 2019.

14. Attached as Ex. 12 is a true and correct copy of excerpts from the transcript of the deposition of Robert Legendre designated Confidential and Filed under seal.

15. Attached as Ex. 13 is a true and correct copy of excerpts from the transcript of the deposition of Matthew Bell designated Confidential and Filed under seal.

16. Attached as Ex. 14 is a true and correct copy of excerpts from the transcript of the deposition of Robert Sanders designated Confidential and Filed under seal.

17. Attached as Ex. 15 is a true and correct copy of excerpts from the transcript of the deposition of Richard McHone designated Confidential and Filed under seal.

18. Attached as Ex. 16 is a true and correct copy of excerpts from the transcript of the deposition of B.S. Teh, designated Confidential and Filed under seal.

19. Attached as Ex. 17 is a true and correct copy of NHKI-M-00055924, produced by NHK Defendants, designated Confidential and Filed under seal.

20. Attached as Ex. 18 is a true and correct copy of Market Views_ Hard Drive Shipments Drop by Nearly 17% in 2015, *available at* https://www.anandtech.com/show/10098/market-views-2015-hard-drive-shipments.

21. Attached as Ex. 19 is a true and correct copy of "Hutchinson Shares Extend Slide on Continued FTC Antitrust Review," THESTREET, (2016) by W. McConnell.  available at https://www.thestreet.com/markets/mergers-and-acquisitions/hutchinson-shares-keep-falling-on-extended-ftc-antitrust-review-13412469.

22. Attached as Ex. 20 is a true and correct copy of "What is a hard drive?" *available at* https://www.crucial.com/articles/pc-builders/what-is-a-hard-drive.

23. Attached as Ex. 21 is a true and correct copy of Hutchinson Technology, Form 10-K (for the Fiscal Year 2015).

24. Attached as Ex. 22 is a true and correct copy of Western Digital Form 10-K (for the Fiscal Year 2009).

25. Attached as Ex. 23 is a true and correct copy of the EU 2011 Merger Report.

26. Attached as Ex. 24 is a true and correct copy of Seagate Form 10-K (for the 2020-21 Fiscal Year).

27. Attached as Ex. 25 is a true and correct copy of NHK's Amended Response to EUP's Interrogatory No. 1 (Dated August 27, 2022).

28. Attached as Ex. 26 is a true and correct copy of TDK's Second Supplemental Responses to EUP Interrogatory No. 1 (Dated August 26, 2022), designated Confidential and Filed

DECL. IN SUPPORT OF RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1 under seal.

2    29.    Attached as Ex. 27 is a true and correct copy of excerpts from the transcript of the
3 deposition of Keith Johnson designated Confidential and Filed under seal.

4    30.    Attached as Ex. 28 is a true and correct copy of excerpts from the transcript of the
5 deposition of Richard "Skipp" Harvey designated Confidential and Filed under seal.

6    31.    Attached as Ex. 29 is a true and correct copy of excerpts from the transcript of the
7 deposition of Atsuo Kobayashi designated Confidential and Filed under seal.

8    32.    Attached as Ex. 30 is a true and correct copy of Ex. 0069 introduced at the
9 deposition of Richard McHone, designated Confidential and Filed under seal.

10   33.    Attached as Ex. 31 is a true and correct copy of excerpts from the transcript of the
11 deposition of Hironori Kajii, designated Confidential and Filed under seal.

12   34.    Attached as Ex. 32 is a true and correct copy of Ex. 451 introduced at the deposition
13 of Hironori Kajii, designated Confidential and Filed under seal.

14   35.    Attached as Ex. 33 is a true and correct copy of excerpts from the transcript of the
15 deposition of Shigenao Ishiguro designated Confidential and Filed under seal.

16   36.    Attached as Ex. 34 is a true and correct copy of excerpts from the transcript of the
17 deposition of Isamu Ninomiya, designated Confidential and Filed under seal.

18   37.    Attached as Ex. 35 is a true and correct copy of Ex. 1041 introduced at the
19 deposition of Isamu Ninomiya, designated Confidential and Filed under seal.

20   38.    Attached as Ex. 36 is a true and correct copy of Ex. 0067 introduced at the
21 deposition of Ken Martini, designated Confidential and Filed under seal.

22   39.    Attached as Ex. 37 is a true and correct copy of NHKI-M-00000639, produced by
23 NHK Defendants, designated Confidential and Filed under seal.

24   40.    Attached as Ex. 38 is a true and correct copy of Ex. 0274E introduced at the
25 deposition of Kenichiro Arimura, designated Confidential and Filed under seal.

26   41.    Attached as Ex. 39 is a true and correct copy of the press release titled "JFTC
27 Cease and Desist Order to the Manufacturers of Suspension for Hard Disk Drives" (Feb. 9,
28 2018), *available at*

1    https://www.jftc.go.jp/houdou/pressrelease/h30/feb/180209_1_files/201802betten.pdf.

2    42.    Attached as Ex. 40 is a true and correct copy of STX0000625, produced by Seagate
3    Plaintiffs.

4    43.    Attached as Ex. 41 is a true and correct copy of the article "Japanese Hard Drive
5    Cos. Hit With Price-Fixing Suit," by K. Atkinson, K. (2019), *Law360*, available at
6    https://www.law360.com/articles/1188971/print?section=california.

7    44.    Attached as Ex. 42 is a true and correct copy of TDKHDD001590043, produced
8    by TDK Defendants.

9    45.    Attached as Ex. 43 is a true and correct copy of the ACPERA Statute, *available
10   at* https://www.govinfo.gov/content/pkg/PLAW-108publ237/html/PLAW-108publ237.htm.

11   46.    Attached as Ex. 44 is a true and correct copy of the criminal Information filed in
12   *United States v. NHK Spring Co., Ltd.*, No. 2:19-cr-20503 on July 29, 2019.

13   47.    Attached as Ex. 45 is a true and correct copy of the press release titled *Japanese
14   Manufacturer Agrees to Plead Guilty to Fixing Prices for Suspension Assemblies Used in Hard
15   Disk Drives*, DOJ (Jul. 29, 2019), *available at* https://www.justice.gov/opa/pr/japanese-
16   manufacturer-agrees-plead-guilty-fixing-prices-suspension-assemblies-used-hard-disk.

17   48.    Attached as Ex. 46 is a true and correct copy of the Rule 11 Plea Agreement filed
18   in *United States v. NHK Spring Co., Ltd.*, No. 2:19-cr-20503 (E.D. Mich. Sept. 23, 2019).

19   49.    Attached as Ex. 47 is a true and correct copy of the Indictment filed in *United
20   States of America v. Hitoshi Hashimoto and Hiroyuki Tamura*, 3:20-cr-00070-JD.

21   50.    Attached as Ex. 48 is a true and correct copy of "JFTC Announcement
22   concerning HDD Suspension Business," (February 9, 2018).

23   51.    Attached as Ex. 49 is a true and correct copy of TDKHDD006268576, produced
24   by the TDK Defendants designated Confidential and Filed under seal.

25   52.    Attached as Ex. 50 is a true and correct copy of NHKS-M-00714897, produced
26   by the NHK Defendants designated Confidential and Filed under seal.

27   53.    Attached as Ex. 51 is a true and correct copy of Attachment to Technical Report
28   of Brazilian Administrative Counsel for Economic Defense ("CADE") No. 4/2018.

54. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 11th day of October, 2022 at Washington, District of Columbia.

*/s/ Victoria Sims*
Victoria Sims