# EXHIBIT 2

integration of the wear height over the wear scar. The results of the simulation can be summarized as shown in Fig. 7 by plotting the wear scar diameter of the ball and the wear volume of plate and ball over time. It must be stated that, by assuming constant wear rates, the effect of running in is ignored and a linear relation of wear volume over time is achieved as expected from (1). The numerical simulation results show an overall very good agreement with experimental test data (Hunger et al. 2008).

## Cross-References

- Confocal Microscopy
- Contact of Rough surfaces: The Greenwood and Williamson/Tripp, Fuller and Tabor Theories
- Fractal Contact Mechanics
- Sliding Wear
- Stochastic Contact Theories: Theories of Surface Roughness and Applications to Contact Mechanics
- Wear Quantification by Comparison of Surface Topography Data

## References

J.F. Archard, Elastic Deformation and the Laws of Friction. Proc. R. Soc. A **327**, 190–205 (1957)

B. Bhushan, *Handbook of Micro/Nano Tribology* (CRC Press, Boca Raton, FL, 1999). Chap. 4

B. Bhushan, W. Peng, Contact mechanics of multilayered rough surfaces. ASME Appl. Mech. Rev. **55**(2002), 435–480 (2002)

I.G. Goryacheva, *Contact Mechanics in Tribology* (Kluwer Academic, Dordrecht, 1998), p. 197

J.A. Greenwood, J.B.P. Williamson, Contact of nominally flat surfaces. Proc. R. Soc. A **295**, 300–319 (1966)

H. Hunger, U. Litzow, S. Genze, N. Dörr, D. Karner, C. Eisenmenger-Sittner, Tribological characterisation and surface analysis of diesel lubricated sliding, in *16th International Colloquium Tribology – TAE, Stuttgart* (2008), p. 85

S. Ilincic, G. Vorlaufer, P.A. Fotiu, A. Vernes, F. Franek, Combined finite element – boundary element method modelling of elastic multi-asperity contacts. Proc. IMechE Pt. J: J. Eng. Tribol. **223**(5), 767–776 (2009)

G.W. Stachowiak, A.W. Batchelor, *Engineering Tribology* (Butterworth-Heinemann, Boston, 2001), p. 447

T.A. Stolarski, *Tribology in machine design* (Butterworth-Heinemann, Oxford, 2000), p. 14

## Surface Waviness

- Contact with Micro Vibrations for Friction Control and Wear Reduction

## Surface-Originated Pitting

- Probabilistic Life Prediction Models for Rolling Contact Fatigue

## Surmount Clutch

- Overrunning Clutch

## Suspension Assembly for Disk Drive

- Suspension Assembly for Hard Disk Drive

## Suspension Assembly for Hard Disk Drive

MOHAMMAD R. KAZEMI
Tyco Thermal Controls, Menlo Park, CA, USA

### Synonyms

Suspension assembly for disk drive; Suspension for disk drive; Suspension for hard disk drive

### Definition

A suspension assembly is a component of the hard disk drive (HDD) that positions the slider over the surface of a rapidly spinning disk.

### Scientific Fundamentals

#### Introduction

Disk drives store and retrieve information by using magnetic heads to write onto and read from rapidly spinning disks. A magnetic head is attached to a slider, and the slider is held by a suspension assembly. The assembly of a suspension and a slider forms a head gimbal assembly (HGA), and the assembly of an HGA (one or several) and



**Suspension Assembly for Hard Disk Drive, Fig. 1** Exploded view of a typical suspension assembly

an actuator arm constitutes a head stack assembly (HSA). Figure 1 shows the exploded view of a suspension assembly. As can be seen, a suspension assembly consists of three main components that are welded to each other:

- Base plate
- Load beam
- Flexure

A suspension assembly is attached to the actuator arm, typically through the swaging process at the baseplate boss (see (▶ ABS Designs) for more information on suspension terms). The loadbeam is rolled down at radius region so that the suspension assembly can provide a gram load force (in the negative z-direction) when an HSA is integrated with a set of disks. The gram load force ($F_z$) is transferred to the slider through a formed, semi-spherical feature, named a dimple. That is why the location of the dimple on a suspension assembly is referred to as the "load point." Another formed feature on the loadbeam is the rail, which provides increased rigidity for the loadbeam.

Flexure is made of a laminate material that is composed of stainless steel (SST), dielectric, and copper. The front portion of the flexure is called the gimbal and the back portion is referred to as the flexure tail. The gimbal is the major mechanical portion of the flexure that controls the pitch and roll stiffness as well as pitch and roll static attitudes. The flexure also includes electrical traces (the copper layer of the laminate flexure) that transmit signals between the magnetic head and preamp. The slider is attached to the bond pad portion of the gimbal. The bond pad is in contact with the dimple and can freely pivot around the dimple for the pitch and roll rotations (y-direction and x-direction rotations, respectively).

A typical suspension assembly has six traces: two for reading, two for writing, and two for thermal FH control (TFC). The latter pair is used to supply electrical current to a dedicated electrical resistance that is deployed for heating the slider in the proximity of magnetic head. Such heating results in thermal expansion of the heated area and, consequently, the protrusion of the magnetic head towards the disk surface. This phenomenon allows for lowering the FH of a magnetic head with no need to fly the slider lower. In addition, the TFC allows HDD original equipment manufacturers to compensate for FH variations due to (a) manufacturing tolerances, (b) ambient condition changes, and, (c) write-induced pole tip protrusion (PTP).

The suspension assembly enables the magnetic head to fly just above the surface of the spinning disk with a flying height (FH) of only a few nanometers. In addition, the suspension assembly also needs to precisely position the magnetic head on the track so that data can be accessed from that track. However, the rotation of the disk induces airflow, which, in turn, causes the off-track vibration of the suspension and, consequently, track misregistration (TMR) of the magnetic head. To this end, more robust suspension design is needed to lower the magnitude of such vibration.

**Suspension Loads**

When an HSA is integrated with a set of disks, the following loads are applied on the slider by the suspension assembly:

1. Gram load force ($F_z$)
2. Pitch torque ($M_y$)
3. Roll torque ($M_x$)

The gram load is due to fact that the rolled-down suspension is pushed back up when the HSA is loaded into disk assembly. The rate of change in the gram load force versus the z-direction displacement of the dimple is referred to as spring rate (SR). The spring rate, and consequently gram load force, is mainly controlled by the geometry of the radius region. For a typical suspension assembly, the spring rate is between 10 and 25 N/m and the gram load force is between 0.5 and 3.0 gf.

Pitch torque is a mechanical torque in the y-direction that is mainly driven by the gimbal portion of the suspension assembly. Pitch torque can be expressed as the product of pitch stiffness ($K_P$) and pitch static attitude ($PSA$):

$$M_y = K_P \times PSA \qquad (1)$$

The pitch stiffness is the rotational stiffness of the gimbal in the y-direction and presently ranges between 0.5 and 1.2 μN.m/deg. $PSA$ refers to the angle of the gimbal bond pad relative to the disk surface in the y-direction and presently ranges between 0° and 2.5° (see (▶ Head Disk Interface for Patterned Media) for sign convention for PSA). However, the suspension assemblies that are designed for load/unload (L/UL) disk drives typically have a PSA larger than 0.5°.

Roll torque is a mechanical torque in the x-direction that is mainly controlled by the gimbal portion of the suspension assembly. Similar to pitch torque, roll torque is also expressed as the product of roll stiffness ($K_R$) and roll static attitude ($RSA$):

$$M_x = K_R \times RSA \qquad (2)$$

In this equation, $K_R$ and $RSA$ are the rotational stiffness of the gimbal in the x-direction and the angle of the gimbal bond pad relative to the disk surface in the x-direction, respectively (see (▶ Head Disk Interface for Patterned Media) for sign convention for RSA). Similar to pitch stiffness, roll stiffness ranges between 0.5 and 1.2 μN.m/deg. However, $RSA$ is typically zero for most of the present suspension assemblies.

## Key Applications

### Flying Performance

The gram load force as well as the pitch and roll torques are the loads that a suspension assembly imposes on a slider. During a track following process, those loads are balanced by the counter loads supported by the airflow between the airbearing surface (ABS) of the slider and the disk surface. Hence, for a specific set of suspension loads ($F_z$, $M_x$, $M_y$), the slider can only acquire a specific set of flying characteristics that allow for the balance of the suspension loads with the airbearing loads. Those flying characteristics are flying height of the magnetic head ($FH_{gap}$), dynamic pitch angle ($DPA$), and dynamic roll angle ($DRA$).

Among those flying characteristics, $FH_{gap}$ and $DPA$ are strongly affected by the gram load force and pitch torque, while $DRA$ only shows strong correlation with the roll torque. The variation of flying characteristics with the suspension loads are shown in Figs. 2–4. As can be seen, $FH_{gap}$ drops with the increase of gram load force and pitch torque. In addition, the $DPA$ also declines when the gram load force rises, but it climbs when the pitch torque increases. Similarly, $DRA$ increases with the increase of the roll torque.

Disk drive manufacturers specify $F_z$, $PSA$, $RSA$, $K_P$, and $K_R$ for a suspension design in an HDD program. Suspension manufacturers then design the suspension in compliance with those specifications as well as other specifications (resonance performance, windage performance, shock performance, hygrothermal performance, etc.). Meeting those suspension specifications allows HDD manufacturers to achieve the target flying characteristics. However, manufacturing tolerances at suspension, HGA, and HSA levels cause variation of those suspension specifications.

For many years, manufacturing precisions at various levels were being constantly improved, allowing for tighter tolerance of the suspension specifications and, consequently, tighter variation of flying characteristics. However, the advent of TFC in the HDD industry has dramatically softened the demand for those tolerance-tightening efforts. That is because the variation of $FH_{gap}$



**Suspension Assembly for Hard Disk Drive, Fig. 2** Plots of flying height at magnetic head ($FH_{gap}$) versus gram load force (**a**) and pitch torque (**b**). The data correspond to a typical Pemto slider



**Suspension Assembly for Hard Disk Drive, Fig. 3** Plots of dynamic pitch angle (*DPA*) versus gram load force (**a**) and pitch torque (**b**). The data correspond to a typical Pemto slider



**Suspension Assembly for Hard Disk Drive, Fig. 4** Plot of dynamic roll angle (*DRA*) versus roll torque. The data correspond to a typical Pemto slider

can now be compensated for by adjusting the thermal protrusion of the head.

**Mechanical Robustness**

The natural frequencies and stiffness are the main factors that define the mechanical robustness of a suspension assembly. A suspension assembly that has higher natural frequencies supposedly indicates superior performance in the frequency response function (FRF) and windage tests (see FRF & Windage Standard Definitions Document) for more information on FRF and windage tests)). Among the natural frequencies of a suspension assembly, sway frequency ($f_S$) and first and second torsional and bending frequencies ($f_{T1}$, $f_{T2}$, $f_{B1}$, $f_{B2}$) are the ones that contribute the most into the mechanical robustness of a suspension assembly. The processing of the radius region also has a noticeable impact on suspension performance. In particular, the rolling location in the radius region significantly impacts the gain of the first torsion mode in the FRF test. To this end, the rolling location is tuned, targeting minimal gain of the first torsion.

The lateral stiffness (linear stiffness in the y-direction), the torsional stiffness (rotational stiffness in the x-direction), and the spring rate (linear stiffness in the z-direction) of a suspension assembly also play a significant role in the mechanical robustness of a suspension assembly. In general, higher stiffness is desired because it results in lower amplitude of vibrations of a suspension assembly due to the excitations induced by the voice coil motor (VCM) or airflow. However, higher spring rate causes larger variations of the gram load force due to z-direction tolerance of the HSA. Larger gram load force variation results in larger tolerances of natural frequencies of the suspension assembly which is undesired.

Figure 5 shows the results of the FRF test for a typical suspension assembly. In this test, the suspension assembly is shaken in the y-direction at the baseplate and the slider vibration in the y-direction is recoded as the response function. As can be seen, the sway mode (at 22 kHz) strongly manifests itself in this plot. The result of the windage test for a typical suspension assembly is shown in Fig. 6. This test represents the off-track (y-direction) vibration of the slider induced by the airflow that, in turn, is caused by the disk rotation. It can be observed that the first torsion mode (at 8 kHz) exhibits the largest spike in this plot. The first bending mode (at 5.5 kHz) also appears in this plot due to the fact that the suspension assembly is slightly twisted because of the manufacturing imperfections.



**Suspension Assembly for Hard Disk Drive, Fig. 5** Plot of gain versus frequency obtained from the FRF test of a typical suspension assembly



**Suspension Assembly for Hard Disk Drive, Fig. 6** Plot of non-repeatable runout versus frequency obtained from the windage test of a typical suspension assembly

The servo system helps the magnetic head to remain on track by using the positioning data, provided by the servo bursts, to actuate the HSA by VCM. However, in some disk drives, a secondary actuation system is used to achieve better track-following performance. The secondary actuation system is typically driven by a pair of piezoelectric motors. Those motors can be mounted on arm, baseplate, loadbeam, gimbal or slider. A suspension assembly with the secondary actuation system is referred to as a dual stage actuator (DSA) suspension (see (Glossary of Suspension Terms Purpose) and (Dual Stage Actuator) for more details on dual stage actuation).

In some suspension assemblies, a damper is added as a separate component so that the gains of dominant modes and the vibration amplitudes can be suppressed. In a typical configuration, the damper consists of a viscoelastic layer and a stainless steel layer. The damper is commonly attached to the center of the loadbeam and may extend into the radius region as well. Similarly, some HDD manufacturers tend to accommodate a damper on their actuator arms so that the gains of the arm modes are damped. The deployment of a damper in a suspension assembly comes with some side effects. In particular, a damper degrades the shock performance and increases the sensitivity of suspension characteristics to the ambient temperature and humidity.

## Future Challenges

Disk drive manufacturers are planning to demonstrate an areal density of 10 Tb/in.$^2$ in 2016. Such areal density poses significant challenges for the design of magnetic heads, media, signal processing, servo, and tribology. Various major technologies are currently under investigation for achieving such areal density. Heat-assisted magnetic recording (HAMR), bit-patterned magnetic recording (BPMR) (Sign Convention Standard), and two-dimensional magnetic recording (TDMR) are examples of those technologies. For the tribology, the requirement for 10 Tb/in.$^2$ comes down to lowering the $FH_{gap}$ to about 1 nm. Given that the glide avalanche is not expected to fall below 0.75 nm, the clearance between the magnetic head and disk surface should be lowered to 0.25 nm with a maximum allowable modulation of about ± 0.025 nm. Such low values for the nominal and modulation of clearance pose a significant challenge to the slider flying performance.

Maintaining 0.25 nm clearance during the track-following process requires a more enhanced FH control technology (TFC or other methods). In particular, an adaptation of the FH control that allows for the dynamic compensation of small $FH_{gap}$ variations may be necessary. Such an enhanced FH control system is likely to require additional flexure traces so that the $FH_{gap}$ can be continuously sensed. The sensed $FH_{gap}$ data can then be used for a closed-loop FH control system.

Since intermittent head-disk contact is likely to occur at such low clearance, the magnetic head will experience off-track and down-track vibrations as well as $FH_{gap}$ modulation (▶ ABS Designs). To this end, the mechanical robustness of the suspension needs to be significantly improved to minimize those oscillations. In addition, deployment of a secondary actuator is likely to be necessary for achieving better track-following performance. Furthermore, the deployment of HAMR or BPM may also pose some design change requirements for the suspension assembly. In particular, both HAMR and BPM

may require additional flexure traces while the HAMR may also cause a thermal problem for the flexure. Therefore, future suspension designs need to address those issues as well.

### Cross-References
▶ ABS Designs
▶ Head Disk Interface for Patterned Media

### References
Dual Stage Actuator. The International Disk Drive Equipment and Materials Association (IDEMA), Doc. # H18-04
FRF & Windage Standard Definitions Document. The International Disk Drive Equipment and Materials Association (IDEMA), Doc. # H17-04
Glossary of Suspension Terms Purpose. The International Disk Drive Equipment and Materials Association (IDEMA), Doc. # H8-94
Sign Convention Standard. The International Disk Drive Equipment and Materials Association (IDEMA), Doc. # H7-94

# Suspension for Disk Drive

▶ Suspension Assembly for Hard Disk Drive

# Suspension for Hard Disk Drive

▶ Suspension Assembly for Hard Disk Drive

# Sustainable Technology for Tribological Textiles

Thirumal Yasodha
Department of pharmacology, Al-Tahadi University, Libya

## Synonyms
Bio-reinforced composites; Ecofriendly textiles; Green textiles; Natural fiber composites; Plant based natural fiber composites; Polymer composites

## Definition
Strategies for sustainable technology through blending of natural fibers from natural resources with polymers and plastics. The uses of fibers in industry as unique tribologic textiles include clothing, non-wovens, and technical textiles.

## Scientific Fundamentals
Renewable resources that were important before the Industrial Revolution are regaining interest in our modern society because of their positive effects on various technologies, industries, the environment, and the economy. A significant advantage of renewable resources exists in their contribution to the conservation of finite fossil resources and their importance in mitigating the green house effect.

The universe of "bio-fibers" is fairly broad. Included are very short wood fibers from both deciduous and coniferous sources, which are used as fillers in extruded plastic lumber and molding compounds. From a commercial standpoint, the most viable structural fibers come from purpose-grown textile plants and some fruit trees.

Such fibers can generally be classified into three types. "Bast" fibers, such as flax, hemp, jute, and kenaf, are noted for being fairly stiff when used as a composite reinforcement. Leaf fibers, including sisal, henequen, pineapple, and banana, are noted for improving composite toughness with somewhat lower structural contribution. Finally, seed or fruit fibers – cotton, kapok, and coir (from coconut husks) – demonstrate elastomeric type toughness but are not structural (Drzal et al. 2005). Promoted as low-cost and low-weight alternatives to fiberglass, these agricultural products, including flax, jute, hemp, and kenaf, signaled the start of a "green" industry with enormous potential.

Among the purpose-grown plants, bast fibers represent the vast majority of natural fibers with potential for use in composites. Bast plant stems are characterized by long fibers surrounding a core of pulp or short fibers and covered with a protective bark layer. Separation of the useful fibers from the bark and core starts with a process called "retting," in which the cut stalks are soaked in water or left in the field in a humid environment for up to several weeks to degrade the natural binders. This makes the fiber bundles easier to process by mechanical means, or by hand, as is the case in many developing countries. As of the mid-1990s, flax and jute were the principal fibers used in biocomposites, and they have been joined by higher-strength industrial hemp and kenaf, at least in automotive applications. There is wide potential for use of natural fibers in the automotive industry.

The costs added to the loss of good fibers during processing to fix the material price. It is important to emphasize that the good fiber yield (after processing) per