# EXHIBIT 25

**BAKER & McKENZIE LLP**
Mark H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*pro hac vice*)
mark.weiss@bakermckenzie.com
815 Connecticut Avenue, NW
Washington, D.C.  20006
Tel: (202) 452-7000
Fax: (202) 416-7177

*Attorneys for NHK Defendants*
*NHK Spring Co., Ltd., NHK International*
*Corporation, NHK Spring (Thailand) Co., Ltd.,*
*NAT Peripheral (Dong Guan) Co., Ltd. and*
*NAT Peripheral (H.K.) Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC |
| | MDL No. 2918 |
| THIS DOCUMENT RELATES TO THE END-USER ACTION | **NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' INTERROGATORY NO. 1** |

PROPOUNDING PARTY:        End-User Plaintiffs

RESPONDING PARTIES:       NHK Spring Co., Ltd., NHK International Corporation, NHK
                          Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co.,
                          Ltd. and NAT Peripheral (H.K.) Co., Ltd.

SET NUMBER:               One

Pursuant to Federal Rule of Civil Procedure 33, Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants") hereby serve this amended response to End-User Plaintiffs' First Set of Interrogatories electronically served by the End-User Plaintiffs ("Plaintiffs") on August 3, 2020.

## GENERAL OBJECTIONS

NHK Defendants assert the following responses and objections to each Interrogatory. These responses and objections are incorporated by reference in the specific responses set forth below and are neither waived nor limited by the specific responses. NHK Defendants reserve the right to amend, modify or supplement these responses and/or to assert additional objections as this action proceeds.

1.      NHK Defendants object to the Interrogatories to the extent they purport to impose obligations beyond those set forth in the Local Rules of the United States District Court for the Northern District of California, the Federal Rules of Civil Procedure, and any other applicable law.

2.      NHK Defendants object to the Interrogatories to the extent they seek information that is neither relevant to the claims or defenses of any party in this action, nor proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

3.      NHK Defendants object to the Interrogatories to the extent they are vague, ambiguous, overbroad, unintelligible, contain words or phrases that are subject to varying interpretations and thus may lead to incorrect responses, or seek to impose any definition or interpretation of the terms used therein beyond the plain and ordinary meaning of the words. Notwithstanding this objection, NHK

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendants will respond to each Interrogatory based on their understanding of the Interrogatory as of the date of these Responses.

4. NHK Defendants object to the Interrogatories to the extent that the discovery sought is unreasonably cumulative or duplicative, or is obtainable from some source that is more convenient, less burdensome, or less expensive, including from within Plaintiffs' own possession, custody, or control. NHK Defendants also object to the Interrogatories to the extent they seek information which is in the possession, custody, and control of any person other than NHK Defendants.

5. NHK Defendants object to the Interrogatories to the extent that they seek information that is subject to the attorney-client privilege, the work product privilege, and/or any other applicable privilege or protection. NHK Defendants do not waive, and instead intend to and expressly do preserve the attorney-client privilege, the work product privilege, and every other applicable privilege or protection with respect to any documents or information protected by such a privilege or protection. The inadvertent disclosure of any documents or information that are privileged or otherwise protected from disclosure shall not be deemed to be a waiver, in whole or in part, of any privilege or protection applicable to any such information.

6. NHK Defendants object to the Interrogatories to the extent the response to any request requires the disclosure of any information for which NHK Defendants require third party consent to disclose, Defendant reserves the right to withhold such information pending the third party's consent.

7. NHK Defendants object to the Interrogatories to the extent they call for or contain legal conclusions or characterizations of facts. NHK Defendants' responses to the Interrogatories shall not be construed as indicating agreement with any such conclusions or characterizations.

8. In responding to the Interrogatories, NHK Defendants do not in any way waive or intend to waive, but rather preserve and intend to preserve all rights to object on any grounds to the use in any subsequent proceedings of any information provided, including but not limited to the right to object at the trial of this or any other action.

9. NHK Defendants object to the Interrogatories to the extent they relate to or concern claims or parties that have been dismissed from this case, and to the extent they are unduly burdensome and not proportional to the needs of the case.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

10.   NHK Defendants object to the terms "all" and "any" as overbroad and unduly burdensome. These terms are undefined and, thus, requests using this term do not state with reasonable particularity the information sought.

11.   NHK Defendants object to the definitions of "Communication(s)" and "Document(s)" as overbroad, unduly burdensome, and vague and ambiguous.

12.   NHK Defendants object to the definition of "You" and "Your" as overbroad, unduly burdensome, and vague and ambiguous. Specifically, the proposed definition of "You" and "Your" contains relevant terms that are undefined, such as "predecessors," "successors," "affiliates," "employees," and "agents."

13.   NHK Defendants object to the term "Employee" as vague and ambiguous. To the extent "Employee" includes every current and former employee of NHK Defendants, NHK Defendants object to any obligation Plaintiffs seek to impose on NHK Defendants to respond on behalf of former employees of NHK Defendants who are not within NHK Defendants' control.

14.   NHK Defendants object to the "Relevant Time Period" as overbroad, unduly burdensome, and not proportional to the needs of the case. NHK Defendants will consider the relevant time period for all purposes to be 2003 through December 31, 2016.

15.   NHK Defendants' responses are made with the caveat that they have not completed their investigation of the facts underlying this action, their discovery, or their trial preparation and, as a result, may discover additional information in the course of that investigation, discovery, and trial preparation. Furthermore, although NHK Defendants have made a diligent search and reasonable inquiry to locate responsive information, discovery, investigation and trial preparation are continuing, and NHK Defendants reserve the right to use at trial information which is subsequently located.

16.   NHK Defendants object to Instruction No. 1 to the extent it seeks to impose obligations beyond those required by the Rules and the parties' agreed stipulations. NHK Defendants will update their responses as appropriate and as is required by Rule 26(e) of the Federal Rules of Civil Procedure.

17.   NHK Defendants object to Instruction No. 2 to the extent it seeks to impose obligations beyond those required by the Rules and the parties' agreed stipulations. NHK Defendants will produce documents responsive to these Requests, if any, in the manner and format set forth in, and provide the

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, Ca 94111
+1 415 576 3000

3

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

accompanying information required by, the Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents.

18. NHK Defendants object to Instruction No. 3 to the extent it seeks to impose obligations beyond those required by the Rules and the parties' agreed stipulations. NHK Defendants will log information withheld as privileged as required by the Rules and as set forth in the Stipulation and Order Regarding Production of Electronically Stored Information and Hard Copy Documents.

## AMENDED RESPONSES

### INTERROGATORY NO. 1:

Identify all Meetings and Communications between You and any other producer(s) or seller(s) of HDD Suspension Assemblies or HDD Components Incorporating Suspension Assemblies, including Defendants (but not entities wholly owned by You at the time of the Meeting or Communication), in which pricing, price increase announcements, terms or conditions of sales, profit margins or market share, forecasting, supply, demand, intellectual property cross-licensing, production/output levels, inventory, customers, customer product lines, product plans, product roadmaps, capacity utilization, shipments, shipment volumes, designs, or sales for HDD Suspension Assemblies or HDD Components Incorporating Suspension Assemblies during the Relevant Time Period were among the topics of the Meeting or Communication.

"Identify" means to provide the date and location of the Meeting or Communication; name the person(s) who attended and/or participated in the Meeting or Communication and his or her employer at the time of the Meeting or Communication; describe the subject matter discussed and any information You provided or received; describe all agreements reached; and state the product(s) that were the subject of the Communication or Meeting by product name, number, model, model number, program, RFP, and customer; and state whether the pricing of HDD Suspension Assemblies or HDD Components Incorporating Suspension Assemblies to Seagate, Western Digital, Samsung, or Toshiba was a topic of the Meeting or Communication.

Please also identify all persons You believe or have reason to believe have personal knowledge of the Meeting or Communication, and all Documents that constitute, memorialize, or reflect the

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Meeting or Communication, or other information requested in this Interrogatory.[1]

**AMENDED RESPONSE TO INTERROGATORY NO. 1:**

Defendants incorporate their General Objections as though set forth in full herein.  Defendants specifically object to Interrogatory No. 1 on the grounds that it is compound or contains numerous subparts such that it should constitute multiple interrogatories.

Defendants further object to Interrogatory No. 1 as vague, ambiguous, and/or unintelligible on the grounds that relevant terms contained therein are undefined, including but not limited the terms "HDD Suspension Assemblies," "HDD Components Incorporating Suspension Assemblies," and "Relevant Time Period."  Defendants also object to Interrogatory No.  1 as vague and ambiguous as to the term "You" as it is not clear whether "You" includes each individual Defendant and/or each individual employee of Defendants.  To the extent "You" includes every individual Defendant or employee of Defendants, Defendants object to any obligation Plaintiffs seek to impose on Defendants to respond on behalf of every individual Defendant or every individual employee of Defendants, whether current or former, on the basis that information pertaining to the actions or knowledge of individual Defendants or employees are not within Defendants' possession, custody, or control. Defendants also object to the term "customer" as vague and ambiguous, as Plaintiffs do not specify what relationship rises to the level sufficient to refer to a business or individual as a "customer."  In other words, Defendants do not know who Plaintiffs claim to be a "customer" and, thus, this request includes unknown and unidentified persons and entities and fails to identify with reasonable particularity the documents sought.

Defendants also object to this Interrogatory as burdensome and overbroad to the extent it asks Defendants to identify and describe documents and communications instead of simply producing those documents and communications.  Defendants further object to Interrogatory No. 1 to the extent that the discovery sought is unreasonably cumulative or duplicative of Plaintiffs' document requests (e.g., Request No. 72) and is obtainable from some source that is more convenient, less burdensome, or less expensive.

Defendants further object to Interrogatory No. 1 to the extent it calls for information protected

---

[1] This Interrogatory was modified by agreement of the parties.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

by the attorney-client privilege, attorney work-product doctrine, or any other applicable privilege or protection.

Defendant are continuing to identify and review responsive documents.  This response is provided after a diligent review of Defendants' available documents from prior productions and knowledge learned from investigating the conduct.  Defendants have, therefore, not completed its investigation.  Defendants reserve all rights to further supplement, amend, or alter its responses.  Subject to and without waiving the foregoing objections, Defendants provide the following amended response:

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| January 20, 2003 | Hiroyuki Tamura ("Tamura") (NHK) Yasuji Takagi (NHK) Dan Oellerich ("Oellerich") (HTI) Damon Ground ("Ground") (HTI) Kiyotaka Hayakawa ("Hayakawa") (HTI) | Meeting between HTI and NHK employees as reflected in the referenced document(s). | NHK Yokohama Office | NHKS-M-02855928 NHKS-M-01698125 |
| March 14, 2003 | Tamura (NHK) Kazuhiko Otake ("Otake")  (NHK) Tetsuya Fujiwara ("T. Fujiwara") (NHK) Tsukasa Higashi (NHK) Koji Uozumi ("Uozumi") (NHK) Susumu Senkawa ("Senkawa") (NHK) Others from Quality and | Meeting and dinner between HTI and NHK employees as reflected in the referenced document(s). | NHK Atsugi Facility | NHKS-M-00747066 NHKS-M-00740612 NHKS-M-01698732 NHKS-M-01662022 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | Administration (NHK) Ground (HTI) Jeff Pasco ("Pasco") (HTI) | | | |
| November 17, 2003 | Tamura (NHK) Oellerich (HTI) Kiyo Hayakawa (HTI) | Meeting and dinner between HTI and NHK employees when HTI was visiting Japan. | NHK Office (meeting) Dinner near Yokohama Station | NHKS-M-01692331 NHKS-M-01692432 |
| April 1, 2004 | Tamura (NHK) Oellerich (HTI) Hayakawa (HTI) | Meeting between HTI and NHK employees to discuss DSA technology. | Tokyo | NHKS-M-01692914 |
| April 22, 2004 | Tamura (NHK) Engineers (NHK) Ground (HTI) Eugene Mackedanz ("Mackedanz") (HTI) | Meeting between HTI and NHK employees as reflected in the referenced document(s). | NHK Yokohama Office | NHKS-M-00723420 NHKS-M-00723428 NHKS-M-01692893 |
| March 9, 2005 | Tamura (NHK) Engineers (NHK) Ground (HTI) Robert Evans ("Evans") (HTI) Oellerich (HTI) Mackedanz (HTI) | Meeting between HTI and NHK employees as reflected in the referenced document(s). | NHK Yokohama Office | NHKS-M-01695717 NHKS-M-01695889 NHKS-M-01696035 |
| April 5, 2005 | Keiichi Suzuki ("Suzuki") (NHK) Tsutomu Yamaguchi ("Yamaguchi") (NHK) Tamura (NHK) Wayne Fortun ("Fortun") (HTI) Hayakawa (HTI) | Meeting between HTI and NHK employees as reflected in the referenced document(s). | NHK Tokyo Office | NHKS-M-01696035 |

7

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|--------------|-------|----------------------------------------|-----------|
| October 12, 2005 | Tamura (NHK) Tsukasa Higashi (NHK) Ryuichi Kawatake ("Kawatake") (NHK) Shin-ichi Okada ("Okada") (NHK) Ground (HTI) Mackedanz (HTI) | Meeting between HTI and NHK employees as reflected in the referenced document(s). | NHK Yokohama Office | NHKS-M-01707863 NHKS-M-01706613 |
| December 5, 2005 | Albert Ong ("Ong") (MPT) | Meeting between MPT and NHK to discuss HTI cross-licensing, Western Digital, and Seagate. | Meeting | |
| April 17, 2006 | Todd Drahos ("Drahos") (MPT) | Internal MPT report on information received from NHK. | N/A | |
| June 7, 2006 | Ken Martini ("Martini") (MPT) | Internal MPT report on information received from a call with NHK. | Phone call | |
| Around October 10, 2006 | Tamura (NHK) Oellerich (HTI) | Email discussing potential license agreement between NHK and HTI. | | NHKS-M-01696587 NHKS-M-01709109 |
| December 12, 2006 | Richard "Skipp" Harvey ("Harvey") (NHKI) Drahos (MPT) | Internal MPT report on price and cost information received from NHK. | N/A | |
| December 16, 2006 | Drahos (MPT) | Internal MPT report on information from NHK and HTI. | N/A | |
| April 10-13, 2007 | Tamura (NHK) Jun Tsuitsumi ("Tsuitsumi") (NHK) Akira Nojima ("Nojima") (NHK) | Meeting for contract negotiation. | Hilton Hawaiian Village | NHKS-M-02577101 NHKS-M-02577105 NHKS-M-02782590 |

8

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | Oellerich (HTI) | | | |
| August 31, 2007 | Keiichi Suzuki ("Suzuki") (NHK) Yuichi Nagase ("Nagase") (NHK) Tamura (NHK) Atsuo Kobayashi ("Kobayashi") (TDK) Tetsuya Ueda ("Ueda") (TDK) | NHK and TDK meeting discussing the rationale behind the acquisition of MPT and the current business relationship between the companies. | NHK Spring's Head Office | NHKI-M-00673906 |
| April 15 & 22, 2008 | Hitoshi Hashimoto ("Hashimoto") (NAT) Takehiro Kamigama ("Kamigama") (TDK) | Meeting to discuss TDK's acquisition of MPT and cooperation between the companies. | Hong Kong | NHKS-M-01635529 NHKS-M-00179136 |
| May 8, 2008 | Martini (MPT) | Internal MPT report on discussions with NHK including customer, shipment and forecast information. | N/A | |
| May 28, 2008 | Takehiko Amaki ("Amaki") (NHK) Suzuki (NHK) Nagase (NHK) Hashimoto (NAT) Kamigama (TDK) Kobayashi (TDK) Ueda (TDK) Shigeki Kimura ("Kimura") (TDK) | Meeting to discuss the cooperative relationship between NHK and TDK after TDK's acquisition of MPT. Agreement to continue the cooperative relationship. | TDK Head Office (meeting) Kikuya (dinner) Gramercy NY Bar (drinks) | NHKI-M-00673903 NHKI-M-00673904 |
| August 22, 2008 | Martini (MPT) Unnamed NHK Employee | Internal MPT report regarding call with NHK regarding shipment plans. | Phone Call | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

9

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| August 25, 2008 | Harvey (NHKI) Martini (MPT) | Communication regarding capacity information for Western Digital projects (Denali, McKinley, Mercury, and Capitola). | Phone call | |
| Around December 15, 2008 | Harvey (NHKI) Unnamed HTI employee | In-person discussion regarding HGST pricing and consolidation of HTI facilities to lower cost. | Unknown | NHKI-M-00673910 |
| December 16, 2008 | Harvey (NHKI) Rick McHone ("McHone") (MPT) | Internal MPT report regarding discussion with NHK. | N/A | |
| January 28, 2009 | Amaki (NHK) Nagase (NHK) Tamura (NHK) Hashimoto (NAT) Kamigama (TDK) Kobayashi (TDK) Yoshikazu Fujiwara ("Y. Fujiwara") (TDK) (dinner only) Jon Nelson ("Nelson") (TDK) (dinner only) Hiroki Honma (TDK) (dinner only) | Meeting regarding industry outlook and cooperation. | NHK Spring Head Office (meeting)<br><br>Chiyomoto (dinner) | NHKS-M-01352264<br><br>NHKS-M-01352265 |
| March 4, 2009 | Harvey (NHKI) Keith Johnson ("Johnson") (HTI) | Internal NHK correspondence regarding meeting between HTI and NHK regarding HGST Cobra-D. | Email | NHKI-M-00574725 |
| March 14, 2009 | Tamura (NHK) Hashimoto (NAT) Richard Dhawan ("Dhawan") (MPT) | Internal MPT report discussing information received from NHK. | N/A | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|--------------|-------|----------------------------------------|-----------|
| | Richard Han ("Han") (SAE) | | | |
| June 15, 2009 | Hashimoto (NAT) Kamigama (TDK) | NHK and TDK meeting discussing Toshiba and efforts to cooperate to counter HTI. | Hong Kong | NHKS-M-01712369 |
| August 26, 2009 | Akihiro Honda ("Honda") (NHK) Tamura (NHK) Hiroshi Takei ("Takei")  (NHK) Kamigama (TDK) Kobayashi (TDK) Kenichiro Arimura ("Arimura") (TDK) | NHK and TDK meeting to discuss increasing NAT's sales to Western Digital in order to reduce Hutchinson's sales and agreement to share technical information with NAT in order to allow it to become a second supplier to Toshiba by obtaining drawings for suspensions used for Toshiba. | Conference Room at TDK's Head Office | NHKS-M-00019777 NHKS-M-00019779 NHKS-M-00002775 |
| February 12, 2010 | Amaki (NHK) Honda (NHK) Tamura (NHK) Kamigama (TDK) Kobayashi (TDK) Arimura (TDK) Hashimoto (NAT) | Meeting and dinner regarding the sharing of information related to Seagate business and increasing sales from Western Digital in order to weaken HTI. | NHK Spring Minato Mirai Office (meeting) Marina (dinner) | NHKS-M-00020211 NHKS-M-00018751 |
| March 25, 2010 | Tamura (NHK) Ong (MPT) | Internal MPT report discussing information received from NHK regarding Seagate's DSA. | N/A | |
| April 26, 2010 | Isamu Ninomiya ("Ninomiya") (NHK) Tamura (NHK) Harvey (NHKI) Ong (MPT) | Meeting between MPT and NHK in which information was exchanged regarding Toshiba, Western Digital, and Seagate businesses and pricing. | Shinagawa Prince Hotel | NHKS-M-00018753 NHKS-M-00020260 |
| May 7, 2010 | Ninomiya (NHK) Ong (MPT) | Discussion regarding Seagate Project Iris. | Tokyo | NHKS-M-00020264 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| May 15, 2010 | Harvey (NHKI) McHone (MPT) | Exchange of information regarding prices for Seagate's Project Iris. Information reported internally within NHK. | N/A | NHKS-M-00020285 |
| June 8, 2010 | Harvey (NHKI) McHone (MPT) | Communication regarding reduction in Seagate purchases. | Phone call. | NHKS-M-00020298 |
| June 9 or 10, 2010 | Harvey (NHKI) McHone (MPT) | Discussion regarding Seagate's project Iris. | Phone call | NHKS-M-00020310 |
| August 3, 2010 | Amaki (NHK) Kazumi Tamamura ("Tamamura") (NHK) Honda (NHK) Hashimoto (NHK) Kamigama (TDK) Y. Fujiwara (TDK) Kobayashi (TDK) Arimura (TDK) | Meeting between NHK and TDK regarding Tamamura's appointment as President and exchange of information regarding industry trends. | TDK Head Office | NHKS-M-00020322 |
| November 15, 2010 | Harvey (NHK) McHone (MPT) | Internal MPT email correspondence regarding potential meeting with NHK relating to a Seagate project. | N/A | |
| November 23, 2010 through December 15, 2010 | Various employees from SAE, HGST, NHK, TDK, Headway. | Communications with SAE, including where TDK was copied. | Email | NHKI-M-00186513 NHKI-M-00186392 NHKI-M-00186414 NHKI-M-00186306 NHKI-M-00186320 NHKI-M-00186357 NHKI-M-00186369 NHKI-M-00186266 NHKI-M-00186280 NHKI-M-00186203 NHKI-M-00186126 NHKI-M-00186105 NHKI-M-00186049 NHKI-M-00186063 NHKI-M-00186034 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | | | | NHKI-M-00185991<br>NHKI-M-00186011<br>NHKI-M-00185845<br>NHKI-M-00185852 |
| November 24, 2010 | Tamura (NHK)<br>Ong (MPT) | Email correspondence regarding scheduling meeting in Japan. Meeting was subsequently held on November 30, 2010. | Email | NHKS-M-00018771 |
| November 30, 2010 | Tamura (NHK)<br>Ninomiya (NHK)<br>Hironori Kajii ("Kajii") (NHK)<br>Ong (MPT) | Meeting to exchange information and potential dinner between NHK and MPT. | NHK Spring Minato Mirai Office | NHKS-M-00018771<br><br>NHKS-M-00004003<br><br>NHKS-M-00004004 |
| December 15, 2010 | Ninomiya (NHK)<br>Ong (MPT) | Communication regarding pricing information for Seagate's Project Iris and Flamingo.<br><br>Ninomiya also received a phone call from Ong correcting some of the pricing information. | Phone call | NHKS-M-00020396 |
| December 24, 2010 | Ong (MPT) | Internal MPT report regarding a call with NHK related to pricing. | Phone call | |
| January 5, 2011 | Harvey (NHKI)<br>McHone (MPT) | Internal MPT report regarding information received from Harvey related to pricing. | N/A | |
| March 11, 2011 | Ninomiya (NHK)<br>Ong (MPT)<br>Dhawan (MPT) | Meeting regarding an exchange of pricing information for Seagate's Project Iris followed by lunch | NHK Spring Sales Division in Yokohama | NHKS-M-00019213<br><br>NHKS-M-00019229 |
| Exact date unknown | Tamura (NHK)<br>Ninomiya (NHK)<br>Hashimoto (NHK)<br>Ong (MPT) | Lunch meeting at a Japanese restaurant called "Kyo Kaiseki Minokichi" on the 4th floor of the Landmark Tower. | Restaurant Kyo Kaiseki Minokichi on the 4th floor of the Landmark | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|-------------|-------|------------------------------------------|-----------|
| | | | Tower in Yokohama | |
| July 6, 2011 | Tamura (NHK) Ong (MPT) | Internal MPT report regarding conversation with Tamura of NHK discussing Western Digital. | Phone call | |
| Around July 8, 2011 | Ninomiya (NHK) Harvey (NHKI) | Communication between MPT and NHK regarding pricing for Seagate Project Iris. | N/A | NHKS-M-00019677 |
| September 20, 2011 | Harvey (NHKI) McHone (MPT) | Communication regarding change to reference rate. | Email | NHKI-M-00069819 |
| September 25, 2011 through September 28, 2011 | Ninomiya (NHK) Harvey (NHKI) Jason Padeski ("Padeski") (MPT) | Communications regarding part exchange. | Email | NHKI-M-00039091 NHKI-M-00068810 NHKI-M-00068995 NHKI-M-00068994 NHKI-M-00069069 NHKI-M-00039160 NHKI-M-00039075 NHKI-M-00039089 NHKI-M-00039093 NHKI-M-00039095 |
| October 15, 2011 | Harvey (NHKI) Johnson (HTI) | Internal NHK correspondence regarding hunting trip in which Western Digital capacity after flood was discussed and related communication. | | NHKI-M-00080664 NHKI-M-00528704 |
| December 13-15, 2011 | Harvey (NHKI) Johnson (HTI) | Correspondence related to hunting trip and related communication. | | NHKI-M-00528731 NHKI-M-00528728 NHKI-M-00533527 NHKI-M-00062600 |
| January 7 & 10, 2012 | Harvey (NHKI) Johnson (HTI) | Correspondence related to cross-licensing agreement. | Email | NHKI-M-00535752 |
| February 14, 2012 | Ninomiya (NHK) Harvey (NHKI) Padeski (MPT) | Communications regarding part exchange. | Email | NHKI-M-00043968 NHKI-M-00159136 NHKI-M-00184941 NHKI-M-00039534 NHKI-M-00065142 NHKI-M-00065221 NHKI-M-00184496 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | | | | NHKI-M-00184509<br>NHKI-M-00184782<br>NHKI-M-00184796<br>NHKI-M-00184855<br>NHKI-M-00184877<br>NHKI-M-00184894<br>NHKI-M-00184905<br>NHKI-M-00184913<br>NHKI-M-00184920<br>NHKI-M-00184926<br>NHKI-M-00066701<br>NHKI-M-00066867<br>NHKI-M-00184283<br>NHKI-M-00184894 |
| March 30, 2012 | Harvey (NHKI)<br>Johnson (HTI) | Personal communication between Harvey and Johnson. | Email. | NHKI-M-00533456 |
| May 7, 2012 | Harvey (NHKI)<br>Hogan (NHKI)<br>Padeski (MPT) | Communications regarding part exchange. | Email | NHKI-M-00061189<br><br>NHKI-M-00061191 |
| May 31, 2012 | Tamura (NHK)<br>Ong (MPT) | Communication to plan a meeting in Japan in June 2012. | N/A | |
| June 28, 2012 | Tamura (NHK)<br>Ong (MPT)<br>Giichi Nagata ("Nagata") (TDK) | Meeting between NHK and MPT. | NHK Office Yokohoma | NHKI-M-00546120 |
| July 6, 2012 | Harvey (NHKI)<br>Johnson (HTI) | Correspondence related to hunting trip. | Email | NHKI-M-00529629 |
| July 13, 2012 | Honda (NHK)<br>Susumu Senkawa ("Senkawa") (NHK)<br>Kazuhiko Otake ("Otake")  (NHK)<br>Jun-Ichiro Mizutani (meeting only)<br>Takei (NAT) (dinner only)<br>Shigenao Ishiguro ("Ishiguro") (TDK) | Meeting to celebrate Kobayashi's promotion to officer and Ishiguro's appointment as head of the business.<br><br>The participants discussed maintaining the companies' good relationship. | Nihonbashi Headquarters Executive Meeting Room B<br><br>Yaesu Saryo (dinner) | |

Baker & McKenzie LLP<br>Two Embarcadero Center<br>11th Floor<br>San Francisco, CA  94111<br>+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | Arimura (TDK) Kobayashi (TDK) | | | |
| September 23, 2012 | Tamura (NHK) McHone (MPT) | Discussion regarding Western Digital's Project Katana | Phone call | NHKS-M-00009365 |
| October 3, 2012 | Harvey (NHKI) McHone (MPT) | Lunch meeting. | David's at Santa Clara Golf Course | NHKI-M-00085091 NHKI-M-00085093 NHKI-M-00085094 NHKI-M-00085095 |
| October 6, 2012 | Harvey (NHKI) McHone (MPT) | Phone call regarding the pricing of suspensions for HGST's Project Suzak. Information was reported internally at NHK. | Phone call | NHKS-M-00018707<br><br>NHKS-M-00018936 |
| October 7, 2012 | Harvey (NHKI) Padeski (MPT) | Communications regarding part exchange. | Email | NHKI-M-00090972 |
| October 10 through 12, 2012 | Harvey (NHKI) Varute Kae (NHK Thailand) Padeski (MPT) Kanokphan Anuraksup ("Anuraksup") (MPT) Wilairuk Yampray ("Yampray") (MPT) | Communications regarding part exchange. | Email | NHKI-M-00084850 NHKI-M-00084877 NHKI-M-00089544 NHKI-M-00084756 |
| October 12, 2012 | Harvey (NHKI) McHone (MPT) | Discussion regarding HGST's Project Suzak pricing and share of HGST business. | Phone Call | NHKS-M-00018707<br><br>NHKS-M-00018936 |
| October 18, 2012 | Harvey (NHKI) McHone (MPT) | Discussion regarding Western Digital business and Project Lotus. | Phone call | NHKS-M-00017658<br><br>NHKS-M-00018709 |
| November 7, 2012 | Harvey (NHKI) Padeski (MPT) | Communications regarding part exchange. | Email | NHKI-M-00046860 |
| November 30, 2012 | Tamura (NHK) Ong (MPT) | Discussion regarding HTI license negotiation. | Unknown | NHKS-M-00018713 |
| December 3, 2012 | Harvey (NHKI) Johnson (HTI) | Correspondence related to hunting trip. | Email | NHKI-M-00530717 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|-------------|-------|------|-----------|
| December 12, 2012 | Nojima (NHK) Unnamed HTI employee | Potential meeting regarding patent license agreement. | HTI | NHKS-M-00018713 |
| January 17, 2013 | Harvey (NHKI) McHone (MPT) | Communication regarding pricing strategy for Seagate. | Email | NHKS-M-00009391 |
| January 23 or 24, 2013 | Harvey (NHKI) McHone (MPT) | Internal MPT report regarding information expected to be received from NHK. | N/A | |
| February 5, 2013 | Tamura (NHK) Ong (MPT) | Communication regarding parts exchange for a baseplate prototype and pricing strategy for Western Digital. | Email | NHKS-M-00009418 |
| February 5, 2013 | Tamura (NHK) Ong (MPT) | Communication regarding parts exchange. | N/A | NHKS-M-00009415 |
| March 20 through 21, 2013 | Harvey (NHKI) Varute Kae ("Kae") (NHK Thailand) Padeski (MPT) Wara Sansuk ("Sansuk") (MPT) Anuraksup (MPT) Yampray (MPT) | Communications regarding shipment of part exchange. | Email | NHKI-M-00090044 NHKI-M-00051311 NHKI-M-00051318 NHKI-M-00090087 NHKI-M-00090095 NHKI-M-00090102 NHKI-M-00090111 NHKI-M-00171022 |
| March 28, 2013 | Harvey (NHKI) Decho Boonkrong ("Boonkrong") (MPT) | Communications regarding part exchange. | Email | NHKI-M-00056055 NHKI-M-00056064 NHKI-M-00056065 NHKI-M-00183450 NHKI-M-00183459 NHKI-M-00183460 |
| March or April 2013 | Hashimoto (NHK) Ong (MPT) | Communication regarding congratulations related to Ong's return to the DDS division and request for information related to RFQ for Toshiba's Project Sirius. | N/A | |
| April 12, 2013 | Tamura (NHK) Ong (MPT) | Email regarding scheduling a meeting and lunch in Japan. | Email | |

17

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| August 2, 2013 | Hashimoto (NHK) Yusuke Inami ("Inami") (NHK) Kajii (NHK) Ong (MPT) | Meeting regarding exchange of information related to customers and contracts. | Yokohama | |
| May 29, 2013 | Harvey (NHKI) McHone (MPT) | Email regarding McHone and Harvey encounter. | Email | NHKI-M-00648922 |
| September 3, 2013 | Harvey (NHKI) Johnson (HTI) | Correspondence related to hunting trip. | Email | NHKI-M-00546333 |
| September 17, 2013 | Harvey (NHKI) McHone (MPT) | Communication regarding MPT's sales for Seagate's Project Iris. | N/A | NHKS-M-00013257 |
| September 25, 2013 | Hashimoto (NHK) Kajii (NHK) Ong (TDK) Nagata (TDK) | Meeting regarding information exchange. | TDK's Office | NHKS-M-00008617 |
| October 30 - November 3, 2014 | Harvey (NHKI) Johnson (HTI) | Correspondence related to hunting trip and related communication. | Email | NHKI-M-00531741 NHKI-M-00273354 NHKI-M-00522919 NHKI-M-00073655 |
| October 4, 2013 | Nojima (NHK) Todd Bradley ("Bradley") (HTI) | Correspondence related to Cross Licensing Proposal and scheduling meeting to discuss the same. | Email | NHKS-M-01358951 |
| November 5, 2013 | Tamura (NHK) Rick Penn ("Penn") (HTI) | Email correspondence related to scheduling meeting between NHK and HTI. | NHK Minato-Mirai Office | NHKS-M-00004674 |
| January 8, 2014 | Ninomiya (NHK) Ong (MPT) | Notes used to ask questions at a meeting in Hong Kong regarding MPT's price and share for a pending RFQ from Seagate. | Hong Kong | NHKS-M-00005217 NHKS-M-00005211 NHKI-M-00033424 |
| January 10, 2014 | Harvey (NHKI) McHone (MPT) | Discussion regarding Seagate's Project Iris. | Phone call | NHKS-M-00004831 |
| January 10, 2014 | Hashimoto (NHK) | Meeting to discuss a Seagate RFQ and | NHK Spring Hong Kong Office | NHKS-M-00010322 NHKS-M-00015092 |

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| | Ninomiya (NHK Thailand) Takei (NAT) Ong (MPT) McHone (MPT) | Seagate's use of HTI to reduce its prices. | | NHKS-M-00004831 |
| January 22, 2014 | Kajii (NHK) Otake (NHK) Hashimoto (NHK) Ishiguro (TDK) Nagata (TDK) | Meeting to discuss HTI's pricing to Seagate for excess capacity SSAs (Single Stage Actuators) and mutual cooperation between NHK and MPT. | TDK's Head Office | NHKS-M-00006526 |
| January 23, 2014 | Harvey (NHKI) McHone (MPT) | Communication regarding Seagate's Iris Project. | Unknown | NHKS-M-00016632<br><br>NHKS-M-00010510 |
| Around February 6, 2014 | Kajii (NHK) Nagata (TDK) Toshimi Hamada (TDK) | Meeting to discuss mutual cooperation for parts. | Unknown | NHKS-M-00006526 |
| February 11, 2014 | Ninomiya (NHK Thailand) Ong (MPT) | Phone call regarding Seagate's Project Iris and bid pricing. | Phone call | NHKS-M-00005396 |
| March 31, 2014 | Kajii (NHK) Nagata (TDK) Hidetomo Nishi ("Nishi") (TDK) | Meeting to discuss mechanical related items and mutual cooperation for parts. | TDK's Head Office - Atsugi Meeting Room 3 | NHKS-M-00006526 |
| May 22, 2014 | Hashimoto (NHK) Ninomiya (NHK Thailand) Nishi (TDK Thailand) Ong (MPT) | Meeting regarding bids for Toshiba. | MPT Head Office (meeting)<br><br>El Gaucho (dinner) | |
| June 17, 2014 | Ninomiya (NHK Thailand) Ong (MPT) | Internal NHK report regarding MPT pricing information related to Seagate's Project Maple, HTI's business outlook, and Western Digital shares. | N/A | NHKS-M-00016906<br><br>NHKS-M-00005938<br><br>NHKS-M-00012365 |
| June 18, 2014 | Harvey (NHKI) McHone (MPT) | Communication regarding pricing for Seagate's Projects Maple and Iris. | Unknown | NHKI-M-00031983 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| July 4, 2014 | Ninomiya (NHK Thailand ) Ong (MPT) | Communication regarding Seagate's Project Maple and potential HTI exit. Information reported internally in NHK. | N/A | NHKI-M-00071289 |
| July 8, 2014 | Harvey (NHKI) McHone (MPT) | Communication regarding pricing for Project Maple. Information reported internally at NHK. | N/A | NHKI-M-00070912 |
| September 18 through October 3, 2014 | Yoshiharu Asano ("Asano") (NHK) Harvey (NHKI) Padeski (MPT) | Communication relating to part exchange. | Email | NHKI-M-00026854 NHKI-M-00074210 NHKI-M-00026659 NHKI-M-00026761 NHKI-M-00026663 NHKI-M-00026847 NHKI-M-00026849 NHKI-M-00074207 NHKI-M-00074213 |
| October 8, 2014 | Harvey (NHKI) McHone (MPT) | Communication regarding sales quantities for Seagate's Project Iris, Western Digital's Project Samed, and HGST's Project Suzak. | N/A | NHKS-M-00015429 |
| December 9, 2014 | Ninomiya (NHK Thailand) Ong (MPT) | Phone call regarding pricing for Toshiba and Western  Digital. | N/A | NHKS-M-00000738 NHKS-M-00006105 |
| January 5, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| January 18, 2015 | Takao Kiriya ("Kiriya") (NHK) Ushiro (TDK) | Copy of Ushiro's resignation letter. | Email | NHKI-M-00149670 |
| May 29, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| June 4, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| July 8, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| July 23, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Two phone calls | NHKI-M-00674667 |
| August 7, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|---|---|---|---|---|
| August 12, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Two phone calls | NHKI-M-00674667 |
| September 1, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| September 10, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| September 10, 2015 | Seagate along with various MPT and NHK employees, including Harvey (NHKI). | Communication with Seagate regarding component stress testing. | Email | NHKI-M-00001478 |
| September 14, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| October 27, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| November 5, 2015 | Harvey (NHKI) Padeski (MPT) | Communication relating to part exchange. | Email | NHKI-M-00022892 NHKI-M-00022895 NHKI-M-00022898 NHKI-M-00022900 NHKI-M-00022902 NHKI-M-00022904 NHKI-M-00022916 NHKI-M-00105857 NHKI-M-00105859 NHKI-M-00105861 NHKI-M-00126784 NHKI-M-00126786 NHKI-M-00126788 NHKI-M-00126831 |
| December 16, 2015 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| December 21, 2015 | Ninomiya (NHK Thailand) Ong (MPT) | Phone call regarding pricing for Western Digital. | Phone call | NHKS-M-00000447 |
| January 6, 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| January 7, 2016 | Harvey (NHKI) McHone (MPT) | Communication regarding pricing for Western Digital Projects. | Unknown | NHKS-M-00007360 NHKS-M-00008516 |
| January 14, 2016 | Ninomiya (NHK Thailand) | Internal NHK Report regarding communication | Bangkok, Thailand | NHKS-M-00011735 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|-------------|-------|----------------------------------------|-----------|
| | Ong (MPT) Dhawan (MPT) | with MPT related to pricing and shares for Western Digital, Seagate, and Toshiba, as well as MPT's potential acquisition of HTI and its effect on the company's relationship. | | |
| February 18 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| April 19 through 20, 2016 | Harvey (NHKI) Padeski (MPT) | Communication relating to part exchange. | Email | NHKI-M-00103042 NHKI-M-00103924 NHKI-M-00103929 NHKI-M-00103934 NHKI-M-00103047 |
| April 22 through May 9, 2016 | Kiriya (NHK) Taiyu Noguchi ("Noguchi") (NHKS) Dashi Kondo ("Kondo") (NHKS) Harvey (NHKI) Padeski (MPT) Anuraksup (MPT) Kanyarat Peeraprawit ("Peeraprawit") (MPT) | Communication relating to part exchange. | Email | NHKI-M-00103054 NHKI-M-00103055 NHKI-M-00103945 NHKI-M-00103947 NHKI-M-00103951 NHKI-M-00103953 NHKI-M-00135334 NHKI-M-00135392 NHKI-M-00135396 NHKI-M-00135407 NHKI-M-00135409 NHKI-M-00135411 NHKI-M-00103074 NHKI-M-00103955 NHKI-M-00134929 NHKI-M-00135004 NHKI-M-00103077 NHKI-M-00134777 NHKI-M-00134801 NHKI-M-00103081 NHKI-M-00103157 NHKI-M-00103169 NHKI-M-00103960 NHKI-M-00124484 |
| May 29, 2016 | Harvey (NHKI) Padeski (MPT) | Communication relating to part exchange. | Email | NHKI-M-00123405 NHKI-M-00123483 NHKI-M-00123511 NHKI-M-00123515 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

| Date | Participants | Topic | Type of Contact or Location of Meeting | Reference |
|------|-------------|-------|----------------------------------------|-----------|
| June 10, 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| June 10, 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Text message | NHKI-M-00674667 |
| July 7, 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Phone call | NHKI-M-00674667 |
| July 7, 2016 | Harvey (NHKI) McHone (MPT) | Unknown | Text messages | NHKI-M-00674667 |
| July 8, 2016 | Harvey (NHKI) McHone (MPT) | Communication regarding HGST's Project Astra, Seagate Project Iris, and HTI acquisition. Information reported internally. | Phone call | NHKS-M-00008642 |
| July 14, 2016 | Ninomiya (NHK) Ong (MPT) | Phone call regarding NHK Spring's pricing for HGST's Project Astra. | Phone call | |

23

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES

1  Dated: August 27, 2022                    Respectfully submitted,

2                                            **BAKER & McKENZIE LLP**
                                             Mark H. Hamer
3                                            Mark G. Weiss

4
                                             By: */s/ Mark H. Hamer*
5                                                  Mark H. Hamer

6                                            Attorneys for NHK Defendants
                                             *NHK Spring Co., Ltd., NHK International*
7                                            *Corporation, NHK Spring (Thailand) Co.,*
                                             *Ltd., NAT Peripheral (Dong Guan) Co., Ltd.*
8                                            *and NAT Peripheral (H.K.) Co., Ltd.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

1

**PROOF OF SERVICE**

2

I, Mark G Weiss, declare under penalty of perjury:

3

I am a citizen of the United States and employed by Baker McKenzie LLP.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 815 Connecticut Avenue NW, Washington, DC 20006.

4

5

On August 27, 2022, I served the following document in the manner indicated below:

6

- **NHK DEFENDANTS' AMENDED RESPONSE TO END USER PLAINTIFFS' INTERROGATORY NO. 1**

7

**ELECTRONIC MAIL:** by causing said document to be served electronically to the email addresses set forth below.

8

9

Christopher T. Micheletti
**ZELLE LLP**
cmicheletti@zelle.com

10

11

Will Reiss
**Robins Kaplan LLP**
wreiss@RobinsKaplan.com

12

13

14

Dated: August 27, 2022

15

*/s/ Mark G. Weiss*
Mark G. Weiss

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

25

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' AMENDED RESPONSE TO END-USER PLAINTIFFS' FIRST SET OF INTERROGATORIES