# EXHIBIT 41



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## Japanese Hard Drive Cos. Hit With Price-Fixing Suit

By **Khorri Atkinson**

Law360 (August 15, 2019, 4:24 PM EDT) -- NHK Spring Co., TDK Corp. and nine of their subsidiaries are facing a putative class action in California federal court over allegations that the manufacturers colluded for at least eight years to inflate the prices of external hard disk drives and other end products sold in the U.S.

The Japanese-based hard disk drive manufacturers and their subsidiaries, according to the suit filed Wednesday, inked unlawful agreements to fix and manipulate the prices of suspension assemblies — the part that holds the hard disk read/write head in place while the hard drive is rapidly spinning.

The lawsuit by California resident Brian A. Kawahara is seeking to represent other indirect purchasers and a court order for restitution, including disgorgement of profits the companies made as a result of the alleged collusion.

The suit claims the manufacturers "knowingly entered into illegal price-fixing and market allocation agreements and engaged in a conspiracy to eliminate competition" in the U.S. market from May 2008 through at least April 2016.

The defendants and their subsidiaries, who control over 95% of the worldwide market for hard disk drive suspension assemblies, conspired because prices otherwise would have fallen, reducing their profits, due to falling demand for their products, the suit says.

The companies allegedly carried out the scheme by holding a number of meetings during which they exchanged sensitive information about pricing, output and production capacity and reached deals not to compete with each other, according to the suit. They allegedly used the exchanged pricing information to shape their negotiations with U.S. buyers, which ultimately caused those purchasers to pay higher prices than the buyers otherwise would have.

Representatives for the parties did not immediately respond to requests for comment Thursday.

This lawsuit comes on the heels of antitrust investigations that have embroiled the companies.

Just late last month, the U.S. Department of Justice announced that NHK Spring **has agreed to plead guilty** to a felony charge of violating federal antitrust law and pay a $28.5 million fine to resolve the government's probe into claims the company fixed the prices of suspension assemblies used in hard disk drives.

TDK is also facing scrutiny from **Brazilian antitrust authorities who launched a probe in 2018** into allegations that the manufacturer and other companies colluded for more than a decade to fix prices for hard disk components.

And in 2016, Japanese authorities searched TDK and NHK Spring offices on suspicion they were fixing hard drive suspension prices. Last year, the Japan Fair Trade Commission issued a cease-and-desist order to both companies, finding they substantially restrained competition and slapped them with a $10 million fine.

The plaintiff is represented by Christina C. Sharp, Jordan Elias and Adam E. Polk of Girard Sharp LLP.

Counsel information for NHK Spring, TDK Corp. and their subsidiaries was not immediately available.

The case is Kawahara v. Headway Technologies Inc. et al., case number 5:19-cv-04828, in the U.S. District Court for the Northern District of California.

--Additional reporting by Hailey Konnath. Editing by Orlando Lorenzo.

All Content © 2003-2022, Portfolio Media, Inc.