# EXHIBIT 48

The JFTC Issued a Cease and Desist Order and Surcharge Payment Orders to the Manufactures of Suspension for Hard Disk Drives

February 9, 2018
Japan Fair Trade Commission

The Japan Fair Trade Commission (JFTC) today issued a cease and desist order and surcharge payment orders to the manufactures of suspension for Hard Disk Drives. The total amount of the surcharge to be paid is 1076.16 million yen.

JFTC found that they substantially restrained competition in the field of sales of suspension for the Japanese customer by agreeing to maintain sales price of suspension.

＊ "Hard Disk Drives" means a storage device that store data into disk media and read data of disk media with a magnetic head （component writing and reading information）.

＊ "Suspension" means a precision leaf spring to sustain a magnetic head.

＊Every announcement is tentative translation.

Please refer to the original text written in Japanese for more details.