IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL RESELLER ACTIONS | Case No.  19-md-02918-MMC<br><br>**ORDER DIRECTING RESELLER PLAINTIFFS TO FILE SUPPLEMENT TO ADMINISTRATIVE MOTION (DOC. NO. 606) AND TO FILE PROOF OF SERVICE OF ADMINISTRATIVE MOTION ON THIRD PARTIES** |

On October 12, 2022, Reseller Plaintiffs filed an "Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed Pursuant to Civil Local Rule 79-5(f) (Third Party Data)" (Doc. No. 606), whereby said plaintiffs seek leave to file under seal (1) portions of a Memorandum in Support of Reseller Plaintiffs' Motion for Class Certification, and (2) an exhibit filed in support of the Motion for Class Certification.

In the administrative motion, Reseller Plaintiffs assert third parties have designated confidential the material Reseller Plaintiffs seek leave to file under seal. Reseller Plaintiffs have not, however, identified the designating third parties.  Additionally, although it appears Reseller Plaintiffs have served the Administrative Motion on at least some designating parties, given that some third parties have filed declarations in response to the Administrative Motion, Reseller Plaintiffs have not filed proof of service of the Administrative Motion on any third party.

Accordingly, Reseller Plaintiffs are hereby DIRECTED to file, no later than seven days from the date of this order, (1) a supplement to the Administrative Motion, in which Reseller Plaintiffs identify the designating third parties, and (2) a proof of service

indicating the date on which each designating third party was served with the Administrative Motion.

**IT IS SO ORDERED.**

Dated: October 24, 2022

MAXINE M. CHESNEY
United States District Judge