Privileged & Confidential | Joint Defense Communication | Attorney Work Product | Draft

MORGAN, LEWIS & BOCKIUS LLP
Michelle Park Chiu (State Bar No. 248421)
michelle.chiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

MORGAN, LEWIS & BOCKIUS LLP
J. Clayton Everett, Jr., (*pro hac vice*)
clay.everett@morganlewis.com
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001


Attorneys for Defendants TDK Corporation,
Magnecomp Precision Technology Public Co. Ltd.,
Magnecomp Corporation, Hutchinson Technology
Inc., and SAE Magnetics (H.K.) Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | CASE NO.: 3:19-MD-02918-MMC<br><br>MDL NO. 2918 |
| THIS DOCUMENT RELATES TO:<br><br>END-USER ACTIONS | **TDK DEFENDANTS' ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. (collectively, "TDK") hereby answer or otherwise respond to End-User Plaintiffs' Fourth Amended Consolidated Class Action Complaint ("Complaint," ECF No. 693). TDK denies all allegations in the Complaint (including headings, captions, and footnotes) not specifically admitted in this answer.

1. Paragraph 1 states legal conclusions to which no response is required. To the extent a response is required, TDK denies the allegations in Paragraph 1 except as to matters specifically admitted herein. TDK admits that hard disk drives (HDDs) use magnetism to write, retrieve and store information electronically and are installed in a variety of electronic products.

2. The allegations in Paragraph 2 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

3. The allegations in Paragraph 3 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

4. The allegations in Paragraph 4 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

5. Paragraph 5 purports to characterize, summarize, or quote from selected portions of one or more documents. TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 5.

6. TDK denies the allegations in Paragraph 6 except as to matters specifically admitted herein. TDK admits that certain antitrust enforcement authorities identified in Paragraph 6 conducted investigations of competition in markets for HDD suspension assemblies.

7. Paragraph 7 states legal conclusions to which no response is required. To the extent a response is required, TDK denies the allegations in Paragraph 7.

8. To the extent that allegations in Paragraph 8 purport to characterize, summarize, or

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

quote from selected portions of one or more documents, TDK refers to those documents for a true and complete statement of their contents and otherwise denies the remaining allegations in Paragraph 8.

9.      The allegations in Paragraph 9 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

10.     The allegations of Paragraph 10 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

11.     Paragraph 11 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 11, except as to matters specifically admitted herein.  TDK admits that certain entities included in the definition of TDK applied for leniency from certain antitrust enforcement authorities.

12.     Paragraph 12 does not contain any allegations of fact to which a response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 12.

13.     Paragraph 13 does not contain any allegations of fact to which a response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 13.

14.     Paragraph 14 does not contain any allegations of fact to which a response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 14.

15.     Paragraph 15 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies them.  To the extent the allegations of Paragraph 15 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 15 relate to TDK, TDK denies them.

16.     Paragraph 16 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 16.

17.     Paragraph 17 states legal conclusions to which no response is required.  To the

1    extent a response is required, TDK denies the allegations in Paragraph 17.

2        18.    Paragraph 18 states legal conclusions to which no response is required.  To the

3    extent a response is required, TDK denies the allegations in Paragraph 18.

4        19.    TDK admits that the Judicial Panel on Multidistrict Litigation transferred related

5    actions to this District for coordinated proceedings before the Honorable Maxine M. Chesney,

6    Senior U.S. District Judge, as *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation*,

7    MDL No. 2918.  TDK further admits that this case is related to the actions in MDL No. 2918.

8        20.    Paragraph 20 states legal conclusions to which no response is required.  To the

9    extent a response is required, TDK denies the allegations in Paragraph 20.

10       21.    Paragraph 21 states legal conclusions to which no response is required.  To the

11   extent a response is required, TDK denies the allegations in Paragraph 21.

12       22.    The allegations of Paragraph 22 relate to other entities, thus TDK lacks knowledge

13   or information sufficient to form a belief as to their truth and, on that basis, denies them.

14       23.    Paragraph 23 purports to characterize, summarize, or quote from selected portions

15   of one or more documents.  TDK refers to those documents for a true and complete statement of

16   their contents, and otherwise denies the remaining allegations in Paragraph 23 except as to

17   matters specifically admitted herein.  TDK admits that certain entities included in the definition of

18   TDK applied for leniency from certain antitrust enforcement authorities.

19       24.    TDK lacks knowledge or information sufficient to form a belief about the

20   allegations contained in Paragraph 24 and, on that basis, denies them.

21       25.    TDK lacks knowledge or information sufficient to form a belief about the

22   allegations contained in Paragraph 25 and, on that basis, denies them.

23       26.    TDK lacks knowledge or information sufficient to form a belief about the

24   allegations contained in Paragraph 26 and, on that basis, denies them.

25       27.    TDK lacks knowledge or information sufficient to form a belief about the

26   allegations contained in Paragraph 27 and, on that basis, denies them.

27       28.    TDK lacks knowledge or information sufficient to form a belief about the

28   allegations contained in Paragraph 28 and, on that basis, denies them.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1    29.    TDK lacks knowledge or information sufficient to form a belief about the
2    allegations contained in Paragraph 29 and, on that basis, denies them.

3    30.    TDK lacks knowledge or information sufficient to form a belief about the
4    allegations contained in Paragraph 30 and, on that basis, denies them.

5    31.    TDK lacks knowledge or information sufficient to form a belief about the
6    allegations contained in Paragraph 31 and, on that basis, denies them.

7    32.    TDK lacks knowledge or information sufficient to form a belief about the
8    allegations contained in Paragraph 32 and, on that basis, denies them.

9    33.    TDK lacks knowledge or information sufficient to form a belief about the
10   allegations contained in Paragraph 33 and, on that basis, denies them.

11   34.    TDK lacks knowledge or information sufficient to form a belief about the
12   allegations contained in Paragraph 34 and, on that basis, denies them.

13   35.    TDK lacks knowledge or information sufficient to form a belief about the
14   allegations contained in Paragraph 35 and, on that basis, denies them.

15   36.    TDK lacks knowledge or information sufficient to form a belief about the
16   allegations contained in Paragraph 36 and, on that basis, denies them.

17   37.    TDK lacks knowledge or information sufficient to form a belief about the
18   allegations contained in Paragraph 37 and, on that basis, denies them.

19   38.    TDK lacks knowledge or information sufficient to form a belief about the
20   allegations contained in Paragraph 38 and, on that basis, denies them.

21   39.    TDK lacks knowledge or information sufficient to form a belief about the
22   allegations contained in Paragraph 39 and, on that basis, denies them.

23   40.    TDK lacks knowledge or information sufficient to form a belief about the
24   allegations contained in Paragraph 40 and, on that basis, denies them.

25   41.    TDK lacks knowledge or information sufficient to form a belief about the
26   allegations contained in Paragraph 41 and, on that basis, denies them.

27   42.    TDK lacks knowledge or information sufficient to form a belief about the
28   allegations contained in Paragraph 42 and, on that basis, denies them.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1    43.    TDK lacks knowledge or information sufficient to form a belief about the

2    allegations contained in Paragraph 43 and, on that basis, denies them.

3    44.    TDK lacks knowledge or information sufficient to form a belief about the

4    allegations contained in Paragraph 44 and, on that basis, denies them.

5    45.    TDK lacks knowledge or information sufficient to form a belief about the

6    allegations contained in Paragraph 45 and, on that basis, denies them.

7    46.    TDK lacks knowledge or information sufficient to form a belief about the

8    allegations contained in Paragraph 46 and, on that basis, denies them.

9    47.    TDK lacks knowledge or information sufficient to form a belief about the

10   allegations contained in Paragraph 47 and, on that basis, denies them.

11   48.    TDK lacks knowledge or information sufficient to form a belief about the

12   allegations contained in Paragraph 48 and, on that basis, denies them.

13   49.    TDK lacks knowledge or information sufficient to form a belief about the

14   allegations contained in Paragraph 49 and, on that basis, denies them.

15   50.    TDK lacks knowledge or information sufficient to form a belief about the

16   allegations contained in Paragraph 50 and, on that basis, denies them.

17   51.    TDK lacks knowledge or information sufficient to form a belief about the

18   allegations contained in Paragraph 51 and, on that basis, denies them.

19   52.    TDK lacks knowledge or information sufficient to form a belief about the

20   allegations contained in Paragraph 52 and, on that basis, denies them.

21   53.    TDK lacks knowledge or information sufficient to form a belief about the

22   allegations contained in Paragraph 53 and, on that basis, denies them.

23   54.    TDK lacks knowledge or information sufficient to form a belief about the

24   allegations contained in Paragraph 54 and, on that basis, denies them.

25   55.    TDK lacks knowledge or information sufficient to form a belief about the

26   allegations contained in Paragraph 55 and, on that basis, denies them.

27   56.    TDK lacks knowledge or information sufficient to form a belief about the

28   allegations contained in Paragraph 56 and, on that basis, denies them.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1        57.    TDK lacks knowledge or information sufficient to form a belief about the

2  allegations contained in Paragraph 57 and, on that basis, denies them.

3        58.    TDK lacks knowledge or information sufficient to form a belief about the

4  allegations contained in Paragraph 58 and, on that basis, denies them.

5        59.    TDK lacks knowledge or information sufficient to form a belief about the

6  allegations contained in Paragraph 59 and, on that basis, denies them.

7        60.    TDK lacks knowledge or information sufficient to form a belief about the

8  allegations contained in Paragraph 60 and, on that basis, denies them.

9        61.    TDK lacks knowledge or information sufficient to form a belief about the

10  allegations contained in Paragraph 61 and, on that basis, denies them.

11        62.    TDK lacks knowledge or information sufficient to form a belief about the

12  allegations contained in Paragraph 62 and, on that basis, denies them.

13        63.    TDK lacks knowledge or information sufficient to form a belief about the

14  allegations contained in Paragraph 63 and, on that basis, denies them.

15        64.    TDK lacks knowledge or information sufficient to form a belief about the

16  allegations contained in Paragraph 64 and, on that basis, denies them.

17        65.    TDK lacks knowledge or information sufficient to form a belief about the

18  allegations contained in Paragraph 65 and, on that basis, denies them.

19        66.    TDK lacks knowledge or information sufficient to form a belief about the

20  allegations contained in Paragraph 66 and, on that basis, denies them.

21        67.    TDK lacks knowledge or information sufficient to form a belief about the

22  allegations contained in Paragraph 67 and, on that basis, denies them.

23        68.    TDK lacks knowledge or information sufficient to form a belief about the

24  allegations contained in Paragraph 68 and, on that basis, denies them.

25        69.    TDK lacks knowledge or information sufficient to form a belief about the

26  allegations contained in Paragraph 69 and, on that basis, denies them.

27        70.    TDK lacks knowledge or information sufficient to form a belief about the

28  allegations contained in Paragraph 70 and, on that basis, denies them.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

71.     TDK lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraph 71 and, on that basis, denies them.

72.     TDK lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraph 72 and, on that basis, denies them.

73.     TDK lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraph 73 and, on that basis, denies them.

74.     TDK lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraph 74 and, on that basis, denies them.

75.     TDK lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraph 75 and, on that basis, denies them.

76.     TDK denies the allegations contained in Paragraph 76 except as to the matters specifically admitted herein.  TDK admits that TDK Corporation ("TDK Corp.") is a Japanese corporation with its principal place of business located at 2-5-1 Nihonbashi, Chuo-ku, Tokyo, 103-6128, Japan.

77.     TDK denies the allegations contained in Paragraph 77 except as to the matters specifically admitted herein.  TDK admits that Magnecomp Precision Technology Public Co. Ltd. ("MPT") is a Thailand-based subsidiary of TDK Corp., with its principal place of business located at 162 M.5 Phaholyothin Road, T.Lamsai A.Wangnoi, Ayutthaya 13170, Thailand.  TDK further admits that MPT manufactured, marketed, and/or sold suspension assemblies.

78.     TDK denies the allegations contained in Paragraph 78 except as to the matters specifically admitted herein.  TDK admits that Magnecomp Corporation ("Magnecomp") is a California corporation with its principal place of business located at 38975 Sky Canyon Drive, Suite 111, Murrieta, CA 92563 and is an affiliate of TDK Corp.

79.     TDK denies the allegations contained in Paragraph 79 except as to the matters specifically admitted herein.  TDK admits that SAE Magnetics (H.K.) Ltd. ("SAE") is wholly-owned by TDK Corp.  TDK further admits that SAE manufactured HDD head gimbal assemblies (HGAs) containing suspension assemblies in China and sold those head gimbal assemblies to HDD manufacturers.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

80.     TDK denies the allegations contained in Paragraph 80 except as to the matters specifically admitted herein.  TDK admits that Hutchinson Technology, Inc. ("HTI") is a Minnesota corporation that was acquired by TDK in 2016 and became at that time a direct subsidiary of Headway and an indirect subsidiary of TDK Corp., with its principal place of business located at 40 West Highland Park Drive NE, Hutchinson, Minnesota 55350.  TDK further admits that HTI manufactured, marketed, and sold suspension assemblies.

81.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, on that basis, denies them.

82.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and, on that basis, denies them.

83.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and, on that basis, denies them.

84.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, on that basis, denies them.

85.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, on that basis, denies them except as to the matters specifically admitted herein.  TDK admits that SAE owned 19% of NAT Peripheral (H.K.) Co., Ltd. ("NAT"), an entity that manufactured and sold suspension assemblies, and had one seat on the NAT board of directors until its interest in NAT was divested in 2015.

86.     Paragraph 86 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations of Paragraph 86.

87.     Paragraph 87 does not contain any allegations of fact to which a response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 87.

88.     Paragraph 88 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 88.  To the extent the allegations of Paragraph 88 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 88 relate to TDK, TDK denies them except as to matters

1   specifically admitted herein.  TDK admits that certain employees of MPT and Magnecomp had

2   email addresses that utilized the "@magnecomp.com" domain name.

3          89.     Paragraph 89 states legal conclusions to which no response is required.  To the

4   extent a response is required, TDK denies the allegations in Paragraph 89.  To the extent the

5   allegations of Paragraph 89 relate to entities other than TDK, TDK lacks knowledge or

6   information sufficient to form a belief as to their truth and, on that basis, denies them.  To the

7   extent the allegations of Paragraph 89 relate to TDK, TDK denies them.

8          90.     Paragraph 90 states legal conclusions to which no response is required.  To the

9   extent a response is required, TDK denies the allegations in Paragraph 90.

10          91.     To the extent the allegations of Paragraph 91 relate to entities other than TDK,

11   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

12   denies them.  To the extent the allegations of Paragraph 91 relate to TDK, TDK denies them.

13          92.     Paragraph 92 does not contain any allegations of fact to which a response is

14   required.

15          93.     Paragraph 93 states legal conclusions to which no response is required.  To the

16   extent a response is required, TDK denies the allegations of Paragraph 93.

17          94.     Paragraph 94 states legal conclusions to which no response is required.  To the

18   extent a response is required, TDK denies the allegations of Paragraph 94.  To the extent the

19   allegations of Paragraph 94 relate to entities other than TDK, TDK lacks knowledge or

20   information sufficient to form a belief as to their truth and, on that basis, denies them.  To the

21   extent the allegations of Paragraph 94 relate to TDK, TDK denies them.

22          95.     The allegations in Paragraph 95 relate to entities other than TDK, thus TDK lacks

23   knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

24   them.

25          96.     The allegations in Paragraph 96 relate to entities other than TDK, thus TDK lacks

26   knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

27   them.  Paragraph 96 purports to characterize, summarize, or quote from selected portions of one

28   or more documents.  TDK refers to those documents for a true and complete statement of their

contents, and otherwise denies the remaining allegations in Paragraph 96.

97.     Paragraph 97 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 97.  To the extent the allegations of Paragraph 97 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

98.     The allegations of Paragraph 98 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

99.     Paragraph 99 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 99.

100.     To the extent the allegations of Paragraph 100 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 100 relate to TDK, TDK denies them.

101.     To the extent the allegations of Paragraph 101 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 101 relate to TDK, TDK denies them.

102.     Paragraph 102 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations of Paragraph 102.  To the extent the allegations of Paragraph 102 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 102 relate to TDK, TDK denies them.

103.     TDK admits the allegations in Paragraph 103.

104.     TDK denies the allegations in Paragraph 104 except as to matters specifically admitted herein.  TDK admits that suspension assemblies secure magnetic heads in position over recording media, maintain the magnetic heads at a constant height relative to the recording media, and contain circuitry that link magnetic heads to other portions of the HDD.

105.     Paragraph 105 purports to characterize, summarize, or quote from selected

1  portions of one or more documents.  TDK refers to those documents for a true and complete

2  statement of their contents, and otherwise denies the remaining allegations in Paragraph 105.

3       106.   TDK lacks knowledge or information sufficient to form a belief as to the truth of

4  the allegations contained in Paragraph 106 and, on that basis, denies them.  Certain of the

5  allegations in Paragraph 106 purport to characterize, summarize, or quote from selected portions

6  of one or more documents.  TDK refers to those documents for a true and complete statement of

7  their contents, and otherwise denies the remaining allegations in Paragraph 106.

8       107.   Paragraph 107 purports to characterize, summarize, or quote from selected

9  portions of one or more documents.  TDK refers to those documents for a true and complete

10  statement of their contents, and otherwise denies the remaining allegations in Paragraph 107.

11       108.   TDK denies the allegations in Paragraph 108 except as to matters specifically

12  admitted herein.  TDK admits that HDDs comprise, among other things, magnetic disks as well as

13  heads that read and write the information contained on the disks.  TDK further admits suspension

14  assemblies secure magnetic heads in position over recording media.

15       109.   TDK lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations contained in Paragraph 109 and, on that basis, denies them.

17       110.   TDK lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations contained in Paragraph 110 and, on that basis, denies them.

19       111.   To the extent the allegations of Paragraph 111 relate to entities other than TDK,

20  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

21  denies them.  To the extent the allegations of Paragraph 111 relate to TDK, TDK denies them

22  except as to the matters specifically admitted herein.  TDK admits that certain entities included in

23  the definition of TDK manufacture, market, and/or sell suspension assemblies.

24       112.   Certain of the allegations in Paragraph 112 contain assertions of Plaintiffs' belief

25  to which no response is required.  To the extent a response is required, TDK denies them.  TDK

26  lacks knowledge or information sufficient to form a belief as to the truth of the remaining

27  allegations in Paragraph 112 and, on that basis, denies them.

28       113.   TDK lacks knowledge or information sufficient to form a belief as to the truth of

1    the allegations contained in Paragraph 113 and, on that basis, denies them.

2         114.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

3    the allegations contained in Paragraph 114 and, on that basis, denies them.

4         115.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

5    the allegations contained in Paragraph 115 and, on that basis, denies them.

6         116.    TDK admits that HDDs containing suspension assemblies can be incorporated into

7    computers and can have storage capabilities.  TDK lacks knowledge or information sufficient to

8    form a belief as to the truth of the remaining allegations contained in Paragraph 116 and, on that

9    basis, denies them.

10        117.    Certain of the allegations in Paragraph 117 purport to characterize, summarize, or

11   quote from selected portions of one or more documents.  TDK refers to those documents for a

12   true and complete statement of their contents.  TDK lacks knowledge or information sufficient to

13   form a belief as to the truth of the remaining allegations contained in Paragraph 117 and, on that

14   basis, denies them.

15        118.    Paragraph 118 purports to characterize, summarize, or quote from selected

16   portions of one or more documents.  TDK refers to those documents for a true and complete

17   statement of their contents, and otherwise denies the remaining allegations in Paragraph 118.

18        119.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

19   the allegations contained in Paragraph 119 and, on that basis, denies them.

20        120.    To the extent the allegations in Paragraph 120 relate to entities other than TDK,

21   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

22   denies them.  To the extent the allegations in Paragraph 120 relate to TDK, TDK denies them

23   except as to matters specifically admitted herein.  TDK admits that certain individuals associated

24   with entities within the definition of TDK communicated with certain individuals associated with

25   entities within the "NHK Defendants," as defined in the Complaint and referred to herein as

26   "NHK," at various times, and in certain instances exchanged information regarding their

27   respective suspension assembly businesses and/or reached agreements relating to certain aspects

28   of competition for certain suspension assembly sales opportunities during those communications.

1    121.    Paragraph 121 does not contain any allegations of fact to which a response is
2    required.

3    122.    TDK denies the allegations in Paragraph 122 except as to matters specifically
4    admitted herein.  TDK admits that MPT negotiated a patent cross-license with NHK in 2003.
5    TDK further admits that a senior executive of MPT met with one or more employees of NHK at
6    certain times and exchanged information about suspension assemblies.  TDK also admits that a
7    senior MPT executive met with Mr. Tamura in December 2005 and that, among other things, the
8    conversation confirmed that MPT had been qualified to sell products as part of Seagate's
9    Titanium program.

10    123.    TDK lacks knowledge or information sufficient to form a belief about the
11    allegations contained in Paragraph 123 and, on that basis, denies them.

12    124.    Certain of the allegations in Paragraph 124 purport to characterize, summarize, or
13    quote from selected portions of one or more documents.  TDK refers to those documents for a
14    true and complete statement of their contents, and otherwise denies the remaining allegations in
15    Paragraph 124 except as to matters specifically admitted herein.  TDK admits that MPT and
16    Magnecomp were acquired by TDK in late 2007.  TDK further admits that executives of TDK
17    met with executives of NHK, the co-owner of NAT, in 2007, and exchanged information about
18    seeking to grow the business of NAT.

19    125.    TDK denies the allegations in Paragraph 125 except as to matters specifically
20    admitted herein.  TDK admits that certain individuals associated with TDK communicated with
21    certain individuals associated with NHK at various times between 2007 and 2009, and in certain
22    instances exchanged information regarding suspension assemblies.

23    126.    TDK denies the allegations in Paragraph 126 except as to matters specifically
24    admitted herein.  TDK admits that certain executives and sales managers of entities included
25    within the definition of TDK met with employees of NHK between 2007 and 2015.

26    127.    TDK denies the allegations in Paragraph 127 except as to matters specifically
27    admitted herein.  TDK admits that certain individuals associated with TDK communicated with
28    certain individuals associated with NHK at various times between 2014 and 2016, and in certain

1    instances exchanged information regarding suspension assemblies.

2          128.    TDK denies the allegations in Paragraph 128, except as to those matters

3    specifically admitted herein.  TDK admits that an employee of HTI went on an annual hunting

4    trip attended also by an NHK employee involved in sales of suspension assemblies and others for

5    several years before 2012 and that the NHK employee made a comment relating to a price for a

6    suspension assembly during one of those hunting trips.

7          129.    Certain of the allegations in Paragraph 129 purport to characterize, summarize, or

8    quote from selected portions of one or more documents.  TDK refers to those documents for a

9    true and complete statement of their contents, and otherwise denies the remaining allegations in

10   Paragraph 129 except as to matters specifically admitted herein.  TDK admits that certain

11   Magnecomp employees at times exchanged information with employees of NHK, and that those

12   information exchanges sometimes included information on prices, sales volumes, and/or

13   manufacturing capacity.

14         130.    Certain of the allegations in Paragraph 130 purport to characterize, summarize, or

15   quote from selected portions of one or more documents.  TDK refers to those documents for a

16   true and complete statement of their contents, and otherwise denies the remaining allegations in

17   Paragraph 130.

18         131.    TDK denies the allegations in Paragraph 131 except as to the matters specifically

19   admitted herein.  TDK admits that Mr. McHone communicated periodically with a sales

20   executive of NHK beginning in late 2008 and in some of those communications exchanged

21   information with the NHK employee on prices, volumes, or capacity.  TDK otherwise denies the

22   allegations in Paragraph 131.

23         132.    To the extent the allegations of Paragraph 132 relate to entities other than TDK,

24   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

25   denies them.  To the extent the allegations of Paragraph 132 relate to TDK, TDK denies them

26   except as to the matters specifically admitted herein.  TDK admits that Mr. McHone periodically

27   communicated with certain individuals employed at entities associated with NHK and in some of

28   those communications discussed pricing.  TDK further admits that certain information learned

1   from communications with NHK was provided to a senior MPT executive, and that he relayed

2   certain information he learned from communications with NHK to Mr. McHone.

3          133.    To the extent the allegations of Paragraph 133 relate to entities other than TDK,

4   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

5   denies them.  To the extent the allegations of Paragraph 133 relate to TDK, TDK denies them

6   except as to the matters specifically admitted herein.  TDK admits that certain individuals

7   associated with entities within the definition of TDK communicated with certain individuals

8   associated with entities within the definition of NHK, and in certain instances exchanged

9   information relating to the suspensions business, including on certain occasions pricing and

10  volume information.

11         134.    Paragraph 134 purports to characterize, summarize, or quote from selected

12  portions of one or more documents.  TDK refers to those documents for a true and complete

13  statement of their contents, and otherwise denies the remaining allegations in Paragraph 134.

14         135.    TDK admits that certain individuals associated with certain entities within the

15  definition of TDK communicated on occasion with certain individuals associated with NHK and

16  in certain instances discussed suspension assemblies.  TDK denies the remaining allegations in

17  Paragraph 135.

18         136.    Paragraph 136 purports to characterize, summarize, or quote from selected

19  portions of one or more documents.  TDK refers to those documents for a true and complete

20  statement of their contents, and otherwise denies the remaining allegations in Paragraph 136.

21         137.    To the extent the allegations of Paragraph 137 relate to entities other than TDK,

22  TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations

23  contained in Paragraph 137 and, on that basis, denies them.  The remaining allegations in

24  Paragraph 137 purport to characterize, summarize, or quote from selected portions of one or more

25  documents.  TDK refers to those documents for a true and complete statement of their contents.

26         138.    Certain of the allegations in Paragraph 138 purport to characterize, summarize, or

27  quote from selected portions of one or more documents.  TDK refers to those documents for a

28  true and complete statement of their contents, and otherwise denies the remaining allegations in

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1   Paragraph 138.

2          139.    To the extent the allegations of Paragraph 139 relate to entities other than TDK,

3   TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations

4   contained in Paragraph 139 and, on that basis, denies them.  To the extent the allegations in

5   Paragraph 139 relate to TDK, TDK denies them except as to matters specifically admitted herein.

6   TDK admits that certain individuals associated with TDK met with certain individuals associated

7   with NHK at various times.

8          140.    TDK denies the allegations in Paragraph 140 except as to matters specifically

9   admitted herein.  TDK admits that a senior executive of MPT had a meal with Mr. Tamura and

10  another NHK employee in Tokyo in 2005.  TDK further admits that executives of TDK met with

11  executives of NHK, the co-owner of NAT, in 2007.  TDK admits that certain MPT employees

12  met with employees of NHK in 2007.  TDK also admits that an employee of HTI went on an

13  annual hunting trip attended also by an NHK employee involved in sales of suspension

14  assemblies and others for several years before 2012.  TDK admits that certain individuals

15  associated with certain entities within the definition of TDK met with certain individuals

16  associated with NHK between 2004 and 2014.

17         141.    Certain of the allegations in Paragraph 141 purport to characterize, summarize, or

18  quote from selected portions of one or more documents.  TDK refers to those documents for a

19  true and complete statement of their contents, and otherwise denies the remaining allegations in

20  Paragraph 141.

21         142.    The allegations in Paragraph 142 relate to entities other than TDK, thus TDK lacks

22  knowledge or information sufficient to form a belief as to their truth and, on that basis, denies

23  them.

24         143.    Paragraph 143 purports to characterize, summarize, or quote from selected

25  portions of one or more documents.  TDK refers to those documents for a true and complete

26  statement of their contents, and otherwise denies the remaining allegations in Paragraph 143.

27         144.    TDK denies the allegations in Paragraph 144 except as to matters specifically

28  admitted herein.  TDK admits that employees of entities included within the definition of TDK

1    met with employees of NHK and discussed competing to expand their shares of sales and

2    competing against HTI.

3          145.    TDK denies the allegations in Paragraph 145 except as to matters specifically

4    admitted herein.  TDK admits that in a meeting with NHK in August 2007, there was discussion

5    about expanding the business of NAT and MPT and winning business from HTI through

6    competition.

7          146.    Paragraph 146 purports to characterize, summarize, or quote from selected

8    portions of one or more documents.  TDK refers to those documents for a true and complete

9    statement of their contents, and otherwise denies the remaining allegations in Paragraph 146.

10         147.    TDK denies the allegations in Paragraph 147 matters specifically admitted herein.

11   TDK admits that there were certain discussions between employees of entities included within the

12   definition of TDK and employees of NHK in which there were discussions of competing to win

13   business from HTI.

14         148.    Paragraph 148 purports to characterize, summarize, or quote from selected

15   portions of one or more documents.  TDK refers to those documents for a true and complete

16   statement of their contents, and otherwise denies the remaining allegations in Paragraph 148.

17         149.    TDK denies the allegations in Paragraph 149.

18         150.    Paragraph 150 purports to characterize, summarize, or quote from selected

19   portions of one or more documents.  TDK refers to those documents for a true and complete

20   statement of their contents, and otherwise denies the remaining allegations in Paragraph 150.

21         151.    TDK admits the allegations in Paragraph 151.

22         152.    TDK admits that an entity included in the definition of "TDK" announced a

23   transaction to acquire HTI on or about November 2, 2015.

24         153.    To the extent the allegations of Paragraph 153 relate to entities other than TDK,

25   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

26   denies them.  To the extent the allegations of Paragraph 153 relate to TDK, TDK denies them.

27         154.    TDK denies the allegations in Paragraph 154.

28         155.    TDK admits the allegations in Paragraph 155.

156.    The allegations in Paragraph 156 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

157.    The allegations in Paragraph 157 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

158.    The allegations in Paragraph 158 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

159.    The allegations in Paragraph 159 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

160.    Paragraph 160 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 160.

161.    Paragraph 161 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 161.

162.    Paragraph 162 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 162.

163.    The allegations in Paragraph 163 relate to entities other than TDK, thus TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

164.    Paragraph 164 purports to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents.  TDK denies the remaining allegations in Paragraph 164.

165.    Paragraph 165 purports to characterize, summarize, or quote from selected

1    portions of one or more documents.  TDK refers to those documents for a true and complete

2    statement of their contents.  TDK denies the remaining allegations in Paragraph 165.

3            166.    To the extent the allegations of Paragraph 166 relate to entities other than TDK,

4    TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

5    denies them.  Certain of the remaining allegations in Paragraph 166 purport to characterize,

6    summarize, or quote from selected portions of one or more documents.  TDK refers to those

7    documents for a true and complete statement of their contents.  TDK denies the remaining

8    allegations in Paragraph 166, except as to those matters specifically admitted herein.  TDK admits

9    that its acquisition of HTI was reviewed by the U.S. Federal Trade Commission.

10           167.    Paragraph 167 purports to characterize, summarize, or quote from selected

11   portions of one or more documents.  TDK refers to those documents for a true and complete

12   statement of their contents, and otherwise denies the remaining allegations in Paragraph 167,

13   except as to the matters specifically admitted herein.  TDK admits that CADE issued a report in

14   April 2018.

15           168.    Paragraph 168 purports to characterize, summarize, or quote from selected

16   portions of one or more documents.  TDK refers to those documents for a true and complete

17   statement of their contents, and otherwise denies the remaining allegations in Paragraph 168.

18           169.    Paragraph 169 purports to characterize, summarize, or quote from selected

19   portions of one or more documents.  TDK refers to those documents for a true and complete

20   statement of their contents, and otherwise denies the remaining allegations in Paragraph 169.

21           170.    Paragraph 170 purports to characterize, summarize, or quote from selected

22   portions of one or more documents.  TDK refers to those documents for a true and complete

23   statement of their contents, and otherwise denies the remaining allegations in Paragraph 170.

24           171.    Paragraph 171 purports to characterize, summarize, or quote from selected

25   portions of one or more documents.  TDK refers to those documents for a true and complete

26   statement of their contents, and otherwise denies the remaining allegations in Paragraph 171.

27           172.    Paragraph 172 purports to characterize, summarize, or quote from selected

28   portions of one or more documents.  TDK refers to those documents for a true and complete

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1     statement of their contents, and otherwise denies the remaining allegations in Paragraph 172.

2        173.    Paragraph 173 purports to characterize, summarize, or quote from selected

3     portions of one or more documents.  TDK refers to those documents for a true and complete

4     statement of their contents, and otherwise denies the remaining allegations in Paragraph 173.

5        174.    Paragraph 174 purports to characterize, summarize, or quote from selected

6     portions of one or more documents.  TDK refers to those documents for a true and complete

7     statement of their contents, and otherwise denies the remaining allegations in Paragraph 174.

8        175.    The allegations in Paragraph 175 purport to characterize, summarize, or quote

9     from selected portions of one or more documents.  TDK refers to those documents for a true and

10     complete statement of their contents, and otherwise denies the remaining allegations in Paragraph

11     175.

12        176.    TDK denies the allegations contained in Paragraph 176.

13        177.    TDK lacks knowledge or information sufficient to form a belief as to the

14     allegations in Paragraph 177 and on that basis denies them.

15        178.    Paragraph 178 purports to characterize, summarize, or quote from selected

16     portions of one or more documents.  TDK refers to those documents for a true and complete

17     statement of their contents, and otherwise denies the remaining allegations in Paragraph 178.

18        179.    TDK lacks knowledge or information sufficient to form a belief as to the

19     allegations in Paragraph 179 and on that basis denies them.

20        180.    To the extent Paragraph 180 purports to characterize, summarize, or quote from

21     selected portions of one or more document, TDK refers to those documents for a true and

22     complete statement of their contents, and otherwise denies the remaining allegations in Paragraph

23     180.

24        181.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

25     the allegations in Paragraph 181 and, on that basis, denies them.

26        182.    TDK denies the allegations in Paragraph 182.

27        183.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

28     the allegations in Paragraph 183 and, on that basis, denies them.

184.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184 and, on that basis, denies them.

185.     To the extent the allegations of Paragraph 185 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 185 relate to TDK, TDK denies them.

186.     To the extent Paragraph 186 purports to characterize, summarize, or quote from selected portions of one or more document, TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 186.

187.     To the extent Paragraph 186 purports to characterize, summarize, or quote from selected portions of one or more document, TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 187.

188.     To the extent the allegations of Paragraph 188 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 188 relate to TDK, TDK denies them.

189.     TDK denies the allegations in Paragraph 189, except as to matters specifically admitted herein.  TDK admits that TDK publicly disclosed its acquisition of a majority share of MPT in 2007.

190.     To the extent the allegations of Paragraph 190 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 190 relate to TDK, TDK denies them.

191.     TDK denies the allegations in Paragraph 191 except as to matters specifically admitted herein.  TDK admits that HTI was acquired by TDK in 2016, and that prior to this acquisition HTI manufactured and sold suspension assemblies to various entities.

192.     TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192 and, on that basis, denies them.

193.     Paragraph 193 purports to characterize, summarize, or quote from selected

1   portions of one or more documents.  TDK refers to those documents for a true and complete

2   statement of their contents, and otherwise denies the remaining allegations in Paragraph 193.

3       194.    To the extent the allegations of Paragraph 194 relate to entities other than TDK,

4   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

5   denies them.

6       195.    TDK denies the allegations in Paragraph 195.

7       196.    To the extent the allegations of Paragraph 196 relate to entities other than TDK,

8   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

9   denies them.  To the extent the allegations of Paragraph 196 relate to TDK, TDK denies them

10  except as to matters specifically admitted herein.

11      197.    To the extent the allegations in Paragraph 197 relate to entities other than TDK,

12  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

13  denies them.  To the extent the allegations in Paragraph 197 relate to TDK, TDK denies them

14  except as to matters specifically admitted herein.  TDK admits that certain individuals associated

15  with certain entities within the definition of TDK communicated on occasion with certain

16  individuals associated with NHK and in certain instances discussed suspension assemblies.

17      198.    To the extent Paragraph 198 purports to characterize, summarize, or quote from

18  selected portions of one or more document, TDK refers to those documents for a true and

19  complete statement of their contents, and otherwise denies the remaining allegations in Paragraph

20  198.

21      199.    Paragraph 199 contains assertions of Plaintiffs' belief to which no response is

22  required.  To the extent a response is required, TDK denies them.

23      200.    Paragraph 200 contains assertions of Plaintiffs' belief to which no response is

24  required.  To the extent a response is required, TDK denies them.

25      201.    Paragraph 201 contains assertions of Plaintiffs' belief to which no response is

26  required.  To the extent a response is required, TDK denies them.

27      202.    Paragraph 202 contains assertions of Plaintiffs' belief to which no response is

28  required.  To the extent a response is required, TDK denies them.

1       203.    Paragraph 203 contains assertions of Plaintiffs' belief to which no response is

2   required.  To the extent a response is required, TDK denies them.

3       204.    Paragraph 204 contains assertions of Plaintiffs' belief to which no response is

4   required.  To the extent a response is required, TDK denies them.

5       205.    TDK admits that SAE owned 19% of NAT, an entity that manufactured and sold

6   suspension assemblies, until its interest in NAT was divested in 2015.  TDK denies the remaining

7   allegations in Paragraph 205.

8       206.    TDK admits that SAE was one of HTI's top three customers during much of the

9   Class Period, when there were only three direct customers of HDD suspension assemblies.  TDK

10  denies the remaining allegations in Paragraph 206.

11      207.    To the extent the allegations of Paragraph 207 relate to entities other than TDK,

12  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

13  denies them.  To the extent the allegations of Paragraph 207 relate to TDK, TDK denies them,

14  except as to those matters specifically admitted herein.  TDK admits that certain individuals

15  associated with TDK attended conferences sponsored by IDEMA on occasion.

16      208.    TDK denies the allegations in Paragraph 208.

17      209.    To the extent the allegations of Paragraph 209 relate to entities other than TDK,

18  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

19  denies them.  To the extent the allegations of Paragraph 209 relate to TDK, TDK denies them.

20      210.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

21  the allegations in Paragraph 210 and, on that basis, denies them.

22      211.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

23  the allegations in Paragraph 211 and, on that basis, denies them.

24      212.    Paragraph 212 contains assertions of Plaintiffs' belief to which no response is

25  required.  To the extent a response is required, TDK denies them, except as specifically admitted

26  herein.  TDK admits HDDs use suspension assemblies to hold in place magnetic heads that read

27  and write data.

28      213.    To the extent the allegations of Paragraph 213 relate to other entities, TDK lacks

knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 213 relate to TDK, TDK denies them.  Certain of the remaining allegations in Paragraph 213 purport to characterize, summarize, or quote from selected portions of one or more documents.  TDK refers to those documents for a true and complete statement of their contents.

214.    To the extent the allegations of Paragraph 214 relate to other entities, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.

215.    To the extent the allegations of Paragraph 215 relate to other entities, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations of Paragraph 215 relate to TDK, TDK denies them.

216.    Paragraph 216 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations of Paragraph 216.

217.    Paragraph 217 contains assertions of Plaintiffs' belief to which no response is required.  To the extent a response is required, TDK denies them.

218.    Paragraph 218 contains assertions of Plaintiffs' belief to which no response is required.  To the extent a response is required, TDK denies them.

219.    To the extent the allegations in Paragraph 219 relate to entities other than TDK, TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis, denies them.  To the extent the allegations in Paragraph 219 relate to TDK, TDK denies them.

220.    TDK lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 220 and on that basis denies them, except as to matters specifically admitted herein.  TDK admits that MPT and HTI marked suspension assemblies that they manufactured.

221.    TDK lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 221 and on that basis denies them.

222.    TDK lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 222 and on that basis denies them.

1    223.    TDK lacks knowledge or information sufficient to form a belief as to the

2   allegations in Paragraph 223 and on that basis denies them.

3    224.    TDK lacks knowledge or information sufficient to form a belief as to the

4   allegations in Paragraph 224 and on that basis denies them.

5    225.    TDK lacks knowledge or information sufficient to form a belief as to the

6   allegations in Paragraph 225 and on that basis denies them.

7    226.    TDK denies the allegations in Paragraph 226.

8    227.    TDK lacks knowledge or information sufficient to form a belief as to the

9   allegations in Paragraph 227 and on that basis denies them.

10    228.    Paragraph 228 purports to characterize, summarize, or quote from selected

11   portions of one or more document.  TDK refers to those documents for a true and complete

12   statement of their contents, and otherwise denies the remaining allegations in Paragraph 228.

13    229.    Paragraph 229 purports to characterize, summarize, or quote from selected

14   portions of one or more document.  TDK refers to those documents for a true and complete

15   statement of their contents, and otherwise denies the remaining allegations in Paragraph 229.

16    230.    Paragraph 230 purports to characterize, summarize, or quote from selected

17   portions of one or more document.  TDK refers to those documents for a true and complete

18   statement of their contents, and otherwise denies the remaining allegations in Paragraph 230.

19    231.    Paragraph 231 purports to characterize, summarize, or quote from selected

20   portions of one or more document.  TDK refers to those documents for a true and complete

21   statement of their contents, and otherwise denies the remaining allegations in Paragraph 231.

22    232.    Paragraph 232 purports to characterize, summarize, or quote from selected

23   portions of one or more document.  TDK refers to those documents for a true and complete

24   statement of their contents, and otherwise denies the remaining allegations in Paragraph 232.

25    233.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

26   the allegations in Paragraph 233 and, on that basis, denies them.

27    234.    TDK lacks knowledge or information sufficient to form a belief as to the truth of

28   the allegations in Paragraph 234 and, on that basis, denies them.

235.    TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 235 and, on that basis, denies them.  Certain of the remaining allegations of Paragraph 235 purport to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents.

236.    Paragraph 236 purports to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 236.

237.    Paragraph 237 purports to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 237.

238.    TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 238 and, on that basis, denies them.

239.    TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 239 and, on that basis, denies them.

240.    Paragraph 240 purports to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 240.

241.    TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 and, on that basis, denies them.  Certain of the remaining allegations of Paragraph 241 purport to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents.

242.    Paragraph 242 purports to characterize, summarize, or quote from selected portions of one or more document.  TDK refers to those documents for a true and complete statement of their contents, and otherwise denies the remaining allegations in Paragraph 242.

243.    TDK lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 and, on that basis, denies them.  Certain of the remaining

1   allegations of Paragraph 243 purport to characterize, summarize, or quote from selected portions

2   of one or more document.  TDK refers to those documents for a true and complete statement of

3   their contents.

4        244.   Paragraph 244 purports to characterize, summarize, or quote from selected

5   portions of one or more documents.  TDK refers to those documents for a true and complete

6   statement of their contents.

7        245.   TDK denies the allegations in Paragraph 245.

8        246.   To the extent the allegations in Paragraph 246 relate to entities other than TDK,

9   TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

10  denies them.  To the extent the allegations in Paragraph 246 relate to TDK, TDK denies them.

11       247.   TDK lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations in Paragraph 247 and, on that basis, denies them.

13       248.   To the extent the allegations in Paragraph 248 relate to entities other than TDK,

14  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

15  denies them.  To the extent the allegations in Paragraph 248 relate to TDK, TDK denies them.

16       249.   To the extent the allegations in Paragraph 249 relate to entities other than TDK,

17  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

18  denies them.  To the extent the allegations in Paragraph 249 relate to TDK, TDK denies them.

19       250.   To the extent the allegations in Paragraph 250 relate to entities other than TDK,

20  TDK lacks knowledge or information sufficient to form a belief as to their truth and, on that basis,

21  denies them.  To the extent the allegations in Paragraph 250 relate to TDK, TDK denies them.

22       251.   Paragraph 251 states legal conclusions to which no response is required.  To the

23  extent a response is required, TDK denies the allegations in Paragraph 251.

24       252.   Paragraph 252 states legal conclusions to which no response is required.  To the

25  extent a response is required, TDK denies the allegations in Paragraph 252.

26       253.   TDK denies that any certifiable classes exist.  To the extent any class members

27  exist, TDK admits that "Defendants, their parent companies, subsidiaries and affiliates, any co-

28  conspirators, federal governmental entities and instrumentalities of the federal government, states

1    and their subdivisions, agencies and instrumentalities, and persons who purchased HDD
2    suspension assemblies directly or for resale" are excluded from Plaintiffs' defined Classes.

3        254.    Paragraph 254 contains assertions of Plaintiffs' belief to which no response is
4    required.  Paragraph 254 also states legal conclusions to which no response is required.  To the
5    extent a response is required, TDK denies the allegations in Paragraph 254.

6        255.    Paragraph 255 states legal conclusions to which no response is required.  To the
7    extent a response is required, TDK denies the allegations in Paragraph 255.

8        256.    Paragraph 256 states legal conclusions to which no response is required.  To the
9    extent a response is required, TDK denies the allegations in Paragraph 256.

10       257.    Paragraph 257 states legal conclusions to which no response is required.  To the
11   extent a response is required, TDK denies the allegations in Paragraph 257.

12       258.    Paragraph 258 states legal conclusions to which no response is required.  To the
13   extent a response is required, TDK denies the allegations in Paragraph 258.

14       259.    Paragraph 259 states legal conclusions to which no response is required.  To the
15   extent a response is required, TDK denies the allegations in Paragraph 259.

16       260.    Paragraph 260 states legal conclusions to which no response is required.  To the
17   extent a response is required, TDK denies the allegations in Paragraph 260.

18       261.    Paragraph 261 states legal conclusions to which no response is required.  To the
19   extent a response is required, TDK denies the allegations in Paragraph 261.

20       262.    Paragraph 262 states legal conclusions to which no response is required.  To the
21   extent a response is required, TDK denies the allegations in Paragraph 262.

22       263.    Paragraph 263 states legal conclusions to which no response is required.  To the
23   extent a response is required, TDK denies the allegations in Paragraph 263.

24       264.    Paragraph 264 states legal conclusions to which no response is required.  To the
25   extent a response is required, TDK denies the allegations in Paragraph 264.

26       265.    Paragraph 265 states legal conclusions to which no response is required.  To the
27   extent a response is required, TDK denies the allegations in Paragraph 265.

28       266.    Paragraph 266 states legal conclusions to which no response is required.  To the

1  extent a response is required, TDK denies the allegations in Paragraph 266.

2  267.   Paragraph 267 states legal conclusions to which no response is required.  To the

3  extent a response is required, TDK denies the allegations in Paragraph 267.

4  268.   Paragraph 268 states legal conclusions to which no response is required.  To the

5  extent a response is required, TDK denies the allegations in Paragraph 268.

6  269.   Paragraph 269 states legal conclusions to which no response is required.  To the

7  extent a response is required, TDK denies the allegations in Paragraph 269.

8  270.   Paragraph 270 states legal conclusions to which no response is required.  To the

9  extent a response is required, TDK denies the allegations in Paragraph 270.

10  271.   Paragraph 271 states legal conclusions to which no response is required.  To the

11  extent a response is required, TDK denies the allegations in Paragraph 271.

12  272.   Paragraph 272 states legal conclusions to which no response is required.  To the

13  extent a response is required, TDK denies the allegations in Paragraph 272.

14  273.   Paragraph 273 purports to characterize, summarize, or quote from selected

15  portions of one or more document.  TDK refers to those documents for a true and complete

16  statement of their contents, and otherwise denies the remaining allegations in Paragraph 273.

17  274.   TDK denies that the alleged conspiracy was inherently self-concealing.  As to the

18  remaining allegations contained in Paragraph 274, TDK lacks knowledge or sufficient

19  information to form a belief and, on that basis, denies them.

20  275.   Paragraph 275 purports to characterize, summarize, or quote from selected

21  portions of one or more document.  TDK refers to those documents for a true and complete

22  statement of their contents, and otherwise denies the remaining allegations in Paragraph 275.

23  276.   TDK lacks knowledge or sufficient information to form a belief about the

24  allegations contained in Paragraph 276 and, on that basis, denies them.

25  277.   Paragraph 277 states legal conclusions to which no response is required.  To the

26  extent a response is required, TDK denies the allegations in Paragraph 277.

27  278.   Paragraph 278 states legal conclusions to which no response is required.  To the

28  extent a response is required, TDK denies the allegations in Paragraph 278.  Certain of the

1  remaining allegations in Paragraph 278 purport to characterize, summarize, or quote from

2  selected portions of one or more documents.  TDK refers to those documents for a true and

3  complete statement of their contents and otherwise denies the remaining allegations in Paragraph

4  278.

5       279.    Paragraph 279 states legal conclusions to which no response is required.  To the

6  extent a response is required, TDK denies the allegations in Paragraph 279.

7       280.    TDK hereby incorporates each preceding and succeeding paragraph as though

8  fully set forth herein.

9       281.    Paragraph 281 states legal conclusions to which no response is required.  To the

10  extent a response is required, TDK denies the allegations in Paragraph 281.

11      282.    Paragraph 282 states legal conclusions to which no response is required.  To the

12  extent a response is required, TDK denies the allegations in Paragraph 282.

13      283.    Paragraph 283 states legal conclusions to which no response is required.  To the

14  extent a response is required, TDK denies the allegations in Paragraph 283.

15      284.    Paragraph 284 states legal conclusions to which no response is required.  To the

16  extent a response is required, TDK denies the allegations in Paragraph 284.

17      285.    Paragraph 285 states legal conclusions to which no response is required.  To the

18  extent a response is required, TDK denies the allegations in Paragraph 285.

19      286.    TDK hereby incorporates each preceding and succeeding paragraph as though

20  fully set forth herein.  Paragraph 286 states legal conclusions to which no response is required.

21  To the extent a response is required, TDK denies the allegations in Paragraph 286.

22      287.    TDK hereby incorporates each preceding and succeeding paragraph as though

23  fully set forth herein.  Paragraph 287 states legal conclusions to which no response is required.

24  To the extent a response is required, TDK denies the allegations in Paragraph 287.

25      288.    TDK hereby incorporates each preceding and succeeding paragraph as though

26  fully set forth herein.  Paragraph 288 states legal conclusions to which no response is required.

27  To the extent a response is required, TDK denies the allegations in Paragraph 288.

28      289.    TDK hereby incorporates each preceding and succeeding paragraph as though

fully set forth herein.  Paragraph 289 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 289.

290.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 290 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 290.

291.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 291 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 291.

292.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 292 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 292.

293.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 293 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 293.

294.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 294 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 294.

295.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 295 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 295.

296.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 296 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 296.

297.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 297 states legal conclusions to which no response is required.  To the extent a response is required, TDK denies the allegations in Paragraph 297.

298.    TDK hereby incorporates each preceding and succeeding paragraph as though fully set forth herein.  Paragraph 298 states legal conclusions to which no response is required.

1    To the extent a response is required, TDK denies the allegations in Paragraph 298.

2            299.    TDK hereby incorporates each preceding and succeeding paragraph as though

3    fully set forth herein.  Paragraph 299 states legal conclusions to which no response is required.

4    To the extent a response is required, TDK denies the allegations in Paragraph 299.

5            300.    TDK hereby incorporates each preceding and succeeding paragraph as though

6    fully set forth herein.  Paragraph 300 states legal conclusions to which no response is required.

7    To the extent a response is required, TDK denies the allegations in Paragraph 300.

8            301.    TDK hereby incorporates each preceding and succeeding paragraph as though

9    fully set forth herein.  Paragraph 301 states legal conclusions to which no response is required.

10   To the extent a response is required, TDK denies the allegations in Paragraph 301.

11           302.    TDK hereby incorporates each preceding and succeeding paragraph as though

12   fully set forth herein.  Paragraph 302 states legal conclusions to which no response is required.

13   To the extent a response is required, TDK denies the allegations in Paragraph 302.

14           303.    TDK hereby incorporates each preceding and succeeding paragraph as though

15   fully set forth herein.  Paragraph 303 states legal conclusions to which no response is required.

16   To the extent a response is required, TDK denies the allegations in Paragraph 303.

17           304.    TDK hereby incorporates each preceding and succeeding paragraph as though

18   fully set forth herein.  Paragraph 304 states legal conclusions to which no response is required.

19   To the extent a response is required, TDK denies the allegations in Paragraph 304.

20           305.    TDK hereby incorporates each preceding and succeeding paragraph as though

21   fully set forth herein.  Paragraph 305 states legal conclusions to which no response is required.

22   To the extent a response is required, TDK denies the allegations in Paragraph 305.

23           306.    TDK hereby incorporates each preceding and succeeding paragraph as though

24   fully set forth herein.  Paragraph 306 states legal conclusions to which no response is required.

25   To the extent a response is required, TDK denies the allegations in Paragraph 306.

26           307.    TDK hereby incorporates each preceding and succeeding paragraph as though

27   fully set forth herein.  Paragraph 307 states legal conclusions to which no response is required.

28   To the extent a response is required, TDK denies the allegations in Paragraph 307.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1    308.    TDK hereby incorporates each preceding and succeeding paragraph as though

2 fully set forth herein.  Paragraph 308 states legal conclusions to which no response is required.

3 To the extent a response is required, TDK denies the allegations in Paragraph 308.

4    309.    TDK hereby incorporates each preceding and succeeding paragraph as though

5 fully set forth herein.  Paragraph 309 states legal conclusions to which no response is required.

6 To the extent a response is required, TDK denies the allegations in Paragraph 309.

7    310.    TDK hereby incorporates each preceding and succeeding paragraph as though

8 fully set forth herein.  Paragraph 310 states legal conclusions to which no response is required.

9 To the extent a response is required, TDK denies the allegations in Paragraph 310.

10    311.    TDK hereby incorporates each preceding and succeeding paragraph as though

11 fully set forth herein.  Paragraph 311 states legal conclusions to which no response is required.

12 To the extent a response is required, TDK denies the allegations in Paragraph 311.

13    312.    Paragraph 312 states legal conclusions to which no response is required.  To the

14 extent a response is required, TDK denies the allegations in Paragraph 312.

15    313.    Paragraph 313 states legal conclusions to which no response is required.  To the

16 extent a response is required, TDK denies the allegations in Paragraph 313.

17    314.    TDK hereby incorporates each preceding and succeeding paragraph as though

18 fully set forth herein.

19    315.    Paragraph 315 states legal conclusions to which no response is required.  To the

20 extent a response is required, TDK denies the allegations in Paragraph 315.

21    316.    Paragraph 316 states legal conclusions to which no response is required.  To the

22 extent a response is required, TDK denies the allegations in Paragraph 316.

23    317.    TDK hereby incorporates each preceding and succeeding paragraph as though

24 fully set forth herein.  Paragraph 317 states legal conclusions to which no response is required.

25 To the extent a response is required, TDK denies the allegations in Paragraph 317.

26    318.    TDK hereby incorporates each preceding and succeeding paragraph as though

27 fully set forth herein.  Paragraph 318 states legal conclusions to which no response is required.

28 To the extent a response is required, TDK denies the allegations in Paragraph 318.

1   319.    TDK hereby incorporates each preceding and succeeding paragraph as though

2   fully set forth herein.  Paragraph 319 states legal conclusions to which no response is required.

3   To the extent a response is required, TDK denies the allegations in Paragraph 319.

4   320.    TDK hereby incorporates each preceding and succeeding paragraph as though

5   fully set forth herein.  Paragraph 320 states legal conclusions to which no response is required.

6   To the extent a response is required, TDK denies the allegations in Paragraph 320.

7   321.    TDK hereby incorporates each preceding and succeeding paragraph as though

8   fully set forth herein.  Paragraph 321 states legal conclusions to which no response is required.

9   To the extent a response is required, TDK denies the allegations in Paragraph 321.

10   322.    TDK hereby incorporates each preceding and succeeding paragraph as though

11   fully set forth herein.  Paragraph 322 states legal conclusions to which no response is required.

12   To the extent a response is required, TDK denies the allegations in Paragraph 322.

13   323.    TDK hereby incorporates each preceding and succeeding paragraph as though

14   fully set forth herein.  Paragraph 323 states legal conclusions to which no response is required.

15   To the extent a response is required, TDK denies the allegations in Paragraph 323.

16   324.    TDK hereby incorporates each preceding and succeeding paragraph as though

17   fully set forth herein.  Paragraph 324 states legal conclusions to which no response is required.

18   To the extent a response is required, TDK denies the allegations in Paragraph 324.

19   325.    TDK hereby incorporates each preceding and succeeding paragraph as though

20   fully set forth herein.  Paragraph 325 states legal conclusions to which no response is required.

21   To the extent a response is required, TDK denies the allegations in Paragraph 325.

22   326.    TDK hereby incorporates each preceding and succeeding paragraph as though

23   fully set forth herein.  Paragraph 326 states legal conclusions to which no response is required.

24   To the extent a response is required, TDK denies the allegations in Paragraph 326.

25   327.    TDK hereby incorporates each preceding and succeeding paragraph as though

26   fully set forth herein.  Paragraph 327 states legal conclusions to which no response is required.

27   To the extent a response is required, TDK denies the allegations in Paragraph 327.

28   328.    TDK hereby incorporates each preceding and succeeding paragraph as though

1  fully set forth herein.  Paragraph 328 states legal conclusions to which no response is required.

2  To the extent a response is required, TDK denies the allegations in Paragraph 328.

3      329.   TDK hereby incorporates each preceding and succeeding paragraph as though

4  fully set forth herein.  Paragraph 329 states legal conclusions to which no response is required.

5  To the extent a response is required, TDK denies the allegations in Paragraph 329.

6      330.   TDK hereby incorporates each preceding and succeeding paragraph as though

7  fully set forth herein.  Paragraph 330 states legal conclusions to which no response is required.

8  To the extent a response is required, TDK denies the allegations in Paragraph 330.

9      331.   TDK hereby incorporates each preceding and succeeding paragraph as though

10  fully set forth herein.  Paragraph 331 states legal conclusions to which no response is required.

11  To the extent a response is required, TDK denies the allegations in Paragraph 331.

12      332.   TDK hereby incorporates each preceding and succeeding paragraph as though

13  fully set forth herein.

14      333.   Paragraph 333 states legal conclusions to which no response is required.  To the

15  extent a response is required, TDK denies the allegations in Paragraph 333.

16      334.   Paragraph 334 states legal conclusions to which no response is required.  To the

17  extent a response is required, TDK denies the allegations in Paragraph 334.

18      335.   Paragraph 335 states legal conclusions to which no response is required.  To the

19  extent a response is required, TDK denies the allegations in Paragraph 335.

20      336.   Paragraph 336 states legal conclusions to which no response is required.  To the

21  extent a response is required, TDK denies the allegations in Paragraph 336.

22      337.   Paragraph 337 states legal conclusions to which no response is required.  To the

23  extent a response is required, TDK denies the allegations in Paragraph 337.

24                    **<u>AFFIRMATIVE DEFENSES</u>**

25      Without assuming any burden of proof it would not otherwise bear, TDK asserts the

26  following separate and additional affirmative defenses, all of which are plead in the alternative:

27

28

**FIRST AFFIRMATIVE DEFENSE**
**(Waiver)**

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel. On information and belief, Plaintiffs should have been aware of the facts concerning the TDK's alleged conduct of which they complain; they took no action in relation to such alleged conduct, and they have waived through inaction any claims they might assert based on such alleged conduct.

**SECOND AFFIRMATIVE DEFENSE**
**(Laches)**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of laches. Plaintiffs are alleging conduct and seeking to recover damages that date back to 2003 through May 2016. On information and belief, Plaintiffs should have been aware of the facts concerning the TDK's alleged conduct of which they complain prior to 2016. Despite having ample opportunity, Plaintiffs failed to file suit until February 2020, and failed to exercise reasonable diligence in asserting the Plaintiffs' claims.

**THIRD AFFIRMATIVE DEFENSE**
**(Statute of Limitations)**

Plaintiffs' claims are barred, in whole or in part, by the applicable statute(s) of limitations. Plaintiffs have brought antitrust claims under Section 1 of the Sherman Act, 15 U.S.C. § 1 and various state unfair competition and consumer laws. The Plaintiffs' antitrust claims began to accrue from the date of injury, which, according to the Plaintiffs, would have been in 2003, and Plaintiffs did not file suit until 2020. Their claims are therefore barred, in whole or in part, by the applicable statutes of limitation.

**FOURTH AFFIRMATIVE DEFENSE**
**(Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)**

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized. To the extent Plaintiffs have asserted claims for which Plaintiffs are seeking treble damages then the recovery by Plaintiffs of treble damages without a reduction would lead to disproportionate punitive damages. These disproportionate punitive damages would be unconstitutional and contrary to public policy.

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

**FIFTH AFFIRMATIVE DEFENSE**
**(Unjust Enrichment)**

Plaintiffs' claims are barred, in whole or in part, because the Plaintiffs would be unjustly enriched if they are allowed to recover any part of the damages alleged in the Complaint. Plaintiffs should have been aware of the conduct alleged in the Complaint.

**SIXTH AFFIRMATIVE DEFENSE**
**(Failure to Mitigate Damages)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.  Plaintiffs should have been aware of or were aware of the conduct that Plaintiffs now allege was anticompetitive.  Plaintiffs' failure to address this knowledge is a failure to mitigate damages. Further, Plaintiffs failed to mitigate their damages to the extent that they (a) selected and purchased products containing HDD suspension assemblies at prices higher than were being offered for similar products containing lower priced HDD suspension assemblies; or (b) they decided to pay higher prices for products containing HDD suspension assemblies than available alternatives.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Contribution)**

Plaintiffs' claims against the TDK are barred, in whole or in part, because of rights to contribution that the TDK Defendants have against other persons and entities.  In this litigation there are multiple Defendants.  TDK's liability should be capped by its percentage of fault of the alleged wrongdoing and other alleged wrongdoers are responsible for the majority of the alleged fault.  Further, should another Defendant settle or otherwise offer compensation for release of legal claims and that amount represents a discharge of a judgment or pro-rata payment of the total liability alleged in this litigation, then such payment provides an offset in the amount of the settlement to subsequent liability of non-settlors, including TDK, and TDK is entitled to such contribution to satisfy claims of the Plaintiffs.

**EIGHTH AFFIRMATIVE DEFENSE**
(*Forum Non Conveniens*)

Plaintiffs' claims should be dismissed on the grounds of forum non conveniens. Plaintiffs' claims derive almost entirely from purchases of HDD suspension assemblies outside the United States.  All of the manufacturing facilities for HGAs and HDDs were located outside the United States during the Relevant Period.  MPT, NHK, and SAE's manufacturing facilities were all located outside the United States.  MPT, NHK Spring, TDK Corporation and SAE are all non-US companies, with headquarters and operational facilities all located outside the United States.  The witnesses and documents in this case are largely located outside the United States. The claims at issue are heavily weighted toward transactions that took place completely outside the United States, and in that context, the forum in the United States that has been selected by the Plaintiffs is oppressive and inconvenient.

**NINTH AFFIRMATIVE DEFENSE**
(Dormant Foreign Commerce Clause)

Plaintiffs' claims are barred, in whole or in part, because the relief sought therein would invade authority reserved to Congress pursuant to the Foreign Commerce Clause.  Plaintiffs' claims under state unfair competition and consumer laws derive almost entirely from purchases of HDD suspension assemblies outside the United States and seek to regulate foreign commerce. The Foreign Commerce Clause of the United States Constitution, U.S. Const. art. 1, § 8, reserves to Congress and the federal government the exclusive right to regulate foreign commerce, and application of state law to claims deriving from extraterritorial purchases would violate the Foreign Commerce Clause, including, in particular, Plaintiffs' claims under the various state unfair competition and consumer protection laws.

**TENTH AFFIRMATIVE DEFENSE**
(Intervening or Superseding Acts of Third Parties)

Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom the TDK had no control or responsibility.  The acts of such third parties constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.  Prices that were paid by Plaintiffs were determined by supply and demand conditions that were driven by actions of third parties,

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1  including third-party customers and HDD suspension assembly suppliers.  The acts of those third

2  parties break the chain of causation for any claims that Plaintiffs are asserting.

3                                    **RESERVATION OF RIGHTS**

4          TDK has not knowingly or intentionally waived any applicable defenses and explicitly

5  reserves the right to assert and rely on such other applicable defenses as may become available or

6  apparent during discovery proceedings.  TDK further reserves the right to amend its Answer

7  and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable

8  during the course of subsequent discovery.

9                                      **PRAYER FOR RELIEF**

10         WHEREFORE, TDK prays for judgment as follows:

11     1.     That all causes of action in the Complaint be dismissed with prejudice;

12     2.     That the Court enter judgment in favor of TDK;

13     3.     That the Court award TDK its costs, including attorneys' fees; and

14     4.     That TDK be granted such other and further relief as the Court deems just and

15            proper.

16

17

18

19  Dated:  November 14, 2022                    **MORGAN, LEWIS & BOCKIUS LLP**

20                                            By:      */s/ Michelle Park Chiu*
                                                        Michelle Park Chiu
21

22                                            Counsel for Defendants
                                              TDK Corporation, Magnecomp
23                                            Precision Technology Public Co. Ltd.,
                                              Magnecomp Corporation, Hutchinson
24                                            Technology Inc., and SAE Magnetics
                                              (H.K.) Ltd.
25

26

27

28

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT

1

2                              **CERTIFICATE OF SERVICE**

3          I, Michelle Park Chiu, hereby certify that on this 14th day of November 2022, I caused to

4    be electronically filed the foregoing document with the Clerk of the Court of the United States

5    District Court for the Northern District of California by using the Court's CM/ECF system.

6          Participants in the case who are registered CM/ECF users will be served by the Court's

7    CM/ECF system.

8                                                          /s/ *Michelle Park Chiu*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TDK'S ANSWER TO END-USER PLAINTIFFS' FOURTH AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT