IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02918-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART FLEX'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (DOC. NO. 616); DIRECTIONS TO FLEX** |

      Before the Court is the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Doc. No. 616), filed October 14, 2022, by Flextronics International USA, Inc. ("Flex"). NHK Defendants and TDK Defendants have filed responses thereto. Having read and considered the papers filed in support of and in response to the Administrative Motion, the Court rules as follows:

      1. To the extent Flex seeks leave to file under seal Exhibits 1, 2, and 3 to its Statement in Opposition to Defendants' Motion for Partial Summary Judgment ("Statement in Opposition"), the motion is hereby GRANTED.

      2. To the extent Flex seeks leave to file under seal Exhibits 4, 5, and 6 to the Statement in Opposition, the motion is hereby DENIED, as neither NHK Defendants nor TDK Defendants assert those exhibits are properly filed under seal. See Civil L.R. 79-5(f)(3).

      3. To the extent Flex seeks leave to file under seal portions of the Statement in Opposition:

            a. the motion is hereby GRANTED as to the portions identified by NHK

Defendants (see Lee Decl., filed November 4, 2022 [Doc. No. 706] at 2:2-4), and

        b.  in all other respects, the motion is DENIED, as neither NHK Defendants nor TDK Defendants assert any other portion of the Statement in Opposition is properly filed under seal.

4.  Flex is hereby DIRECTED to file in the public record, no later than seven days from the date of this order:

        a.  Exhibits 4, 5, and 6 to the Statement in Opposition, and

        b.  a revised redacted version of the Statement in Opposition.

**IT IS SO ORDERED.**

Dated:  November 22, 2022

MAXINE M. CHESNEY
United States District Judge