IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  19-md-02918-MMC<br><br>**ORDER DENYING FLEXTRONICS INTERNATIONAL USA, INC.'S MOTION FOR LEAVE TO FILE STATEMENT IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING FOREIGN COMMERCE** |

Before the Court is the motion, filed October 14, 2022, by plaintiff Flextronics International USA, Inc. ("Flex"), "for Leave to File Statement in Opposition to Defendants' Motion for Partial Summary Judgment."  No response to the motion has been filed.

The Court having read and considered the moving papers, the motion is hereby DENIED, in that Flex essentially seeks thereby an advisory opinion as to a motion that, to date, has not been filed.  See Thomas v. Anchorage Equal Rights Comm'n, 220 F.3d 1134, 1138 (9th Cir. 2000) (holding Article III prohibits federal courts from "issu[ing] advisory opinions" or "declar[ing] rights in hypothetical cases").

**IT IS SO ORDERED.**

Dated: November 30, 2022

MAXINE M. CHESNEY
United States District Judge