United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-md-02918-MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE WESTMORE EMERGENCY MOTION FOR CLARIFICATION OF PROTECTIVE ORDER AND EXPERT STIPULATION** |

Pursuant to Civil Local Rule 72-1, "Seagate and Flextronics' Emergency Motion for Clarification of Protective Order and Expert Stipulation in Light of Upcoming December 6, 2022 Deposition," filed December 2, 2022, is hereby referred to Magistrate Judge Kandis A. Westmore, to whom all discovery matters previously were referred.[1] Accordingly, all further filings in connection therewith shall be submitted to Magistrate Judge Westmore.

The parties will be advised of the next appearance, if any, by Magistrate Judge Westmore's chambers.

**IT IS SO ORDERED.**

Dated: December 2, 2022

MAXINE M. CHESNEY
United States District Judge

---

[1] Contrary to Seagate and Flextronic's assertion, the matter constitutes a discovery dispute, and the two orders cited by said movants as requiring "interpretation" (see Mot. at 2:27) were not drafted by this Court but, rather, by the parties themselves.