[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No.   19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>All End-User and Reseller Actions, Case No. 3: 19-md-02918-MMC | **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE ON END-USER AND RESELLER PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION**<br><br>Hon. Maxine M. Chesney |

WHEREAS, the Court entered an Order Re: Amended Briefing Schedule on End-User and Reseller Plaintiffs' Motions for Class Certification on September 20, 2022, setting the briefing schedule for the End-User Plaintiffs and Reseller Plaintiffs' motions for class certification (ECF No. 580) as follows:

1) Motions for Class Certification and expert reports in support of class certification due October 11, 2022;

2) Defendants' Oppositions to Motions for Class Certification and expert reports in opposition to class certification due on December 20, 2022; and

3) Class Plaintiffs' Replies and expert rebuttal reports in support of their Motions for Class Certification due on February 28, 2023.

WHEREAS, on December 16, 2022 (two business days before the deadline for Defendants' Opposition and supporting expert report), End-User Plaintiffs filed an errata to the Declaration of Dr. Janet Netz in Support of End-User Plaintiffs updating certain portions of the expert report filed by End-User Plaintiffs in support of their Motion for Class Certification (ECF No. 764);

WHEREAS, on December 16, 2022, Reseller Plaintiffs provided supplemental responses to several interrogatories issued by TDK Defendants[1] relating to the Reseller Plaintiffs' pricing, sales, and purchases of the products that are identified in their purported class definition;

WHEREAS, to permit Defendants additional time assimilate End-User Plaintiff expert's revisions to her declaration originally submitted on October 11, and additional information from Reseller Plaintiffs provided in their supplemental interrogatory responses, the parties have agreed to extend Defendants' deadline for filing their Oppositions to the End-User and Reseller Plaintiffs' Motions for Class Certification along with any expert reports in support of their oppositions and any motions to exclude any opinions of End User Plaintiffs' or Reseller Plaintiffs' experts, by 3 days, and the subsequent deadline will be adjusted as set out below.

---

[1] "TDK Defendants" refers to TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd.

**IT IS HEREBY STIPULATED,** by the undersigned counsel and subject to the Court's approval, as follows:

1) Defendants' Oppositions to Motions for Class Certification, expert reports in opposition to class certification, and any motions to exclude any opinions of End-User Plaintiffs' or Reseller Plaintiffs' experts will be due on December 23, 2022; and

2) Class Plaintiffs' Replies and expert rebuttal reports in support of their Motions for Class Certification, and any oppositions to any motions of Defendants to exclude opinions of Plaintiffs' experts will be due on March 6, 2023.

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: December 20, 2022

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Dated: December 19, 2022

| /s/ William V. Reiss | /s/ Victoria Sims |
|---|---|
| William V. Reiss (*pro hac vice*) | Victoria Sims |
| **ROBINS KAPLAN LLP** | **CUNEO GILBERT & LADUCA, LLP** |
| 1325 Avenue of the Americas, Suite 2601 | 4725 Wisconsin Avenue, NW, Suite 200 |
| New York, NY 10019 | Washington, DC 20016 |
| Telephone: (212) 980-7400 | Telephone: (202) 789-3960 |
| Facsimile: (212) 980-7499 | Facsimile: (202) 789-1813 |
| wreiss@robinskaplan.com | vicky@cuneolaw.com |
| /s/ Christopher T. Micheletti | /s/ Shawn M. Raiter |
| Christopher T. Micheletti | Shawn M. Raiter |
| **ZELLE LLP** | **LARSON • KING, LLP** |
| 555 12th Street, Suite 1230 | 30 East Seventh Street, Suite 2800 |
| Oakland, CA 94607 | Saint Paul, MN 55101 |
| Telephone: (415) 693-0700 | Telephone: (651) 312-6518 |
| Facsimile: (415) 693-0770 | Facsimile: (651) 789-4818 |
| cmicheletti@zellelaw.com | sraiter@larsonking.com |
| *Interim Co-Lead Class Counsel for End-User Plaintiffs* | *Interim Co-Lead Class Counsel for Reseller Plaintiffs* |

| | |
|---|---|
| 1 | /s/ Mark H. Hamer |
| | Mark H. Hamer, SBN 156997 |
| 2 | Mark G. Weiss (*pro hac vice*) |
| | **BAKER MCKENZIE LLP** |
| 3 | 815 Connecticut Ave., NW |
| | Washington, DC 20006 |
| 4 | Telephone:  (202) 452-7077 |
| | Facsimile:   (202) 416-7177 |
| 5 | mark.hamer@bakermckenzie.com |
| | mark.weiss@bakermckenzie.com |

/s/ Mark H. Hamer
Mark H. Hamer, SBN 156997
Mark G. Weiss (*pro hac vice*)
**BAKER MCKENZIE LLP**
815 Connecticut Ave., NW
Washington, DC 20006
Telephone:  (202) 452-7077
Facsimile:   (202) 416-7177
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.*

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-5860
Facsimile:  (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., and SAE Magnetics (H.K.) Ltd.*

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE ON END-USER AND RESELLER PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION