Michelle Park Chiu (State Bar No. 248421)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

[Additional Moving Defendants and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [END USER PLAINTIFFS]**<br><br>The Hon. Maxine M. Chesney |
| THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | |

## INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendants NHK Spring Co. Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants"), and Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. (collectively "TDK Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are portions of Defendants' Opposition to End User Plaintiffs' Motion for Class Certification ("Defendants' Opposition") and accompanying materials. These materials were designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" by End User Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 136). Defendants have redacted the corresponding information derived from these materials in the Defendants' Opposition and accompanying materials, but take no position on whether the material should be sealed.

Sealing is sought for the material or documents identified in the chart below.

| Material / Document | Specific Portion(s) Sought to be Kept Under Seal |
|---|---|
| Everett Decl., Ex. 1 | • Grey highlighting on ¶¶ 33, 56, 58, 63, 64, 65, 74, 83, 103, 110, 129, 132, 133, and 134.<br>• Grey highlighting on footnotes 63, 93, 103, 104, 108, 109, 110, 121, 135, 155, 165, 185, and 191.<br>• Exhibit 3 (entirety). |
| Everett Decl., Ex. 2 | • Entire document (Excerpts from Netz Depo. Transcript) |
| Defendants' Opposition | • Page 3, Lines 2-5 (from "The putative" to "contracts.")<br>• Page 3, Lines 10-11 (from "suspension" to "HDD.")<br>• Page 5, lines 25-26 (from "EUPs" to "burden")<br>• Page 6, lines 6-10 (from "EUPs" to "products.")<br>• Page 6, lines 13-16 (from "for example" to "point.")<br>• Page 6, footnote 5 (from "Dr." to "hypothetical.")<br>• Page 7, lines 6-7 (from "which" to "HDD.")<br>• Page 7, footnote 7 (from "The only" to "prices.")<br>• Page 8, line 11 (from "requires" to "thousands")<br>• Page 8, lines 12-13 (from "of retailers" to "manufacturers.")<br>• Page 8, footnote 10 (from "even if" to "manufacturer." and "to identify" to "hard drive.")<br>• Page 10, lines 9-11 (from "Q." to "correct.")<br>• Page 10, lines 12-13 (from "it" to "through") |

|  | <ul><li>Page 11, lines 5-6 (from "did not" to "regressions")</li><li>Page 12, lines 3-5 (from "as a result" to "changes")</li><li>Page 12, lines 6-8 (from "estimated" to "$0.99.")</li><li>Page 12, lines 23-25 (from "she did" to "do so.")</li><li>Page 13, lines 10-13 (from "product" to "prices.")</li><li>Page 13, lines 14-19 (from "such" to "evidence.")</li><li>Page 14, lines 4-5 (from "the type" to "price.")</li><li>Page 14, lines 5-6 (from "at any" to "contracts.")</li><li>Page 14, lines 7-10 (from "she did" to "distribution chain.")</li><li>Page 19, lines 22-23 (from "fails" to "violation")</li><li>Page 20, footnote 17 (from "she" to "market")</li><li>Page 23, lines 22-24 (from "the proposed" to "contracts.")</li></ul> |
|---|---|

Pursuant to Civil Local Rule 79-5(f)(2), the Defendants are serving this motion on End User Plaintiffs on the same day it is being filed.

Pursuant to Civil Local Rule 79-5(f)(3), any Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

2

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [END USER PLAINTIFFS]

1  Dated: December 23, 2022

2  Respectfully submitted,

3

4  */s/ Mark H. Hamer*  　　　　　　　　　　　　*/s/ J. Clayton Everett, Jr.*
　　Mark. H. Hamer (State Bar No. 156997)　　　J. Clayton Everett, Jr., (*pro hac vice*)
5  　mark.hamer@bakermckenzie.com　　　　　　clay.everett@morganlewis.com
　　Mark G. Weiss (*pro hac vice*)　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**
6  　mark.weiss@bakermckenzie.com　　　　　　　1111 Pennsylvania Ave., N.W.
　　**BAKER & McKENZIE LLP**　　　　　　　　Washington, D.C. 20004
7  　815 Connecticut Ave., N.W.　　　　　　　　Telephone: (202) 739-3000
　　Washington, D.C. 20006
8  　Telephone: (202) 452-7077
　　　　　　　　　　　　　　　　　　　　　　Michelle Park Chiu (State Bar No. 248421)
9  　Catherine Y. Stillman (State Bar No. 242440)　michelle.chiu@morganlewis.com
　　catherine.stillman@bakermckenzie.com　　　　**MORGAN, LEWIS & BOCKIUS LLP**
10 **BAKER & McKENZIE LLP**　　　　　　　　One Market, Spear Street Tower
　　452 Fifth Avenue　　　　　　　　　　　　　San Francisco, CA 94105
11 　New York, New York 10018　　　　　　　　Telephone: (415) 442-1000
　　Telephone: (212) 626-4218
12 　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants TDK Corporation,*
　　Craig Y. Lee (*pro hac vice*)　　　　　　　　　*Hutchinson Technology Inc., Magnecomp*
13 　craiglee@huntonak.com　　　　　　　　　　*Precision Technology Public Co., Ltd.,*
　　Carter C. Simpson (*pro hac vice*)　　　　　　*Magnecomp Corporation, and SAE*
14 　csimpson@huntonak.com　　　　　　　　　　*Magnetics (H.K.) Ltd.*
　　Christopher J. Dufek (*pro hac vice*)
15 　cdufek@huntonak.com
　　**HUNTON ANDREWS KURTH LLP**
16 　2200 Pennsylvania Ave., N.W.
　　Washington, D.C. 20037
17 　Telephone: (202) 955-1500

18 *Counsel for Defendants NHK Spring Co.,*
　　*Ltd., NHK International, NHK Spring*
19 *(Thailand) Co., Ltd., NAT Peripheral (Dong*
　　*Guan) Co., Ltd. and NAT Peripheral (H.K.)*
20 *Co., Ltd.*

21

22

23

24

25

26

27

28
　　　　　　　　　　　　　　　　　　　　3

## **ATTORNEY ATTESTATION**

I, J. Clayton Everett, Jr., hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

4

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [END USER PLAINTIFFS]

## CERTIFICATE OF SERVICE

I, J. Clayton Everett, Jr., hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

5

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [END USER PLAINTIFFS]