Michelle Park Chiu (State Bar No. 248421)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

[Additional Moving Defendants and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [RESELLER PLAINTIFFS]**<br><br>The Hon. Maxine M. Chesney |
| THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | |

**INTRODUCTION**

Pursuant to Civil Local Rule 79-5(f), Defendants NHK Spring Co. Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants"), and Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. (collectively "TDK Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are portions of Defendants' Opposition to End User Plaintiffs' Motion for Class Certification ("Defendants' Opposition") and accompanying materials. These materials were designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" by Reseller Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No. 136). Defendants have redacted the corresponding information derived from these materials in the Defendants' Opposition and accompanying materials, but take no position on whether the material should be sealed.

Sealing is sought for the material or documents identified in the chart below.

| Material / Document | Specific Portion(s) Sought to be Kept Under Seal |
|---|---|
| Everett Decl., Ex. 1 | <ul><li>Grey highlighting on ¶¶ 11, 13, 27, 39, 40, 41, 42, 43, 44, 49, 50, 51, 52, 53, 54, 55, 56, 58, 67, 69, 70, 71, 82, 83, 86, 91, 95, 96, 100, 103, 105, 106, 110, 112, 114, 116, 117, 118, 119, 120, 121, 122, 123, 124, 129, 130, 131, 132, and 139.</li><li>Grey highlighting on footnotes 70, 74, 80, 93, 94, 117, 135, 137, 139, 142, 152, 160, 165, 172, 173, 175, 177, 179, 184, 186, and 188.</li><li>Figures 9, 12, and 13 (entirety).</li><li>Exhibits 5 (entirety)</li></ul> |

Pursuant to Civil Local Rule 79-5(f)(2), the Defendants are serving this motion on Reseller Plaintiffs on the same day it is being filed.

Pursuant to Civil Local Rule 79-5(f)(3), any Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

1

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [RESELLER PLAINTIFFS]

1  Dated: December 23, 2022

2  Respectfully submitted,

3

4  */s/ Mark H. Hamer*  */s/ J. Clayton Everett, Jr.*
   Mark. H. Hamer (State Bar No. 156997)   J. Clayton Everett, Jr., (*pro hac vice*)
5  mark.hamer@bakermckenzie.com   clay.everett@morganlewis.com
   Mark G. Weiss (*pro hac vice*)   **MORGAN, LEWIS & BOCKIUS LLP**
6  mark.weiss@bakermckenzie.com   1111 Pennsylvania Ave., N.W.
   **BAKER & McKENZIE LLP**   Washington, D.C. 20004
7  815 Connecticut Ave., N.W.   Telephone: (202) 739-3000
   Washington, D.C. 20006
8  Telephone: (202) 452-7077

   Michelle Park Chiu (State Bar No. 248421)
9  Catherine Y. Stillman (State Bar No. 242440)   michelle.chiu@morganlewis.com
   catherine.stillman@bakermckenzie.com   **MORGAN, LEWIS & BOCKIUS LLP**
10 **BAKER & McKENZIE LLP**   One Market, Spear Street Tower
   452 Fifth Avenue   San Francisco, CA 94105
11 New York, New York 10018   Telephone: (415) 442-1000
   Telephone: (212) 626-4218

12 *Counsel for Defendants TDK Corporation,*
   Craig Y. Lee (*pro hac vice*)   *Hutchinson Technology Inc., Magnecomp*
13 craiglee@huntonak.com   *Precision Technology Public Co., Ltd.,*
   Carter C. Simpson (*pro hac vice*)   *Magnecomp Corporation, and SAE*
14 csimpson@huntonak.com   *Magnetics (H.K.) Ltd.*
   Christopher J. Dufek (*pro hac vice*)
15 cdufek@huntonak.com
   **HUNTON ANDREWS KURTH LLP**
16 2200 Pennsylvania Ave., N.W.
   Washington, D.C. 20037
17 Telephone: (202) 955-1500

18 *Counsel for Defendants NHK Spring Co.,*
   *Ltd., NHK International, NHK Spring*
19 *(Thailand) Co., Ltd., NAT Peripheral (Dong*
   *Guan) Co., Ltd. and NAT Peripheral (H.K.)*
20 *Co., Ltd.*

21

22

23

24

25

26

27

28
2

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [RESELLER PLAINTIFFS]

# **ATTORNEY ATTESTATION**

I, J. Clayton Everett, Jr., hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

3

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [RESELLER PLAINTIFFS]

## CERTIFICATE OF SERVICE

I, J. Clayton Everett, Jr., hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

4

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [RESELLER PLAINTIFFS]