1   Michelle Park Chiu (State Bar No. 248421)
    **MORGAN, LEWIS & BOCKIUS LLP**
2   One Market, Spear Street Tower
    San Francisco, CA 94105
3   Telephone: (415) 442-1000
    Facsimile: (415) 442-1001
4   michelle.chiu@morganlewis.com

5   J. Clayton Everett, Jr. (*pro hac vice*)
    **MORGAN, LEWIS & BOCKIUS LLP**
6   1111 Pennsylvania Ave., NW
    Washington, DC 20004
7   Telephone: (202) 739-3000
    Facsimile: (202) 739-3001
8   clay.everett@morganlewis.com

9   *Counsel for Defendants TDK Corporation,*
    *Magnecomp Precision Technology Public Co.*
10  *Ltd., Magnecomp Corporation, Hutchinson*
    *Technology Inc., and SAE Magnetics (H.K.) Ltd.*
11
    [Additional Moving Defendants and Counsel
12  Listed on Signature Page]

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17
    In re: Hard Disk Drive Suspension Assemblies    | Case No. 3:19-md-02918-MMC
18
    Antitrust Litigation                            | MDL No. 2918
19
                                                     | **DEFENDANTS' ADMINISTRATIVE**
20                                                   | **MOTION TO CONSIDER WHETHER**
                                                     | **ANOTHER PARTY'S MATERIAL**
21  THIS DOCUMENT RELATES TO               | **SHOULD BE SEALED PURSUANT TO**
                                                     | **LOCAL RULE 79-5(F) [SEAGATE**
22  ALL ACTIONS                             | **PLAINTIFFS]**

23                                                   | The Hon. Maxine M. Chesney

24

25

26

27

28

1

**<u>INTRODUCTION</u>**

2       Pursuant to Civil Local Rule 79-5(f), Defendants NHK Spring Co. Ltd., NHK

3 International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co.,

4 Ltd., NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants"), and Defendants TDK

5 Corporation, Magnecomp Precision Technology Public Co. Ltd., Hutchinson Technology Inc.,

6 and SAE Magnetics (H.K.) Ltd. (collectively "TDK Defendants") respectfully submit this

7 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

8       The materials sought to be sealed are portions of Defendants' Opposition to End User

9 Plaintiffs' Motion for Class Certification ("Defendants' Opposition") and accompanying

10 materials. These materials were designated as "Confidential" or "Highly Confidential -

11 Attorneys' Eyes Only" by Seagate Plaintiffs pursuant to the Stipulated Protective Order (Dkt. No.

12 136). Defendants have redacted the corresponding information derived from these materials in

13 the Defendants' Opposition and accompanying materials, but take no position on whether the

14 material should be sealed.

15       Sealing is sought for the material or documents identified in the chart below.

16

| Material / Document | Specific Portion(s) Sought to be Kept Under Seal |
|---|---|
| Everett Decl., Ex. 1 | • Grey highlighting on ¶¶ 19, 20, 24, 43, 94, 95, 110.<br>• Grey highlighting on footnotes 28, 34, 78, 142, 167.<br>• Figures 2, 8 and 9 (entirety) |
| Everett Decl., Ex. 3 | • Entirety (Excerpts of Sanders Depo. Transcript) |
| Everett Decl., Ex. 4 | • Entirety (Excerpts of Bell Depo. Transcript) |
| Everett Decl., Ex. 6 | • Entirety (Excerpts of Legendre Depo. Transcript) |
| Everett Decl., Ex. 7 | • Entirety (Excerpts of Ver Meer Depo. Transcript) |
| Defendants' Opposition | • Page 3, Lines 14-15 (from "Those" to "piece.")<br>• Page 3, Lines 19-20 (from "Prices" to "program.")<br>• Page 3, Line 22 to Page 4, Line 1 (from "Prices" to "years.")<br>• Page 3, footnote 2 (from "Seagate" to "custom.")<br>• Page 8, footnote 10 (from "explaining that" to "markings.") |

26       Pursuant to Civil Local Rule 79-5(f)(2), the Defendants are serving this motion on Seagate

27 Plaintiffs on the same day it is being filed.

28

1

1    Pursuant to Civil Local Rule 79-5(f)(3), any Designating Party may file a statement and/or

2    declaration setting forth the reasons for keeping a document under seal.

3

4    Dated: December 23, 2022

5    Respectfully submitted,

6

7    */s/ Mark H. Hamer*

     Mark. H. Hamer (State Bar No. 156997)
     mark.hamer@bakermckenzie.com
8    Mark G. Weiss (*pro hac vice*)
     mark.weiss@bakermckenzie.com
9    **BAKER & McKENZIE LLP**
     815 Connecticut Ave., N.W.
10   Washington, D.C. 20006
     Telephone: (202) 452-7077
11
     Catherine Y. Stillman (State Bar No. 242440)
12   catherine.stillman@bakermckenzie.com
     **BAKER & McKENZIE LLP**
13   452 Fifth Avenue
     New York, New York 10018
14   Telephone: (212) 626-4218

15   Craig Y. Lee (*pro hac vice*)
     craiglee@huntonak.com
16   Carter C. Simpson (*pro hac vice*)
     csimpson@huntonak.com
17   Christopher J. Dufek (*pro hac vice*)
     cdufek@huntonak.com
18   **HUNTON ANDREWS KURTH LLP**
     2200 Pennsylvania Ave., N.W.
19   Washington, D.C. 20037
     Telephone: (202) 955-1500
20
     *Counsel for Defendants NHK Spring Co.,*
21   *Ltd., NHK International, NHK Spring*
     *(Thailand) Co., Ltd., NAT Peripheral (Dong*
22   *Guan) Co., Ltd. and NAT Peripheral (H.K.)*
     *Co., Ltd.*
23

24

25

26

27

28

*/s/ J. Clayton Everett, Jr.*

J. Clayton Everett, Jr., (*pro hac vice*)
clay.everett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000

Michelle Park Chiu (State Bar No. 248421)
michelle.chiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel for Defendants TDK Corporation,*
*Hutchinson Technology Inc., Magnecomp*
*Precision Technology Public Co., Ltd.,*
*Magnecomp Corporation, and SAE*
*Magnetics (H.K.) Ltd.*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTORNEY ATTESTATION**

I, J. Clayton Everett, Jr., hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the

Northern District of California, that the concurrence to the filing of this document has been

obtained from each signatory hereto.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

3

**CERTIFICATE OF SERVICE**

I, J. Clayton Everett, Jr., hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

4

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
PURSUANT TO LOCAL RULE 79-5(F) [SEAGATE PLAINTIFFS]