Michelle Park Chiu (State Bar No. 248421)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

[Additional Moving Defendants and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]**<br><br>The Hon. Maxine M. Chesney |

# INTRODUCTION

Pursuant to Civil Local Rule 79-5(f), Defendants NHK Spring Co. Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants"), and Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. (collectively "TDK Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are portions of Defendants' Opposition to End User Plaintiffs' Motion for Class Certification ("Defendants' Opposition") and accompanying materials. These materials were designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" by third parties Acer, Amazon, Arrow, Avnet, Best Buy, Computer Warehouse of North Carolina, Connection, Costco, Dell, Fujitsu, GameStop, GHA, HP, IBM, Ingram Micro, Lenovo, MA Labs, Microsoft, NetApp, Newegg, Office Depot, Oracle, Other World Computing, PC Richard & Son, Staples, Synnex, Target, Toshiba, Walmart, Western Digital, and Zones pursuant to the Stipulated Protective Order (Dkt. No. 136). Defendants have redacted the corresponding information derived from these materials in the Netz Daubert Motion, but take no position on whether the material should be sealed.

Sealing is sought for the material or documents identified in the chart below.

| Material / Document | Specific Portion(s) Sought to be Kept Under Seal | Designating Parties |
|---|---|---|
| Stiroh Rept. | • Paragraph 27 from "in [year] to "in sales". | Best Buy, PC Richard, Synnex, and Computer Warehouse |
| Stiroh Rept. | • Paragraph 27, footnote 39, from "Best Buy" to "sales." | Best Buy |
| Stiroh Rept. | • Paragraph 28 from "The ability" to "in [year]." | Best Buy |
| Stiroh Rept. | • Paragraph 3, footnote 63 from "Dell" to "$[number]." | Dell |

1

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

| | | |
|---|---|---|
| Stiroh Rept. | • Paragraph 58, footnote 94 from "Dr. Netz claims" to end of footnote. | Microsoft |
| Stiroh Rept. | • Paragraph 62 from "that demonstrate" to end of paragraph. | Amazon, Dell, Newegg, and PC Richard & Son |
| Stiroh Rept. | • Figure 5 (entirety) | Amazon, Dell, Newegg, and PC Richard & Son |
| Stiroh Rept. | • Footnote 101 (entirety) | Amazon, Dell, Newegg, and PC Richard & Son |
| Stiroh Rept. | • Paragraph 64, footnote 104 from "Declaration" to end of paragraph. | Lenovo and Staples |
| Stiroh Rept. | • Paragraph 66 from "Dell" to "$[amount]" | Dell |
| Stiroh Rept. | • Figure 9 (entirety) | Acer, Amazon, Arrow, Avnet, Best Buy, Computer Warehouse of North Carolina, Connection, Costco, Dell, Fujitsu, GameStop, GHA, HP, IBM, Ingram Micro, Lenovo, MA Labs, Microsoft, NetApp, Newegg, Office Depot, Oracle, Other World Computing, PC Richard & Son, Staples, Synnex, Target, Toshiba, Walmart, Western Digital, and Zones. |
| Stiroh Rept. | • Footnote 167 (entirety) | Dell, Western Digital |
| Stiroh Rept. | • Paragraph 112 from "I show the" to "her estimates unreliable." | Amazon |
| Stiroh Rept. | • Figure 10 (entirety) | Amazon |
| Stiroh Rept. | • Footnote 169 (entirety) | Amazon |
| Stiroh Rept. | • Paragraph 113 from last four words of second-to-last sentence. | Amazon |
| Stiroh Rept. | • Figure 11 (entirety) | Amazon |
| Stiroh Rept. | • Footnote 170 (entirety) | Amazon |
| Stiroh Rept. | • Figure 13 (entirety) | Computer Warehouse of NC, Ingram Micro, MA Labs, Other World Computing, Avnet, GHA, Arrow, |

2

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

| | | |
|---|---|---|
| | | Synnex, Newegg, Target, Costco, GameStop, Connection, Staples, Zones, Office Depot, Amazon, Best Buy, PC Richard & Sons, and Walmart |
| Stiroh Rept. | • Paragraph 134 from "of Dell and Best Buy" to "prices" and "For example" to "as little as $[amount]" and "for purchase" to "program." | Dell and Best Buy |
| Stiroh Rept. | • Figure 14 (entirety) | Dell and Best Buy |
| Stiroh Rept. | • Footnote 195 (entirety) | Dell and Best Buy |
| Stiroh Rept. | • Exhibit 5 (entirety) | Dell, Fujitsu, IBM, Lenovo, Oracle, Toshiba, Arrow, Avnet, Computer Warehouse of NC, GHA, Ingram Micro, Synnex, Amazon, Connection, GameStop, Newegg, Office Depot, PC Richard & Son, Staples, Zones |
| Defendants' Opposition | • Page 11, lines 9-11 (from "comparing" to "Amazon") | Amazon |
| Defendants' Opposition | • Page 11, lines 22-24 (from "sales data" to "$[number]") | Microsoft |
| Defendants' Opposition | • Page 11, line 24 to Page 12, line 2 (from "For PC" to "$[number].")<br>• Page 12, lines 20-22 (from "PC" to "change") | PC Richard & Son |
| Defendants' Opposition | • Page 12, lines 14-16 (from "Newegg" to "change") | Newegg |
| Defendants' Opposition | • Page 12, lines 18-20 (from "Dell" to "change") | Dell |

Pursuant to Civil Local Rule 79-5(f)(2), the Defendants are serving this motion on Amazon, Microsoft, PC Richard, Newegg, and Dell on the same day it is being filed.

Pursuant to Civil Local Rule 79-5(f)(3), any Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

3

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

1  Dated: December 23, 2022

2  Respectfully submitted,

3

4  */s/ Mark H. Hamer*                          */s/ J. Clayton Everett, Jr.*
   Mark. H. Hamer (State Bar No. 156997)      J. Clayton Everett, Jr., (*pro hac vice*)
5  mark.hamer@bakermckenzie.com            clay.everett@morganlewis.com
   Mark G. Weiss (*pro hac vice*)                 **MORGAN, LEWIS & BOCKIUS LLP**
6  mark.weiss@bakermckenzie.com             1111 Pennsylvania Ave., N.W.
   **BAKER & McKENZIE LLP**                    Washington, D.C. 20004
7  815 Connecticut Ave., N.W.                    Telephone: (202) 739-3000
   Washington, D.C. 20006
8  Telephone: (202) 452-7077

9  Catherine Y. Stillman (State Bar No. 242440)     Michelle Park Chiu (State Bar No. 248421)
   catherine.stillman@bakermckenzie.com         michelle.chiu@morganlewis.com
10 **BAKER & McKENZIE LLP**                    **MORGAN, LEWIS & BOCKIUS LLP**
   452 Fifth Avenue                                 One Market, Spear Street Tower
11 New York, New York 10018                  San Francisco, CA 94105
   Telephone: (212) 626-4218                     Telephone: (415) 442-1000
12
   Craig Y. Lee (*pro hac vice*)                  *Counsel for Defendants TDK Corporation,*
13 craiglee@huntonak.com                        *Hutchinson Technology Inc., Magnecomp*
   Carter C. Simpson (*pro hac vice*)              *Precision Technology Public Co., Ltd.,*
14 csimpson@huntonak.com                      *Magnecomp Corporation, and SAE*
   Christopher J. Dufek (*pro hac vice*)            *Magnetics (H.K.) Ltd.*
15 cdufek@huntonak.com
   **HUNTON ANDREWS KURTH LLP**
16 2200 Pennsylvania Ave., N.W.
   Washington, D.C. 20037
17 Telephone: (202) 955-1500

18 *Counsel for Defendants NHK Spring Co.,*
   *Ltd., NHK International, NHK Spring*
19 *(Thailand) Co., Ltd., NAT Peripheral (Dong*
   *Guan) Co., Ltd. and NAT Peripheral (H.K.)*
20 *Co., Ltd.*

21

22

23

24

25

26

27

28

4

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

## ATTORNEY ATTESTATION

I, J. Clayton Everett, Jr., hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

5

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

## CERTIFICATE OF SERVICE

I, J. Clayton Everett, Jr., hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

6

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]