# EXHIBIT 11

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1          UNITED STATES DISTRICT COURT

2      FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4                                    )   Case No.

5   IN RE:                           )   19-md-02918-MMC

6   HARD DRIVE SUSPENSION            )   20-cv-01217-MMC

7   ASSEMBLIES ANTITRUST             )

8   LITIGATION                       )

9                                    )

10

11   REMOTE VIDEOTAPED DEPOSITION OF MICHAEL MEDEIROS

12                  TAKEN ON

13            THURSDAY, MARCH 31, 2022

14

15

16

17

18

19

20

21

22

23   Reported by:

24   BRENDA R. COUNTZ, RPR-CRR, CSR NO. 12563

25   Job no. 208479

1   location at 810 Burkedale Drive, Merced,

2   California and you indicated it was related to an

3   entity called Certified PC Doctor.

4          Do you conduct repair services from

5   that location?

6      A.   Currently, no.

7      Q.   Have you ever provided repair services

8   from that location?

9      A.   Yes.

10     Q.   Was that a storefront for your own

11  operation?

12     A.   No.

13     Q.   Have you ever had any business

14  locations?

15     A.   No.

16     Q.   Okay.  You've always operated anything

17  you do to earn income out of your home address?

18     A.   Yes.

19     Q.   Have you ever had any employees?

20     A.   No.

21     Q.   Can you tell me just a little bit about

22  Certified PC Doctor.  What is that?

23     A.   It was a computer repair service

24  operated out of my friend's home who had more

25  space than I had at my home.  I was conducting

1  service at customer's locations.  I would go to

2  their homes, repair their machines.

3  ██████████████████████████████████

4  ████████████████████████████████████

5  ████████████

6      Q.  Who was your friend that you

7  referenced?

8      A.  Anita Kramer.

9      Q.  Did you have a title at Certified PC

10  Doctor?

11      A.  Owner.

12      Q.  Would co-owner be correct?

13      A.  Owner.

14      Q.  Was Anita Kramer an employee of

15  Certified PC Doctor?

16      A.  No.

17      Q.  Did she provide any services related to

18  that entity other than a location?

19      A.  No.

20      Q.  Was she the landlord?

21      A.  No.

22      Q.  Did she own that property?

23      A.  No.

24      Q.  Did she rent that property?

25      A.  Yes.

1    A.  No.

2    Q.  Do you know when you stopped?

3    A.  Four or five years ago.

4    Q.  You can go down to the second one.

5  We've mentioned that the Certified PC Doctor and

6  you are listed here as the owner.  Presumably the

7  end date is wrong here.

8        Can you let me know when you stopped

9  working at that entity?

10    A.  I believe it was 2011, maybe.

11    Q.  That's your best guess?

12    A.  Best guess, 2011.

13    Q.  It lists a few things that I don't

14  think we've talked about yet.

15        Can you tell me about building

16  websites?

17    A.  Again, I would use WordPress and build

18  out websites for myself for the podcast and the

19  other associated shows that we did such as Gates

20  of Sto'vo'kor and others.  Sto'vo'kor is S-T-O,

21  apostrophe, V-O, apostrophe, K-O-R.

22    Q.  And what does it mean to provide

23  custom-built systems?

24    A.  Essentially I would interview customers

25  to determine their specific needs when they need

1  a new machine built.

2      I would, based on their needs, design a

3  system selecting specific hardware that met their

4  requirements, designed, built and then delivered

5  the computer to them.

6     Q.  So to clarify, that's custom-built

7  computers where you are buying parts and

8  compiling them into a finished computer; is that

9  correct?

10    A.  Yes.

11    Q.  And then it just says assisted

12  customers to resolve their issues.

13      What other kinds of issues might arise?

14    A.  Everything from training to virus

15  removal, as I mentioned; dealing with hardware

16  failures, upgrading or building new machines as

17  needed.

18    Q.  If you go to the next experience listed

19  it says Easy View Signs from February 2007 to

20  December 2010.

21      Can you tell me a little about this

22  business entity?

23    A.  It was a digital electronic signage

24  company.  The individual that owned it had

25  designed and patented a unique electronic

1    Q.   Did you have a firearm license?

2    A.   No.

3    Q.   So other than the jobs we've just

4    mentioned, have you had any other employment that

5    generated income between 2003 and present?

6    A.   No, not that I can recall.

7    Q.   So we just looked at four or five

8    different jobs.  Which, if any, of these involved

9    the purchase and resale of electronic products?

10        MS. SIMS:  Objection to form.

11        THE WITNESS:  Certified PC Doctor.  And

12   from Easy View Signs I did that through Certified

13   PC Doctor, the purchase and building of their

14   electronic signage, the computers in their

15   electronic signage.

16   BY MR. WEISS:

17   Q.   Did the Easy View Signs job involve the

18   purchase and resale of any computers or hard disk

19   drives?

20   A.   No.

21   Q.   Okay.  At times I may refer to

22   computers and hard disk drives collectively as

23   HDD products.

24        You would understand what I mean when I

25   say that?

1   A.  Yes, I do.

2   Q.  Okay, you can set that document aside.

3       Were product sales part of your

4   business when you were working at Certified PC

5   Doctor or in your subsequent work providing

6   computer repair businesses under your personal

7   name?

8   A.  Yes.

9   Q.  Okay, what kind of products did you

10  sell?

11      A.  I would sell computer components;

12  everything from hard drives, mice, keyboards,

13  graphics parts, mother boards, processors, RAM,

14  completed systems, upgrade systems or components

15  to upgrade systems, operating systems, software.

16  Q.  Have you ever purchased a computer and

17  resold it sort of in the box?

18  A.  Yes.

19  Q.  Okay.  Do you have a store that sells

20  products or have you ever worked at a store that

21  sells products?

22  A.  Yes.

23  Q.  Did that store ever have any retail

24  space for consumers?

25  A.  Yes.

1    Q.   Independent contractor?

2    A.   Yes.

3    Q.   At times when you were purchasing HDD

4   products, now I'm referring to computers or HDDs,

5   where did you buy them?

6    A.   I would purchase hard drives from MA

7   Labs, Amazon and Newegg.

8    Q.   What is MA Labs?

9    A.   A wholesale distributor.

10    Q.   Do you know how that differs from a

11   retail store like Best Buy?

12    A.   MA Labs does not sell to the public.

13   They sell to resellers.

14    Q.   Okay.  Anywhere else that you buy HDD

15   products from?

16    A.   No, not that I can recall.

17    Q.   What is Newegg?

18    A.   It's an online storefront selling

19   computer electronics components.

20    Q.   Going back, you said that Ma Labs

21   doesn't sell to the public so why were you able

22   to purchase from them?

23    A.   Under Certified PC Doctor I obtained a

24   resellers license through the State of California

25   that allowed me to purchase directly from them at

1    wholesale prices.

2        Q.   Do you still purchase from MA Labs?

3        A.   No.

4    ████████████████████████████████

5    ████████████████████████████████

6    ██████████████████████████

7    ██████████████

8    ████████████████████████████

9    ████████████████████████████████

10   ████████████████

11   BY MR. WEISS:

12       Q.   Are there any larger companies you

13   compete with other than the Geek Squad?

14       A.   In my area, not that I'm aware of, no.

15       Q.   When you were building custom-built

16   computers, who would you consider your

17   competitors in that field?

18          MS. SIMS:  Objection to form.

19          THE WITNESS:  For custom-built

20   computers, it would be other mom-and-pop shops.

21   BY MR. WEISS:

22       Q.   Did you consider Certified PC Doctor to

23   be a mom-and-pop shop?

24          MS. SIMS:  Objection to form.

25          THE WITNESS:  Yes.

1      MR. WEISS:  Okay.  You can set that

2   aside.  I'd like to notice Exhibit 4.  It's

3   labeled, "About Me:  Mike Medeiros."

4      THE WITNESS:  (Perusing.)

5      (Medeiros Exhibit 4, Document

6      Entitled About Me:  Mike Medeiros,

7      was marked for identification.)

8      MR. WEISS:  This is a page that is

9   linked to that web page.  I'll represent that the

10  URL, again on the bottom-left, it says

11  "certifiedpcdoctor.com/about me."

12  BY MR. WEISS:

13     Q.   Is this a description of your interests

14  and employment?

15     A.   Generally, yes.

16     Q.   Can you just read the first sentence of

17  the last paragraph that starts, "During"?

18     A.   "During the day he's a mild-mannered

19  computer repairman that dabbles with web design

20  in his small, rural Central California

21  community."

22     Q.   Is that a Superman reference?

23     A.   It was a play on one, yes.

24     Q.   All right.  Is that an accurate

25  description of your current employment?

1  going nearly an hour it appears.

2        MR. WEISS:  That's fine with me.  Do

3  you guys want ten minutes, 15?

4        MS. SIMS:  Five, ten minutes should be

5  fine.

6        MR. WEISS:  Let's go ten.

7        THE VIDEOGRAPHER:  We are going off the

8  record.  The time is 10:03.

9        MS. SIMS:  Thank you.

10        (Break taken.)

11        THE VIDEOGRAPHER:  We're going back on

12  the record.  The time is 10:22.

13  BY MR. WEISS:

14      Q.  Mr. Medeiros, before the break we spoke

15  a little bit about times when you purchased HDDs

16  and resold them to customers.

17  ███████████████████████████████

18  ███████████████

19  █████████████████████████████████

20  ██████████████████████████████

21  ████████████████████████████

22  ██████

23  ██████████████████████████

24  █████████████████████████████████

25  ███████████████████████████████



1 █████████████████████████████

2 ███████████████████████████

3 █████████████████████████████

4 █████

5 ████████████

6 ███████████████████

7 ██████████████████████████████

8 ████████████████████████████ I

9 █████████████████████████████

10 ████

11 ██████

12 ████████████████████

13 ████████

14 ████

15 █████████████████████

16 ████████████████

17 ██████████

18  Q.  If one of your customers needed you to

19 buy them an HDD, would they ask you to buy a

20 particular product?

21  MS. SIMS:  Objection to form.

22  THE WITNESS:  No.

23 BY MR. WEISS:

24  Q.  How did you decide what product to

25 purchase for them?

1    A.  Yes, I do.

2    Q.  What's your preference?

3    A.  Seagate.

4    Q.  There's at least one counsel on this

5  call that's very happy to hear that.

6         Do you care about the HDD suspension

7  assembly that is contained within the HDD?

8         MS. SIMS:  Objection to form.

9         THE WITNESS:  As a component within a

10  drive, yes, I do.

11  BY MR. WEISS:

12    Q.  Okay.  When you make a purchase of an

13  HDD, are you able to tell what suspension

14  assembly is inside it?

15         MS. SIMS:  Objection to form.

16         THE WITNESS:  Not from simply looking

17  at a drive, no.

18  BY MR. WEISS:

19    Q.  Do you do independent research to

20  determine which suspension assembly is contained

21  within an HDD?

22         MS. SIMS:  Objection to form.

23         THE WITNESS:  Please repeat the

24  question.

25         MR. WEISS:  Could the reporter actually

1  that's on page 11.  If you could review that

2  paragraph and just let me know when you're done

3  reading it.

4      A.  (Perusing.)  I've finished reading it.

5      Q.  Can you just read the second sentence

6  that begins, "Medeiros purchased"?

7      A.  "Medeiros purchased hard drive

8  suspension assemblies incorporated in hard drives

9  and a computer."

10     Q.  I note that it refers to a computer in

11  the singular.  Have you only ever purchased and

12  sold one computer to a customer?

13         MS. SIMS:  Objection to form.

14         THE WITNESS:  A complete computer, yes.

15  I typically build custom.

16  BY MR. WEISS:

17     Q.  Okay.  So to be sure it's clear, you

18  have purchased and resold one computer to a

19  customer and that's the only time?

20         MS. SIMS:  Objection, asked and

21  answered.

22  BY MR. WEISS:

23     Q.  You can answer it.

24     A.  I have purchased other computers or

25  components for computers but the computer that is

1  listed here was a specific machine that was

2  complete.

3      Q.  Okay.  Two sentences down I will read

4  that it says, "Medeiros purchased an MSI computer

5  from MA Labs."

6          Does that describe the computer that

7  you purchased and resold?

8      A.  Yes.

9      Q.  What does MSI stand for?

10     A.  I believe it's Micro Star

11 International.

12     Q.  Is that a company that manufactures

13 computers?

14     A.  It is a company that manufactures

15 components for a computer and they started

16 manufacturing custom-built laptops or the kits

17 for custom laptops.

18     Q.  So the computer that you purchased and

19 resold was a custom-built laptop built by MSI

20 computers and you purchased that from MA Labs?

21     A.  Yes.

22     Q.  Who did you sell that computer to?

23     A.  A private customer, a private citizen.

24     Q.  Okay.  Was that private customer in

25 California?

1    A.  Yes.

2    Q.  Did that customer tell you the

3  particular specifications they wanted to be

4  included in that computer?

5    A.  No.

6    Q.  How did you decide which computer to

7  purchase for her -- I don't know why I said her

8  -- for that customer?

9    A.  From an interview with her, she

10  provided details of her specific needs.

11    Q.  Okay, so she provides particular needs

12  for a computer and you were able to select a

13  custom computer that met those particular needs.

14       Is that an accurate description of what

15  happened?

16       MS. SIMS:  Objection to form.

17       THE WITNESS:  Yes.

18  BY MR. WEISS:

19    Q.  Do you remember how much that computer

20  cost?

21       MS. SIMS:  Objection.

22       THE WITNESS:  No, not offhand.  Sorry.

23  BY MR. WEISS:

24    Q.  No problem.

25       Do you know if you produced a record in

1    A.  Yes.

2    Q.  The hard disk drives entry in

3   parentheses says, "Maxtor hard disk drives."

4        Are these all Maxtor hard disk drives?

5    A.  No.

6    Q.  Do you know why it says that?

7    A.  The category was created early on in my

8   business and as time progressed I did not update

9   or create other categories.  I just, for speed, I

10  just lumped everything under the hard drive

11  category.

12   Q.  Okay, no problem.

13        So looking at the memo line of some of

14  the computers, I guess my first question is are

15  these all custom-built or refurbished computers

16  that you worked on and sold to customers?

17        MS. SIMS:  Objection to form.

18        MR. WEISS:  Actually, that was a really

19  bad question.  Let me ask another one.

20  BY MR. WEISS:

21   Q.  What kinds of computers are listed in

22  the memo line under the computer category?

23   A.  They appear to be refurbished,

24  custom-built machines or upgrades.

25   Q.  Does this reflect any new computers

1  that you did not build?

2    A.  No, it does not.

3    Q.  When we looked at Exhibit 5, we

4  identified a single sale of an MSI computer.

5      Is that listed here?

6    A.  I see it now.  Yes, it is listed here.

7    Q.  Which entry includes that computer?

8    A.  29.

9    Q.  So the description there says it's a

10  custom-built MSI notebook but your understanding

11  is that it was custom-built by MSI, not you?

12    A.  Yes, they built the general machine.  I

13  provided three components.

14    Q.  I'm sorry, could you repeat that

15  response?

16    A.  The machine was built by MSI containing

17  almost all the components except for three that I

18  provided.

19    Q.  Which three components did you add to

20  the computer?

21    A.  The CPU processor, RAM, and hard drive.

22  ████████████████████████████████████████████████

23  ████████████████████████████████

24  ██████████████████

25    Q.  Do you recall how much you paid for

1

2

3

4

5

6

7

8

9

10

11

12 BY MR. WEISS:

13    Q.   Okay.  Can we jump down to the category

14 that says hard disk drives?

15        So, my first question is, are any of

16 these HDDs that you would then incorporate into

17 custom-built computers that are listed above?

18    A.   The items listed in hard disk drives

19 are not part of the computers listed above.

20    Q.   Okay.  So how would you sell those

21 products?

22    A.   Typically they would be based on a

23 repair or upgrade.  Typically but not always they

24 would be part of a repair or an upgrade,

25 typically.









1  STATE OF CALIFORNIA     )  SS

2  COUNTY OF LOS ANGELES  )

3       I, BRENDA R. COUNTZ, Certified Shorthand

4  Reporter No. 12563 for the State of California,

5  do hereby certify:

6       That prior to being examined, the

7  witness named in the foregoing deposition was

8  duly sworn to testify the truth, the whole truth,

9  and nothing but the truth;

10       That said deposition was taken down by

11  me in shorthand at the time and place therein

12  named and thereafter transcribed and that the

13  same is a true, correct, and complete transcript

14  of said proceedings.

15       Before completion of the deposition,

16  review of the transcript [  ] was [  ] was not

17  requested.  If requested, any changes made by the

18  deponent during the period allowed are appended

19  hereto.

20       I further certify that I am not

21  interested in the outcome of the action.

22  Witness my hand this 12th day of April, 2022.

23                         *Brenda R. Countz*

24       _____

25            Brenda R. Countz, CSR No. 12563