# EXHIBIT 12
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
           IN THE NORTHERN DISTRICT OF CALIFORNIA
 2

 3  In Re:                           )Case Nos.
                                     )3:19-md-02918-MMC
 4                                   )3:20-cv-01217-MMC
    HARD DRIVE SUSPENSION            )
 5  ASSEMBLIES ANTITRUST             )
    LITIGATION                       )
 6                                   )
    ---------------------------------)
 7

 8

 9

10

11

12

13

14        VIDEOTAPED DEPOSITION OF PATRICK FINN

15              Minneapolis, Minnesota

16             Thursday, August 4, 2022

17

18

19

20

21

22

23

24  Reported by:
    MICHELLE COX
25  JOB NO. 215297
```



1  █████████████████████████████
2         ██████████████████████████████████████
3  ████████████████████████████████████████
4  ████████████████████████████████████████
5  ███████████████████████████
6  ██████████████████████████████████████████
7  ███████████████████████████████████████████
8  ██████████████████████████████████████████
9  ██████
10 ██████████████████████████████████████████
11 ██████████████████████████████████████████
12 ██████████████████████████
13 ████
14 ███████████████████████████████████
15 ███████████████████████████████████████████
16 ████████████
17 ███████████████████████████████████
18 ██████████████████████████████████████████
19 ███████████████████████
20     ████████████████████████████████████
21 ███████████████████████
22      ████████████████████
23 ██████████████████████████████████████████
24 ██████████████████████████████████
25 ██████████████████████████████████████████



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 ████████████████████████████████
2 ██████████████████████████████████████
3 ████████████████████████████████████
4 ██████████████████████████████████████
5 ████
6 ██████████████████████████████████████
7 ██████████████████████████████████████
8 ████████████████████████████
9 ████████████████████████████████████
10 ██████████████████████████████████████
11 ██████
12 ████████████████████████████████
13 ███
14 ██████████████████████████████████████
15 ██████████████████████████████
16 ██████████████████████████████████████
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19 ██████████████████████████████████████
20 ████████████
21 ████████████████████████
22 ████████████████████████████████████████
23 ██████████████████████████████████████
24 ████████████████████
25 ████████████████████████████

Page 122

1  █████████████████████████████
2  ██████████████████████████████
3  ████████████████
4  ███████████████████████████
5  ██████████████████████████████
6  █████████████████████████
7  ███████████████████████
8  ██████████████████████████████
9  ██████████████████████████████
10 █████
11 ████████████████████████████
12 ██████████████████████████████
13 ████████████████████████████
14 ██████████████████████████████
15 ██████████████████████████████
16 ████████████
17  Q   If I could please have you open the
18  document titled Exhibit 10, Mr. Finn.
19  A   Okay. I have the document open.
20  Q   Thank you.
21      MS. RAOL: For the record, this is a
22  printout from Now Micro's website. The header
23  is titled "Our Story."
24      (Deposition Exhibit 10, Printout from Now
25  Micro's Website Entitled "Our Story," marked

1 specific reference to injuries identified here

2 in the complaint. I'd like Mr. Finn to testify

3 as to his understanding of what those injuries

4 are.

5    I've asked the question, if you have an

6 objection, Counsel, please make it and I ask

7 that you stick with the deposition protocol and

8 the rules.

9    MS. SIMS: I've made it. A question about

10 a specific injury is not a question about Now

11 Micro's general understanding of the facts set

12 forth in the complaint.

13 Q  Could you please answer the question,

14 Mr. Finn.

15 A  The injuries Now Micro has -- has incurred

16 has been both monetary and reputation, giving

17 us the inability to be competitive in the

18 pursuit of our customers.

19 Q  And when you say "monetary," what is that

20 based on?

21 A  Because of the defendants' actions, we

22 were forced to incur price increases outside of

23 our control that we were unable to pass along

24 to our customers.

25 Q  Do you have an understanding of what --

1     C E R T I F I C A T E

2  STATE OF NEW YORK    )

3              :ss

4  COUNTY OF NEW YORK   )

5

6      I, MICHELLE COX, a Notary Public within

7   and for the State of New York, do hereby

8   certify:

9      That PATRICK FINN, the witness whose

10  deposition is hereinbefore set forth, was duly

11  sworn by me and that such deposition is a true

12  record of the testimony given by the witness.

13     I further certify that I am not related to

14  any of the parties to this action by blood or

15  marriage, and that I am in no way interested in

16  the outcome of this matter.

17     IN WITNESS WHEREOF, I have hereunto set my

18  hand this 17th day of August 2022.

19

20                              *Michelle Cox*

21         _____
            MICHELLE COX, CLR

22

23

24

25