# EXHIBIT 15

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Amazon.com | 103-2249848-0782659 | 2011-07-25 19:44 UTC | | USD | 45.86 | 0 | 10.98 | 45.86 | 0 | B004IZN492 | New | 1 | Closed | Shipped | 2011-07-27 01:06 UTC | second |
| 2 | Amazon.com | 105-6295203-3934610 | 2011-12-08 00:03 UTC | | USD | 139.99 | 0 | 13.99 | 139.99 | 0 | B000M8OX6W | Refurbished | 1 | Closed | Shipped | 2011-12-08 18:56 UTC | Std Cont US Street Addr |
| 3 | Amazon.com | 102-5379940-9697058 | 2011-12-28 21:37 UTC | | USD | 84.2 | 0 | 0 | 84.2 | 0 | B005CT56R6 | New | 1 | Closed | Shipped | 2011-12-29 16:49 UTC | sss-us |
| 4 | Amazon.com | 102-6995073-8057008 | 2012-01-14 01:37 UTC | | USD | 79.95 | 0 | 2.5 | 79.95 | 0 | B0064DGZWO | New | 1 | Closed | Shipped | 2012-01-17 14:14 UTC | Std Cont US Street Addr |
| 5 | Amazon.com | 104-7594730-6657824 | 2012-01-31 18:00 UTC | | USD | 98.9 | 7.66 | 4.99 | 98.9 | 7.66 | B003UJ1PI4 | New | 1 | Closed | Shipped | 2012-01-31 20:25 UTC | Std US Dom |
| 6 | Amazon.com | 108-0147377-3707473 | 2015-04-20 23:46 UTC | | USD | 1,149 | 0 | 0 | 1,322.93 | 0 | B00KHR4ZL6 | New | 1 | Closed | Shipped | 2015-04-21 22:02 UTC | second |
| 7 | Amazon.com | 106-9266568-4562639 | 2015-09-14 21:42 UTC | | USD | 104.99 | 8.4 | 0 | 104.99 | 8.4 | B00TKFEE8K | Used | 1 | Closed | Shipped | 2015-09-15 12:31 UTC | second |
| 8 | Amazon.com | 113-8541008-0407453 | 2017-06-12 21:55 UTC | | USD | 119.95 | 9.9 | 0 | 134.94 | 9.9 | B06XGQPV88 | New | 1 | Closed | Shipped | 2017-06-13 11:47 UTC | second |
| 9 | Amazon.com | 113-6620767-7115433 | 2017-06-14 23:55 UTC | | USD | 204.99 | 16.91 | 0 | 204.99 | 16.91 | B00P0NV43E | New | 1 | Closed | Shipped | 2017-06-15 05:40 UTC | second |
| 10 | Amazon.com | 111-0702334-0057803 | 2018-02-06 21:11 UTC | | USD | 99.99 | 8.25 | 0 | 99.99 | 8.25 | B017KE8OG0 | New | 1 | Closed | Shipped | 2018-02-07 08:50 UTC | second |
| 11 | Amazon.com | 111-9445737-4463405 | 2018-02-12 17:27 UTC | | USD | 108.25 | 8.93 | 0 | 120.24 | 8.93 | B00BI9X6WG | New | 1 | Closed | Shipped | 2018-02-12 19:16 UTC | second |
| 12 | Amazon.com | 112-8385532-5965015 | 2018-12-18 03:52 UTC | | USD | 46.88 | 3.67 | 0 | 71.87 | 3.67 | B0088PUEPK | New | 1 | Closed | Shipped | 2018-12-19 23:34 UTC | second |
| 13 | Amazon.com | 111-8794656-9027438 | 2020-05-01 14:41 UTC | | USD | 114.62 | 9.46 | 0 | 114.62 | 9.46 | B07VS8QCXC | New | 1 | Closed | Shipped | 2020-05-02 17:20 UTC | next-1dc |
| 14 | Amazon.com | 111-7857677-9785032 | 2020-06-13 21:20 UTC | | USD | 274.91 | 0 | 0 | | | B07H24QRS4 | New | 0 | Closed | | | next-1dc |
| 15 | Amazon.com | 113-9241673-5923439 | 2020-06-26 18:35 UTC | | USD | 219.95 | 18.15 | 0 | 334.94 | 27.64 | B07MWCVMXJ | New | 1 | Closed | Shipped | 2020-06-28 17:34 UTC | next-1dc |
| 16 | Amazon.com | 113-9241673-5923439 | 2020-06-26 18:35 UTC | | USD | 54.99 | 4.54 | 0 | 133.4 | 11 | B07H2RR55Q | New | 1 | Closed | Shipped | 2020-06-29 12:26 UTC | next-1dc |
| 17 | Amazon.com | 114-9823123-4476203 | 2020-09-17 19:10 UTC | | USD | 449.99 | 37.12 | 0 | 449.99 | 37.12 | B07X6WXFK6 | New | 1 | Closed | Shipped | 2020-09-23 22:27 UTC | second |
| 18 | Amazon.com | 113-0834368-7849832 | 2020-10-23 05:23 UTC | | USD | 179.99 | 14.85 | 0 | 359.98 | 29.7 | B07XVB7G99 | New | 2 | Closed | Shipped | 2020-10-23 12:36 UTC | next-1dc |
| 19 | Amazon.com | 112-5104596-3560222 | 2020-11-07 01:09 UTC | | USD | 114.99 | 9.49 | 0 | 114.99 | 9.49 | B07VS8QCXC | New | 1 | Closed | Shipped | 2020-11-07 13:44 UTC | next-1dc |
| 20 | Amazon.com | 113-6075845-5366623 | 2020-11-10 16:05 UTC | | USD | 0 | 0 | 0 | 0 | 0 | B07VS8QCXC | New | 1 | Closed | Shipped | 2020-11-11 00:21 UTC | next-1dc |

**Exhibit 7**

| | R | S | T |
|---|---|---|---|
| 1 | Michael J. Medeiros 2255 Olive Ave Atwater CA 95301-3422 United States Primary Phone: 2099477600 | Michael J Medeiros 810 Brookdale Dr Merced CA 95340 United States Primary Phone: 2099477600 | UPS_NEXT_SAVER(1ZXX30861345500775) |
| 2 | Michael J. Medeiros 2255 Olive Ave Atwater CA 95301-3422 United States Primary Phone: 2099477600 | Michael J Medeiros 810 Brookdale Dr Merced CA 95340 United States Primary Phone: 2099477600 | USPS(9121900007540963562562) |
| 3 | Michael J. Medeiros 2255 Olive Ave Atwater CA 95301-3422 United States Primary Phone: 2099477600 | Michael J Medeiros 810 Brookdale Dr Merced CA 95340 United States Primary Phone: 2099477600 | ONTRAC_INJ_GROUND(C11120507238955) |
| 4 | Michael J. Medeiros 2255 Olive Ave Atwater CA 95301-3422 United States Primary Phone: 2099477600 | Michael J Medeiros 810 Brookdale Dr Merced CA 95340 United States Primary Phone: 2099477600 | USPS(9405510200829262662681) |
| 5 | Michael J. Medeiros 2255 Olive Ave Atwater CA 95301-3422 United States Primary Phone: 2099477600 | Michael J Medeiros 810 Brookdale Dr Merced CA 95340 United States Primary Phone: 2099477600 | USPS(9400111201080898683393) |
| 6 | Michael J Medeiros 30 CALLE CORVO PLACITAS NM 87043-9337 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | UPS(1Z88Y7Y23500125021) |
| 7 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | ONTRAC(C11230003769617) |
| 8 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | USPS(9361289676090404733557) |
| 9 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | USPS(9361289676090406027661) |
| 10 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | USPS(9374889676090605790171) |
| 11 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | ONTRAC(C12340569444585) |
| 12 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | USPS(9361289676090792435071) |
| 13 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | AMZN_US(TBA022524284801) |
| 14 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | |
| 15 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | AMZN_US(TBA075047988801) |
| 16 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | AMZN_US(TBA075945715701) |
| 17 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | MICHAEL MEDEIROS 3191 CHESTNUT DR ATWATER CA 95301 United States Primary Phone: 111-111-1111 | UPS(1ZYF88560320323887) |
| 18 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | MICHAEL MEDEIROS 3191 CHESTNUT DR ATWATER CA 95301 United States Primary Phone: 111-111-1111 | AMZN_US(TBA036366724404) |
| 19 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | MICHAEL MEDEIROS 3191 CHESTNUT DR ATWATER CA 95301 United States Primary Phone: 111-111-1111 | AMZN_US(TBA050641195704) |
| 20 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | Michael J. Medeiros 3191 CHESTNUT DR ATWATER CA 95301-2281 United States Primary Phone: 2099477600 | AMZN_US(TBA054002993604) |

| # | U |
|---|---|
| 1 | SEAGATE Barracuda 7200.12 250 GB SATA 6.0 Gb-s 8 MB Cache 3.5-Inch Internal Bare-OEM Drives ST3250312AS |
| 2 | Dell D600 Laptop (1.6ghz, 40 GB Hard Drive, DVD/CD-RW) |
| 3 | (Old Model) Seagate 500GB Desktop HDD Sata 6Gb/s 16MB Cache 3.5-Inch Internal Bare Drive (ST500DM002) |
| 4 | 500GB Hitachi Deskstar P7K500 3.5-inch IDE Hard Drive (8MB cache, 7200rpm) |
| 5 | 320GB 2.5 Inchs SATA Hard Disk Drive for Dell Vostro 1000 1014 1015 1088 1200 1220 1310 1320 1400 1500 1510 1520 1700 1710 1720 2510 3300 3400 3500 37 |
| 6 | Microsoft Surface Pro 3 (256 GB, Intel Core i5) |
| 7 | Seagate Expansion 4TB Desktop External Hard Drive USB 3.0 (STEB4000100) |
| 8 | FD 2TB Xbox One Hard Drive Upgrade - Easy Snap-On with 3 USB Ports - Compatible with Original Xbox One Only (XBOX-2TB-SH) |
| 9 | WD Purple 6TB Surveillance Hard Disk Drive - 5400 RPM Class SATA 6 Gb/s 64MB Cache 3.5 Inch - WD60PURX [Old Version] |
| 10 | Seagate Expansion Portable 4TB External Hard Drive Desktop HDD - USB 3.0 for PC Laptop (STEA4000400) |
| 11 | MiniPro 2TB External USB 3.1 Portable Hard Drive for Nintendo Wii U |
| 12 | Western Digital 1TB WD Blue PC Hard Drive - 7200 RPM Class, SATA 6 Gb/s, , 64 MB Cache, 3.5" - WD10EZEX |
| 13 | Seagate Portable 5TB External Hard Drive HDD - USB 3.0 for PC, Mac, PS4, & Xbox - 1-Year Rescue Service (STGX5000400) |
| 14 | Seagate BarraCuda Pro 8TB Internal Hard Drive Performance HDD - 3.5 Inch SATA 6 Gb/s 7200 RPM 256MB Cache for Computer Desktop PC Laptop, Data Recovery - Frustration Free Packaging (ST8000DM004) |
| 15 | Seagate BarraCuda Pro SATA HDD 10TB 7200RPM 6Gb/s 256MB Cache 3.5-Inch Internal Hard Drive for PC Desktop Computers System All in One Home Servers DAS |
| 16 | Seagate BarraCuda 2TB Internal Hard Drive HDD - 3.5 Inch SATA 6Gb/s 7200 RPM 256MB Cache 3.5-Inch - Frustration Free Packaging (ST2000DM008) |
| 17 | HP Desktop Computer, AMD Ryzen 3 3200G, 8GB RAM, 512 GB SSD, Windows 10 (M01-F0020, Black) |
| 18 | WD_Black 8TB D10 Game Drive, Portable External Hard Drive Compatible with Playstation, Xbox, PC, & Mac - WDBA3P0080HBK-NESN |
| 19 | Seagate Portable 5TB External Hard Drive HDD - USB 3.0 for PC, Mac, PS4, & Xbox - 1-Year Rescue Service (STGX5000400) |
| 20 | Seagate Portable 5TB External Hard Drive HDD - USB 3.0 for PC, Mac, PS4, & Xbox - 1-Year Rescue Service (STGX5000400) |

| Date | Name | Item # | Quantity | Price |
|---|---|---|---|---|
|  | Hitachi GST 0Y30055 500GB 5400 RPM 8MB Cache SATA 3.0Gb/s 2.5" Internal Notebook Hard Drive Bare Drive | Item #: N82E16822145447 | 1 | $49.99 |
| 8/16/2013 | WD Blue 1TB Desktop Hard Disk Drive - 7200 RPM SATA 6Gb/s 64MB Cache 3.5 Inch - WD10EZEX - OEM | Item #: N82E16813131837 | 1 | $69.99 |
| 4/10/2013 | Seagate Desktop HDD ST2000DM001 2TB 64MB Cache SATA 6.0Gb/s 3.5" Internal Hard Drive Bare Drive | Item #: N82E16822148834 | 1 | $99.99 |
| 1/20/2015 | TOSHIBA DT01ACA300 3TB 7200 RPM 64MB Cache SATA 6.0Gb/s 3.5" Internal Hard Drive Bare Drive | Item #: N82E16822149408 | 1 | $99.99 |
| 8/5/2017 | Seagate FireCuda Gaming SSHD 2TB SATA 6.0Gb/s 2.5" Notebooks / Laptops Internal Hard Drive ST2000LX001 | Item #: N82E16822179110 | 1 | $89.99 |
| 3/25/2019 | WD Blue 1TB Desktop Hard Disk Drive - 7200 RPM SATA 6Gb/s 64MB Cache 3.5 Inch - WD10EZEX - OEM | Item #: N82E16822236339 | 1 | $48.99 |

**Exhibit 9**