# EXHIBIT 16

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1        IN THE UNITED STATES DISTRICT COURT

2       IN THE NORTHERN DISTRICT OF CALIFORNIA

3   ------------------------------------x
    IN RE:                               :
4                                        : Case Nos.:
    HARD DRIVE SUSPENSION ASSEMBLIES     : 3:19-md-02918-MMC
5   ANTITRUST LITIGATION                 : 3:20-cv-01217-MMC
    ------------------------------------x
6

7         Videotaped deposition of KUNIHIKO SAIKA

8                        VOLUME 2

9                 Tuesday, July 26, 2022

10                         AT:

11                      8:30 a.m.

12

13           CONFIDENTIAL PER PROTECTIVE ORDER

14

15

16

17

18

19

20

21

22

23  Court Reporter:
    KATHERINE SCHILLING, RPR
24  CA CSR No. 14163

25  JOB NO. 211697



1 ████████████████████████████████

2 ██████████████████████████████████████

3 ████████████████████████████████████████

4 ████████

5 ██████████████████████████████

6 ████████████████████████████

7 ████████████████████████████████████████████

8 ██████████████████████████████████████████

9 ██████████████████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ██████████████████████████████████████

14     Q.   Okay.  I wrote something else down

15 yesterday.  You were asked if you knew if Mr. Harvey

16 and Mr. McHone ever met, and you testified that you

17 didn't know.

18     A.   I have a feeling that what I answered

19 yesterday was that I don't think so.

20 ██████████████████████████████████████

21 ████████████████████████████████████████████

22 ████████████████████████████████████████████

23 ██████████████████████████████████

24 ████████████████████████

25 ████████████████████████████████████

1  CERTIFICATE OF COURT REPORTER

2

3  I, Katherine Schilling, hereby certify that the

4  testimony of the witness KUNIHIKO SAIKA in the

5  foregoing transcript, numbered pages 144 through 306,

6  taken on July 26, 2022, was recorded by me in machine

7  shorthand and was thereafter transcribed by me; and

8  that the foregoing transcript is a true and accurate

9  verbatim record of the said testimony.

10

11

12  I further certify that I am not a relative, employee,

13  counsel, or financially involved with any of the

14  parties to the within cause, nor am I an employee or

15  relative of any counsel for the parties, nor am I in

16  any way interested in the outcome of the within cause.

17

18

19  *Katherine Schilling*

20  Katherine Schilling, RPR, CSR 14163

21  Date: AUGUST 5, 2022

22

23

24

25