Michelle Park Chiu (State Bar No. 248421)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC <br> MDL No. 2918 <br><br> **DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO END-USER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hon. Maxine M. Chesney |
| THIS DOCUMENT RELATES TO <br><br> ALL END-USER PLAINTIFF ACTIONS | |

I, J. Clayton Everett, Jr., declare as follows:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP, and I am one of the attorneys responsible for the representation of Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. in this matter. I submit this declaration in support of Defendants' opposition to End-User Plaintiffs' motion for class certification.

2. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Lauren J. Stiroh, Ph.D., filed partially under seal.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Janet S. Netz held on December 6, 2022, filed under seal.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the transcript of the deposition of Bruce Sanders held on July 13, 2022, filed under seal.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Matthew Bell held on August 18, 2022, filed under seal.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the transcript of the deposition of Hironori Kajii held on September 9, 2022, filed partially under seal.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the transcript of the deposition of Robert Legendre held on May 31, 2022, filed under seal

9. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of the transcript of the deposition of Brad Ver Meer held on September 22, 2022, filed under seal.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a declaration filed by Fry's Electronics, Inc. in *In Re Lithium Ion Batteries Antitrust Litigation*, Case No. 4:13-md-02420-YGR (N.D. Cal.), Dkt. No. 2345-7 (pages 353-356), on June 19, 2018.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Form 10-K filed by Hewlett Packard Company, dated December 15, 2008, for the fiscal year ending

1

CASE NO. 3:19-MD-02918-MMC
DECLARATION OF J. CLAYTON EVERETT IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTIONS FOR CLASS CERTIFICATION

DB1/ 134785364.3

1 | October 31, 2008.

2 | 12. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt of the Form 10-K filed by Ingram Micro dated February 27, 2008, for the fiscal year ending December 29, 2007.

13. Attached hereto as **Exhibit 11** is a true and correct copy of TDKHDD002421938.

14. Attached hereto as **Exhibit 12** is a true and correct copy of TDKHDD001937555.

15. Attached hereto as **Exhibit 13** is a true and correct copy of TDKHDD001919742.

16. Attached hereto as **Exhibit 14** is a true and correct copy of TDKHDD001851962.

17. Attached hereto as **Exhibit 15** is a true and correct copy of NHKS-M-00000426, filed under seal.

18. Attached hereto as **Exhibit 16** is a true and correct copy of TDKHDD001606381.

19. Attached hereto as **Exhibit 17** is a true and correct copy of TDKHDD001627228.

20. Attached hereto as **Exhibit 18** is a true and correct copy of TDKHDD001989778.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an excerpt of the transcript of the deposition of Rick McHone held on October 27, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December 2022.

                                     */s/J. Clayton Everett, Jr.*
                                         J. Clayton Everett, Jr.

CASE NO. 3:19-MD-02918-MMC
DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTIONS FOR CLASS CERTIFICATION

DB1/ 134785364.3