# EXHIBIT 5
# Public Redacted Version

```
                                                                 Page 139
 1              IN THE UNITED STATES DISTRICT COURT

 2            IN THE NORTHERN DISTRICT OF CALIFORNIA

 3    ---------------------------------------x
      IN RE:                                  :
 4                                            : Case Nos.:
      HARD DRIVE SUSPENSION ASSEMBLIES        : 3:19-md-02918-MMC
 5    ANTITRUST LITIGATION                    : 3:20-cv-01217-MMC
      ---------------------------------------x
 6

 7            Videotaped deposition of HIRONORI KAJII

 8                          VOLUME 2

 9                  Friday, September 9, 2022

10                              AT:

11                          9:05 a.m.

12

13            CONFIDENTIAL PER PROTECTIVE ORDER

14

15            Taken at:

16            Baker & McKenzie Ltd.
              990 Rama IV Road
17            25th Floor, Abdulrahim Place
              Bangkok, Thailand
18

19

20

21

22

23    Job#: 211701

24    Court Reporter:
      KATHERINE SCHILLING, RPR
25    CA CSR No. 14163
```

CONFIDENTIAL

Page 207

1

1  ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

11  the HGAs that go into them have to have their
12  technologies aligned and coordinated at the
13  micro-level, at the nano-level.  It's a highly
14  technical level of coordination, technical
15  coordination that needs to be done.
16          So in order for us to be able to provide
17  to the market a product that does offer that
18  level of performance, there is a lot -- there are
19  a lot of things that we have to do at the quality
20  level, qualification level, at the development
21  level.  And so I believe that what we were doing was
22  engaging in sales activities so that we can -- we
23  could achieve the requirements of the customer,
24  because without meeting those requirements, we would
25  neither be adopted nor qualified.

CONFIDENTIAL

Page 256

1                CERTIFICATE OF COURT REPORTER

2

3   I, Katherine Schilling, hereby certify that the

4   testimony of the witness HIRONORI KAJII in the

5   foregoing transcript, numbered pages 139 through 257,

6   taken on September 9, 2022, was recorded by me in

7   machine shorthand and was thereafter transcribed by

8   me; and that the foregoing transcript is a true and

9   accurate verbatim record of the said testimony.

10

11

12  I further certify that I am not a relative, employee,

13  counsel, or financially involved with any of the

14  parties to the within cause, nor am I an employee or

15  relative of any counsel for the parties, nor am I in

16  any way interested in the outcome of the within cause.

17

18

19  Signed:  *Katherine Schilling*
            ......................

20  Name:  Katherine Schilling, RPR, CSR 14163

21  Date:  SEPTEMBER 21, 2022

22

23

24

25