# EXHIBIT 8

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9 **OAKLAND DIVISION**

10

| | |
|---|---|
| 11 IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>12 | Case No. 13-MD-2420-YGR<br>MDL No. 2420 |
| 13 ──────────────<br><br>This Document Relates to:<br>14 | Judge: Hon. Yvonne Gonzalez Rogers |
| 15 INDIRECT PURCHASER ACTIONS<br><br>16<br><br>17 | **DECLARATION OF FRY'S ELECTRONCIS, INC. IN SUPPORT OF DEFENDANTS' OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

18

19

20

21

22

23

24

25

26

27

28

1    I, Raj Seth, declare:

2       1.      I am currently the Director of Audio/Video Merchandising and Operations at Fry's

3  Electronics, Inc. ("Fry's"). I was the Director of Computer Merchandising and Operations at Fry's from

4  2001 until 2010. I am personally familiar with the facts and circumstances set forth in this declaration

5  and, if called as a witness, I could testify competently to them.

6       2.      Fry's is an electronics retailer which sells products to consumers at brick-and-mortar stores

7  as well as through its website, Frys.com. Fry's has 34 retail store locations across the United States,

8  predominantly located on the West Coast and in the Midwest.

9       3.      In my capacity as the Director of Computer Merchandising and Operations for Fry's, I was

10  responsible for overseeing the team of buyers who acquired products sold in Fry's Computer Division,

11  including personal computers, desktops, laptops, monitors, office products, and other products that

12  contain lithium ion batteries. In my capacity as the Director of Audio/Video Merchandising and

13  Operations for Fry's, I am responsible for overseeing the team of buyers who acquired products sold in

14  Fry's Audio/Video Division, and this includes products that contain lithium ion batteries. Therefore, I am

15  knowledgeable about Fry's business relating to Lithium Battery Products during the Relevant Period.[1]

16      4.      The Lithium Battery Products business at Fry's is managed by multiple buyers responsible

17  for different categories of Lithium Battery Products. There also are different teams responsible for the

18  procurement, pricing, replenishment and sales of Lithium Battery Products. Fry's has different

19  procurement, pricing, and sales strategies and goals for the different categories of Lithium Battery

20  Products.

21      5.      At times, Fry's sales price for a Lithium Battery Product varied by location during a single

22  period, e.g., the product was purchased on-line, in a store, during a store-wide sale, under a policy

23  allowing for competitor price-matching, or due to other individual circumstances. Fry's purchased

24  Lithium Battery Products from multiple suppliers, including manufacturers and distributors who are not

25  Defendants in this litigation, at varying prices and terms based on, among other things, individual contract

26

27

28  [1] "Relevant Period" means January 1, 2000 through May 31, 2011.

- 1 -

1  negotiations, inventory, supply and demand, various rebates/discounts offered by suppliers, and market

2  forecasts.

3      6.      The markets for Lithium Battery Products were highly competitive during the Relevant

4  Period.  Fry's policy of maintaining low prices, especially during holiday sales, resulted in Fry's selling

5  Lithium Battery Products at prices that were highly competitive with its competitors.  Fry's competitors

6  selling Lithium Battery Products may have included Walmart, Target, Amazon, and Best Buy.  In order to

7  set its own pricing, Fry's monitored the prices of its competitors and thus would have been aware if its

8  competitors offered promotions or discounts that would have had an effect on the pricing of Lithium

9  Battery Products.  Price competition, at times, required Fry's to sell Lithium Battery Products at or below

10  the cost of the Lithium Battery Products.

11      7.      The same Lithium Battery Product was, at times, sold by Fry's at different prices based on

12  the time of year when the product was sold, the introduction of new models or product lines, or

13  promotions or discounts offered by products' manufacturers.  Fry's policies, procedures or practices for

14  setting the initial prices for Lithium Battery Products were set centrally.  However, each retail store had

15  some flexibility to change the price of Lithium Battery Products based on local factors.

16      8.      Over the course of time, Fry's generally lowered the initial prices of Lithium Battery

17  Products.  There were varying factors other than cost that were considered by Fry's in lowering the initial

18  prices for Lithium Battery Products including, among others: seasonal variations, store wide and product

19  specific promotions and ads, supply, distribution channels, demand, market conditions and forecasts, type

20  and brand of the Lithium Battery Products, competitor pricing, product bundles (e.g., bundling with other

21  goods and services, such as warranties or/and software), overstock or excess inventory issue, general

22  discounts, including rebates, price-match guarantee programs, and stage in the life span of the model (e.g.,

23  discontinued items).

24      9.      Fry's did not necessarily increase or decrease its retail prices for Lithium Battery Products

25  when Fry's suppliers increased or decreased Fry's purchase prices of the same Lithium Battery Products.

26  Therefore, a change in Fry's cost of Lithium Battery Product did not necessarily change Fry's sales price

27  of that same Lithium Battery Product.  Fry's decision to adjust its resale price of Lithium Battery Products

28

- 2 -

1  depended on the product and various circumstances.  Fry's retail prices for Lithium Battery Products were

2  not always raised when its suppliers raised purchase prices of Lithium Battery Products.

3        10.    Fry's did not always pass on price increases to its customers, either in full or in part, for

4  Lithium Battery Products it purchased from suppliers.

5        11.    Fry's received various rebates, discounts, refunds, credits, and other monetary incentives

6  from suppliers or vendors in connection with its purchase of Lithium Battery Products.  Fry's engaged in

7  price negotiations with its suppliers, particularly with respect to rebates, promotions and discount amounts

8  which could vary depending on the negotiations.

9        I declare under penalty of perjury under the laws of the United States of America that the

10  forgoing is true and correct.

11

12  Date:  October 24, 2017

13

14  _____
      Raj Seth

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

DECLARATION OF FRY'S ELECTRONICS, INC. - CASE NO. 4:13-md-02420-YGR