# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Albert Ong USN [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AONG] |
| **Sent:** | 1/13/2011 4:22:57 PM |
| **To:** | Rick McHone USN [rmchone@magnecomp.com]; Arun Dhawan HKN MPT [arun@magnecomp.com] |
| **Subject:** | Re: Cougar Price Competition |

Arun,

Match HTI.

Rgds
Sent from BlackBerry Handheld

---

**From:** Rick McHone USN
**Sent:** Thursday, January 13, 2011 08:18 AM
**To:** Arun Dhawan HKN MPT; Albert Ong USN
**Subject:** RE: Cougar Price Competition

Arun,

I recommend we do this and then push hard for BOM reductions.

Regards

Rick M.

---

**From:** Arun Dhawan HKN MPT
**Sent:** Thursday, January 13, 2011 7:47 AM
**To:** Albert Ong USN; Rick McHone USN
**Subject:** Re: Cougar Price Competition

I guess no choice but match the HTI pricing. Now doing the market share and I think HTI did not make 100M for Cq4'10. We can not just let this business go and the contribution margin is pretty good.

Please confirm and we will match HTI pricing.

Regards,

Arun

---

**From:** koji_nishida@sae.com.hk [mailto:koji_nishida@sae.com.hk]
**Sent:** Thursday, January 13, 2011 01:11 AM
**To:** Arun Dhawan HKN MPT
**Cc:** Albert Ong USN; frankielo@sae.com.hk <frankielo@sae.com.hk>; Rick McHone USN; t_tsutsui@sae.com.hk <t_tsutsui@sae.com.hk>
**Subject:** RE: Cougar Price Competition

Arun san,

According to Toshiba purchasing, HTI made a Cougar quotation as below

| CQ2 | CQ3 |
|---|---|
| $0.625 | $0.610 |

TSB feels there are some chance to get even lower cost by dealing with HTI Katherine
as HTI shows their desperate attitude for volume.

Here below is the estimation by 2 case, maximum MPT by 5M/month and Max HTI and lower loading for MPT.
BU point of view, US$1.8M could be saved  by taking HTI's pricing.

In order to boost up our company's suspension share, I asked Toshiba to wait one more day to review MPT pricing.
**It would be highly appreciated re-visit your quotation and give us the best price by tomorrow noon.**

Thanks & Best Regards,

Nishida

| | |
|---|---|
| From: | "Arun Dhawan HKN MPT" <arun@magnecomp.com> |
| To: | <koji_nishida@sae.com.hk> |
| Cc: | <frankielo@sae.com.hk>, <t_tsutsui@sae.com.hk>, "Albert Ong USN" <aong@magnecomp.com>, "Rick McHone USN" <rmchone@magnecomp.com> |
| Date: | 2011/01/11 16:28 |
| Subject: | RE: Cougar Price Competition |

Nishida- san,

As discussed on the phone we have considered aggressive cougar pricing and would like to propose as follows based on 5M/month. At this moment it is very tough to meet $0.62 and would like to see if HTI really gets to such a lower number and I am guessing their volume condition will be very high for lower pricing.

CQ2'11 - $0.649
CQ3'11 - $0.639
CQ4'11- $0.632

Please consider this pricing and hope we can secure the volume for SO and MPT.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Regards,

Arun

---

**From:** koji_nishida@sae.com.hk [mailto:koji_nishida@sae.com.hk]
**Sent:** Friday, January 07, 2011 11:18
**To:** Arun Dhawan HKN MPT
**Cc:** frankielo@sae.com.hk; t_tsutsui@sae.com.hk
**Subject:** Cougar Price Competition

Arun san,

As explained by phone, please get back to us your Cougar Y2011 Apr onwards quotation by Jan 12th.

Cougar Supply Volume  3.5M/month -> 5.0/month from Y2011 Apr

<Background>
- Toshiba would like to have price competition between MPT and HTI.
- According to Toshiba , HTI will submit around $0.60-$0.61.
- Based on Toshiba's HGA demand , 5.0/month could be secured during Apr - Sep.
 Oct onwards will depend on Cougar -> Sirius transition speed.

<Request>
- Considering SO actual cost and HTI's aggressive attitude ,  we  would like MPT to quote less than $0.62/pcs.

I will be in Toshiba Japan on Jan 13th to discuss the competition result with Toshiba purchasing and will keep you posted.

Thanks & Best Regards,

Nishida

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY