# EXHIBIT 12

Message

| | |
|---|---|
| **From**: | Arun Dhawan HKN MPT [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ARUN] |
| **Sent**: | 1/13/2011 12:09:16 PM |
| **To**: | Steve Misuta USN [smisuta@magnecomp.com] |
| **Subject**: | Re: Cougar Price Competition |

Agree that is the plan.

Regards,

Arun

---

**From**: Steve Misuta USN
**Sent**: Thursday, January 13, 2011 04:07 AM
**To**: Arun Dhawan HKN MPT
**Subject**: Re: Cougar Price Competition

Why don't they fully load SO up to 20M?

We should match HTI and take down their volume as much as possible while we have the ability to absorb it...

Regards,
Steve Misuta

Sent from mobile

On Jan 13, 2011, at 5:11 PM, "Arun Dhawan HKN MPT" <arun@magnecomp.com> wrote:

> Fyl
>
> **From**: koji_nishida@sae.com.hk [mailto:koji_nishida@sae.com.hk]
> **Sent**: Thursday, January 13, 2011 01:11 AM
> **To**: Arun Dhawan HKN MPT
> **Cc**: Albert Ong USN; frankielo@sae.com.hk <frankielo@sae.com.hk>; Rick McHone USN; t_tsutsui@sae.com.hk <t_tsutsui@sae.com.hk>
> **Subject**: RE: Cougar Price Competition
>
> Arun san,
>
> According to Toshiba purchasing, HTI made a Cougar quotation as below
>   CQ2     CQ3
>  $0.625  $0.610
>
> TSB feels there are some chance to get even lower cost by dealing with HTI Katherine
> as HTI shows their desperate attitude for volume.
>
> Here below is the estimation by 2 case, maximum MPT by 5M/month and Max HTI and lower loading for MPT.
> BU point of view, US$1.8M could be saved by taking HTI's pricing.
>
> In order to boost up our company's suspension share, I asked Toshiba to wait one more day to review MPT pricing.
> **It would be highly appreciated re-visit your quotation and give us the best price**

**by tomorrow noon.**

<ATT934552.gif>

Thanks & Best Regards,

Nishida

| | |
|---|---|
| From: | "Arun Dhawan HKN MPT" <arun@magnecomp.com> |
| To: | <koji_nishida@sae.com.hk> |
| Cc: | <frankielo@sae.com.hk>, <t_tsutsui@sae.com.hk>, "Albert Ong USN" <aong@magnecomp.com>, "Rick McHone USN" <rmchone@magnecomp.com> |
| Date: | 2011/01/11 16:28 |
| Subject: | RE: Cougar Price Competition |

Nishida- san,

As discussed on the phone we have considered aggressive cougar pricing and would like to propose as follows based on 5M/month. At this moment it is very tough to meet $0.62 and would like to see if HTI really gets to such a lower number and I am guessing their volume condition will be very high for lower pricing.

CQ2'11 - $0.649
CQ3'11 - $0.639
CQ4'11- $0.632

Please consider this pricing and hope we can secure the volume for SO and MPT.

Regards,

Arun

**From:** koji_nishida@sae.com.hk [mailto:koji_nishida@sae.com.hk]
**Sent:** Friday, January 07, 2011 11:18
**To:** Arun Dhawan HKN MPT
**Cc:** frankielo@sae.com.hk; t_tsutsui@sae.com.hk
**Subject:** Cougar Price Competition

Arun san,

As explained by phone, please get back to us your Cougar Y2011 Apr onwards quotation by Jan 12th.

Cougar Supply Volume  3.5M/month -> 5.0/month from Y2011 Apr

<Background>
- Toshiba would like to have price competition between MPT and HTI.
- According to Toshiba , HTI will submit around $0.60-$0.61.
- Based on Toshiba's HGA demand , 5.0/month could be secured during Apr - Sep.
 Oct onwards will depend on Cougar -> Sirius transition speed.

<Request>
- Considering SO actual cost and HTI's aggressive attitude ,  we  would like MPT to quote less than

$0.62/pcs.

I will be in Toshiba Japan on Jan 13th to discuss the competition result with Toshiba purchasing and will keep you posted.

Thanks & Best Regards,

Nishida

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TDKHDD001937557