# EXHIBIT 13

Message

| | |
|---|---|
| **From:** | Albert Ong USN [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AONG] |
| **Sent:** | 3/19/2009 6:40:05 PM |
| **To:** | ismasato@jp.tdk.com |
| **CC:** | a_kobayashi@sae.com.hk |
| **Subject:** | Re: SAE Suspension Justification * CONFIDENTIAL * |

Ishikawa-san,

I did speak with Kobayashi yesterday about WD situation for MPT and basically explain below to him.

Since last quarter MPT has decided to the be lowest price supplier for WD in order to gain market share. And since last quarter, we have started to gain market share. We shared this strategy with WD and based on this they are willing to increase our market share. WD have told us that base on our MPT being lowest price and meeting their target for them, they plan give us 30Mpcs (this is confirmed) this quarter, 35M in CQ2, 40M in CQ3, and 45M in CQ4. This means our market share in WD will grow from about 25% last quarter to about 40% by CQ4. If we can get to 40% in WD, and NHK will also be about 30-40% in WD, then there is really no room for HTI. So, I think we already have a good strategy for WD. We should not offer even lower pricing because WD cannot give us more allocation immediately. If you ask Rubik, he will want $0.45 suspension price so we should not fall into this trap. MPT already has over 50% share of mobile suspensions. We want to grow our 3.5" share so that overall is 40% and that will be enough to squueze HTI especially since we are already squeezing HTI out of SGT. If SAE can get over 50% of Toshiba then together we can kill HTI.

What we should ask for is that WD will agree that all SAE HGAs use MPT suspensions only (like what we have with SGT already). But I want to caution that we don't want to have SAE internal suspensions also make for WD. Then our cost structure will increase as you have already noted below. Let SAE suspensions concentrate ONLY on Toshiba and Samsung.

Also pls note that Rubik's intention for meeting is to focus on HGA pricing. He is looking for lower HGA price and willing to consider other things to help SAE like slider fab etc but he wants lower price. So, really TDK needs to think of strategy how to deal on HGA with Rubik.

We can call to discuss.

Best Regards,

    Albert Ong

----- Original Message -----
From: ismasato@jp.tdk.com <ismasato@jp.tdk.com>
To: Albert Ong USN
Cc: a_kobayashi@sae.com.hk <a_kobayashi@sae.com.hk>
Sent: Thu Mar 19 02:23:46 2009
Subject: Re: SAE Suspension Justification * CONFIDENTIAL *

Albert-san,

Thank you very much for your comment and agree with all of what you mentioned.
We need to redefine the SAE suspension team from scratch to make it happen to get TSB business and kick out HTI .
One of the main discussion in OMP meeting today is how to eat the share of HTI for WD business.
Kamigama-san would like to give WD the proposal which will drug their interest strongly to MPT on Apr/2.  We need to prepare it ASAP.
Please let us discuss how to make it.

Best regards,
Ishikawa

"Albert Ong USN" <aong@magnecomp.com>
2009/03/19 08:51

宛先
<ismasato@jp.tdk.com>
cc
<a_kobayashi@sae.com.hk>
件名
Re: SAE Suspension Justification * CONFIDENTIAL * CONFIDENTIAL

Ishikawa-san,

No doubt that consolidating all suspensions into Thailand would be cheaper in cost and efficiency. I think we all acknowledge this fact.

But, like you said, its too late now to change but maybe in future we can reconsider? One thing we can do, is to make sure MPT Thailand is also qualified as a second source/site for Toshiba. This way you can control and limit costs in SAE (no need to grow too big) and in case we decide to consolidate back to Thailand, it would be easier to do for Toshiba.

But for now, we must take advantage of combined suspensions in SAE by pushing for quicker volumes from Toshiba. Remember, this is our original strategy since having all suspensions in SAE means;
1) No need to discuss suspension price
2) SAE takes direct responsibility for forecast and allocation - faster qualification, less communication and more accountability
3) No need to worry about transfer pricing etc - easier to manage responsibility and ownership, less politics.

The key point now is to grow allocation in Toshiba quickly and agressively. So far, everyone is conservative and nice guy - we say we take only 30-50% allocation from Toshiba. This means we want to keep HTI for Toshiba and SAE long term and maybe forever (?). But TDK HQ say we have no strategy in suspensions and they want us to "kill HTI". To kill HTI, TDK should do 100% internal suspensions for Toshiba FIRST. This is a fact. If we cannot target this, then we cannot consider killing HTI.

May I suggest we use the following simple points In order to be clear in our overall strategy and reasons why TDK buy MPT:
1) To reduce overall HGA cost through vertical integration - use internal suspensions instead of buying from outside. Don't pay for margin to outside supplier.
ACTIONS: Use internal suspensions (SAE/MPT) for all HGA builds.
STATUS: Started with Toshiba and Samsung in 2008. MPT give up Optimal business into SAE to expedite busines. Need to be more aggressive and push harder.

2) Get additonal earnings and revenue for TDK by diversifying - MPT to continue selling suspensions to other customers and provide profit and revenue to group.
ACTIONS: MPT to grow WD and SGT business and HGST while improving cost structure so as to improve profits.
STATUS: In 2008, we manage to maintain SGT business after TDK takeover (despite fear that we would lose SGT business) with new 3 year supply agreement. In 2009 we wil grow share in SGT by renegotiating allocation contract, now undetr discussion. For WD we started to increase share last quarter and will be more agressive to increase further in 2009. We start to engage with HGST now.
MPT did reduce costs and improve efficiency in 2008 and have actions to further imrprove. We also consolidate operations in circuit and China. MPT will pursue strategy to make lowest cost structure in suspension industry.

3) Leverage MPT's relationship for HGA business growth - use MPT's relationship with SGT to get HGA business.
ACTION: Help get SGT HGA business for SAE.
STATUS: SAE get HGA supply contract and SGT HGA business..

Sorry for long email but I hope above will help us to be align in thinking, strategy and how to communicate and deal with HQ and others within TDK group.

Best Regards,

Albert

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TDKHDD001919743

```
Best Regards,

    Albert Ong

----- Original Message -----
From: ismasato@jp.tdk.com <ismasato@jp.tdk.com>
To: Albert Ong USN
Sent: Wed Mar 18 06:40:23 2009
Subject: Re: SAE Suspension Justification * CONFIDENTIAL *

Albert-san,

Thank you very much for your comment. I think LinGuo's team is included.
However, even so, it is too much H/C compared to MPT. SAE line may require

more people than MPT line but in that case I wonder whether we had better
use it.  Just install one line might be OK for starting up but full scale
operation may be needed in different way.
It is too late but I really want to set back the direction if possible .
There is no sense to do if this is the plan with which they are satisfied.

Anyway we need to go ahead ....

Ishikawa




"Albert Ong USN" <aong@magnecomp.com>
2009/03/18 22:02



宛先
<ismasato@jp.tdk.com>
cc

件名
Re: SAE Suspension Justification * CONFIDENTIAL *




Ishikawa-san,

Agree with your comments. I think its now harder for SAE to manage this
group since they have spilt the management into Lin Gou and Billy,
engineering and operations is split. We told Billy not to increase
headcount and have more shutdown days in March but he did not follow. Its
too late to change decision now since Toshiba already well informed and
agreed to this plan. Their h/c number seems higher than I thoughtM I think

they include some SAE suspension related people under Lin into this group?
Another way to present cost saving per unit is to show the internal cost
per unit versus price from HTI. We can say this is the cost saving benefit

to SAE and H group.

Rgds
Best Regards,

    Albert Ong

----- Original Message -----
From: ismasato@jp.tdk.com <ismasato@jp.tdk.com>
To: Albert Ong USN
Sent: Wed Mar 18 04:51:17 2009
Subject: SAE Suspension Justification * CONFIDENTIAL *

******    CONFIDENTIAL *******

Albert-san,

How do you think about attached plan ?
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TDKHDD001919744

I believe MPT cost is lower than SAE even though MPT engages TSB suspension.

Below is my comment to Frankie-san about this plan.

****************************************************************
Frankie-san,

Thank you very much for the information.

H/C of MPT in Thailand is around 4,700 including all functions like R&D, which is for 30.0MioPcs/month.
H/C of SAE will be 1,222 in Mar/'10 , which is for 4.2MioPcs/month.

Kamigama-san is still asking for further improvement of MPT's productivity

and they are planning to do so.

To be honest, I really wonder this plan is right way or not. If this is the reality, I think we had better concentrate in MPT as originally planned.
But, anyway, we cannot go back and I feel this plan needs to be seriously reviewed and revised otherwise no benefit can be foreseen but looks like just transfer the burden from Optimal to SAE .....

Best regards,
Ishikawa

----- 転送者:  Masato Ishikawa/TDK-JP 転送日: 2009/03/18 20:41 -----

FRANKIE LO/HK/SAE@SAE
2009/03/18 19:14


宛先
Masato Ishikawa/TDK-JP@TDK-JP
cc
Atsuo Kobayashi/TDK-JP@TDK-JP, Kenichiro Arimura/TDK-JP@TDK-JP, Toshio Inaba/TDK-JP@TDK-JP, WALTER SZE/DN2/SAE@SAE
件名
Re: SAE Suspension Justification




Ishikawa san,

Enclosed please find SAE internal suspension planning details for your information. It is rather difficult to
quantify the per unit saving with MPT benchmark mainly because :
1. We don't have detail MPT suspension cost structure
2. Our operating volume per month is much lower than MPT
3. The programs and suspension design we plan to participate are different

from the MPT's whereas the
material cost ( especially for Toshiba programs ) is higher


Regards,
FRANKIE LO
Top Management - Executive Vice President & COO
SAE Magnetics (H.K.) Ltd. - HK
Tel: (852) 26128383, Fax: (852) 24804757, Internal Ext: (31)8383

----------------------------------------------- Confidentiality Notice
----------------------------------------------------
This transmission is intended for the sole use of the individual and entity to whom it is addressed, and

may contain privileged and/or confidential information. If you are not the
intended recipient, be advised that
any use, dissemination, distribution or duplication of this transmission
is strictly prohibited. If you received
this transmission in error, please notify the sender immediately by
electronic reply to this transmission or
by phone (852) 26128383 Thank you.

*********************************************************************************
*****************

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      TDKHDD001919746