# EXHIBIT 14

Message

| | |
|---|---|
| **From:** | Arun Dhawan HKN MPT [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ARUN] |
| **Sent:** | 3/25/2011 1:44:04 AM |
| **To:** | Albert Ong USN [aong@magnecomp.com] |
| **CC:** | Rick McHone USN [rmchone@magnecomp.com] |
| **Subject:** | RE: Samsung and Toshiba Updates |

Sure Albert.

Will do.

Regards,

Arun

---

**From:** Albert Ong USN
**Sent:** Friday, March 25, 2011 9:40
**To:** Arun Dhawan HKN MPT
**Cc:** Rick McHone USN
**Subject:** Fw: Samsung and Toshiba Updates

Arun,

Get into SAE and talk to Tsutsui, Nishida and others. Calm them down and make them realize that SO has lower costs and so does MPT.

Rgds

---

**From:** Albert Ong USN
**Sent:** Thursday, March 24, 2011 06:36 PM
**To:** 'a_kobayashi@sae.com.hk' <a_kobayashi@sae.com.hk>
**Cc:** 'karimura@jp.tdk.com' <karimura@jp.tdk.com>
**Subject:** Re: Samsung and Toshiba Updates

Kobayashi-san,

Yes, it is price war also in STX and WD. We are busy trying to make sure we don't lose allocations.
But before we panic, please take a look at their offer to Samsung again. They are asking for 90% allocation for Samsung Desktop and 35% of mobile. Honestly, if you can give the same allocation to MPT, we can also give same or better pricing. For WD nest quarter our price is $0.51. For Seagate desktop SSA, our price is $0.495 already.
First, please remind all SAE and TDK members that MPT and SO HAVE BEEN and WILL BE the lowest cost leader in suspension industry. HTI's keeps mentioning lowest but they have not achieve it yet and even if they offer even crazy pricing, it is not sustainable for them unlike MPT.
I think problem for Samsung is that do far, their suspension pricing has been mid to high 50's. And so Samsung is paying higher price than WD and STX for SSA suspensions for long time. Sorry to say this but the reason for why this happens is because of NAT and SAE's support for them. Samsung themselves need lower price in order to survive. So we must have more suspension competition for Samsung but NOT INCLUDE HTI. MPT and SO can give competition to NAT/NHK in order to achieve 2 objectives:
1) Keep HTI out of Samsung (and TSB)
2) Give lowest price to Samsung

Kobayashi-san, the time is now for TDK to take strong action. Since Kamigama as agreed in OMP meeting, we need to break off JV with NAT so that we can compete fairly and freely. This way we can help customer and help ourselves also.

I standby ready to help in any way.

Best Regards,

Albert Ong

---

**From:** a_kobayashi@sae.com.hk [mailto:a_kobayashi@sae.com.hk]
**Sent:** Thursday, March 24, 2011 06:03 PM
**To:** Albert Ong USN
**Cc:** karimura@jp.tdk.com <karimura@jp.tdk.com>
**Subject:** Fw: Samsung and Toshiba Updates

Albert ,

Price war is really coming...
Seems to me their offer is almost crazy!

Best regards,Kobayashi

----- 転送者: Atsuo Kobayashi/DN2/SAE 転送日: 2011/03/25 09:59 -----

**TAKAO TSUTSUI/DN2/SAE**

2011/03/25 09:07

宛先  FRANKIE LO/HK/SAE@SAE, Koji Nishida/CA/SAE@SAE, JASON CHAN/DN2/SAE@SAE, Atsuo Kobayashi/DN2/SAE@SAE

cc

件名  Fw: Samsung and Toshiba Updates

We can not underestimate HTI.

TAKAO TSUTSUI
BU3 - Vice President
SAE Magnetics (H.K.) Ltd. - D2
Tel: (86-769) 22810033 Ext.2459, Fax: (86-769) 22811524, Internal Ext: (32)2459

----------------------------------------------- Confidentiality Notice -------------------------------------------------
This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain privileged and/or confidential information. If you are not the intended recipient, be advised that any use, dissemination, distribution or duplication of this transmission is strictly prohibited. If you received this transmission in error, please notify the sender immediately by electronic reply to this transmission or by phone (86-769) 22810033 Ext.2459 Thank you.

****************************************************************************************************************

----- Forwarded by TAKAO TSUTSUI/DN2/SAE on 03/25/2011 08:06 AM -----

| | |
|---|---|
| From: | Rick A Nass <Rick.Nass@hti.htch.com> |
| To: | t_tsutsui@sae.com.hk |
| Cc: | jason_chan@sae.com.hk, koji_nishida@sae.com.hk, Chee Keong Lai <CheeKeong.Lai@hti.htch.com> |
| Date: | 03/25/2011 06:19 AM |
| Subject: | Samsung and Toshiba Updates |

Tsutsui san,

How are you?  I hope your family is safe in Japan and you're able to travel freely.

HTI is continuing to work towards the lowest cost model with our recent restructuring efforts, TSA+ flexures and Thailand assembly plans.

As a result, we're offering $0.525 pricing on F6 with TSA+.  We're also offering $0.50 pricing on all Samsung high volume if we can earn 90% plus share of the desktop and 35% share as a second supplier on the mobile M8 program.

We're also interested in a second supplier position on Toshiba's Aquarius (with TSA+).  HTI's Aquarius pricing will start in the $0.50's, and reach the mid $0.50's by 5M - with 10M per quarter Aquarius allocation.  With higher volume, we can get close to the $0.50 target price.

HTI's goal is to offer SAE the best pricing with no games.  We ask for your sincere feedback on whether SAE can support HTI with 10M/quarter allocation on M8 at $0.50 and 10M /quarter Aquarius for a combined total of 20M/quarter between M8 and Aquarius.  Again, the Aquarius pricing is a little higher than M8 but could match with a higher Toshiba allocation.

We're also working with Toshiba to maintain 7M per quarter on existing programs over the next year to use up our existing component and raw material inventory.  We appreciate your support in this effort also.

I heard from Chee that you're on vacation next week.  I'll give you a quick call tonight, to answer any questions you might have about this proposal.   Rick Penn (our new President) and I would also like to meet in DGN when you return to discuss these opportunities.

We appreciate your consideration.

Best regards,

Rick
(320) 223-4707 (mobile)