# EXHIBIT 16

Message

| | |
|---|---|
| **From:** | Rick McHone USN [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RMCHONE] |
| **Sent:** | 7/21/2011 12:28:10 AM |
| **To:** | Albert Ong USN [aong@magnecomp.com] |
| **Subject:** | RE: NHK |

Yes - to the end of CY13.

---

**From:** Albert Ong USN
**Sent:** Wednesday, July 20, 2011 5:27 PM
**To:** Rick McHone USN
**Subject:** Re: NHK

Did they resubmit for STX to 2013?


On Jul 21, 2011, at 8:10 AM, "Rick McHone USN" <rmchone@magnecomp.com> wrote:

Yes and it appears so. But no plans right now to re-submit on Samed.

---

**From:** Albert Ong USN
**Sent:** Wednesday, July 20, 2011 5:05 PM
**To:** Rick McHone USN
**Subject:** Re: NHK


Rick,


You confirmed this with Skip? Does this mean that NHK is one turning around and getting more competitive and aggressive?


Regards


On Jul 21, 2011, at 7:24 AM, "Rick McHone USN" <rmchone@magnecomp.com> wrote:

Confirmed NHK shipped 213M last quarter. The forecast was 270M. Compared to forecast HGST -27M units, WD -20M units, Samsung -15M units. Thinking they may increase to 250M this quarter but that sounds high to me since HGST will not come back so quickly and WD may only provide a small increase..

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

NHK succumbed to the pressure and reduced their Iris pricing for this quarter and next in an attempt to come closer to us. They continue to close the gap but remain slightly higher by mid 2012.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TDKHDD001606382