# EXHIBIT 17

Message

**From:** Albert Ong USN [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AONG]
**Sent:** 12/31/2011 5:55:24 PM
**To:** Rick McHone USN [rmchone@magnecomp.com]
**CC:** Arun Dhawan HKN MPT [arun@magnecomp.com]
**Subject:** Re: M8

Rick,

Yes. Go for the allocation especially when it comes to SO. It's SAE's P&L anyway. The strategy for 2012 is to use SO to weaken the competition especially HTI. As long as they make a profit, it will add to ours.

Happy New Year

On Dec 31, 2011, at 6:37 AM, "Rick McHone USN" <rmchone@magnecomp.com> wrote:

> Thanks. We will be about the same. So I guess in the case of Seagate/Samsung the pricing will not be cost+ but instead the best I can get.
>
> Regards,
>
> Rick M.
>
> ---
>
> **From:** Albert Ong USN
> **Sent:** Saturday, December 31, 2011 12:36 AM
> **To:** Rick McHone USN
> **Subject:** Fwd: M8
>
> Begin forwarded message:
>
>> **From:** <frankielo@sae.com.hk>
>> **Date:** December 31, 2011 12:18:21 AM PST
>> **To:** "Albert Ong USN" <aong@magnecomp.com>
>> **Subject:** Fw: M8
>>
>> Hi Albert,
>>
>> This is what we can get so far FYI. Its becoming more difficult for us to obtain long term pricing forecast
>> from NAT directly as they knew how important it is for them to protect their interest of STX share.
>>
>> Happy New Year to you, your beloved family and the entire MPT members.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                          TDKHDD001627228

Regards,
FRANKIE LO
Top Management - Executive Vice President & COO
SAE Magnetics (H.K.) Ltd. - HK
Tel: (852) 26128383, Fax: (852) 24804757, Internal Ext: (31)8383

------------------------------------------- Confidentiality Notice ----------------------------------------------

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and
may contain privileged and/or confidential information. If you are not the intended recipient, be advised that
any use, dissemination, distribution or duplication of this transmission is strictly prohibited. If you received
this transmission in error, please notify the sender immediately by electronic reply to this transmission or
by phone (852) 26128383 Thank you.

*********************************************************************************************

----- Forwarded by FRANKIE LO/HK/SAE on 31/12/2011 16:13 -----

| | |
|---|---|
| From: | SY Yu Sun/DN2/SAE |
| To: | FRANKIE LO/HK/SAE@SAE |
| Cc: | Joe Kau Chung Yuen/DN2/SAE@SAE, Richard Han/CA/SAE@SAE |
| Date: | 31/12/2011 12:06 |
| Subject: | Re: Fw: M8 |

Frankie-san,

Current quote is 0.55. However, they are being asked to revise as well...

Regards,

SY Yu Sun
WinPoint Operations - Director
SAE Magnetics (H.K.) Ltd. - D2
Tel: (86-769) 22810033 Ext.5338, Fax: (86-769) 22811524, Internal Ext: (32)5338

---------------------------------------------- Confidentiality Notice ----------------------------------------------

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and
may contain privileged and/or confidential information. If you are not the intended recipient, be advised that
any use, dissemination, distribution or duplication of this transmission is strictly prohibited. If you received
this transmission in error, please notify the sender immediately by electronic reply to this transmission or
by phone (86-769) 22810033 Ext.5338 Thank you.

*********************************************************************************************

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                       TDKHDD001627229

| | |
|---|---|
| From: | FRANKIE LO/HK/SAE |
| To: | Joe Kau Chung Yuen/DN2/SAE@SAE |
| Cc: | SY Yu Sun/DN2/SAE@SAE, Richard Han/CA/SAE@SAE |
| Date: | 2011/12/31 10:06 |
| Subject: | Fw: M8 |

Joe,

Please let me know NAT's latest M8 quote, thanks.

Regards,
FRANKIE LO
Top Management - Executive Vice President & COO
SAE Magnetics (H.K.) Ltd. - HK
Tel: (852) 26128383, Fax: (852) 24804757, Internal Ext: (31)8383

-------------------------------------------- Confidentiality Notice ----------------------------------------------

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and
may contain privileged and/or confidential information. If you are not the intended recipient, be advised that
any use, dissemination, distribution or duplication of this transmission is strictly prohibited. If you received
this transmission in error, please notify the sender immediately by electronic reply to this transmission or
by phone (852) 26128383 Thank you.

*********************************************************************************************************

----- Forwarded by FRANKIE LO/HK/SAE on 31/12/2011 10:04 -----

| | |
|---|---|
| From: | "Albert Ong USN" <aong@magnecomp.com> |
| To: | "Frankie Lo" <frankielo@sae.com.hk> |
| Date: | 31/12/2011 01:29 |
| Subject: | M8 |

```
Hi Frankie,


Could you please send us the NHK/NAT price for M8 for next
quarter and also forecast for 2012. We need to send our quotation
to Seagate ASAP for SO.
For your reference, we received an email from Richard Han
informing us that after STX takeover Samsung and after new STX-
SAE agreement, MPT will have to provide pricing and volumes
directly to STX. In the past we never gave STX our pricing and
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                        TDKHDD001627230

volumes that we have from SAE.

Happy New Year. May it be a good, prosperous and peaceful year.

Albert

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    TDKHDD001627231