# EXHIBIT 18

Message

| | |
|---|---|
| **From:** | Ken Martini USN-Skype [/O=MAGNECOMP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=KMARTINI] |
| **Sent:** | 6/7/2006 10:10:34 PM |
| **To:** | Steve Misuta USN-Skype [smisuta@magnecomp.com] |
| **CC:** | Arun Dhawan HKN MPT [arun@magnecomp.com] |
| **Subject:** | FW: Call with NHK |

fyi

---

**From:** Ken Martini USN-Skype
**Sent:** Wednesday, June 07, 2006 2:06 PM
**To:** Rick McHone USN-Skype
**Cc:** Albert Ong USN-Skype
**Subject:** RE: Call with NHK

Rick,

Following is additional information I got today from NHK:

1) Their CQ3 forecast from WDB for Scorpio is 2.6M suspensions. They do not have any demand beyond CQ3.
2) Their XL160 quote to WD (pricing below) was not based on CIS or TSA. NHK prefers to use DNP for WD 160GB, but they believe they will be told by WD to use CIS.
3) NHK is working closely with DNP on their PICS (spelling?) product which is the same as HTI's TSA plus. NHK believes CIS will not work on McKinley because WD requires flying leads with 9um copper and CIS can only achieve 12um. Apparently PICS and TSA plus can achieve 9um copper flying leads.
4) NHK is using DNP at HGST, Seagate, WD, and Samsung.
5) NHK's new Thailand facility will be fully operational in CQ3. They are currently training 400 operators on VMI and damper install for Seagate products. Their first WD Aries line is in Japan, but their second Aries line will be in Thailand and be shipping suspensions in October.
6) NHK is now primary supplier on all Samsung programs.
7) Following is Maxtor's drive ship plan:
   a. CQ2 – 7.7M desktop drives and 660K Enterprise drives
   b. CQ3 – 4.9M desktop drives and 830K Enterprise drives
   c. CQ4 – 100K desktop drives and 480K Enterprise drives
   d. CQ1 – EOL for all Maxtor drives
8) NHK has just started negotiations with Seagate on a master supply agreement and a supplemental agreement for Mack and Moose.

Ken

---

**From:** Ken Martini USN-Skype
**Sent:** Tuesday, June 06, 2006 2:59 PM
**To:** Rick McHone USN-Skype
**Cc:** Albert Ong USN-Skype
**Subject:** Call with NHK

Rick,

Following is the information I learned from my call today:

1) They will ship 2.76M Scorpio this quarter. They will get an upside next quarter, but the number was not available.
2) They will ship 2.3M Orion this quarter and 2.5M next quarter. (plan)
3) Today they received their Aries demand of 600K for next quarter with the initial delivery starting July 29. We also received our demand today which was 200K for next quarter also starting July 29.
4) Following is their Aries pricing:          MPT  comparable pricing
   a. First 3M units at $0.97          $0.99
   b. Next 4M units at $0.94          $0.95

CONFIDENTIAL

    c.   Next 4M units at $0.90       $0.91
    d.   Next 4M units at $0.87       $0.87
    e.   Next 4M units at $0.85       $0.85

-All prototypes are at $3.50 each until they exceed 50K sets per week at which time they will convert to the pricing above.
-NHK can meet +/- .10 gram tolerance, but they plan to charge "a little extra".
-NHK will meet 1.5 CPK for PSA, RSA and GL by the end of July.

5)   Following is their Capitola pricing:      MPT  comparable pricing
    a.   CQ1"07 -- 1.25M units at $0.92  $1.08
    b.   CQ2'07 – 6M units at $0.86     $0.98
    c.   CQ3'07 – 10M units at $0.82    $0.93
    d.   CQ4'07 – 12M units at $0.79    $0.91
    e.   CQ1'08 through EOL at $0.73   $0.85

-NHK low-balled the price so they could fill their Thailand factory
-So far, WD has not committed any qualification time line to NHK on Capitola

Ken

CONFIDENTIAL                                                        TDKHDD001989779