# EXHIBIT 19

1                UNITED STATES DISTRICT COURT

2           IN THE NORTHERN DISTRICT OF CALIFORNIA

3                      ---oOo---

4    IN RE:                        :
                                   :
5    HARD DRIVE SUSPENSION ASSEMBLIES : Case Nos.
     ANTITRUST LITIGATION          : 19-md-02918-MMC
6                                   : 20-cv-01217-MMC
     _____ :
7

8

9

10

11              REMOTE VIDEO-RECORDED

12            DEPOSITION OF RICK McHONE

13                   Volume I

14               October 27, 2021

15

16

17

18

19

20

21   Job No. 200127

22   Stenographically reported by:
     LAURA AXELSEN, CSR NO. 6173
23       RMR, CCRR, CRR, CRC

24

25

1   you that they're holding firm and not reducing price

2   or you're telling him you're holding firm and not

3   reducing price, uhm, you have an understanding with

4   Mr. Harvey that you're exchanging this kind of

5   information?

6                MR. EVERETT:  Object to the form.

7                THE WITNESS:  We are exchanging that kind

8   of information.

9                MR. O'ROURKE:  Q.  And your expectation

10  was -- and, in fact, it proved to be over many years --

11  that you would share that type of information with him.

12  He would share that type of information with you.

13       A.   Yes.

14       Q.   And when you're exchanging information

15  about how one or the other of you are going to hold

16  firm on pricing, that is not competing as

17  aggressively as you might otherwise compete,

18  correct?

19                MR. EVERETT:  Object to the form.

20                THE WITNESS:  Well, it depends on the

21  outcome, right?  I mean if he tells me he's holding

22  firm on pricing, it also tells me that I have an

23  opportunity if I reduce it.

24                MR. O'ROURKE:  Q.  But if you decide to

25  reduce it, it's only enough to get maybe near or below