Michelle Park Chiu (State Bar No. 248421)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

[Additional Moving Defendants and Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]**<br><br>The Hon. Maxine M. Chesney |

**INTRODUCTION**

Pursuant to Civil Local Rule 79-5(f), Defendants NHK Spring Co. Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., NAT Peripheral (H.K.) Co., Ltd. (collectively "NHK Defendants"), and Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. (collectively "TDK Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

The materials sought to be sealed are portions of Defendants' Motion to Exclude Declaration of Dr. Janet S. Netz ("Netz Daubert Motion"). These materials were designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" by third parties Microsoft, Newegg, Dell, PC Richard, and Amazon pursuant to the Stipulated Protective Order (Dkt. No. 136). Defendants have redacted the corresponding information derived from these materials in the Netz Daubert Motion, but take no position on whether the material should be sealed

Sealing is sought for the material or documents identified in the chart below.

| Material / Document | Specific Portion(s) Sought to be Kept Under Seal | Designating Party |
|---|---|---|
| Netz Daubert Motion | • Page 18, line 3 ("that" to "[number]"). | Microsoft |
| Netz Daubert Motion | • Page 18, lines 15-17 ("Newegg" to "change"). | Newegg |
| Netz Daubert Motion | • Page 18, lines 19-21 ("Dell" to "change"). | Dell |
| Netz Daubert Motion | • Page 18, lines 21-23 ("PC Richard" to "change"). | PC Richard |
| Netz Daubert Motion | • Page 20, lines 5-7 ("comparing" to "Amazon"). | Amazon |

Pursuant to Civil Local Rule 79-5(f)(2), the Defendants are serving this motion on Microsoft, Newegg, Dell, PC Richard, and Amazon on the same day it is being filed.

Pursuant to Civil Local Rule 79-5(f)(3), any Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

1

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

Dated: December 23, 2022

Respectfully submitted,

| | |
|---|---|
| /s/Mark H. Hamer<br>Mark. H. Hamer (State Bar No. 156997)<br>mark.hamer@bakermckenzie.com<br>Mark G. Weiss (*pro hac vice*)<br>mark.weiss@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>815 Connecticut Ave., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 452-7077<br><br>Catherine Y. Stillman (State Bar No. 242440)<br>catherine.stillman@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>452 Fifth Avenue<br>New York, New York 10018<br>Telephone: (212) 626-4218<br><br>Craig Y. Lee (*pro hac vice*)<br>craiglee@huntonak.com<br>Carter C. Simpson (*pro hac vice*)<br>csimpson@huntonak.com<br>Christopher J. Dufek (*pro hac vice*)<br>cdufek@huntonak.com<br>**HUNTON ANDREWS KURTH LLP**<br>2200 Pennsylvania Ave., N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 955-1500<br><br>*Counsel for Defendants NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* | /s/ J. Clayton Everett, Jr.<br>J. Clayton Everett, Jr., (*pro hac vice*)<br>clay.everett@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 739-3000<br><br>Michelle Park Chiu (State Bar No. 248421)<br>michelle.chiu@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd.* |

2

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

## **ATTORNEY ATTESTATION**

I, J. Clayton Everett, Jr., hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

3

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]

# CERTIFICATE OF SERVICE

I, J. Clayton Everett, Jr., hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.

4

CASE NO. 3:19-MD-02918-MMC
DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO LOCAL RULE 79-5(F) [THIRD PARTIES]