**BAKER McKENZIE LLP**
Mark. H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*Pro Hac Vice*)
mark.weiss@bakermckenzie.com
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DECLARATION OF MARK H. HAMER IN SUPPORT OF DEFENDANTS' OPPOSITION TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Maxine M. Chesney |
| This Document Relates To:<br>All Reseller Actions | |

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Mark H. Hamer, declare and state as follows:

1. I am a partner at Baker & McKenzie LLP, Counsel for Defendants NHK Spring Co., Ltd.; NHK International Corporation; NHK Spring (Thailand) Co., Ltd.; NAT Peripheral (Dong Guan) Co., Ltd.; and NAT Peripheral (H.K.) Co., Ltd. (collectively the "NHK Defendants" or "NHK"). I am an attorney duly admitted to practice in the State of California and before this Court. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. I submit this Declaration in Support of Defendants' Opposition to Reseller Plaintiffs' Motion for Class Certification.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Lauren J. Stiroh, Ph.D., dated December 23, 2022, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the August 18, 2022 deposition of Matthew Bell, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the September 8, 2022 deposition of Hironori Kajii (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the May 31, 2022 deposition of Robert Legendre (Vol. I), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the from the transcript of the December 14, 2022 deposition of Michael A. Williams, Ph.D, *In Re:*

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

1

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

*Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the December 6, 2022 deposition of Janet Netz, Ph.D, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the transcript of the September 23, 2022 deposition of Brad Ver Meer, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the July 26, 2022 Fed. R. Civ. Proc. 30(b)(6) Deposition of Network One (corporate representative Frank Nania) , *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the August 11, 2022 Fed. R. Civ. Proc. 30(b)(6) Deposition of IT Worx (corporate representative Jeffrey Loy), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the March 29, 2022 deposition of Stephen Arvay, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the of the March 31, 2022 deposition of Michael Medeiros, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

2

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Court for the Northern District of California.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the August 4, 2022 Fed. R. Civ. Proc. 30(b)(6) Deposition of Now Micro (corporate representative Patrick Finn), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

15. Attached hereto as Exhibit 13 is a true and correct copy of Reseller Plaintiffs' Supplemental Responses to TDK Defendants' First Set of Interrogatories dated December 16, 2022.

16. Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 4 from the March 31, 2022 deposition of Michael Medeiros, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

17. Attached hereto as Exhibit 15 contain true and correct copies of Exhibits 7 and 9 from the March 31, 2022 deposition of Michael Medeiros, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

18. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the transcript of the July 26, 2022 deposition of Kunihiko Saika (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

19. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from the transcript of the September 10, 2022 deposition of Hironori Kajii (Vol. III), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Cross License Agreement between NHK and MPT dated December 15, 2003, bates stamped NHKS-M-

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

3

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

00755435.

21. Attached hereto as Exhibit 19 is a true and correct copy of the first amendment to the License Agreement between HTI and NHK dated November 1, 2006, bates stamped NHKS-M-02788679.

22. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt from the transcript of the June 1, 2022 deposition of Robert Legendre (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig*., Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

23. Attached hereto as Exhibit 21 is a true and correct copy of from the transcript of the May 5, 2022 deposition of Eric Isom (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig*., Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

24. Attached hereto as Exhibit 22 is a true and correct copy of an excerpt from the transcript of the July 13, 2022 deposition of Bruce Sanders (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig*., Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

25. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the transcript of the May 4, 2022 deposition of Eric Isom (Vol. I), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig*., Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

26. Attached hereto as Exhibit 24 is a true and correct copy of an excerpt from the transcript of the September 29, 2022 deposition of Daniel Floeder (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig*., Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

27. Attached hereto as Exhibit 25 is a true and correct copy of an excerpt from the transcript of the September 29 2022 Fed. R. Civ. Proc. 30(b)(6) Deposition of Seagate (corporate representative Daniel Floeder) (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies*

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

4

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

*Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

28. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt from the transcript of the July 12, 2022 deposition of Bruce Sanders (Vol. I), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

29. Attached hereto as Exhibit 27 is a true and correct copy of defendant NHK's Supplemental Responses to Reseller Plaintiffs' First Set of Interrogatories.

30. Attached hereto as Exhibit 28 is a true and correct copy of document bates stamped STX0414912.

31. Attached hereto as Exhibit 29 is a true and correct copy of document bates stamped STX0415341.

32. Attached hereto as Exhibit 30 is a true and correct copy of document bates stamped STX0416297.

33. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt from the transcript of the October 21, 2022 deposition of Masahi Chiba, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

34. Attached hereto as Exhibit 32 is a true and correct copy of an excerpt from the transcript of the July 29, 2022 deposition of Yuseke Inami (Vol. II), *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

35. Attached hereto as Exhibit 33 is a true and correct copy of Hewlett-Packard Co.'s Annual Report (Form 10-K) dated December 15, 2008.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed in Washington, D.C. on December 23, 2022.

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

5

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Dated: December 23, 2022

*/s/ Mark H. Hamer*
Mark H. Hamer

Mark H. Hamer
Mark G. Weiss
**BAKER & McKENZIE LLP**
815 Connecticut Avenue NW
Washington, DC 20006
mark.hamer@bakermckenzie.com
mark.weiss@bakermckenzie.com

*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

6

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**ATTORNEY ATTESTATION**

I, Mark G. Weiss, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

> */s/ Mark G. Weiss*
> Mark G. Weiss

Baker & McKenzie LLP
815 Connecticut Ave, N.W.
Washington, D.C. 20006
+1 202 452 7077
+1 415 576 3000

7

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# CERTIFICATE OF SERVICE

I, Mark G. Weiss, hereby certify that on December 23, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System.

Participants in this case who are registered CM/ECF users will be served by the Court's CM/ECF system.

*/s/ Mark G. Weiss*
Mark G. Weiss

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

8

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' OPP. TO RESELLER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION