# EXHIBIT 17

CONFIDENTIAL PER PROTECTIVE ORDER

Page 258

```
 1               IN THE UNITED STATES DISTRICT COURT

 2            IN THE NORTHERN DISTRICT OF CALIFORNIA

 3      ------------------------------------x
        IN RE:                              :
 4                                          : Case Nos.:
        HARD DRIVE SUSPENSION ASSEMBLIES    : 3:19-md-02918-MMC
 5      ANTITRUST LITIGATION                :3:20-cv-01217-MMC
        ------------------------------------x
 6

 7              Videotaped deposition of HIRONORI KAJII

 8                            VOLUME 3

 9                 Saturday, September 10, 2022

10                              AT:

11                           8:39 a.m.

12

13            CONFIDENTIAL PER PROTECTIVE ORDER

14

15            Taken at:

16            Baker & McKenzie Ltd.
              990 Rama IV Road
17            25th Floor, Abdulrahim Place
              Bangkok, Thailand
18

19

20

21

22

23   Job #: 211702

24   Court Reporter:
     KATHERINE SCHILLING, RPR
25   CA CSR No. 14163
```

Page 364

1  Magnecomp, who was both a competitor and a component
2  supplier.
3      Q.  TDK was also a competitor; right?
4      A.  TDK, to be exact, was a customer, a joint
5  venture partner, a supplier, and also a competitor.
6  So it was a comprehensive relationship, but as you
7  have said, they were a competitor too.
8      Q.  You described some of those meetings with
9  TDK and MPT as information exchanges; correct?
10      MR. HAMER:  Objection.  Form.
11      THE WITNESS:  I don't know.  I don't remember
12  at all.
13  BY MR. McFARLAND:
14      Q.  You don't remember testifying about
15  information exchanges over the past two days?
16      A.  What I'm saying is that I don't remember
17  all the details.  All of the detailed content.
18      Q.  I'm not asking you about the detailed
19  content of those meetings.  I'm just asking if that
20  is how you described some of those meetings.
21      A.  Well, I talked about TDK being both
22  a customer and a joint venture partner, and the
23  various sales activities engaged in with TDK as
24  a customer.  For Magnecomp, we had a relationship
25  with them as a supplier, so I believe I did testify

1        CERTIFICATE OF COURT REPORTER

2

3   I, Katherine Schilling, hereby certify that the

4   testimony of the witness HIRONORI KAJII in the

5   foregoing transcript, numbered pages 258 through 382,

6   taken on September 10, 2022, was recorded by me in

7   machine shorthand and was thereafter transcribed by

8   me; and that the foregoing transcript is a true and

9   accurate verbatim record of the said testimony.

10

11

12  I further certify that I am not a relative, employee,

13  counsel, or financially involved with any of the

14  parties to the within cause, nor am I an employee or

15  relative of any counsel for the parties, nor am I in

16  any way interested in the outcome of the within cause.

17

18

19  Signed: *Katherine Schilling*

20  Name: Katherine Schilling, RPR, CSR 14163

21  Date: SEPTEMBER 21, 2022

22

23

24

25