# EXHIBIT 23

REDACTED VERSION
OF DOCUMENT SOUGHT TO BE SEALED

DEPOSITION OF ERIC ISOM - VOLUME I

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF CALIFORNIA

Court File No. 3:19-md-02918-MMC
3:20-cv-01217-MMC

- - - - - - - - - - - - - - - - - - - - - -

IN RE:

HARD DRIVE SUSPENSION ASSEMBLIES
ANTITRUST LITIGATION

- - - - - - - - - - - - - - - - - - - - - -

** CONFIDENTIAL **

- - - - - - - - - - - - - - - - - - - - - - -

VIDEOTAPED ZOOM DEPOSITION OF
ERIC ISOM
VOLUME I

- - - - - - - - - - - - - - - - - - - - - -

Taken May 4, 2022 By Kelly A. Herrick

JOB NO. 209891

DEPOSITION OF ERIC ISOM - VOLUME I

If that's a joint venture entirely or if that is Magnecomp owned.

Q. Is Magnecomp still around?

A. They were acquired by TDK.

Q. How about NHK? Where is NHK located?

A. They have an office here in the US that we would interact with for design and business activities, and then they also have most of their facilities in Japan, and then they added a facility in Thailand.

Q. Do you know where NHK manufactured its suspensions?

A. In Japan and in Thailand.

Q. Is there a particular group within Seagate that was involved in purchasing suspension assemblies?

[redacted]

Page 105

1 [REDACTED]
2 [REDACTED]
3 [REDACTED]
4 [REDACTED]
5 [REDACTED]
6 [REDACTED]
7 [REDACTED]
8 [REDACTED]
9 [REDACTED]
10 [REDACTED]
11 [REDACTED]
12 [REDACTED]
13 Q. Okay. You mentioned CMT was involved in the
14     purchase of suspension assemblies; is that
15     right?
16 A. CMT was involved in the sourcing that led to
17     the actual purchasing.
18 Q. Anyone outside of CMT involved in either the
19     sourcing or the purchasing?
20 [REDACTED]
21 [REDACTED]
22 [REDACTED]
23 [REDACTED]
24 [REDACTED]
25 [REDACTED]





Page 139

Page 169

Page 170

DEPOSITION OF ERIC ISOM

STATE OF MINNESOTA

CERTIFICATE

COUNTY OF WASHINGTON

I, Kelly A. Herrick, hereby certify that I reported the deposition of ERIC S. ISOM on the 4th day of May, 2022, and that the witness was by me first duly sworn to tell the truth and nothing but the truth concerning the matter in controversy aforesaid;

That I was then and there a notary public in and for the County of Washington, State of Minnesota; that by virtue thereof I was duly authorized to administer an oath;

That the foregoing transcript is a true and correct transcript of my stenographic notes in said matter, transcribed under my direction and control;

That the cost of the original has been charged to the party who noticed the deposition and that all parties who ordered copies have been charged at the same rate for such copies;

That the reading and signing of the deposition was not waived;

That I am not related to any of the parties hereto, nor interested in the outcome of the action and have no contract with any parties, attorneys or persons with an interest in the action that has a substantial tendency to affect my impartiality;

WITNESS MY HAND AND SEAL this 16th day of May, 2022.

__________________________

Kelly A. Herrick
Notary Public