# EXHIBIT 26

## <u>FILED UNDER SEAL</u>