# EXHIBIT 27

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**BAKER & McKENZIE LLP**
Mark H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*pro hac vice*)
mark.weiss@bakermckenzie.com
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

**BAKER & McKENZIE LLP**
Christina M. Wong (State Bar No. 288171)
christina.wong@bakermckenzie.com
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Fax: (415) 576-3099

Attorneys for NHK Defendants
*NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO<br><br>THE RESELLER PLAINTIFFS' ACTION | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO. 3:19-MD-02918-MMC
NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES

- All Persons with Knowledge of the Factual Basis for [NHK's] Guilty Plea: NHK identifies the individuals listed in NHK's Amended Response to the End-User Plaintiffs' Interrogatories Numbers 1 and 2 who attended or participated in meetings or agreements with competitors as having knowledge of the factual basis of NHK's guilty plea.

**INTERROGATORY NO. 4:**

Identify and describe Your and Your affiliates', joint ventures', parent companies', or subsidiaries' fabrication facilities for HDD Suspension Assemblies or HDD Components Incorporating Suspension Assemblies during the Relevant Time Period, including:

(a) the name and address of each facility;

(b) the owners of the facility;

(c) the highest-ranking employee at the facility and his or her duration of employment at the facility;

(d) the start and end-date of production operations at each facility;

(e) description of technology and generation for HDD Suspension Assemblies or HDD components incorporating Suspension Assemblies manufactured at each fabrication facility;

(f) the amount and nature of each product produced at each facility;

(g) the geographic destination of the products produced at each facility;

(h) description of the information contained on the products including all labels and brand identifiers;

(i) the number of lines at each facility and products produced by line;

(j) the methods used to track production capacity, capacity utilization, and inventory levels at each facility; and

(k) the monthly capacity-utilization rates for each facility and line within each facility.

**RESPONSE TO INTERROGATORY NO. 4:**

NHK Defendants incorporate their General Objections as though set forth in full herein. NHK Defendants specifically object to Interrogatory No. 4 on the grounds that it is compound or contains at least eleven (11) subparts such that it should constitute multiple interrogatories.

12

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1. - ████████████████████████
2. - ████████████████████████

(ii) NAT Peripheral (Dong Guan) Co., Ltd.: General Manager

4. - ████████████████████
5. - ██████████████████
6. - ████████████████████████

(iii) NHK Spring (Thailand) Co., Ltd.: Plant Manager

8. - ██████████████
9. - ████████████████████████████████████████████
10. - ████████████████████
11. - ██████████████████████

**Response to § 4(e):**

HDD suspension assemblies are high-technology non-commodified products that are designed and ordered to specification. There were numerous developments in applicable technology that have affected the quality and price of HDD suspension assemblies during the relevant time period.

HDD markets, and by extension, markets for HDD suspension assemblies, are constantly evolving. Manufacturers of HDDs compete to achieve what is known as higher "areal density points" (a measure of the amount of data storage per unit of disk area), often with 40-100% improvements annually in areal density. This competition leads to frequent technological innovations that result in changes in the requirements for HDDs and their components, including evolutions in the design of head gimbal assemblies and HDD suspension assemblies.

Examples of innovations that affected the market during the class period included:

(a) At the beginning of the class period, longitudinal magnetic recording ("LMR") technology was the industry standard for HDD devices. In LMR technology, the magnetic orientation of the data bits is aligned with the direction of the data tracks along the surface of the disk.

(b) Around 2004-05, HDD manufacturers introduced perpendicular magnetic recording ("PMR") technology. In PMR technology, the magnetic orientation of the data bits is rotated perpendicular to the disk surface. This change in orientation allows more bits to be packed into a track,

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

14

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES

resulting in higher areal density. This had a significant impact on the price and design of head gimbal assemblies. By 2007, PMR technology was becoming standard in the industry. The cost of developing PMR-based components was more expensive, which resulted in price spikes during this period, and PMR HGA prices that were higher than LMR HGA prices.

(c) In 2010, HDD manufacturers began to use dual-stage actuation ("DSA") to supplement PMR technology and drive improvements in areal density. DSAs enable tighter track widths, which resulted in higher areal density and more storage capacity for HDDs. However, this new suspension technology required the addition of piezo-electric components ("PZT) into the HDD suspension. The cost of these additional PZT components, combined with significantly more complex manufacturing processes, resulted in an increase in the price of HDD suspension assemblies.

(d) Toward the end of the class period, HDD manufacturers began introducing DSA designs that used smaller PZT elements located at the suspension gimbal area. These designs, called micro dual stage actuators ("uDSA") required more expensive PZT components and significant re-tooling of suspension assembly lines, resulting in higher suspension prices for these products.

(e) Around 2014, some notebook manufacturers began to transition to solid state hard disk drives ("SSDs"), which use flash-memory chips instead of heads and disks, and away from HDDs. This triggered a phase out of HDD use in those segments of the market. SDD adoption eroded the mobile and desktop PC HDD market from 2014-2016. Since 2016, SSDs have continued to take market share from HDDs especially in the mobile computing market.

(f) Towards the end of the class period, HDD suspension assembly manufacturers developed co-located actuator suspensions ("CLAs").  CLAs are micro actuators mounted on the tip of the product to control the read/write position with high precision and respond to the need for higher speed and capacity HDDs.

(g) HDD suspension assembly manufacturers also employ Triple Stage Actuators (TSAs) which are products used for ultra-large capacity HDDs with fine actuators mounted at the tip and center to control the read/write position with even higher precision.

Other general trends in the change in demand for HDDs over the class period include:

(a) Phase out of very small form factor HDD's intended for use in portable devices such as

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

15

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES

smartphones and cameras. In these applications single stage actuators (SSDs) proved to be more resistant to damage from handling, and also more cost effective given their smaller size;

(b) Falling demand for desktops, which were ceding market share to PC notebooks;

(c) Growing demand for HDDs in higher capacity ranges, such as enterprise uses;

(d) Overall, by 2016, there was a rapid erosion in the market for HDDs.

**Response to § 4(h):** ████████████████████████████████████
████████████████████████████

**Response to § 4(i), (j), and (k) (HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY):**
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

16

Case No. 3:19-md-02918-MMC
NHK DEFENDANTS' SUPPLEMENTAL RESPONSES TO RESELLER PLAINTIFFS' FIRST SET OF INTERROGATORIES