# EXHIBIT 31

```
                                                             Page 154
 1           IN THE UNITED STATES DISTRICT COURT

 2          IN THE NORTHERN DISTRICT OF CALIFORNIA

 3   -------------------------------------x
     IN RE:                               :
 4                                        : Case Nos.:
     HARD DRIVE SUSPENSION ASSEMBLIES     : 19-md-02918-MMC
 5   ANTITRUST LITIGATION                 : 20-cv-01217-MMC
     -------------------------------------x
 6

 7          Videotaped deposition of MASASHI CHIBA

 8                         VOLUME 2

 9               Friday, October 21, 2022

10                            AT:

11                         9:00 a.m.

12

13           CONFIDENTIAL PER PROTECTIVE ORDER

14

15           Taken at:

16           Baker & McKenzie Ltd.
             990 Rama IV Road
17           25th Floor, Abdulrahim Place
             Bangkok, Thailand
18

19

20

21

22

23   Court Reporter:
     KATHERINE SCHILLING, RPR
24   CA CSR No. 14163

25   Job No. 217060
```

Page 182

1      MR. LEE:  Objection.  Form.
2      THE WITNESS:  Yes.
3  BY MS. SMITH:
4      Q.  Could you turn to the next page, please.
5  The heading is "IT device."  Are these tables
6  showing demand for desktop PCs, notebook PCs, and
7  tablets?
8      MR. LEE:  Objection.  Form.
9      THE WITNESS:  The leftmost table shows that.
10 BY MS. SMITH:
11     Q.  And then the rightmost table shows
12 notebooks that have either an HDD or an SSD in them;
13 is that correct?
14     A.  Yes, that's right.
15     Q.  There's a note out to the right that
16 says:
17         "SSD penetration increase."
18         Do you see that?
19     A.  Yes.
20     Q.  What does that mean?
21     A.  Recording medium or recording media that
22 are installed in notebook PCs consist of HDDs and
23 SSDs.  And what this is saying is that the
24 percentage of SSDs installed is growing rapidly.
25     CHECK INTERPRETER:  I have -- this is the

1  check interpreter speaking.  I would just say rather
2  than "recording medium" or "recording media,"
3  "storage media."
4         INTERPRETER:  Sure.
5  BY MS. SMITH:
6     Q.   As SSD penetration increases, does that
7  mean that demand for HDDs for notebook computers is
8  lowered?
9         MR. LEE:  Objection.  Form.
10        THE WITNESS:  Yes.  More precisely expressed,
11 as the percentage of SSDs installed in notebooks
12 increases, the percentage of HDDs decreases by that
13 amount.
14 BY MS. SMITH:
15    Q.   Does that information help you predict
16 demand for suspensions?
17        MR. LEE:  Objection.  Form.
18        THE WITNESS:  That is an important factor in
19 predicting trends in suspension demand.
20 BY MS. SMITH:
21    Q.   At the bottom of the page, there's a note
22 beginning with "NBPC."
23        Do you see that?
24    A.   Yes.
25    Q.   Is that note defining the types of

Page 268

1    CERTIFICATE OF COURT REPORTER

2

3  I, Katherine Schilling, hereby certify that the

4  testimony of the witness MASASHI CHIBA in the

5  foregoing transcript, numbered pages 154 through 269,

6  taken on October 21, 2022, was recorded by me in

7  machine shorthand and was thereafter transcribed by

8  me; and that the foregoing transcript is a true and

9  accurate verbatim record of the said testimony.

10

11

12  I further certify that I am not a relative, employee,

13  counsel, or financially involved with any of the

14  parties to the within cause, nor am I an employee or

15  relative of any counsel for the parties, nor am I in

16  any way interested in the outcome of the within cause.

17

18

19  *Katherine Schilling*
    _____
20  Katherine Schilling, RPR, CSR 14163

21  Date: November 02, 2022

22

23

24

25