# EXHIBIT 32

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

----------------------------------x
IN RE: :
: Case Nos.:
HARD DRIVE SUSPENSION ASSEMBLIES : 19-md-02918-MMC
ANTITRUST LITIGATION : 20-cv-01217-MMC
----------------------------------x

Videotaped deposition of YUSUKE INAMI

VOLUME 2

Friday, July 29, 2022

AT:

8:30 a.m.

CONFIDENTIAL PER PROTECTIVE ORDER

Taken at:

Baker & McKenzie Ltd.
990 Rama IV Road
25th Floor, Abdulrahim Place
Bangkok, Thailand

JOB#: 213132

Court Reporter:
KATHERINE SCHILLING, RPR
CA CSR No. 14163

Q. Okay. Does this document refresh your recollection that at least Mr. Okochi met with PC makers directly?

MR. HAMER: Objection. Form.

THE WITNESS: Yes. Although I hadn't remembered that, it is so.

[redacted]

[redacted]

MR. HAMER:  Do you accept that?

INTERPRETER:  Yes, yes.

BY MR. GRALEWSKI:

Q.   And these SSD increases that you mentioned, to your knowledge, would that have an impact on NHK's business?

MR. HAMER:  Objection.  Form.

You can answer.

THE WITNESS:  Yes.

BY MR. GRALEWSKI:

Q. Why?

A. Because the rate of installation of hard disks in personal computers would decline.

MR. GRALEWSKI: You said "installation"; right?

INTERPRETER: Yes.

BY MR. GRALEWSKI:

Q. And how would that affect NHK's business?

MR. HAMER: Objection. Form.

THE WITNESS: Well, that would result in a decline in the number of hard disks, which as a result -- which would as a result -- which would result in a decline in the total demand for hard disk suspensions. That was the worry.

BY MR. GRALEWSKI:

Q. So if the rate of installation of HDDs declined, NHK would sell fewer suspension assemblies; correct?

MR. HAMER: Objection. Form.

THE WITNESS: Yes.

BY MR. GRALEWSKI:

Q. Okay.

Can I direct your attention to the email which is exhibit 553 [sic]?

MR. HAMER: 753.

# CERTIFICATE OF COURT REPORTER

I, Katherine Schilling, hereby certify that the testimony of the witness Yusuke Inami in the foregoing transcript, numbered pages 145 through 291, taken on July 29, 2022, was recorded by me in machine shorthand and was thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony.

I further certify that I am not a relative, employee, counsel, or financially involved with any of the parties to the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Signed: ........................ Katherine Schilling

Name: Katherine Schilling, RPR, CSR 14163

Date: AUGUST 10, 2022