Michelle Park Chiu (State Bar No. 248421)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
michelle.chiu@morganlewis.com

J. Clayton Everett, Jr. (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
clay.everett@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation | Case No. 3:19-md-02918-MMC <br><br> MDL No. 2918 <br><br> **DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE DECLARATION OF JANET S. NETZ** <br><br> Hon. Maxine M. Chesney |
| THIS DOCUMENT RELATES TO <br><br> ALL END-USER PLAINTIFF ACTIONS | |

I, J. Clayton Everett, Jr., declare as follows:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP, and I am one of the attorneys responsible for the representation of Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. in this matter. I submit this declaration in support of Defendants' motion to exclude the declaration of Janet S. Netz, which was filed in support of End-User Plaintiffs' motion for class certification.

2. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Janet S. Netz held on December 6, 2022, filed under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of December 2022.

                                                  *J. Clayton Everett, Jr.*
                                                  J. Clayton Everett, Jr.

1

CASE NO. 3:19-MD-02918-MMC
DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE DECLARATION OF JANET S. NETZ