**BAKER McKENZIE LLP**
Mark. H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*Pro Hac Vice*)
mark.weiss@bakermckenzie.com
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Hard Disk Drive Suspension Assemblies Antitrust Litigation<br><br>This Document Relates To:<br><br>All Reseller Actions | Case No. 3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DECLARATION OF MARK H. HAMER IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS**<br><br>Hon. Maxine M. Chesney |

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS

Case No. 3:19-md-02918-MMC

I, Mark H. Hamer, declare and state as follows:

1. I am a partner at Baker & McKenzie LLP, Counsel for Defendants NHK Spring Co., Ltd.; NHK International Corporation; NHK Spring (Thailand) Co., Ltd.; NAT Peripheral (Dong Guan) Co., Ltd.; and NAT Peripheral (H.K.) Co., Ltd. (collectively, the "NHK Defendants" or "NHK"). I am an attorney duly admitted to practice in the State of California and before this Court. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. I submit this Declaration in Support of Defendants' Motion to Exclude the Expert Report and Testimony of Michael A. Williams, Ph.D.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the December 14, 2022 deposition of Michael A. Williams, Ph.D, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the May 31, 2022 deposition of Robert Legendre, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

5. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the May 4, 2022 deposition of Eric Isom, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the transcript of the September 29, 2022 deposition of Daniel Floeder, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the transcript of the May 5, 2022 deposition of Eric Isom, *In Re: Hard Disk Drive Suspension*

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

1

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS

*Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the June 1, 2022 deposition of Robert Legendre, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

9. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the transcript of the July 13, 2022 deposition of Bruce Sanders, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

10. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the transcript of the March 31, 2022 deposition of Michael Medeiros, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from the transcript of the March 29, 2022 deposition of Stephen Arvay, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

12. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the transcript of the July 26, 2022 deposition of Frank Nania, *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MMC, U.S. District Court for the Northern District of California.

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

2

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  Declaration was executed in Washington, D.C. on December 23, 2022.

3
4                                       */s/ Mark H. Hamer*
                                     Mark H Hamer

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

3

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS

## **ATTORNEY ATTESTATION**

I, Mark G. Weiss, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Mark G. Weiss*
Mark G. Weiss

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

4

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS

**CERTIFICATE OF SERVICE**

I, Mark G. Weiss, hereby certify that on December 23, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Northern District of California by using the Court's CM/ECF System.

Participants in this case who are registered CM/ECF users will be served by the Court's CM/ECF system.

*/s/ Mark G. Weiss*
Mark G. Weiss

Baker & McKenzie LLP
815 Connecticut Avenue
Washington, DC 20006
+1 202 452 7000

5

Case No. 3:19-md-02918-MMC
DECL. ISO DEFS.' MOT. TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MICHAEL A. WILLIAMS