# EXHIBIT 8

REDACTED VERSION
OF DOCUMENT SOUGHT TO BE SEALED

 1               UNITED STATES DISTRICT COURT

 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4                                      )    Case No.

 5    IN RE:                            )    19-md-02918-MMC

 6    HARD DRIVE SUSPENSION             )    20-cv-01217-MMC

 7    ASSEMBLIES ANTITRUST              )

 8    LITIGATION                        )

 9                                      )

10

11    REMOTE VIDEOTAPED DEPOSITION OF MICHAEL MEDEIROS

12                       TAKEN ON

13                 THURSDAY, MARCH 31, 2022

14

15

16

17

18

19

20

21

22

23   Reported by:

24   BRENDA R. COUNTZ, RPR-CRR, CSR NO. 12563

25   Job no. 208479

```
 1   going nearly an hour it appears.
 2            MR. WEISS:  That's fine with me.  Do
 3   you guys want ten minutes, 15?
 4            MS. SIMS:  Five, ten minutes should be
 5   fine.
 6            MR. WEISS:  Let's go ten.
 7            THE VIDEOGRAPHER:  We are going off the
 8   record.  The time is 10:03.
 9            MS. SIMS:  Thank you.
10            (Break taken.)
11            THE VIDEOGRAPHER:  We're going back on
12   the record.  The time is 10:22.
13   BY MR. WEISS:
14       Q.   Mr. Medeiros, before the break we spoke
15   a little bit about times when you purchased HDDs
16   and resold them to customers.
17   ███████████████████████████████████
18   ███████████████
19   █████████████████████████████████████████
20   ██████████████████████████████████████
21   █████████████████████████████████
22   █████████
23   ████████████████████████████
24   █████████████████████████████████████████
25   █████████████████████████████████
```

1  █████
2              ████████████████████████████
3                ██████████████████████████████
4   ████████████
5  ████████████
6       ████████████████████████████████
7   ████████
8        ██████████████████████████
9  ██████████████████████
10       ██████████████████████████████
11  ███████
12       ████████████████████████████████
13 ██████████████████████████████████████
14 ██████████████████████████████████████
15 ████████████████████
16       ██████████████████████████████
17 ██████████████████████████████████████
18  ████████████████
19    ██████
20      ████████████████████████████
21 ██████████████████████████████████████
22 ██████████████████████████████████████
23      ██████████████████████████
24      ████████████████████████████
25           ████████████████████████████

1   STATE OF CALIFORNIA    )  SS

2   COUNTY OF LOS ANGELES  )

3          I, BRENDA R. COUNTZ, Certified Shorthand

4   Reporter No. 12563 for the State of California,

5   do hereby certify:

6          That prior to being examined, the

7   witness named in the foregoing deposition was

8   duly sworn to testify the truth, the whole truth,

9   and nothing but the truth;

10         That said deposition was taken down by

11  me in shorthand at the time and place therein

12  named and thereafter transcribed and that the

13  same is a true, correct, and complete transcript

14  of said proceedings.

15         Before completion of the deposition,

16  review of the transcript [ ] was [ ] was not

17  requested.  If requested, any changes made by the

18  deponent during the period allowed are appended

19  hereto.

20         I further certify that I am not

21  interested in the outcome of the action.

22  Witness my hand this 12th day of April, 2022.

23         *Brenda R. Countz* (signature)

24  _____

25         Brenda R. Countz, CSR No. 12563