# EXHIBIT 9

REDACTED VERSION
OF DOCUMENT SOUGHT TO BE SEALED

1           UNITED STATES DISTRICT COURT

2         IN THE NORTHERN DISTRICT OF CALIFORNIA

3   ----------------------------------X

4   IN RE:

5   HARD DRIVE SUSPENSION ASSEMBLIES    Case Nos.

6   ANTITRUST LITIGATION            19-md-02918-MMC

7                                   20-cv-01217-MMC

8   ----------------------------------X

9

10         REMOTE DEPOSITION OF STEPHEN ARVAY

11                 March 29, 2022

12

13

14

15  Reported by:

16  MARY F. BOWMAN, RPR, CRR

17

18

19

20

21

22

23

24

25  JOB NO. 208478

1    Q.    Yes.

2    A.    Oh, okay.

3    Q.    Yes.  Just to get -- Mr. Arvay,

4  whenever an objection is stated on the

5  record, just let Ms. Sims state it, and

6  then you can answer.  Unless she instructs

7  you not to answer, you can answer the

8  question after the objection.

9    A.    Okay.

10    Q.    So can you describe your IT

11  consulting services?  What services do you

12  offer?

13    A.    Okay.  Software installation,

14  configuration, hardware configuration,

15  backup, security assessment, configuration

16  of backups, networking as far as computers

17  and tying everything in in the office.

18    Q.    Anything else?

19    A.    That's the crux of it.  There's a

20  lot of areas where I've done different

21  things but that's basically it.

22    Q.    How do you find your customers?

23    A.    There are several ways.  Word of

24  mouth, references, referrals.

25            THE WITNESS:  Now I'm getting an

1    questions about your business practice.

2            Do you -- you mentioned you

3    sometimes may have an inventory.

4            Do you have an inventory of

5    hardware today, right now, for sale to any

6    customers or clients?

7        A.    Yes, a few items.  Small

8    inventory.

9        Q.    What items do you have currently?

10       A.    A few older hard drives, cable

11   modems, some memory components.

12       Q.    Are these items that you have

13   used?

14       A.    That list --

15            THE WITNESS:  Go ahead, Victoria.

16            MS. SIMS:  I said, Objection to

17       form.

18       A.    That list is new.

19       Q.    Where do you purchase the

20   hardware that you sell to your customers or

21   clients?  Where do you purchase it from?

22       A.    Newegg, online, Amazon.  There

23   was a company called zipzoomfly.com.  They

24   are out of business now.  Provantage.com,

25   Staples, Walmart, Sam's Club, Best Buy, and

1  I have also picked up a few items at small

2  computer shops.

3      Q.    And in all those examples, did

4  you purchase the hardware at the retail

5  price offered by the seller?

6      A.    Same price as everyone else, yes.

7      Q.    So if the individual consumer

8  walked into those retailers and purchased

9  the hardware, they would purchase it at the

10  same price that you purchased it for,

11  correct?

12      A.    Yes.

13      Q.    Have you ever participated in a

14  purchasing request for proposal or bidding

15  process to purchase hardware?

16      A.    No, not in my company.

17      Q.    Have you ever entered into a

18  contract with a seller of hardware to

19  resell that hardware?

20          MS. SIMS:  Objection to form.

21      A.    I have had accounts at Best Buy.

22  I'm not sure if I set up a business account

23  there.  Possibly at Staples.  Newegg has a

24  business side of it, but the prices weren't

25  any different.

1    A.    Pardon me?

2    Q.    So do you have them in front of

3    you, Exhibit 5 and Exhibit 4, Mr. Arvay?

4    A.    Yes.

5          I have to get back to that page,

6    0089, right?

7    Q.    Correct.

8    A.    Does anybody know what page that

9    is on?

10    Q.    Page Arvay 9.

11    A.    But I mean within -- within the

12    PDF file itself.

13    Q.    Okay.  We now have it up on Zoom.

14    It's page 89 of the PDF, 89 of 104 is up on

15    your screen now, on the Zoom.

16          Can you see it?

17    A.    Yes, it's pretty small but I can

18    see it.

19    ████████████████████████████████████

20    ██████████████████████████████████████████

21    ██████████████████████████████████████████

22    █████████████████████

23    ████████████

24    ██████████████████████████████████████████

25    ████████



































































































1          CERTIFICATE

2  STATE OF NEW JERSEY )
                )ss:
3  COUNTY OF UNION     )

4      I, MARY F. BOWMAN, a Registered

5  Professional Reporter, Certified

6  Realtime Reporter, and Notary Public

7  within and for the State of New Jersey,

8  do hereby certify:

9       That STEPHEN ARVAY, the witness

10  whose deposition is hereinbefore set

11  forth, was duly sworn by me and that

12  such deposition is a true record of the

13  testimony given by such witness.

14       I further certify that I am not

15  related to any of the parties to this

16  action by blood or marriage and that I

17  am in no way interested in the outcome

18  of this matter.

19       In witness whereof, I have

20  hereunto set my hand this 8th day of

21  April, 2022.

22

23  _____
        MARY F. BOWMAN, RPR, CRR
24

25