| | |
|---|---|
| Mark. H. Hamer (State Bar No. 156997)<br>mark.hamer@bakermckenzie.com<br>Mark G. Weiss (*pro hac vice*)<br>mark.weiss@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>815 Connecticut Ave., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 452-7077<br><br>*Counsel for Defendants NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* | J. Clayton Everett, Jr., (*pro hac vice*)<br>clay.everett@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 739-3000<br><br>Michelle Park Chiu (State Bar No. 248421)<br>michelle.chiu@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br><br>*Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd.* |

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-MD-02918-MMC<br><br>MDL No. 2918<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F)**<br><br>Hon. Maxine M. Chesney |

WHEREAS on December 23, 2022, Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. ("TDK Defendants") and NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd. ("NHK Defendants"; together with the TDK Defendants, "Defendants") filed (i) an Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 782, (ii) an Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 783, and (iii) a Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 789.

WHEREAS on December 23, 2022, Defendants filed Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to each of (i) the Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 781, (ii) the Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 786, (iii) the Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 795.

WHEREAS Third Party, P.C. Richard & Son, Inc. ("P.C. Richard") currently has until December 30, 2022, to respond to each of Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f).

WHEREAS P.C. Richard intends to respond to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f).

WHEREAS, due to holiday and travel schedules, P.C. Richard and Defendants have agreed on a modest extension for P.C. Richard to file its responses to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) by January 13, 2023.

THEREFORE, Defendants and Third Party, P.C. Richard, by and through their respective counsel of record, hereby stipulate, subject to Court approval and for good cause shown, as follows:

1. P.C. Richard's response to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) (ECF Nos. 781, 786, 795) will be due on January 13, 2023.

| | |
|---|---|
| s/ Mark H. Hamer<br>**BAKER McKENZIE LLP**<br>Mark. H. Hamer, SBN 156997<br>Mark G. Weiss (pro hac vice)<br>815 Connecticut Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 452-7077<br>Email: mark.hamer@bakermckenzie.com<br>Email: mark.weiss@bakermckenzie.com<br><br>*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* | /s/ Victor Sandoval<br>**KELLEY DRYE & WARREN LLP**<br>Victor Sandoval (State Bar No. 344461)<br>350 South Grand Avenue, Suite 3800<br>Los Angeles, CA 90071<br>Telephone:   (213) 547-4900<br>Facsimile:   (213) 547-4901<br>vsandoval@kelleydrye.com<br><br>*Attorneys for Non-Party<br>P.C. Richard & Son, Inc.* |

s/ J. Clayton Everett, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
J. Clayton Everett, Jr. (pro hac vice)
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 739-5860
Email: clay.everett@morganlewis.com
Michelle Park Chiu
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Email: michelle.chiu@morganlewis.com

*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.*

**ATTESTATION**

I, Mark G. Weiss, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the United States District Court for the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *Mark G. Weiss*
Mark G. Weiss

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**

Pursuant to the foregoing stipulation and for good cause shown, the Court hereby ORDERS as follows.

1. P.C. Richard & Son, Inc.'s response to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) (ECF Nos. 781, 786, 795) will be due on January 13, 2023.

**IT IS SO ORDERED.**

DATED:_____

                                          MAXINE M. CHESNEY
                                          United States District Judge