Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Non-Party Best Buy Enterprise Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 3:19-md-02918-MMC <br><br> **DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781)** <br><br> Hon. Maxine M. Chesney |
| This Document Relates to: <br><br> ALL END-USER ACTIONS | |

DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781)

I, Ashley Pierson, declare as follows:

1.      I am Vice President and Category Officer for Computing and Gaming for Best Buy Enterprise Services, Inc. ("Best Buy"), a non-party in the above captioned action. I submit this Declaration in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) [Third Parties] (ECF No. 781) (the "Motion to Seal"). I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would competently testify thereto.

2.      As set forth in the Motion to Seal, Best Buy's confidential and proprietary financial and business information is contained in Defendants' Opposition to End-User Plaintiffs' Motion for Class Certification ("Defendants' Opposition") and accompanying materials. Defendants' Opposition has been filed under seal with the Court (see ECF No. 781-2). Specifically, Best Buy's confidential and proprietary financial and business information is contained in the Expert Report of Lauren J. Stiroh, Ph.D. dated December 22, 2022 and attached as Exhibit 1 to the Declaration of John Clayton Everett, Jr. (filed in support of Defendants' Opposition) at Paragraphs 27, 28, and 134, Figures 9, 13, and 14, and Footnotes 39 and 195 (see ECF No. 781, see also ECF No. 781-1).

3.      These documents should remain sealed by the Court because the information contained therein is confidential, proprietary, protectable as a trade secret, and/or otherwise entitled to protection under the law.

4.      Best Buy is not a party in this action. Best Buy produced confidential and proprietary documents and information in response to a non-party subpoena served on it by the End-User Plaintiffs. Those documents were designated by Best Buy as "Highly Confidential – Attorneys' Eyes Only" and produced subject to the Stipulated Protective Order entered by the Court in this action (ECF No. 136).

5.      As Vice President and Category Officer for Computing and Gaming at Best Buy, I have been exposed to Best Buy's confidential sales, costs, and pricing information, as well as the processes that Best Buy uses to maintain such confidential and proprietary information. Public

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

1

DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781)

disclosure of this information would cause Best Buy significant and irreparable harm. The information is so highly sensitive that its disclosure to a competitor and/or others could result in competitive or commercial disadvantage to Best Buy. The requested relief is necessary and narrowly tailored to protect only the information that is highly confidential and proprietary, and would cause Best Buy to suffer irreparable harm.

6. Best Buy is in a highly competitive retail industry. It is in constant competition for market share with other retailers. Among other things, this competition involves the need to engage in strategic business planning and competitive analyses. Best Buy has maintained extensive proprietary sales, costs, and pricing information. This information is confidential and is not disclosed to competitors or its customers.

[Signature Page Follows]

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

2
DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781)

1    I declare under penalty of perjury under the laws of the United States that the foregoing is
2    true and correct, and that this declaration was executed on December 29, 2022, in Richfield,
3    Minnesota.

DocuSigned by:

*Ashley Pierson*

Ashley Pierson

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

3
DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781) – SIGNATURE PAGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2022, I electronically filed a true and correct copy of the foregoing **DECLARATION OF ASHLEY PIERSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [THIRD PARTIES] (DKT. 781)** through the Court's CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

                                                          */s/ Scott S. Humphreys*
                                                             Scott S. Humphreys

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

CERTIFICATE OF SERVICE