Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorney for Non-Party Oracle Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:19-md-02918-MMC<br><br>**NON-PARTY ORACLE CORPORATION'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F) [DKT. 781]**<br><br>Honorable Maxine M. Chesney |

1  Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal and to Consider Whether Another Party's Material Should be Sealed, Non-Party Oracle Corporation ("Oracle") hereby brings this response to Defendants NHK Spring Co. Ltd. ("NHK Spring"), NHK International ("NHKI"), NHK Spring (Thailand) Co., Ltd. ("NHK Thailand"), NAT Peripheral (Dong Guan) Co., Ltd. ("NAT Dong Guan") and NAT Peripheral (H.K.) Co., Ltd. ("NAT HK," and collectively the "NHK Defendants") and Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd. (collectively, the "TDK Defendants" and together, "Defendants") Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) (Dkt. No. 781).  In particular, certain portions of Exhibit 1 in support of Defendants' Opposition to End User Plaintiffs' Motion for Class Certification ("Defendants' Opposition") contain information that is confidential to Oracle.

As to information designated for redaction, Oracle's requests are narrowly tailored to seal only information that would create a substantial risk of harm if publicly disclosed.  For the foregoing reasons, Oracle respectfully requests that the Court grant Oracle's request to file the documents described below with redactions to the information designated by Oracle to be filed under seal.

| Location of Redacted Information | Entirety or Redacted | Designating Party | Basis for Request to File Under Seal |
|---|---|---|---|
| Exhibit 1 in support of Defendants' Opposition to End User Plaintiffs' Motion for Class Certification (Stiroh Report)<br><br>Proposed redactions covering Oracle's confidential information redacted in yellow at:<br><br>• Page 48, Figure 9<br>• Exhibit 5 | Redacted | Oracle | 79-5(c) and (f).<br><br>I understand that the yellow-redacted information recited in Exhibit 1 contains Oracle confidential business information, including coefficients purportedly based on Oracle's internal cost and pricing information as well as Oracle's internal sales data, and risks competitive harm to Oracle if publicly disclosed.  There is no less restrictive alternative than making the limited redactions proposed by Oracle. |

This statement complies with Civil Local Rule 79-5.  Pursuant to Civil Local Rules 79-5(c) and (f), this statement is accompanied by the following documents:

- Declaration of Michael W. De Vries in support of this statement; and
- A proposed order.

DATED:  December 30, 2022

Respectfully submitted,

/s/ *Michael W. De Vries*
Michael W. De Vries (SBN 211001)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
michael.devries@kirkland.com
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorney for Non-Party Oracle Corporation*