# Exhibit A
[EXCERPTED]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>ALL CASES | Case No.: 19-md-02918-MMC<br>MDL No. 2918 |

# EXPERT REPORT OF LAUREN J. STIROH, PH.D.

### December 22, 2022

Redacted Public Version of Document Filed Under Seal

**Figure 9**[167]
**Comparison of Dr. Williams' and Dr. Netz's Estimated Pass-Through Rates
For Third-Party Entities**



-- not applicable

## Exhibit 5: Share of Sales with Price-Cost Ratio below 1
## For Third-Parties



| Third-Party Name | Third-Party Type | Total Number of Sales ------------(Count)------------ | Total Sales Amount ---(Million Dollars)--- | Share of Sales with Price-Cost Ratio below 1 ---------(Percent)--------- |
| --- | --- | --- | --- | --- |
| (a) | (b) | (c) | (d) | (e) |
| Oracle | OEM | | | |

Notes: Price-cost ratio is calculated as unit price divided by unit cost.
This analysis is limited to sales where a single item was sold to ensure that the price and cost represent an individual product.
This analysis is limited to third-parties with non-averaged price and cost data as identified by Dr. Netz in Exhibit 7 of her report.

Sources: Williams turnover materials ([Third-Party]_reg_data.dta); Netz Report, Exhibit 7.

NERA Economic Consulting