Mark. H. Hamer (State Bar No. 156997)
mark.hamer@bakermckenzie.com
Mark G. Weiss (*pro hac vice*)
mark.weiss@bakermckenzie.com
**BAKER & McKENZIE LLP**
815 Connecticut Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 452-7077

*Counsel for Defendants NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*

J. Clayton Everett, Jr., (*pro hac vice*)
clay.everett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000

Michelle Park Chiu (State Bar No. 248421)
michelle.chiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel for Defendants TDK Corporation, Hutchinson Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 19-MD-02918-MMC<br><br>MDL No. 2918<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD PARTIES TO RESPOND TO DEFENDANTS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F)**<br><br>Hon. Maxine M. Chesney |

WHEREAS on December 23, 2022, Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd. ("TDK Defendants") and NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd. ("NHK Defendants"; together with the TDK Defendants, "Defendants") filed (i) an Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 782, (ii) an Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 783, and (iii) a Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 789.

WHEREAS on December 23, 2022, Defendants filed Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to each of (i) the Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 781, and (ii) the Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 786.

WHEREAS on December 24, 2022, Defendants filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to the Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 795.

WHEREAS third parties Amazon.com, Inc. ("Amazon"), Arrow Electronics, Inc., Costco Wholesale Corp., Dell Technologies, Inc. ("Dell"), GHA Technologies, Inc., Ingram Micro, Inc., Lenovo (United States) Inc., NetApp, Inc., Office Depot, Target Corporation, Other World Computing, Inc., Toshiba America Electronic Components, Inc., and Zones, LLC (the "Stipulating Third Parties") currently have until: (i) December 30, 2022, to respond to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to  the Opposition to End User Plaintiffs' Motion for Class Certification and (ii) January 3, 2023, to respond to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to the Opposition to Reseller Plaintiffs' Motion for Class Certification.  ECF Nos. 781 and 795.

WHEREAS third parties Amazon and Dell also currently have until December 30, 2022, to

respond to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to Defendants' Motion to Exclude Declaration of Dr. Janet S. Netz. ECF No. 786.

WHEREAS the Stipulating Third Parties are considering whether to respond to some or all of Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f).

WHEREAS, due to holiday and travel schedules, the Stipulating Third Parties and Defendants have agreed on a modest extension for the Stipulating Third Parties to file any responses to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) by January 13, 2023.

THEREFORE, Defendants and the Stipulating Third Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval and for good cause shown, as follows:

1. Any responses by the Stipulating Third Parties to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) (ECF Nos. 781, 786, and 795) will be due by January 13, 2023.

DEFENDANTS FURTHER request that, in light of the intervening holidays, and subject to Court approval and for good cause shown, responses by any other third parties identified in Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to (i) the Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 781, (ii) the Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 786, and/or (iii) the Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 795 that are not identified herein as a Stipulating Third Party will be due by January 13, 2023.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD PARTIES TO RESPOND TO RESELLER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F)

| | |
|---|---|
| /s/ Mark H. Hamer<br>**BAKER McKENZIE LLP**<br>Mark. H. Hamer, SBN 156997<br>Mark G. Weiss (pro hac vice)<br>815 Connecticut Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 452-7077<br>Email: mark.hamer@bakermckenzie.com<br>Email: mark.weiss@bakermckenzie.com<br><br>*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.* | /s/ J. Clayton Everett, Jr.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>J. Clayton Everett, Jr. (pro hac vice)<br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 739-5860<br>Email: clay.everett@morganlewis.com<br>Michelle Park Chiu<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Email: michelle.chiu@morganlewis.com<br><br>*Counsel for Defendants TDK Corporation, Magnecomp Precision Technology Public Co. Ltd., Magnecomp Corporation, Hutchinson Technology Inc., and SAE Magnetics (H.K.) Ltd.* |
| /s/ Sima Namiri-Kalantari<br>**CROWELL & MORING LLP**<br>Sima Namiri-Kalantari (SBN 293876)<br>515 South Flower Street<br>40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5564<br>Email: snamiri@crowell.com<br><br>*Attorneys for Non-Parties Arrow Electronics, Inc. and Ingram Micro, Inc.* | /s/ Carrie Richey<br>**WOMBLE BOND DICKINSON (US) LLP**<br>Carrie Richey (SBN 270825)<br>201 California Street<br>Floor 17<br>San Francisco, CA 94111<br>Telephone: (415) 765-6240<br>Email: carrie.richey@wbd-us.com<br><br>*Attorneys for Lenovo (United States), Inc.* |
| /s/ Jean E. Richmann<br>**ALSTON AND BIRD LLP**<br>Jean E. Richmann, SBN 323525<br>560 Mission St. Suite 2100<br>San Francisco, CA 94105<br>Telephone: 415-243-1000<br>Email: jean.richmann@alston.com<br><br>*Attorneys for Non-Party Dell Technologies, Inc.* | /s/ Jordan Ludwig<br>**CROWELL & MORING LLP**<br>Jordan Ludwig (SBN 277952)<br>515 South Flower Street, 40th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5524<br>Email: jludwig@crowell.com<br><br>*Attorneys for Non-Party Target Corporation* |
| /s/ Jeremy Ostrander<br>**WHITE & CASE LLP**<br>Jeremy Ostrander<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: 650-213-0375<br>Email: jostrander@whitecase.com<br><br>*Attorneys for Non-Party Toshiba America Electronic Components, Inc.* | /s/ David D. Piper<br>**KEESAL, YOUNG & LOGAN**<br>David D. Piper<br>400 Oceangate<br>Long Beach, California 90802<br>Telephone: 562-436-2000<br>Email: david.piper@kyl.com<br><br>*Attorneys for Non-Party NetApp, Inc.* |

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD PARTIES TO RESPOND TO RESELLER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F)

| | |
|---|---|
| */s/ Fletcher C. Alford*<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>Fletcher C. Alford<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 875-3115<br>Email: falford@grsm.com<br><br>*Attorneys for Office Depot* | */s/ Stephen Ferlmann*<br>**LOOSE LAW GROUP**<br>Stephen Ferlmann (SBN 214881)<br>Donald A. Loose<br>4835 E. Cactus Rd., Ste 145<br>Scottsdale, AZ 85254<br>Telephone: (602) 971-4800<br>Email: don@looselawgroup<br><br>*Attorneys for GHA Technologies, Inc.* |
| */s/ Christopher Bakes*<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>Christopher Bakes<br>2020 West El Camino Avenue<br>Suite 700<br>Sacramento, CA 95833<br>Telephone: (916) 646-8275<br>Email: christopher.bakes@lewisbrisbois.com<br><br>*Attorneys for Other World Computing, Inc.* | */s/ Natasha Gill*<br>**DAVIS WRIGHT TREMAINE LLP**<br>James Howard<br>Natasha Gill<br>865 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 633-6800<br>Email: jimhoward@dwt.com<br>Email: natashagill@dwt.com<br><br>*Attorneys for Amazon.com, Inc. and Costco Wholesale Corp.* |
| */s/ W. Ward Morrison, Jr.*<br>**FOX ROTHSCHILD LLP**<br>W. Ward Morrison, Jr.<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Telephone: (206) 389-1689<br>Email: wmorrison@foxrothschild.com<br><br>*Attorneys for Zones, LLC* | |

5

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD PARTIES TO RESPOND TO RESELLER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(F)

**ATTESTATION**

I, Neaha P. Raol, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the United States District Court for the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Neaha P. Raol
Neaha P. Raol

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**

Pursuant to the foregoing stipulation and for good cause shown, the Court hereby ORDERS as follows.

1. Any responses by Third Parties Amazon.com Inc,, Arrow Electronics, Inc., Costco Wholesale Corp., Dell Technologies, Inc., GHA Technologies, Inc., Ingram Micro, Inc., Lenovo (United States) Inc., NetApp, Inc., Office Depot, Other World Computing, Inc., Target Corporation, Toshiba America Electronic Components, Inc., and Zones, LLC ("Stipulating Third Parties") to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to (i) the Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 781, (ii) the Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 786, and/or (iii) the Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 795 will be due by January 13, 2023.

2. Any responses by any other third parties (not identified as a Stipulating Third Party as defined in Paragraph 1) to Defendants' Administrative Motions to Consider Whether Another Party's Material Should be Sealed Pursuant to Civil Local Rule 79-5(f) relating to (i) the Opposition to End User Plaintiffs' Motion for Class Certification, ECF No. 781, (ii) the Motion to Exclude Declaration of Dr. Janet S. Netz, ECF No. 786, and/or (iii) the Opposition to Reseller Plaintiffs' Motion for Class Certification, ECF No. 795 will be due by January 13, 2023.

**IT IS SO ORDERED.**

DATED:_____

MAXINE M. CHESNEY
United States District Judge