Andrew N. Kohn, Esq., SBN 166385
Christine E. Boisclair, Esq., SBN 299439
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
Email: akohn@pettitkohn.com
       cboisclair@pettitkohn.com

Attorneys for Non-Party
**WALMART INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br>RESELLER ACTIONS | Case No. 19-md-02918-MMC<br><br>MDL No. 2918<br><br>**DECLARATION OF CHRISTINE E. BOISCLAIR IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [ECF NO. 795]**<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7, 19th Floor |

I, Christine E. Boisclair, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California, and am a shareholder with the law firm of Pettit Kohn Ingrassia Lutz & Dolin PC, attorneys of record for Non-Party WALMART INC. ("Walmart"), in the above-captioned case. I submit this Declaration in support of Defendants NHK Spring Co. Ltd. ("NHK Spring"), NHK International ("NHKI"), NHK Spring (Thailand) Co., Ltd. ("NHK Thailand"), NAT Peripheral (Dong Guan) Co., Ltd. ("NAT Dong Guan") and NAT Peripheral (H.K.) Co., Ltd. ("NAT HK," and collectively the "NHK Defendants") and Defendants TDK Corporation, Hutchinson

Technology Inc., Magnecomp Precision Technology Public Co., Ltd., Magnecomp Corporation, and SAE Magnetics (H.K.) Ltd.'s (collectively, the "TDK Defendants" and together, "Defendants") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) [ECF No. 795]. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have reviewed Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) [ECF No. 795], including the partially redacted Expert Report of Lauren J. Stiroh, Ph.D. dated December 22, 2022, which was filed in connection with Defendants' Opposition to Reseller Plaintiffs' Motion for Class Certification. I have reviewed this material with the policy considerations outlined in Civil Local Rule 79-5 in mind.

3. Walmart respectfully requests that the information contained in Figures 9 and 13 in the Expert Report of Lauren J. Stiroh, Ph.D. dated December 22, 2022, be filed under seal.

4. Figures 9 and 13 of Lauren J. Stiroh, Ph.D's expert report contains a chart utilizing Walmart's confidential prices and/or price points, sales volumes, and cost pass-through data to arrive at Defendants' pass-through study results. The results in the chart were derived from Walmart's proprietary and confidential pricing/cost information that would otherwise not be subject to public view or disclosure. Release of data would cause harm to Walmart by permitting customers, competitors, or other parties' insight into Walmart's trade secret information, including, but not limited to, sales, pricing, and costs. Considering several of Walmart's direct competitors are also non-parties involved in this class action, and also presumably included as Retailers in those same charts as Figures 9 and 13, Walmart has a heightened interest in keeping its sales and cost information sealed as confidential.

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2022, at San Diego, California.

s/ *Christine E. Boisclair*
Christine E. Boisclair, Esq.
Attorney for Non-Party Walmart Inc.
cboisclair@pettitkohn.com

**CERTIFICATE OF SERVICE**

I hereby certify that the following document:

**DECLARATION OF CHRISTINE E. BOISCLAIR IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) [ECF NO. 795]**

was served on this date to counsel of record:

[X]     **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to all case participants.

Executed on **December 30, 2022**, at San Diego, California.

_____
Virginia Soto Perez