# EXHIBIT 5

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2         IN THE NORTHERN DISTRICT OF CALIFORNIA

 3

 4          Case Nos. 3:19-md-02918-MMC

 5                    3:20-cv-01217-MMC

 6

 7   ------------------------------

 8   IN RE:

 9

10   HARD DISK DRIVE SUSPENSION ASSEMBLIES

11   ANTITRUST LITIGATION

12   ------------------------------

13

14

15         VIDEOTAPED DEPOSITION OF

16         ROBERT LEGENDRE, VOLUME 1

17                DALLAS, TEXAS

18                 MAY 31, 2022

19

20

21

22

23   Reported by:  Susan S. Klinger, RMR-CRR, CSR

24

25   Job No. 211619
```

```
 1        A.    Yes.
 2        Q.    And is that an accurate description
 3   of what you were hired to do?
 4        A.    Yes.
 5        Q.    Bob will be located in Cupertino
 6   while getting acquainted with Seagate and the
 7   team and he will then relocate to Singapore for
 8   the next several years.
 9              Did you start in Cupertino?
10        A.    I did.
11        Q.    That is in California?
12        A.    Yes.
13        Q.    How long were you there?
14        A.    To July.
15        Q.    From February 2013 to July 2013?
16        A.    Roughly, yeah.
17        Q.    And then did you move to Singapore?
18        A.    I did.
19        Q.    When you were hired, did you
20   understand that you would move to Singapore?
21        A.    Yes.
22   ███████████████████████████████████████████
23   ████████████
24   ███████████████████████████████████
25   ██████████████████████████████████████████
```

Page 36

1  ███████████████████████████████████████
2  ███████████████████████████
3  ████████████████████████████████
4  ██████████████████████████████
5  ████████████████████████████

6      Q.    What did -- strike that.
7            And then the next paragraph the last
8  line says, reporting to Bob will be Bruce
9  Sanders, H.C. Toh, Marcos Meirelles, Levend
10 Akkan, Boon Khiang (BK) and Matt Brown.
11           I think you got all these names when
12 I asked you the first time except for Boon
13 Khiang?
14     A.    BK transitioned to Marcos Meirelles
15 through my tenure.
16     Q.    Okay.  That makes sense.
17           Are you familiar with an
18 organization within Seagate called CMT?
19     A.    I am.
20     Q.    What does that stand for?
21     A.    Commodity management.
22     Q.    What does the T stand for?
23     A.    Team, commodity management team.
24     Q.    And what does a CMT do?
25     A.    They are responsible to negotiate