# Exhibit A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

correlation between price and cost over a long data period; but does not test whether any product manufacturers adjust product quality when costs change or the rates at which they do so. Moreover, she does not identify the magnitude of a cost increase required to spur a change in quality. Dr. Netz's model does not and cannot determine whether HDD or HDD-containing product manufacturers would have made quality adjustments to their products absent the alleged overcharge.

64.   Dr. Netz's damages model cannot account for any individualized discounts and rebates, which can change the amount of an overcharge paid by end-users, that are not included in the data sets she analyzes.[104] With regard to discounts, rebates, and loss-leaders, Dr. Netz states that "[n]one of these pricing strategies impact whether the pass-through of cost changes does or does not occur."[105] She acknowledges that "discounts, coupons, or other types of promotional prices … can complicate the measurement of pass-through" but claims that she knows "specific retailers generally do not offer those promotions and instead apply a constant markup."[106] Dr. Netz opines—without reference to specific evidence or studies—that these pricing strategies are generally not used by specific retailers and that she "can make reliable inferences that those resellers pass-through cost changes to class members."[107] Dr. Netz's assertions, assumptions, and inferences do not, in any way, support her opinion that impact from the conduct at issue is class-wide or can be measured with methods common to the class. ████████████████████████████

████████████████████████████

████████████████████[108] *See*, **Exhibit 3**.

---

[104]   Dr. Netz states in her deposition that ████████████████████████████ Netz Deposition, 150:14-151:4. However, some customers may have received additional discounts not reflected in the sales data sets used by Dr. Netz. Declaration of Lenovo (United States) Inc., *In Re: Hard Disk Drive Suspension Assemblies Antitrust Litigation*, Case No. 3:19-md-02918-MMC, October 21, 2022 ("Lenovo Declaration"), ¶ 7 ("Lenovo US also provides ████████ to its ███ business partners and retailers that would not be included in the material level data, as those ████████ are not managed at a material level.") ████████████████

████████████████████████████ For example, Lenovo "charges its direct customers and channel partners" a price that is "influenced by a variety of factors, including, … ████████ ████████." Lenovo Declaration, ¶ 7.

[105]   Netz Report, p. 80.

[106]   Netz Report, p. 77.

[107]   Netz Report, p. 77.

[108]   ████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 9[167]**
**Comparison of Dr. Williams' and Dr. Netz's Estimated Pass-Through Rates**
**For Third-Party Entities**



| Third-Party Entity | Pass-Through Rate | | |
| | Dr. Williams | Dr. Netz | Percentage Difference |
| | ------------------------------------(Percent)------------------------------------ | | |
| (a) | (b) | (c) | (d) |

-- not applicable

---

[167]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Exhibit 5: Share of Sales with Price-Cost Ratio below 1
## For Third-Parties



| Third-Party Name | Third-Party Type | Total Number of Sales | Total Sales Amount | Share of Sales with Price-Cost Ratio below 1 |
|---|---|---|---|---|
| | | ------------(Count)------------ | ---(Million Dollars)--- | ---------(Percent)--------- |
| (a) | (b) | (c) | (d) | (e) |
| Lenovo PC | OEM | | | |
| Lenovo Server | OEM | | | |

Notes: Price-cost ratio is calculated as unit price divided by unit cost.
This analysis is limited to sales where a single item was sold to ensure that the price and cost represent an individual product.
This analysis is limited to third-parties with non-averaged price and cost data as identified by Dr. Netz in Exhibit 7 of her report.

Sources: Williams turnover materials ([Third-Party]_reg_data.dta); Netz Report, Exhibit 7.

NERA Economic Consulting