IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br>_____<br>This Document Relates to:<br><u>Seagate Technology, LLC, et al. v. Headway Technologies, Inc., et al</u>., Case No. 3:20-cv-01217 MMC | Case No. 19-md-02918-MMC<br><br>**ORDER DENYING NHK DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL [DOC. NO. 770]; DIRECTIONS TO NHK DEFENDANTS** |

Before the Court is NHK Defendants' "Administrative Motion to File Under Seal," filed December 19, 2022 (Doc. No. 770), whereby NHK Defendants seek leave to file under seal the unredacted version of their Opposition to Seagate Plaintiffs' Administrative Motion for Leave to File Sur-Reply, on the ground that Seagate Plaintiffs have designated as confidential certain portions therein. Having read and considered the motion, the Court rules as follows.

Under the Local Rules of this District, where a party seeks leave to file under seal any material designated confidential by another party, the filing party must file an Administrative Motion for a sealing order. See Civil L.R. 79-5(f). "Within 7 days of the motion's filing, the [d]esignating [p]arty must file a statement and/or declaration," see Civil L.R. 79-5(f)(3), setting forth "the reasons for keeping [the] document under seal," see Civil L.R. 79-5(c)(1). "A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party." See Civil L.R. 79-5(f)(3).

//

Here, Seagate Plaintiffs have not filed a responsive declaration, and the time for doing so has passed.

Accordingly, the Administrative Motion is hereby DENIED, and NHK Defendants are DIRECTED to file in the public record, within seven days of the date of this order, the unredacted version of their Opposition to Seagate Plaintiffs' Administrative Motion for Leave to File Sur-Reply.

**IT IS SO ORDERED.**

Dated: January 13, 2023

MAXINE M. CHESNEY
United States District Judge