JEAN E. RICHMANN (SBN 323525)
Email: jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000

*Attorney for Non-Party Dell Technologies Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE HARD DISK DRIVES SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to: All End-User Actions | Case No. 19-MD-02918-MMC MDL No. 2918<br><br>**NON-PARTY DELL TECHNOLOGIES INC.'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT 786]** |
|---|---|

Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal and to Consider Whether Another Party's Material Should be Sealed, Non-Party Dell Technologies, Inc. ("Dell") hereby brings this response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rule 79-5(F) (Dkt. No. 786). Specifically, Dell notes that Defendants' Daubert motion contains highly confidential information derived from Dell's sensitive sales and procurement data.

Dell's request is narrowly tailored to seal only information that creates a substantial risk of competitive harm to Dell if it were to be made public. Specifically, Dell respectfully requests that the Court maintain the following three lines of information set forth in Defendants' Daubert Motion:

- **Page 18, lines 19-21 from "Dell" to "change", which purport to provide an example of Dell's sales price and cost information over time and the relationship between those numbers.**

There is no less restrictive alternative than redacting these lines of highly confidential information and maintaining them under seal. For the foregoing reason and those set forth more fully in the Declaration of Mallory Beck (attached hereto as Exhibit A), Dell respectfully requests that the Court grant Dell's request to maintain the Designated Information under seal.

This statement complies with Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5(c) and (f), this statement is accompanied by the Declaration of Mallory Beck in support of this statement.

Dated:  January 13, 2023          **ALSTON & BIRD LLP**


BY:  */s/ Jean E. Richmann*
         Jean E. Richmann

*Attorney for Dell Technologies Inc.*