JEAN E. RICHMANN (SBN 323525)
Email:   jean.richmann@alston.com
**ALSTON & BIRD LLP**
560 Mission St., Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000

*Attorney for Non-Party Dell Technologies Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARD DISK DRIVES SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to: All End-User Actions | Case No. 19-MD-02918-MMC MDL No. 2918<br><br>**NON-PARTY DELL TECHNOLOGIES INC.'S STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT 795]** |

Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal and to Consider Whether Another Party's Material Should be Sealed, Non-Party Dell Technologies, Inc. ("Dell") hereby brings this response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rule 79-5(F) (Dkt. No. 795). Specifically, Dell notes that the Expert Report of Dr. Lauren Stiroh and accompanying exhibits contain highly confidential information derived from Dell's sensitive sales and procurement data.

Dell's request is narrowly tailored to seal only information that creates a substantial risk of competitive harm to Dell if it were to be made public. Specifically, Dell respectfully requests that the Court maintain the following designated information under seal from Exhibit 1 to the Hamer Declaration (Dr. Stiroh's Exert Report):

- **The reference to Dell's pricing for enterprise disk arrays in Paragraph 3, footnote 63.**

- **Paragraph 62 and lines 3-8 in Figure 5 which provides information on Dell's purported price and costs for specific products.**

- **Paragraph 66 from "Dell" to "cost to Dell was $[amount]", which discloses Dell's purported sales price and cost for certain products over time.**

- **The lines of Figure 9 disclosing purported pass-through rates for Dell, including the description in footnote 167.**

- **The lines of Figure 14 disclosing selected products sold by Dell and associated volumes.**

- **The lines of Exhibit 5 that purport to provide information about Dell's price-cost ratio for various sales.**

There is no less restrictive alternative than redacting these lines of highly confidential information and maintaining them under seal. For the foregoing reason and those set forth more fully in the Declaration of Mallory Beck (attached hereto as Exhibit A), Dell respectfully requests that the Court grant Dell's request to maintain the Designated Information under seal.

This statement complies with Civil Local Rule 79-5. Pursuant to Civil Local Rules 79-5(c) and (f), this statement is accompanied by the Declaration of Mallory Beck in support of this statement.

Dated: January 13, 2023  **ALSTON & BIRD LLP**

BY: */s/ Jean E. Richmann*
        Jean E. Richmann

*Attorney for Dell Technologies Inc.*