William V. Reiss (*pro hac vice*)
**ROBINS KAPLAN LLP**
1325 Avenue of Americas, Suite 2601
New York, NY 10019
Telephone:   (212) 980-7400
Facsimile:   (212) 980-7499
wreiss@robinskaplan.com

Christopher T. Micheletti
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
cmicheletti@zellelaw.com

*Interim Co-Lead Class Counsel for the End-User Plaintiffs*

Victoria Sims (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone:   (202) 789-3960
Facsimile:   (202) 789-1813
vicky@cuneolaw.com

Shawn M. Raiter (*pro hac vice*)
**LARSON • KING, LLP**
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Telephone:   (651) 312-6518
Facsimile:   (651) 789-4818
sraiter@larsonking.com

*Interim Co-Lead Class Counsel for the Reseller Plaintiffs*

Additional parties and counsel on signature page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| **This Document Relates to:**<br><br>All Reseller and End-User Actions | **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF CLASS PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS ON REPLY BRIEFS ON CLASS PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION (CIVIL L. R. 7-11)**<br><br>Judge:     Hon. Maxine M. Chesney |

I, Christopher T. Micheletti, declare:

1.    I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am a partner with the law firm Zelle LLP.  I serve as Interim Co-lead Counsel for the End-User Plaintiffs ("EUPs") in the above-captioned action.

2.    I make this declaration in support of Class Plaintiffs'[1] Administrative Motion to Exceed Applicable Page Limits on Reply Briefs on Class Plaintiffs' Motions for Class Certification. The matters set forth herein are within my personal knowledge and if called upon and sworn as a witness I could competently testify regarding them.

3.    On Saturday, December 17, 2022, Defendants requested that Class Plaintiffs agree to extend the time for Defendants to file their oppositions to Class Plaintiffs' motions for class certification until December 23, 2022.  On Monday, December 19, 2022, Class Plaintiffs agreed to the requested extension, and re-raised with Defendants their request for increased pages for their reply.  Defendants advised that they do not agree to extend the page limits for class certification replies for the reasons articulated the last time that issue was raised.  On January 18, 2023, Class Plaintiffs advised Defendants that they intended to move the court to increase the page limit for their respective replies from 15 pages to 25 pages; that based on the parties' prior communications, Class Plaintiffs understood that Defendants oppose any increase in reply brief page limits; and that if that understanding is not correct, that Defendants advise by close of business on January 19, 2023.  On January 19, 2023, Defendants confirmed that they oppose Class Plaintiffs' requested increase in reply brief page limits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of January 2023 at Castro Valley, California.

    */s/ Christopher T. Micheletti*
    Christopher T. Micheletti

---

[1] "Class Plaintiffs" herein comprise EUPs and Reseller Plaintiffs.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing document entitled **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF CLASS PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS ON REPLY BRIEFS ON CLASS PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION (CIVIL L. R. 7-11)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti