KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:    (415) 947-2000
Facsimile:    (415) 947-2099
Email: korourke@wsgr.com
          jvanhooreweghe@wsgr.com
          mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC,
Seagate Technology (Thailand) Ltd., Seagate
Singapore International Headquarters Pte. Ltd.,
and Seagate Technology International*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **DECLARATION OF JEFF VANHOOREWEGHE IN SUPPORT OF SEAGATE'S RESPONSE TO THE COURT'S JANUARY 6 ORDER REGARDING ARTICLE III STANDING**<br><br>Judge: Hon.    Maxine M. Chesney<br>Courtroom:    7, 19th Floor<br>Date:    February 24, 2023<br>Time:    9:00 AM |

I, JEFF VANHOOREWEGHE, declare as follows:

1.      I am a partner with the firm Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International.  I am an attorney duly admitted to practice in the State of California and before this Court.

2.      I make this declaration in support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing.  I have personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of NHKS-M-01712476.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of TDKHDD001655214.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of NHKS-M-01819612.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the public webpage found at https://web.archive.org/web/20070630163044/http://www.seagate.com/ww/v/index.jsp?locale=en-US&name=purchase_orders_thailand&vgnextoid=570524444765c010VgnVCM100000dd04090aRCRD, which displays an archived version of the terms and conditions linked to in Seagate's suspension assembly purchase orders.  This archived screen capture is hosted by the website "Internet Archive – WayBack Machine" and is dated June 30, 2007.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the public webpage found at https://www.seagate.com/legal/purchase-orders-legal-overview/purchase-orders/thailand/,      which displays the current version of the terms and conditions accompanying Seagate's suspension assembly purchase orders.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Seagate Technology's Form 10-K (for the fiscal year ending June 30, 2006).

9.      Attached hereto as **Exhibit 7** is a true and correct copy of NHKI-M-00031983, introduced at the deposition of Richard "Skipp" Harvey as Exhibit 52.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of is a true and correct copy of excerpts of the Deposition of Richard "Skipp" Harvey taken on September 29-30, 2022.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Deposition of Daniel Floeder taken on September 28-29, 2022.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Deposition of Takehiro Kamigama taken on July 10-12, 2022.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the TDK Defendants' First Supplemental Response to End-User Plaintiffs' Interrogatory No. 2 dated February 2, 2021.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Declaration of Daniel Floeder in Support of Seagate's Opposition to NHK's Motion for Partial Summary Judgment Regarding Foreign Commerce (and exhibits thereto). For the Court's convenience, Seagate includes a copy of the Floeder Declaration and exhibits, however these materials can also be found at ECF No. 619-4.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Patrick Shay in Support of Seagate's Opposition to NHK's Motion for Partial Summary Judgment Regarding Foreign Commerce (and exhibits thereto). For the Court's convenience, Seagate includes a copy of the Shay Declaration and exhibits, however these materials can also be found at ECF No. 619-5.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Truckee, California on January 20, 2023.

Dated: January 20, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *s/ Jeff VanHooreweghe*
     Jeff VanHooreweghe

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

**ATTORNEY ATTESTATION**

I, Kenneth R. O'Rourke, am the ECF User whose identification and password are being used to file the Declaration of Jeff VanHooreweghe in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Jeff VanHooreweghe concurred in this filing, and original signatures are maintained on file.


Dated: January 20, 2023                                    By: _s/ Kenneth R. O'Rourke_____
                                                                            Kenneth R. O'Rourke

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on January 20, 2023, I electronically filed the

foregoing document entitled **DECLARATION OF JEFF VANHOOREWEGHE IN SUPPORT**

**OF SEAGATE'S RESPONSE TO THE COURT'S JANUARY 6 ORDER REGARDING**

**ARTICLE III STANDING** with the Clerk of the Court for the United States District Court,

Northern District of California using the CM/ECF system and served a copy of same upon all

counsel of record via the Court's electronic filing system.


_s/ Kenneth R. O'Rourke_
Kenneth R. O'Rourke