# Declaration of Srisuda Tangwongchai
# FILED UNDER SEAL