KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:      (415) 947-2000
Facsimile:      (415) 947-2099
Email: korourke@wsgr.com
        jvanhooreweghe@wsgr.com
        mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC,*
*Seagate Technology (Thailand) Ltd., Seagate*
*Singapore International Headquarters Pte. Ltd.,*
*and Seagate Technology International*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(c)**<br><br>Hon. Maxine M. Chesney |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to File Under Seal.  The materials sought to be sealed are portions of Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing ("Response") and accompanying materials that have designated "Confidential" or "Highly Confidential" by Seagate Plaintiffs pursuant to the Stipulated Protective Order (Dkt. 136).  Seagate Plaintiffs have redacted the corresponding information derived from these materials in their Response.

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Seagate Plaintiffs' Seek to Keep Under Seal |
| --- | --- |
| Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing | Highlighted material located at:<br>• Page 1, lines 19-27<br>• Page 2, lines 3-27<br>• Page 3, lines 13-18 (starting with "that" and ending with "control")<br>• Page 4, lines 10-20<br>• Page 5, line 3<br>• Page 5, lines 22-26<br>• Page 6, lines 5-8<br>• Page 7, 13-14 (starting after "when it" and ending with "Shay ¶¶17-22") |
| VanHooreweghe Decl. Ex. 9 (Floeder Deposition Excerpts) | • Entirety |
| Tangwongchai Decl. | • Entirety |
| Tangwongchai Decl. Ex. A (STX0221558) | • Entirety |
| Choi Decl. | • Entirety |

In addition to the materials listed above and in Seagate's Administrative Motions to Consider Whether Another Party's Material Should be sealed (filed concurrently), Seagate Plaintiffs have filed under seal certain materials previously authorized by this Court to be filed under seal.  Dkt. 736.  Pursuant to Civ. L. R. 79-5(b), Seagate has not included these materials in its sealing motions.  These materials are:

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

- VanHooreweghe Decl. Ex. 7 (NHKI-M-00031983, introduced at the deposition of Richard "Skipp" Harvey as Exhibit 52, and submitted with Seagate's Opposition to NHK's Motion for Partial Summary Judgment Regarding Foreign Commerce ("Opposition") as Exhibit 54);

- VanHooreweghe Decl. Ex. 8 (excerpts of the Deposition of Richard "Skipp" Harvey submitted with Seagate's Opposition as Exhibit 83)

- Redacted portions of VanHooreweghe Decl. Ex. 10 (excerpts of the Deposition of Takehiro Kamigama submitted with Seagate's Opposition as Exhibit 89);

- Redacted portions of VanHooreweghe Decl. Ex. 12 (Declaration of Daniel Floeder In Support of Seagate's Opposition redacted per the Court's November 29, 2022, order, Dkt. 749-1); and

- VanHooreweghe Decl. Ex. 13 (Declaration of Patrick Shay In Support of Seagate's Opposition, Dkt. 622-7).

This motion is accompanied by the Declaration of Jeff VanHooreweghe in Support of Seagate Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5(c) ("Sealing Declaration"). *See* Civ. L. R. 79-5(c)(2) (stating that an administrative motion to seal must be accompanied by a declaration to provide evidentiary support where necessary).

In the context of dispositive motions, materials may be sealed upon a showing there are "compelling reasons" to seal the information. *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). A party has "compelling reasons" to seal information if sealing is required to prevent judicial documents from being used "as sources of business information that might harm a litigant's competitive standing." *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589. 598 (1978)).

That materials "refer to confidential agreements is often a compelling reason justifying sealing if the agreements contain commercially sensitive information." *Lightning Box Games Pty, Ltd. v. Plaor, Inc.*, 2017 WL 7310782, at *4 (N.D. Cal. Dec. 29, 2017), adopted by 2018 WL 3069296 (N.D. Cal. Feb. 27, 2018). Sealing has also been found warranted for "proprietary business, scientific, manufacturing, sales, or licensing information" under either a good cause or compelling reasons

1  standard.  *Plexxikon Inc. v. Novartis Pharm. Corp.*, 2020 U.S. Dist. LEXIS 44014, at *5-6 (N.D. Cal.

2  Mar. 13, 2020).

3       Seagate Plaintiffs move to file under seal the above-listed materials which contain Seagate

4  confidential, nonpublic, and highly sensitive business information that Seagate keeps closely guarded.

5  Public disclosure of these documents would cause significant harm to Seagate if not sealed.  Sealing

6  Decl. ¶ 9.

7       Seagate Plaintiffs' requested relief is necessary and narrowly tailored to protect Seagate

8  confidential, non-public, and highly sensitive business information that Seagate keeps closely guarded.

9  *Id.*  The materials Seagate seeks to keep under seal contain sensitive business information, including

10  (i) Seagate's purchasing policies and practices, including as related to prices, payments, and terms of

11  purchase; (ii) Seagate's development and implementation of new technology, including specific

12  details about how Seagate interacted suppliers when implementing a new technology; (iii) Seagate's

13  inventory management and product assembly policies and practices, including standard operating

14  procedures and systems used; (iv) Seagate's communications with its suppliers; and (v) the role of

15  Seagate's finance and treasury departments in Seagate's purchase of suspension assemblies.  *Id.*

16       Public disclosure of these materials would cause Seagate economic harm by (i) providing

17  Seagate's suppliers with an improper business advantage by disclosing to them Seagate's procurement

18  strategy and confidential details about Seagate's negotiations with suppliers; and (ii) providing

19  Seagate's competitors with specific information about Seagate's purchase process, inventory

20  management, design and product development, and finance practices.  *Id.* ¶ 10.  Public disclosure of

21  these documents would cause significant harm to Seagate if not sealed.  *Id.*

22       For the reasons set forth above and in the Sealing Declaration in Support of the Seagate

23  Plaintiffs' Motion to Seal, filed concurrently herewith, Seagate Plaintiffs respectfully request an order

24  entering the [Proposed] Order Granting Administrative Motion to File Under Seal Pursuant to Local

25  79-5(c).

26

27

28

1    Dated: January 20, 2023

2    Respectfully submitted,

3    */s/ Kenneth R. O'Rourke*
     **WILSON SONSINI GOODRICH &**
4    **ROSATI**
     Professional Corporation
5    Kenneth R. O'Rourke, SBN 120144
     Jeff VanHooreweghe, SBN 313371
6    Mikaela E. Evans-Aziz, SBN 339283
     One Market Plaza
7    Spear Tower, Suite 3300
     San Francisco, CA 94105
8    Telephone: (415) 947-2000
     Facsimile: (415) 947-2099
9    Email: korourke@wsgr.com
     Email: jvanhooreweghe@wsgr.com
10   Email: mevansaziz@wsgr.com

11   ***Counsel for Plaintiffs Seagate Technology***
     ***LLC, Seagate Technology (Thailand), Ltd.,***
12   ***Seagate Singapore International***
     ***Headquarters Pte. Ltd., and Seagate***
13   ***Technology International***

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Kenneth R. O'Rourke, hereby certify that on January 20, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(c)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke