KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:     (415) 947-2000
Facsimile:     (415) 947-2099
Email: korourke@wsgr.com
          jvanhooreweghe@wsgr.com
          mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (NHK)**<br><br>Hon. Maxine M. Chesney |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The materials sought to be sealed are portions of Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing ("Response") and accompanying materials that have designated "Confidential" or "Highly Confidential" by NHK Defendants[2] pursuant to the Stipulated Protective Order (Dkt. 136). Seagate Plaintiffs have redacted the corresponding information derived from these materials in its Response and the Declaration of Srisuda Tangwongchai, as described below.

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Filed Under Seal |
| --- | --- |
| Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing | • Page 2, lines 1-2 (starting with "Seagate" and ending with "Ex. 1.") <br> • Page 2, lines 2-3 (starting with "Seagate" and ending with "flow") <br> • Page 5, lines 19-21 |
| VanHooreweghe Decl. Ex. 1 (NHKS-M-01712476) | • Entirety |
| VanHooreweghe Decl. Ex. 3 (NHKS-M-01819612) | • Entirety |
| Tangwongchai Decl. | • Page 3 ¶¶ 18-19 |
| Tangwongchai Decl. Ex. B (NHKS-M-00760699) | • Entirety |

Pursuant to Civil Local Rule 79-5(f)(3), the Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

[2] "NHK Defendants" herein comprises NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.

Dated: January 20, 2023

Respectfully submitted,

<u>/s/ Kenneth R. O'Rourke</u>
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Kenneth R. O'Rourke, SBN 120144
Jeff VanHooreweghe, SBN 313371
Mikaela E. Evans-Aziz, SBN 339283
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: korourke@wsgr.com
Email: jvanhooreweghe@wsgr.com
Email: mevansaziz@wsgr.com

***Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International***

**ATTORNEY ATTESTATION**

I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on January 20, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (NHK)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke