KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:    (415) 947-2000
Facsimile:     (415) 947-2099
Email: korourke@wsgr.com
           jvanhooreweghe@wsgr.com
           mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>　　　　　3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (TDK)**<br><br>Hon. Maxine M. Chesney |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  The materials sought to be sealed are portions of Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing ("Response") and accompanying materials that have designated "Confidential" or "Highly Confidential" by TDK Defendants[2] pursuant to the Stipulated Protective Order (Dkt. 136).  Seagate Plaintiffs have redacted the corresponding information derived from these materials in its Response.

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Sought to be Kept Under Seal |
|---|---|
| Seagate Plaintiffs' Response to the Court's January 6 Order Regarding Article III Standing | • Page 2, lines 2-3 (starting with "Seagate" and ending with "flow") <br> • Page 6, lines 12-13 |
| VanHooreweghe Decl. Ex. 2 (TDKHDD001655214) | • Entirety |
| VanHooreweghe Decl. Ex. 10 (Kamigama Deposition Excerpts) | • Pages 51 and 52 |
| VanHooreweghe Decl. Ex. 11 (TDK Defendants' First Supplemental Responses and Objections to End-User Plaintiffs' First Set of Interrogatories) | • Entirety |

Pursuant to Civil Local Rule 79-5(f)(3), the Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

[2] "TDK Defendants" herein comprises TDK Corporation, Magnecomp Corporation, Magnecomp Precision Technology Public Co., Ltd., SAE Magnetics (H.K.) Ltd., and Hutchinson Technology Inc.

Dated: January 20, 2023

Respectfully submitted,

*/s/ Kenneth R. O'Rourke*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Kenneth R. O'Rourke, SBN 120144
Jeff VanHooreweghe, SBN 313371
Mikaela E. Evans-Aziz, SBN 339283
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: korourke@wsgr.com
Email: jvanhooreweghe@wsgr.com
Email: mevansaziz@wsgr.com

***Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International***

## ATTORNEY ATTESTATION

I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on January 20, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (TDK)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke