KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:     (415) 947-2000
Facsimile:      (415) 947-2099
Email: korourke@wsgr.com
           jvanhooreweghe@wsgr.com
           mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **SUPPLEMENTAL DECLARATION OF JEFF VANHOOREWEGHE IN SUPPORT OF SEAGATE'S RESPONSE TO THE COURT'S JANUARY 6 ORDER REGARDING ARTICLE III STANDING**<br><br>Judge: Hon.     Maxine M. Chesney<br>Courtroom:     7, 19th Floor<br>Date:             February 24, 2023<br>Time:             9:00 AM |

I, JEFF VANHOOREWEGHE, declare as follows:

1. I am a partner with the firm Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International. I am an attorney duly admitted to practice in the State of California and before this Court.

2. I submit this Supplemental Declaration in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing. I have personal knowledge of the facts set forth below and, if called and sworn as a witness, I could and would testify competently thereto.

3. For the Court's convenience, counsel for Seagate has added yellow highlight to certain attached exhibits to direct the Court to relevant portions of the materials.

**A.    EXHIBITS RELATING TO PAYMENT FOR SUSPENSION ASSEMBLIES**

4. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Deposition of Bruce Sanders taken on July 13, 2022.

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Deposition of Daniel Floeder taken on September 28, 2022 and STX0257290–292, introduced at the deposition of Mr. Floeder as Exhibit 1281.

6. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Deposition of Bruce Sanders taken on July 12, 2022.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Deposition of Daniel Floeder taken on September 28, 2022.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Seagate Plaintiffs' Supplemental Response to NHK Defendants' First Set of Interrogatories to Seagate Plaintiffs, Interrogatory Nos. 2 and 11, served on November 14, 2022.

9. Attached hereto as **Exhibit 6** is a true and correct copy of NHKS-M-01712476, attached as Exhibit 1 to the Declaration of Jeff VanHooreweghe in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing, Dkt. 848-2.

10. Attached hereto as **Exhibit 7** is a true and correct copy of TDKHDD001655214–216, attached as Exhibit 2 to the Declaration of Jeff VanHooreweghe in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing, Dkt. 848-2.

11. Attached hereto as **Exhibit 8** is a true and correct copy of NHKS-M-01819612–618, attached as Exhibit 3 to the First Declaration of Jeff VanHooreweghe in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing, Dkt. 848-2.

**B.  EXHIBITS RELATING TO PRICE DISCRETION/LACK OF PRICE DISCRETION**

12. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Seagate Plaintiffs' Supplemental Response to NHK Defendants' First Set of Interrogatories to Seagate Plaintiffs, Interrogatory No. 2, served on November 14, 2022.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Deposition of Srisuda Tangwongchai taken on August 29, 2022.

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the Deposition of Srisuda Tangwongchai taken on August 30, 2022.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the Deposition of Matthew Bell taken on August 18, 2022.

16. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the Deposition of Eric Isom taken on May 5, 2022.

**C.  EXHIBITS RELATING TO SUPPLY GAPS AND MATERIAL FORECASTS**

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the Deposition of Srisuda Tangwongchai taken on August 30, 2022.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the Deposition of Srisuda Tangwongchai taken on August 29, 2022.

**D.  EXHIBITS RELATING TO ALLEGATIONS AND DISCOVERY ON SEAGATE'S INJURY IN THE FORM OF DEPRESSED QUALITY**

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of Seagate's Second Amended Complaint for Damages and Other Relief, Dkt. 352.

20. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the Deposition of Daniel Floeder taken on September 29, 2022.

21. Attached hereto as **Exhibit 18** is a true and correct copy of NHKI-M-00031983–984, introduced at the deposition of Richard "Skipp" Harvey as Exhibit 52, and excerpts of the Deposition of Mr. Harvey taken on September 29, 2022.

22. Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the Deposition of Brad Ver Meer taken on September 23, 2022.

23. Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the Deposition of Steve Misuta taken on April 29, 2022.

24. Attached hereto as **Exhibit 21** is a true and correct copy of TDKHDD000004780–781, introduced at the deposition of Steve Misuta as Exhibit 192, and excerpts of the Deposition of Mr. Misuta taken on April 29, 2022.

25. Attached hereto as **Exhibit 22** is a true and correct copy of TDKHDD002902994, introduced at the deposition of Steve Misuta as Exhibit 193, and excerpts of the Deposition of Mr. Misuta taken on April 29, 2022.

26. Attached hereto as **Exhibit 23** is a true and correct copy of TDKHDD000002370–371, introduced at the deposition of Albert Ong as Exhibit 458, and excerpts of the Deposition of Mr. Ong taken on June 2, 2022.

27. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of Plaintiffs' Written Deposition Questions to Hitoshi Hashimoto served on November 30, 2022.

28. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of Plaintiffs' Written Deposition Questions to Hiroyuki Tamura served on November 30, 2022.

29. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of Plaintiffs' First Joint Set of Requests for Production of Documents to Defendants served on August 3, 2020.

30. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of Seagate's First Set of Interrogatories to Defendants served on August 3, 2020.

E. **EXHIBITS RELATING TO ALLEGATIONS AND DISCOVERY ON SEAGATE'S INJURY FROM DEPRIVATION OF CHOICE**

31. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of Seagate's Second Amended Complaint for Damages and Other Relief, Dkt. 352.

32. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the Rule 11 Plea Agreement, filed in *United States v. NHK Spring Co.*, No. 2:19-cr-20503 (E.D. Mich. Sept. 23, 2019), Dkt. 15.

33. Attached hereto as **Exhibit 30** a true and correct copy of excerpts of the NHK Defendants' Responses to All Plaintiffs' First Set of Requests for Admissions served on November 2, 2020.

34. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the TDK Defendants' Responses and Objections to All Plaintiffs First Set of Requests for Admissions served on November 2, 2020.

35. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the Deposition of Takehiro Kamigama taken on July 10, 2022.

36. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the Deposition of Atsuo Kobayashi taken on July 13, 2022.

F. **EXHIBITS RELATING TO NHK'S DISCOVERY OF SEAGATE'S DOWNSTREAM SALES FOR, AND ALLEGATIONS OF, SEAGATE'S INDIRECT PURCHASER CLAIMS**

37. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of Seagate's Second Amended Complaint for Damages and Other Relief, Dkt. 352.

38. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of the Amended Answer of NHK Defendants to Seagate Plaintiffs' Second Amended Complaint, Dkt. 375.

39. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of Defendants' Opposition to Seagate's Motion for a Scheduling Order Setting Trial and Notice of Cross-Motion and Cross-Motion for a Scheduling Order, Dkt. 354.

40. Attached hereto as **Exhibit 37** is a true and correct copy of correspondence from NHK counsel to Seagate counsel dated June 1, 2021.

41. Attached hereto as **Exhibit 38** is a true and correct copy of correspondence from Seagate counsel to Defendant counsel dated November 29, 2021.

42. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of Defendants' First Set of Requests for Production of Documents to Seagate served on July 21, 2020.

43. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts of correspondence from Defendant counsel to Seagate counsel dated November 24, 2020.

44. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of correspondence from NHK counsel to Seagate counsel dated April 15, 2022.

45. Attached hereto as **Exhibit 42** is a true and correct copy of excerpts of Defendant NHK's Amended Notice of Rule 30(b)(6) Deposition of Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International.

46. Attached hereto as **Exhibit 43** is a true and correct copy of STX1358825.

47. Attached hereto as **Exhibit 44** is a true and correct copy of STX1358687.

48. Attached hereto as **Exhibit 45** is a true and correct copy of STX0841945-2034.

49. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts of NHK Defendants' Supplemental Objections and Responses to Seagate's Fifth Set of Interrogatories to NHK Defendants, Interrogatory No. 14, served on November 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Berkeley, California on February 10, 2023.

| | | |
|---|---|---|
| 1 | Dated: February 10, 2023 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Jeff VanHooreweghe<br>    Jeff VanHooreweghe |
| 4 | | |
| 5 | | *Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International* |

**ATTORNEY ATTESTATION**

I, Kenneth R. O'Rourke, am the ECF User whose identification and password are being used to file the Supplemental Declaration of Jeff VanHooreweghe in Support of Seagate's Response to the Court's January 6 Order Regarding Article III Standing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Jeff VanHooreweghe concurred in this filing, and original signatures are maintained on file.

Dated: February 10, 2023                By:   /s/ Kenneth R. O'Rourke
                                              Kenneth R. O'Rourke

## CERTIFICATE OF SERVICE

I, Kenneth R. O'Rourke, hereby certify that on February 10, 2023, I electronically filed the foregoing document entitled **SUPPLEMENTAL DECLARATION OF JEFF VANHOOREWEGHE IN SUPPORT OF SEAGATE'S RESPONSE TO THE COURT'S JANUARY 6 ORDER REGARDING ARTICLE III STANDING** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke