KENNETH R. O'ROURKE, SBN 120144
JEFF VANHOOREWEGHE, SBN 313371
MIKAELA E. EVANS-AZIZ, SBN 339283
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:     (415) 947-2000
Facsimile:     (415) 947-2099
Email: korourke@wsgr.com
          jvanhooreweghe@wsgr.com
          mevansaziz@wsgr.com

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>             3:20-cv-01217-MMC<br><br>MDL No. 2918<br><br>**SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(c)**<br><br>Hon. Maxine M. Chesney |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to File Under Seal. The materials sought to be sealed are portions of Seagate Plaintiffs' Reply to the Court's January 6 Order Regarding Article III Standing ("Reply") and accompanying materials that have designated "Confidential" or "Highly Confidential" by Seagate Plaintiffs pursuant to the Stipulated Protective Order (Dkt. 136). Seagate Plaintiffs have redacted the corresponding information derived from these materials in their Response.

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Seagate Plaintiffs' Seek to Keep Under Seal |
|---|---|
| Seagate Plaintiffs' Reply to the Court's January 6 Order Regarding Article III Standing | Highlighted material located at:<br>• Page 1, line 10<br>• Page 1, line 11<br>• Page 1, line 12<br>• Page 2, line 5<br>• Page 2, line 6<br>• Page 2, line 10<br>• Page 2, lines 18-19<br>• Page 2, lines 23-24<br>• Page 3, line 2<br>• Page 3, line 3<br>• Page 3, line 4<br>• Page 3, line 16-17<br>• Page 4, lines 4-5 |
| VanHooreweghe Decl. Ex. 1 (Bruce Sanders Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 2 (STX0257290-292 and Daniel Floeder Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 3 (Bruce Sanders Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 4 (Daniel Floeder Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 5 (Seagate Plaintiffs' Supplemental Response to | • Entirety |

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

| | |
|---|---|
| NHK's First Set of Interrogatories to Seagate - Excerpt) | |
| VanHooreweghe Decl. Ex. 9 (Seagate Plaintiffs' Supplemental Response to NHK's First Set of Interrogatories to Seagate - Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 10 (Srisuda Tangwongchai Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 11 (Srisuda Tangwongchai Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 12 (Matthew Bell Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 13 (Eric Isom Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 14 (Srisuda Tangwongchai Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 15 (Srisuda Tangwongchai Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 17 (Daniel Floeder Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 19 (Bradley Ver Meer Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 43 (STX1358825) | • Entirety |
| VanHooreweghe Decl. Ex. 44 (STX1358687) | • Entirety |
| VanHooreweghe Decl. Ex. 45 (STX0841945) | • Entirety |

This motion is accompanied by the Declaration of Jeff VanHooreweghe in Support of Seagate Plaintiffs' Administrative Motion to File Under Seal Pursuant to Civil Local Rule 79-5(c) ("Sealing

Declaration"). *See* Civ. L. R. 79-5(c)(2) (stating that an administrative motion to seal must be accompanied by a declaration to provide evidentiary support where necessary).

In the context of dispositive motions, materials may be sealed upon a showing there are "compelling reasons" to seal the information. *See Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). A party has "compelling reasons" to seal information if sealing is required to prevent judicial documents from being used "as sources of business information that might harm a litigant's competitive standing." *Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589. 598 (1978)).

That materials "refer to confidential agreements is often a compelling reason justifying sealing if the agreements contain commercially sensitive information." *Lightning Box Games Pty, Ltd. v. Plaor, Inc.*, 2017 WL 7310782, at *4 (N.D. Cal. Dec. 29, 2017), adopted by 2018 WL 3069296 (N.D. Cal. Feb. 27, 2018). Sealing has also been found warranted for "proprietary business, scientific, manufacturing, sales, or licensing information" under either a good cause or compelling reasons standard. *Plexxikon Inc. v. Novartis Pharm. Corp.*, 2020 U.S. Dist. LEXIS 44014, at *5-6 (N.D. Cal. Mar. 13, 2020).

Seagate Plaintiffs move to file under seal the above-listed materials which contain Seagate confidential, nonpublic, and highly sensitive business information that Seagate keeps closely guarded. Public disclosure of these documents would cause significant harm to Seagate if not sealed. Sealing Decl. ¶ 9.

Seagate Plaintiffs' requested relief is necessary and narrowly tailored to protect Seagate confidential, non-public, and highly sensitive business information that Seagate keeps closely guarded. *Id.* The materials Seagate seeks to keep under seal contain sensitive business information, including (i) Seagate's purchasing policies and practices, including as related to prices, payments, and terms of purchase; (ii) Seagate's confidential negotiations with suppliers and fulfilling demand; (iii) Seagate's development and implementation of new technology, including design, negotiations, and product-to-market processes; (iv) Seagate's inventory management and product assembly policies and practices,

1  and systems used; (iv) Seagate's communications with its suppliers; and (v) the role of Seagate's
2  finance and treasury departments in Seagate's purchase of suspension assemblies. *Id.*

3        Public disclosure of these materials would cause Seagate economic harm by (i) providing
4  Seagate's suppliers with an improper business advantage by disclosing to them Seagate's procurement
5  strategy and confidential details about Seagate's negotiations with suppliers; and (ii) providing
6  Seagate's competitors with specific information about Seagate's purchase process, inventory
7  management, design and product development, and finance practices. *Id.* ¶ 10. Public disclosure of
8  these documents would cause significant harm to Seagate if not sealed. *Id.*

9        For the reasons set forth above and in the Sealing Declaration in Support of the Seagate
10 Plaintiffs' Motion to Seal, filed concurrently herewith, Seagate Plaintiffs respectfully request an order
11 entering the [Proposed] Order Granting Administrative Motion to File Under Seal Pursuant to Local
12 79-5(c).

1  Dated: February 10, 2023

2  Respectfully submitted,

3  /s/ Kenneth R. O'Rourke
**WILSON SONSINI GOODRICH &**
4  **ROSATI**
Professional Corporation
5  Kenneth R. O'Rourke, SBN 120144
Jeff VanHooreweghe, SBN 313371
6  Mikaela E. Evans-Aziz, SBN 339283
One Market Plaza
7  Spear Tower, Suite 3300
San Francisco, CA 94105
8  Telephone: (415) 947-2000
Facsimile: (415) 947-2099
9  Email: korourke@wsgr.com
Email: jvanhooreweghe@wsgr.com
10  Email: mevansaziz@wsgr.com

11  ***Counsel for Plaintiffs Seagate Technology***
***LLC, Seagate Technology (Thailand), Ltd.,***
12  ***Seagate Singapore International***
***Headquarters Pte. Ltd., and Seagate***
13  ***Technology International***

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on February 10, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(c)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke