1  KENNETH R. O'ROURKE, SBN 120144
2  JEFF VANHOOREWEGHE, SBN 313371
   MIKAELA E. EVANS-AZIZ, SBN 339283
3  **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
4  One Market Plaza
   Spear Tower, Suite 3300
5  San Francisco, CA 94105
   Telephone:     (415) 947-2000
6  Facsimile:     (415) 947-2099
7  Email: korourke@wsgr.com
           jvanhooreweghe@wsgr.com
8          mevansaziz@wsgr.com

9  *Counsel for Plaintiffs Seagate Technology LLC,*
   *Seagate Technology (Thailand) Ltd., Seagate*
10 *Singapore International Headquarters Pte. Ltd.,*
   *and Seagate Technology International*
11

12

13

14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18  IN RE: HARD DISK DRIVE SUSPENSION          Case Nos. 3:19-md-02918-MMC
    ASSEMBLIES ANTITRUST LITIGATION                       3:20-cv-01217-MMC
19
                                                  MDL No. 2918
20  This Document Relates to:
                                               **SEAGATE PLAINTIFFS'**
21  *Seagate Technology LLC et al. v. Headway*  **ADMINISTRATIVE MOTION TO**
    *Technologies, Inc. et al.*, Case No. 3:20-cv-  **CONSIDER WHETHER ANOTHER**
22  01217-MMC                                   **PARTY'S MATERIAL SHOULD BE**
                                               **SEALED PURSUANT TO CIVIL LOCAL**
23                                              **RULE 79-5(f) (NHK)**

24                                               Hon. Maxine M. Chesney

25

26

27

28

                                    1              Case No. 3:19-md-02918-MMC

Pursuant to Civil Local Rules 7-11 and 79-5(f), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.   The materials sought to be sealed are materials that have designated "Confidential" or "Highly Confidential" by NHK Defendants[2] pursuant to the Stipulated Protective Order (Dkt. 136).

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Filed Under Seal |
|---|---|
| VanHooreweghe Decl. Ex. 6 (NHKS-M-01712476) | • Entirety |
| VanHooreweghe Decl. Ex. 8 (NHKS-M-01819612) | • Entirety |
| VanHooreweghe Decl. Ex. 18 (NHKI-M-00031983 and Richard "Skipp" Harvey Deposition Excerpts) | • Entirety |
| VanHooreweghe Decl. Ex. 24 (Plaintiffs' Written Deposition Questions to Hiroyuki Tamura) | • Entirety |
| VanHooreweghe Decl. Ex. 25 (Plaintiffs' Written Deposition Questions to Hitoshi Hashimoto) | • Entirety |
| VanHooreweghe Decl. Ex. 30 (NHK's Responses to First Set of Requests for Admission) | • Entirety |
| VanHooreweghe Decl. Ex. 37 (NHK Discovery Ltr. To Seagate) | • Entirety |
| VanHooreweghe Decl. Ex. 46 (NHK's Supplemental Responses & Objections to Fifth Set of Interrogatories) | • Entirety |

Pursuant to Civil Local Rule 79-5(f)(3), the Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

[2] "NHK Defendants" herein comprises NHK Spring Co., Ltd., NHK International, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.

1

2

3

Dated: February 10, 2023

4

5

Respectfully submitted,

6

/s/ Kenneth R. O'Rourke
**WILSON SONSINI GOODRICH &**
**ROSATI**

7

Professional Corporation
Kenneth R. O'Rourke, SBN 120144

8

Jeff VanHooreweghe, SBN 313371
Mikaela E. Evans-Aziz, SBN 339283

9

One Market Plaza
Spear Tower, Suite 3300

10

San Francisco, CA 94105
Telephone: (415) 947-2000

11

Facsimile: (415) 947-2099
Email: korourke@wsgr.com

12

Email: jvanhooreweghe@wsgr.com
Email: mevansaziz@wsgr.com

13

14

***Counsel for Plaintiffs Seagate Technology***
***LLC, Seagate Technology (Thailand), Ltd.,***
***Seagate Singapore International***

15

***Headquarters Pte. Ltd., and Seagate***
***Technology International***

16

17

18

19

20

21

22

23

24

25

26

27

28

SEAGATE PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (NHK)

## ATTORNEY ATTESTATION

I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke

SEAGATE PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (NHK)

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on February 10, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (NHK)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.


*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke