1  KENNETH R. O'ROURKE, SBN 120144
2  JEFF VANHOOREWEGHE, SBN 313371
   MIKAELA E. EVANS-AZIZ, SBN 339283
3  **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
4  One Market Plaza
   Spear Tower, Suite 3300
5  San Francisco, CA 94105
   Telephone:     (415) 947-2000
6  Facsimile:     (415) 947-2099
7  Email: korourke@wsgr.com
          jvanhooreweghe@wsgr.com
8         mevansaziz@wsgr.com

9  *Counsel for Plaintiffs Seagate Technology LLC,*
   *Seagate Technology (Thailand) Ltd., Seagate*
10 *Singapore International Headquarters Pte. Ltd.,*
   *and Seagate Technology International*
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case Nos. 3:19-md-02918-MMC<br>         3:20-cv-01217-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (TDK)**<br><br>Hon. Maxine M. Chesney |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Seagate Plaintiffs[1] respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The materials sought to be sealed are materials that have designated "Confidential" or "Highly Confidential" by TDK Defendants[2] pursuant to the Stipulated Protective Order (Dkt. 136).

The documents for which sealing is sought are:

| Material/Document | Specific Portion(s) Sought to be Kept Under Seal |
|---|---|
| VanHooreweghe Decl. Ex. 7 (TDKHDD001655214) | • Entirety |
| VanHooreweghe Decl. Ex. 20 (Steve Misuta Deposition Excerpt) | • Entirety |
| VanHooreweghe Decl. Ex. 21 (Steve Misuta Deposition Excerpt) | • Entirety |
| VanHooreweghe Decl. Ex. 22 (Steve Misuta Deposition Excerpt) | • Entirety |
| VanHooreweghe Decl. Ex. 23 (TDKHDD000002370 and Albert Ong Deposition Excerpt) | • Entirety |
| VanHooreweghe Decl. Ex. 31 (TDK Responses & Objections to First Set of Requests for Admission) | • Entirety |
| VanHooreweghe Decl. Ex. 32 (Takehiro Kamigama Deposition Excerpt) | • Entirety |
| VanHooreweghe Decl. Ex. 33 (Atsuo Kobayashi Deposition Excerpt) | • Entirety |

Pursuant to Civil Local Rule 79-5(f)(3), the Designating Party may file a statement and/or declaration setting forth the reasons for keeping a document under seal.

---

[1] "Seagate Plaintiffs" herein comprises Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International ("Seagate").

[2] "TDK Defendants" herein comprises TDK Corporation, Magnecomp Corporation, Magnecomp Precision Technology Public Co., Ltd., SAE Magnetics (H.K.) Ltd., and Hutchinson Technology Inc.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Kenneth R. O'Rourke*
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Kenneth R. O'Rourke, SBN 120144
Jeff VanHooreweghe, SBN 313371
Mikaela E. Evans-Aziz, SBN 339283
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: korourke@wsgr.com
Email: jvanhooreweghe@wsgr.com
Email: mevansaziz@wsgr.com

***Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International***

3

Case No. 3:19-md-02918-MMC
SEAGATE PLS.' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (TDK)

**ATTORNEY ATTESTATION**

I, Kenneth R. O'Rourke, hereby attest, pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke

**CERTIFICATE OF SERVICE**

I, Kenneth R. O'Rourke, hereby certify that on February 10, 2023, I electronically filed the foregoing document entitled **SEAGATE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (TDK)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kenneth R. O'Rourke*
Kenneth R. O'Rourke