Christopher T. Micheletti
Qianwei Fu (SBN 242669)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone:   (415) 693-0700
Facsimile:   (415) 693-0770
cmicheletti@zellelaw.com
qfu@zellelaw.com

William V. Reiss (*pro hac vice*)
Ellen Jalkut (*pro hac vice*)
Waleed T. Abbasi (*pro hac vice*)
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone:   (212) 980-7400
Facsimile:   (212) 980-7499
wreiss@robinskaplan.com
ejalkut@robinskaplan.com
wabbasi@robinskaplan.com

*Interim Co-Lead Class Counsel for the*
*End-User Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC |
| | MDL No. 2918 |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF CHRISTOPHER T. MICHELETTI IN FURTHER SUPPORT OF END-USER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL END-USER ACTIONS | |
| | Date:       TBD |
| | Time:       TBD |
| | Courtroom: 7, 19th Floor |
| | Before:     Hon. Maxine M. Chesney |

I, Christopher T. Micheletti, declare:

1.      I am an attorney duly licensed by the State of California and am admitted to practice before this Court.  I am a partner with the law firm Zelle LLP.  I serve as Interim Co-lead Counsel for the End-User Plaintiffs ("EUPs") in the above-captioned action.  I submit this declaration in further support of EUPs' Motion for Class Certification.  I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the deposition of Clarence Lo (TDK 30(b)(6)) held on November 2, 2022, filed under seal.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Dr. Lauren J. Stiroh held on February 15-16, 2023, filed under seal.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the deposition of Richard ("Skipp") Harvey (NHK) held on September 30, 2021, filed under seal.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of TDKHDD002774700 produced in this litigation by Defendant TDK, filed under seal.

6.       Attached hereto as **Exhibit 5** is a true and correct copy of TDKHDD000860389 produced in this litigation by Defendant TDK, filed under seal.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of TDKHDD002325503 produced in this litigation by Defendant TDK, filed under seal.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of NHKI-M-00186985 produced in this litigation by Defendant NHK, filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.  Executed this 6th day of March 2023 at Castro Valley, California.

_/s/ Christopher T. Micheletti_____
Christopher T. Micheletti

MICHELETTI DECLARATION IN FURTHER SUPPORT OF EUPS' MOTION FOR CLASS CERTIFICATION
Case No. 3:19-md-02918-MMC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2023, I electronically filed the foregoing document entitled **DECLARATION OF CHRISTOPHER T. MICHELETTI IN FURTHER SUPPORT OF END-USER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti