Victoria Sims
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
vicky@cuneolaw.com

Shawn M. Raiter
**LARSON • KING, LLP**
30 East Seventh Street, Suite 2800
Saint Paul, MN 55101
Telephone: (651) 312-6518
Facsimile: (651) 789-4818
sraiter@larsonking.com

***Interim Co-Lead Class Counsel for Reseller Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: HARD DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Case No. 19-md-02918-MMC<br><br>MDL No. 2918 |
| This Document Relates to:<br><br>RESELLER ACTIONS | **DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO CIVIL LOCAL RULE 79-5(f) (NHK DEFENDANTS)**<br><br>**Judge:** Hon. Maxine M. Chesney<br><br>**Courtroom:** 7, 19th Floor |

- 1 -

DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER CIVIL LOCAL RULE 79-5(F)

I, Victoria Sims, declare and state as follows:

1. I am a partner at Cuneo, Gilbert & LaDuca, LLP, and am Interim Co-Lead Counsel for the Reseller Plaintiffs in the above-captioned litigation.

2. I am a member in good standing of the Bar of the District of Colombia. I am over 21 years of age and am not a party to this action.

3. This Declaration is based on personal knowledge, and if called to testify, I could and would do so competently as to the matters set forth herein. I submit this Declaration in support of Reseller Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed Under Local Rule 79-5(f) (NHK Defendants) ("Motion")

4. I have reviewed and complied with Civil Local Rule 79-5.

5. On January 30, 2020, the Court approved a "Stipulated Protective Order" in this matter. Dkt. No. 136.

6. Section 12.3 of the Protective Order requires that "[a] Party may not file in the publicrecord in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." Protected Material includes material that is designated as "Confidential" or "Highly Confidential" under the definitions provided in the Protective Order. *Id*. at § 2.14.

- 2 -

**DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER CIVIL LOCAL RULE 79-5(F)**

7. Reseller Plaintiffs refer to information or documents in their Reply produced by NHK Defendants, who have designated the material as "Confidential" or "Highly Confidential."

8. The Stipulated Protective Order in this action requires "Confidential" or "Highly Confidential" information be restricted from the public.

9. To satisfy the standard for "Confidential" treatment, the designated materials must be "(a) trade secrets, (b) proprietary business information the disclosure of which could adversely affect a party's or non-party's commercial interests, or (c) information subject to privacy protection under federal, state, local, or any applicable foreign law." Dkt. No. 136 at § 2.2. To satisfy the standard for "Highly Confidential" treatment, the designated materials must be "so highly sensitive that [their] disclosure to a competitor and/or a Party to this action could result in competitive or commercial disadvantage to the designating party." *Id*. at § 2.7.

Reseller Plaintiffs seek Court approval to file the following exhibits attached to the Sims Decl. under seal: Exhibit 1

10. Reseller Plaintiffs, as the non-designating party, must file this administrative motion and declaration per Local Rule 79-5(e).

I swear under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

- 3 -

**DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER CIVIL LOCAL RULE 79-5(F)**

Executed this 7th day of March, 2023 in Washington, D.C.

*/s/ Victoria Sims*
Victoria Sims

- 4 -

DECLARATION OF VICTORIA SIMS IN SUPPORT OF RESELLER PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED UNDER CIVIL LOCAL RULE 79-5(F)