IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*FLEXTRONICS INTERNATIONAL USA, INC. v. TDK CORPORATION ET AL.*, Case No. 3:22-cv-02798-MMC | Case Nos. 3:22-cv-02798-MMC<br>         3:19-md-02918-MMC<br><br>MDL No. 2918<br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Defendants TDK Corporation ("TDK"), Magnecomp Precision Technology Public Co. Ltd. ("MPT"), SAE Magnetics (H.K.) Ltd. ("SAE"), Hutchinson Technology Inc. ("HTI") (collectively, the "TDK Defendants") are DISMISSED WITH PREJUDICE. Each party shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 16, 2024

_____
**HONORABLE MAXINE M. CHESNEY**
**UNITED STATES DISTRICT JUDGE**