| | |
|---|---|
| KENNETH R. O'ROURKE, SBN 120144<br>JEFF VANHOOREWEGHE, SBN 313371<br>MIKAELA E. EVANS-AZIZ, SBN 339283<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br>Email:  korourke@wsgr.com<br>Email:  jvanhooreweghe@wsgr.com<br>Email:  mevansaziz@wsgr.com | CRAIG Y. LEE (*pro hac vice*)<br>CARTER C. SIMPSON (*pro hac vice*)<br>ALEXANDRA GLAZER, SBN 335183<br>**PAUL HASTINGS LLP**<br>2050 M Street, N.W.<br>Washington, DC 20036<br>Telephone: (202) 551-1700<br>Facsimile: (202) 551-1705<br>Email:  craiglee@paulhastings.com<br>           cartersimpson@paulhastings.com<br>           alexglazer@paulhastings.com |
| STEFFEN N. JOHNSON (*pro hac vice*)<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1700 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: sjohnson@wsgr.com | NAVI SINGH DHILLON, SBN 279537<br>**PAUL HASTINGS LLP**<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7080<br>Facsimile: (415) 856-7100<br>Email:  navidhillon@paulhastings.com |
| *Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand) Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International* | *Counsel for Defendants NHK Spring Co., Ltd., NHK International Corp., NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Seagate Technology LLC et al. v. Headway Technologies, Inc. et al.*, Case No. 3:20-cv-01217-MMC | Case Nos. 3:19-md-02918-MMC<br>            3:20-cv-01217-MMC<br><br>MDL No. 2918<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR LETTER BRIEFS ON SEAGATE'S CHALLENGE UNDER STIPULATED PROTECTIVE ORDER (ECF NO. 136)**<br><br>Hon. Maxine M. Chesney |

1  WHEREAS, by letter on July 12, 2024, Seagate Plaintiffs[1] raised challenges under § 6 of the Stipulated Protective Order (ECF No. 136) to certain of NHK Defendants'[2] confidentiality designations, to which NHK Defendants responded on July 24, 2024;

WHEREAS, the parties continue to meet and confer and engage in good faith discussions, and have not yet concluded that the meet and confer process will not resolve their dispute;

WHEREAS, pursuant to the Stipulated Protective Order, if the parties cannot resolve a challenge to confidentiality designations without court intervention, the parties shall file and serve simultaneous letter briefs within 28 days of the initial notice of the challenge or within 14 days of the parties agreeing that the meet and confer process will not resolve their dispute, whichever is earlier, *see* ECF No. 136 § 6.3. As such, the parties' simultaneous letter briefs are currently due on August 9, 2024;

WHEREAS, NHK Defendants and Seagate Plaintiffs (collectively, "Stipulating Parties") have agreed to a modest extension of time for the parties to file simultaneous letter briefs on Seagate Plaintiffs' challenges to NHK Defendants' confidentiality designations, should the Stipulating Parties require court intervention to resolve the dispute. The Stipulating Parties agree that such an extension is necessary in light of their ongoing meet and confer efforts.

**IT IS HEREBY STIPULATED,** by the undersigned counsel on behalf of the Stipulating Parties, that the Stipulating Parties' simultaneous letter briefs concerning Seagate Plaintiffs' challenges to NHK Defendants' confidentiality designations under § 6 of the Stipulated Protective Order shall be due on **August 29, 2024**, should the parties require court intervention to resolve the dispute.

**IT IS SO ORDERED.**

Dated: August 9, 2024

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

---

[1] "Seagate Plaintiffs" refers collectively to Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International.

[2] "NHK Defendants" refers collectively to Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd., and NAT Peripheral (H.K.) Co., Ltd.

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |

   */s/ Kenneth R. O'Rourke*  
Kenneth R. O'Rourke  
Jeff VanHooreweghe  
Mikaela E. Evans-Aziz  
**WILSON SONSINI GOODRICH & ROSATI**  
Professional Corporation  
One Market Plaza  
Spear Tower, Suite 3300  
San Francisco, CA 94105  
Telephone: (415) 947-2000  
Facsimile: (415) 947-2099  
Email: korourke@wsgr.com  
Email: jvanhooreweghe@wsgr.com  
Email: mevansaziz@wsgr.com  

Steffen N. Johnson (admitted *pro hac vice*)  
**WILSON SONSINI GOODRICH & ROSATI**  
Professional Corporation  
1700 K Street NW  
Washington, DC 20006  
Telephone: (202) 973-8800  
Facsimile: (202) 973-8899  
Email: sjohnson@wsgr.com  

*Counsel for Plaintiffs Seagate Technology LLC, Seagate Technology (Thailand), Ltd., Seagate Singapore International Headquarters Pte. Ltd., and Seagate Technology International*

   */s/ Craig Y. Lee*  
Craig Y. Lee (*pro hac vice*)  
Carter C. Simpson (*pro hac vice*)  
Alexandra Glazer, SBN 335183  
**PAUL HASTINGS LLP**  
2050 M St NW  
Washington, DC 20036  
Telephone: (202) 551-1752  
Facsimile: (202) 551-1705  
Email: craiglee@paulhastings.com  
       cartersimpson@paulhastings.com  
       alexglazer@paulhastings.com  

Navi Singh Dhillon  
**PAUL HASTINGS LLP**  
101 California Street, 48th Floor  
San Francisco, CA 94111  
Telephone: (415) 856-7080  
Facsimile: (415) 856-7100  
Email: navidhillon@paulhastings.com  

*Counsel for Defendants NHK Spring Co., Ltd., NHK International Corporation, NHK Spring (Thailand) Co., Ltd., NAT Peripheral (Dong Guan) Co., Ltd. and NAT Peripheral (H.K.) Co., Ltd.*