IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL END-USER ACTIONS | Case No. 19-md-02918-MMC<br><br>**ORDER DISMISSING CLAIMS OF MARTIN GASMAN** |

A "Notice of Death of Class Representative Martin Gasman" having been filed on February 13, 2025, and no motion for substitution having been filed within 90 days of the filing of said Notice, the claims asserted on behalf of Martin Gasman are hereby DISMISSED.  See Fed. R. Civ. P. 25(a)(1).

**IT IS SO ORDERED.**

Dated: May 19, 2025

MAXINE M. CHESNEY
United States District Judge