John Hughes (*pro hac vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Telephone: 212-594-5300
Facsimile:  212-868-1229
jhughes@milberg.com

*Counsel for Jordan Leff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HARD DISK DRIVE SUSPENSION ASSEMBLIES ANTITRUST LITIGATION | Master File No. 19-MD-02918-MMC<br>MDL No. 2918 |
| This document relates to:<br>*ALL ACTIONS* | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Elizabeth McKenna, admitted *pro hac vice* in this action, is no longer associated with the firm Milberg Coleman Bryson Phillips Grossman, PLLC, and is hereby withdrawing as counsel for Plaintiff Jordan Leff in the above-referenced matters. I respectfully request that her name be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for Plaintiff Jordan Leff remain unchanged.

Pursuant to Local Civil Rule 11.5(a), attached hereto is a proposed Order Granting Withdrawal of Counsel for entry by the Court.

DATED: August 12, 2025

                            **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

By: /s/ *John Hughes*
John Hughes
*Admitted *Pro Hac Vice*

*Counsel for Jordan Leff*

- 2 -
NOTICE OF WITHDRAWAL OF ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I electronically filed the foregoing document entitled NOTICE OF WITHDRAWAL OF ATTORNEY with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

                                          /s/ John Hughes
                                          John Hughes